WM 17-194 PO
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CINDY GISSER,

                                        **Docket No.: 17CV05293JCM**

                    Plaintiff,

        -against-                       **AFFIDAVIT**

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,

                    Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF SUFFOLK      )

        PATRICIA A. O'CONNOR, being duly sworn, deposes and says:

        1.      Annexed hereto and made a part hereof as Exhibit A is the Plaintiff's Summons and Complaint.

        2.      Annexed hereto and made a part hereof as Exhibit B is the defendant's Answer.

        3.      Annexed hereto and made a part hereof as Exhibit C is the plaintiff's Verified Bill of Particulars.

        4.      Annexed hereto and made a part hereof as Exhibit D is the sworn testimony of CINDY GISSER.

        5.      Annexed hereto and made a part hereof as Exhibit E is the sworn testimony of Anthony Cilibrasi, Jr.

6.    Annexed hereto and made a part hereof as Exhibit F is the video of the accident scene. The parties have stipulated to the submission of the video on this motion.

Dated: Northport, New York
      March 23, 2018

_____
PATRICIA A. O'CONNOR (PO 5645)

Sworn to before me this
23rd day of March, 2018.

_____
NOTARY PUBLIC

DEBRA SANACORA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SA6174321
Qualified in Suffolk County
My Commission Expires September 17, 2019