# Exhibit



Case 7:17-cv-05293-JCM    Document 13-1    Filed 03/23/18    Page 2 of 9

Date of Filing:    Index #:

Plaintiff designates
Orange County
as the place of trial.

The basis of venue is the
Plaintiff's residence address.

Plaintiff resides at
40 Clinton Drive
Washingtonville, NY 10992

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
-------------------------------------------------------------X
CINDY GISSER,

                                    Plaintiff,                    **SUMMONS**

        -against-

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,

                                    Defendant.
-------------------------------------------------------------X

To the above-named defendant(s):

        YOU ARE HEREBY SUMMONED, to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within - 20- days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

                                            SOBO & SOBO, LLP

                                            RAYMOND J. IAIA, ESQ.
                                            *Attorneys for Plaintiff*
                                            One Dolson Avenue
                                            Middletown, NY 10940
                                            (845) 343-7626

Dated: March 17, 2017
        Middletown, New York

Defendants' addresses:  See Complaint

Filed in Orange County    03/24/2017  03:14:31 PM $0.00    Bk: 5128    Pg: 1809    Index: # EF002285-2017    Clerk: DB

03/31/2017

FILED: ORANGE COUNTY CLERK 03/24/2017 03:14 PM    INDEX NO. EF002285-2017

NYSCEF DOC. NO. 1                                                    RECEIVED NYSCEF: 03/24/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
--------------------------------------------------------------------X
CINDY GISSER,

                     Plaintiff,                             **VERIFIED COMPLAINT**

     -against-

                                                     Index No.:

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.
                    Defendant.
--------------------------------------------------------------------X

       Plaintiff, CINDY GISSER, by her attorneys, SOBO & SOBO, L.L.P., as and for the Verified Complaint, herein alleges the following:

1. That at all times hereinafter mentioned, the plaintiff was and still is a resident of the County of Orange, State of New York.

2. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP, was and still is a Foreign Limited Partnership organized and existing under and by virtue of the Laws of the State of Delaware and authorized to do business in the State of New York.

3. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., was a still is a business entity doing business within the State of New York.

4. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., was the *owner* of a certain premises located at, 1201 Route 300, Newburgh, County of Orange, State of New York, known as "Walmart."

5. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., *maintained* the aforesaid premises.

03/31/2017

FILED: ORANGE COUNTY CLERK 03/24/2017 03:14 PM
NYSCEF DOC. NO. 1

INDEX NO. EF002285-2017
RECEIVED NYSCEF: 03/24/2017

6. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., *managed* the aforesaid premises.

7. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., *controlled* the aforesaid premises.

8. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., *operated* the aforesaid premises.

9. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., was the *lessee* of the aforesaid premises.

10. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES EAST, LP., was the *lessor* of the aforesaid premises.

11. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., was and still is a Foreign Business Corporation organized and existing under and by virtue of the Laws of the State of Delaware and authorized to do business in the State of New York.

12. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., was a still is a business entity doing business within the State of New York:

13. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., was the *owner* of a certain premises located at, 1201 Route 300, Newburgh, County of Orange, State of New York, known as "Walmart."

14. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., *maintained* the aforesaid premises.

03/31/2017

15. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., *managed* the aforesaid premises.

16. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., *controlled* the aforesaid premises.

17. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., *operated* the aforesaid premises.

18. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., was the *lessee* of the aforesaid premises.

19. That at all times hereinafter mentioned, upon information and belief, the defendant, WAL-MART STORES, INC., was the *lessor* of the aforesaid premises.

20. That at all times hereinafter mentioned, the area in front of the vision center, located on the aforesaid premises was the situs of the within accident.

21. That on or about the 18th day of March, 2015, while this plaintiff was lawfully upon the aforesaid premises, she was caused to be precipitated to the ground, thereby sustaining severe and serious personal injuries.

22. The negligent, wanton, reckless and careless acts of the defendants, their agents, servants and/or employees were a cause of the accident and resultant injuries.

23. That the defendants, their agents, servants and/or employees were negligent, wanton, reckless and careless in, among other things, allowing, causing and/or permitting dangerous, hazardous, slippery and/or unsafe conditions to exist on the aforesaid premises; in acting with reckless disregard for the safety of others, and the defendants, their agents, servants and/or employees were in other ways negligent, wanton, reckless and careless.

03/31/2017

FILED: ORANGE COUNTY CLERK 03/24/2017 03:14 PM INDEX NO. EF002285-2017

NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 03/24/2017

24. That the defendants, their agents, servants and/or employees had actual and/or constructive notice of the dangerous and/or defective conditions in that the conditions existed for a sufficient length of time prior to the happening of the incident and in the exercise of reasonable care, the defendants could have and should have had knowledge and notice thereof and further, the defendants, their agents, servants and/or employees created said condition.

25. That the defendants, and each of them, are liable to the Plaintiff upon the doctrine of *res ipsa loquitur*.

26. The limited liability provisions of CPLR §1601 do not apply pursuant to the exceptions of CPLR §1602, including, but not limited to, §1602(2)(iv), §1602(7) and §1602(11).

27. That by reason of the foregoing, this plaintiff was caused to sustain severe and serious personal injuries to her mind and body, some of which, upon information and belief, are permanent with permanent effects of pain, disability, disfigurement and loss of body function. Further, this plaintiff was caused to expend and become obligated for divers sums of money for the purpose of obtaining medical care and/or cure in an effort to alleviate the suffering and ills sustained as a result of this accident; the plaintiff further was caused to lose substantial periods of time from her normal vocation and activities, and upon information and belief, may continue in that way into the future and suffer similar losses.

28. That by reason of the foregoing, this plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction of this matter.

WHEREFORE, plaintiff demands judgment against the defendants, and each of them, as follows:

03/31/2017

FILED: ORANGE COUNTY CLERK 03/24/2017 03:14 PM    INDEX NO. EF002285-2017

NYSCEF DOC. NO. 1                                  RECEIVED NYSCEF: 03/24/2017

A sum that exceeds the jurisdictional limits of all lower courts which would otherwise

have jurisdiction in this matter, together with the costs and disbursements of this action.

Dated: March 17, 2017
       Middletown, New York

RAYMOND J. IAIA, ESQ.
SOBO & SOBO, LLP
*Attorneys for Plaintiff*
One Dolson Avenue
Middletown, NY 10940
(845) 343-7626

TO:   WAL-MART STORES EAST, LP
      *via Secretary of State*

      WAL-MART STORES, INC
      *via Secretary of State*

03/31/2017

Case 7:17-cv-05293-JCM   Document 13-1   Filed 03/23/18   Page 8 of 9

NYSCEF DOC. NO. 1

INDEX NO. EF002265-2017

RECEIVED NYSCEF: 03/24/2017

## VERIFICATION

STATE OF NEW YORK, COUNTY OF ORANGE        ss:

CINDY GISSER, being duly sworn says; I am one of the plaintiffs in the action herein; I have read the annexed Verified Complaint, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.

_____
CINDY GISSER

Sworn to before me on this

March 17, 2017

_____
NOTARY PUBLIC

RAYMOND J. IAIA
Notary Public, State of New York
Registration No. 02IA6020918
Qualified in Ulster County
Commission Expires: March 8, 20__

03/31/2017

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
_____

CINDY GISSER,

Plaintiff,

-against-

WAL-MART STORES EAST, LP and WAL-MART STORES, INC.,

Defendants.
_____

## SUMMONS AND VERIFIED COMPLAINT

**SOBO & SOBO, L.L.P.**
Attorneys for Plaintiff
One Dolson Avenue
Middletown, New York 10940
(845) 343-7626

03/31/2017