# Exhibit



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CINDY GISSER,

                                    PLAINTIFF,

          -against-          Case No.:
                             17-cv-05293

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,

                                    DEFENDANTS.
------------------------------------------X

                    DATE: January 31, 2018

                    TIME: 12:15 P.M.

          DEPOSITION of the Plaintiff,

CINDY GISSER, taken by the Defendants,

pursuant to a Notice and to the Federal

Rules of Civil Procedure, held at the

offices of Diamond Reporting & Legal Video,

50 Main Street, White Plains, New York

10606, before Howard Breshin, a Court

Reporter and Notary Public of the State of

New York.

A P P E A R A N C E S:


SOBO & SOBO, LLP
   Attorneys for the Plaintiff
   One Dolson Avenue
   Middletown, New York 10940
   BY: RAYMOND J. IAIA, ESQ.
   riaia@sobolaw.com


BRODY, O'CONNOR & O'CONNOR, ESQS.
   Attorneys for the Defendants
   7 Bayview Avenue
   Northport, New York 11768
   BY: JONATHAN BANKS, ESQ.
   jonathan.banks@brodyoconnor.com


          *          *          *

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*    *    *    *

4

C. GISSER

CINDY GISSER, called as a witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. BANKS:

    Q.   Please state your name for the record.

    A.   Cindy Gisser.

    Q.   Where do you reside?

    A.   40 Clinton Drive, Washingtonville, New York, 10992.

    Q.   How do you pronounce your last name?

    A.   Gisser.

    Q.   Good afternoon, Miss Gisser. My name is Jonathan banks. I'm an attorney. I represent the defendant, Wal-Mart. I'm going to be asking you a series of questions today about an accident that you had back in March of 2015 at one of the Wal-Mart stores. A couple of ground rules before we start.

    First, all of your responses

C. GISSER

need to be verbal.  This gentleman here is taking down everything that's being said and he can't take down nods of the heads or gestures, so try to make all your answers verbal, okay?

A.    Okay.

Q.    As your attorney mentioned before we started, you need to let me ask my question all the way before you begin to answer it.  Most of my questions for, lack of a better word, are going to be easy or obvious.  That means you will probably be able to anticipate what I'm asking before you answer the question, but this gentleman is taking down everything that is being said, and it's difficult for him to take down two people speaking at once.  So let me ask my question all the way before you answer it.  And also you want to afford the opportunity for your attorney, if he doesn't like my question, to object, okay?

A.    Okay.

Q.    Also, if you don't understand any of my questions or any part of any of

C. GISSER

my questions, please do not answer the question. Let me know that you don't understand, and I will be happy to rephrase it for you, okay?

A. Okay.

Q. Lastly, all of my questions today, even if I don't say it, are to the best that you can recall. If you don't know an answer to a question, please tell me that you don't understand. One thing that I don't want you to do and I'm sure your lawyer doesn't want you to do, I don't want you to guess about anything. If you can answer a question, do so. If you don't know, say that, okay?

A. Okay.

Q. Lastly, if you need to take a break today for any reason or no reason, it's perfectly fine. I will give you as many breaks as you need. The only proviso there, if there is a question pending, you have to answer that question before we can take the break, okay?

A. Okay.

C. GISSER

Q.    Okay.  When were you born, ma'am?

A.    XX/XX/1963.

Q.    Your Social Security number? And before you give it to me, just so you know, the full number is not going to appear in the transcript.  They will X out all but the last four digits.  Can give me your Social?

A.    XXX-XX-3804.

Q.    The address that you gave on the record is where you currently reside. Who do you live there with at present?

A.    My husband Gordon.

Q.    Anyone else?

A.    My son Gregory.

Q.    How old is Gregory?

A.    Twenty-one.

Q.    Back in March of 2015, who did you live with?

A.    My husband Gordon, my son Gregory.  That's it.

Q.    And that address that you gave, is that a private home or an apartment or

C. GISSER

something else?

A.    Private home.

Q.    What is your highest level of education, ma'am?

A.    I hold a master's.

Q.    Why don't we go back a little bit first.  I take it you graduated high school?

A.    Yes.

Q.    Where did you graduate from?

A.    Ramapo High School.

Q.    And where did you go to college?

A.    Rockland Community College, Marist College, Mount St. Mary College and Pace University.

Q.    Just for clarity of the record, was Pace University the last school that you attended that you actually got your degree from?

A.    Yes.

Q.    What was the degree in?

A.    Mental health counseling.

Q.    What year did you graduate?

C. GISSER

A.    2009.

Q.    You mentioned you have a master's. Is it one master's degree or more than one?

A.    One.

Q.    What is that in?

A.    Mental health counseling.

Q.    Where did you get your master's?

A.    Pace University.

Q.    When did you get that degree?

A.    2009.

Q.    Forgive me. When you ticked off all those schools before, the last school was Pace. Where did you terminate your undergraduate or get your final degree for undergraduate?

A.    My bachelor's?

Q.    Yes.

A.    Mount St. Mary College.

Q.    Forgive me, that was a poor question before. What year did you get your undergraduate bachelor's degree?

A.    2006.

C. GISSER

Q.    What is your maiden name?

A.    Oppenheimer.

Q.    When did you get married?

A.    June of 1991.

Q.    Does that mean you don't know the day?

A.    June 2nd, 1991.

Q.    Just kidding.  We are going to focus our attention now back into 2015, okay?  Were you involved in an accident at a Wal-Mart store back in March of 2015?

A.    Yes.

Q.    And do you remember, first, which store it was?

A.    Newburgh.

Q.    Do you know the address or what street that Wal-Mart is on?

A.    Route 300.

Q.    And do you remember the date your accident took place?

A.    March 18th, 2015.

Q.    Do you recall what day of the week that was?

A.    No.

C. GISSER

Q.    Do you know if it was a weekday or a weekend?

A.    Weekday.

Q.    And do you know approximately what time that accident occurred?

A.    About 10:30.

Q.    In the a.m.?

A.    A.M.  It was a few minutes prior to that.

Q.    It was before 11 in the morning?

A.    Yes.

Q.    And where did your accident take place?

A.    It was in front of the optical store.

Q.    Was that by the vision center?

A.    Yes.

Q.    So just for being me an anal person, the accident happened inside the store?

A.    No, not inside the vision center, inside the Wal-Mart right by the entrance to the vision center.

12

C. GISSER

Q.    Inside the facility.  It didn't happen outside in the parking lot or the sidewalk?

A.    No, inside Wal-Mart.

Q.    That was a poor question.  It happened near the vision center but not in the vision center, is that correct?

A.    Correct.

Q.    And at the time of your accident, were you alone or with anyone else?

A.    Alone.

Q.    How did you get to the Wal-Mart that day?

A.    I drove.

Q.    And what was the weather like that morning?

A.    It was nice out.

Q.    No precipitation?

A.    No.

Q.    At the time that this accident occurred, were you employed?

A.    No.

Q.    When was the last time you had

C. GISSER

been employed before the accident at Wal-Mart?

MR. BANKS:  And for the record, Counsel, with your permission, when I say the accident at Wal-Mart, so I don't have to keep repeating the date and time, if the witness is okay with that, when I say accident, I will be referring to your accident at Wal-Mart that we are here for today.

MR. IAIA:  Yes.  Do you understand that refers to the March 18th, 2015, incident in Wal-Mart by the vision center?

THE WITNESS:  Yes.

MR. IAIA:  Okay, no problem.

Q.    Where was the last place you had been employed before your accident?

A.    Westchester Medical Behavioral Health Center in 2013.

Q.    And --

A.    Additionally Sunshine Children's Center.  It is two positions.

Q.    Two separate jobs?

14

C. GISSER

A.    Yes, two separate jobs.

Q.    And very generally, back in 2013 when you were last employed, what were your general duties for either or both of those facilities?

A.    As a mental health counselor, mental health aide; that was in Westchester Medical.  In Sunshine Children's Center, it was recreational counselor.  Recreational counselor at Sunshine Children's Center.

Q.    With regard to the medical center, when you say you were a mental health aide, can you tell me generally what your duties entail?

A.    Yes.  We just supervise patients.  And we also have patients who are incapacitated.  And we were to help them getting dressed, going to the bathroom and so on.

Q.    Were you involved in a work-related accident at either of those facilities back in July of 2013?

A.    Yes, Westchester Medical Center.

C. GISSER

Q.    Do you remember the date of that accident, if you can recall?

A.    It was in July.  I don't remember the day, but it was July 2013.

Q.    As a result of that accident, did you sustain orthopedic injuries to any part of your body?

A.    Yes.

Q.    What parts of your body did you injure?

A.    My left shoulder.

Q.    It was the only injury you suffered to your left shoulder?

A.    Yes.

Q.    At some point in time after that injury, did you ever sustain or undergo a surgery to your left shoulder?

A.    Yes.

Q.    Do you know approximately when that was?

A.    It was either January or February of 2015.  I think early February.

Q.    Of 2015?

A.    Yes.

C. GISSER

Q.     Okay.  And following the surgery in either January or February of 2015 to your left shoulder, at some point did you begin undergoing physical therapy or treatment to your left shoulder?

A.     Yes.

Q.     At the time of your accident at Wal-Mart in March of 2015, were you still undergoing physical therapy or receiving treatment from any health care provider in connection with your shoulder injury?

A.     Yes.

Q.     Can you tell me the names of the doctors or providers that you were getting care for at that time?

A.     Doctor Meyerson, the orthopedic surgeon, and Peak Physical Therapy in Newburgh.

Q.     Any other facilities or any other doctors?

A.     No.

Q.     Just for clarity, is Doctor Meyerson the doctor who performed the surgery to your left shoulder?

C. GISSER

A.    Yes.

Q.    And in or around the time of your accident at Wal-Mart, do you know approximately how often you were going for physical therapy at Peak Physical Therapy?

A.    Twice a week.

Q.    Does Doctor Meyerson specialize in any particular body part or is he a general orthopedic surgeon, to the best of your knowledge?

A.    He specializes in knees and shoulders, mostly.

Q.    After you arrived at the Wal-Mart in March of 2015, can you explain the route you took to get into the store? You parked your car. Where did you go next?

A.    There's two entrances in Wal-Mart. I went into the one facing the store on the left.

Q.    So if you are in the parking lot and you are walking towards the front of the store, you entered the entrance on the left?

C. GISSER

A.    Yes.

Q.    Okay.  And when you walk through the entrance doors to the left, can you describe what you see when you first walk in the store?

A.    I believe there is a McDonald's on the left, there is a line of registers, and then when you go to the right, which I did, there is customer service, the vision center, bathrooms.

Q.    Okay.  From the time that you first entered the store up until the time that you eventually had an accident, approximately how much time had passed?

A.    A couple of minutes.

Q.    When you say -- forgive me. When you say a couple of minutes, a couple could mean different things to different people.  Would you say under five minutes?

A.    It's under five minutes.

Q.    Can you describe for me after you came into the store where you went first?

A.    To the vision center, heading

C. GISSER

to the vision center.  I never went inside.

Q.    Would it be fair to say, ma'am, that your accident occurred as you were approaching the vision center?

A.    Yes.

Q.    Now, you mentioned something about cash registers.  Had you passed the bank of cash registers before your accident occurred?

A.    The register is the whole way down.  So yes, I was passing some registers.

Q.    Walking parallel to some of the registers?

A.    Yes.

Q.    And had you ever been to this store before?

A.    Yes.

Q.    Would you say that in or around of this accident you were a regular shopper at this facility?

A.    Yes.

Q.    Okay.  And describe for me as best you can what happened from the time

C. GISSER

that you entered the store up until the time your accident happened.

A.    I was walking to the store pushing a shopping cart.  Nothing was in it.  And I went to turn to go into the store and my right foot just gave out from under me.

Q.    I want to go back for a minute. Forgive me, this is one of the things that lawyers -- you don't do this every day. You had a shopping cart.  I haven't learned where you got that shopping cart from.  At some point after you arrived at the Wal-Mart, did you get a shopping cart?

A.    Yes.

Q.    When and where did that happen?

A.    Inside the store.

Q.    So after you entered the Wal-Mart, you went into this little vestibule there?

A.    Yes.

Q.    After you entered the store, did you then -- where was it that you obtained the shopping cart from?  Your

C. GISSER

left, right, straight ahead, somewhere
else?

A.    I don't remember.

Q.    It was almost immediately after
you entered the store?

A.    Yes.

Q.    And the shopping cart, is that
one of those, for lack of a better word,
normal shopping carts with four wheels and
a big basket?

A.    Yes.

Q.    Were you pushing that shopping
cart the entire time from the time you
obtained it up until the time your accident
occurred?

A.    Yes.

Q.    Had you placed any items in
that cart?

A.    My pocketbook.

Q.    Did you place that in the cart
as soon as you got the cart?

A.    Yes.

Q.    Were you carrying anything else
at the time of your accident?

22

C. GISSER

A.    No.

Q.    Now, after you began walking towards the vision center, I believe you told me something about you turned or attempted to turn.  At some point in time after entering the store, did you attempt to turn towards the vision center?

A.    I believe so.

Q.    Which way did you attempt to turn?

A.    To the right.

Q.    And at that time you said something about your feet or foot slipped?

A.    It went out from under me.

Q.    Was it one of your feet or both of your feet?

A.    My right foot.

Q.    What happened after your right foot, as you say, went out from you?

A.    I held onto the shopping cart tightly and I pulled myself right back up.

Q.    As a result of your right foot coming out from under you when you held onto the cart, did you fall to the ground?

C. GISSER

A.    No, but my foot hit the ground. It turned and I felt my right foot hit the ground.

Q.    So if I understand you correctly, your right foot came out from under you and a portion of your foot or ankle came into contact with the ground?

A.    Yes.

Q.    In other words, your body didn't come into contact with the ground?

A.    Correct.

Q.    At any point in time, from the time that you entered the store up until the time that your accident happened, had you been in the area where your accident happened before that day?

A.    Before that day?

Q.    Withdrawn.

MR. IAIA:  He will fix the question.

Q.    From the time you entered the store up until the time your accident happened, had you been in the area where your accident ultimately occurred?

C. GISSER

A.    No.

Q.    As you were walking with the shopping cart towards the vision center, were there any other customers or people walking in front of you that you can recall?

A.    I don't recall.

Q.    Generally speaking, the area in or around where your accident happened, how would you describe the foot traffic in the store at that time?  Was it very light, very heavy, something else?

A.    I think it was light.

Q.    Okay.  And after your right foot came out from under you and you braced yourself, as you stated, what was the very next thing that you did?

A.    I looked down to see what I slipped on.

Q.    And what did you see?

A.    A big glob of a white solution. To me it looked like it could have been hand cream or lotion or conditioner, that kind of substance.

C. GISSER

Q.    You used the word glob.  Can you describe the dimensions of the glob in any way, shape or form?  Was it the size of an M & M, size of a watermelon, any way you that feel describing what you saw?

A.    Size of an apple, maybe a little larger.

Q.    At any point in time as you were approaching the vision center, did you see that glob of lotion at any time before your foot went out from under you?

A.    No.

Q.    As you were approaching the vision center and say a moment or two before your accident occurred, where were you looking?

A.    In front of me.

Q.    When you say in front of you, are you looking straight ahead?  Were you looking around to the left or the right, somewhere else?

A.    I don't recall.

Q.    You don't recall specifically where you were looking?

C. GISSER

A.    Right.

Q.    Okay.  Other than the size of that glob, did you take notice of anything else with regard to that lotion?  In other words, were there footprints in it, skid marks in it, dirty, clean?  Anything else that you observed that you can relate to me?

A.    It was smeared because my foot went over it.

Q.    It was smeared by your foot mark?

A.    I'm sure.

Q.    You said you believe it was some kind of a lotion.  At any point in time while you were in this area after your accident occurred, did you happen to smell or get a sense of smell from the liquid?

A.    No.

Q.    Do you have any idea where that glob of lotion came from?

A.    No.

Q.    The area where this glob of liquid was located, how close was it to any

C. GISSER

aisles?  In the middle of an aisle where

there is no -- withdrawn.

The glob of the substance that

you slipped on, were there any shelves

directly in the area of where the glob was?

A.    Shelves?

Q.    Shelves with the store

merchandise?

A.    I don't think so.

Q.    Was it in the middle of an

aisle?

A.    It was right before the

entrance of the vision center.

Q.    Okay.  The entrance to the

vision center, is it an open space or is

there a door that you have to open to get

into the vision center?

A.    Open space.

Q.    To the best of your

recollection, that white glob was in front

of that open space leading into the vision

center?

A.    In front of the entrance.

Q.    Okay.  Do you have any idea how

C. GISSER

long that glob of liquid had been present before you came by?

A.    No.

Q.    After your accident occurred, did you look around to see if there were other people in the area where your accident happened?

A.    Yes.

Q.    What did you observe?

A.    I didn't notice any customers. I saw employees near the registers.

Q.    As you sit here -- are you finished?

A.    Yes.

Q.    As you sit here today, have you learned whether or not any of those people that you saw in the area actually witnessed your accident happen?

A.    No, I didn't know.

Q.    What did you do after your incident happened?

A.    I approached one of the employees, told the employee what just happened and to please get a manager.

C. GISSER

Q.    How did you identify the person you approached as being an employee of Wal-Mart?

A.    They wear their employee smocks or aprons that has the logo on it.

Q.    Is that blue?

A.    Yes.

Q.    You approached and asked for a manager. What was that person's response?

A.    That she or he, I don't recall, would get a manager right away.

Q.    You don't know if that was a man or woman?

A.    No.

Q.    Did they in fact call a manager?

A.    Yes.

Q.    They did that with the little walkie-talkies that they carry?

A.    I don't recall.

Q.    At some point in time, did a manager come to assist you?

A.    Yes.

Q.    How much time went by from the

C. GISSER

time you approached that employee to the time a manager showed up?

A.    One to two minutes.

Q.    During that approximate one to two minutes, did you stay in that same area, go sit down or something else?

A.    I stayed by the register.

Q.    Okay.  The manager that came over, did that person identify himself or herself as a store manage?

A.    Yes.

Q.    Do you know if that was a man or woman?

A.    Man.

Q.    Do you know that man's name?

A.    Actually I forgot.

Q.    During the time from the time that you approached this Wal-Mart employee and before the manager came, did anyone do anything in connection with that glob of liquid?

A.    No.

Q.    What happened when the manager arrived?  Did you talk with him?

C. GISSER

A.    Yes.

Q.    Can you tell me the basic sum and substance of the conversation you had with the manager?

A.    I told him that I slipped and hurt my ankle, and I pointed to where the solution was.

Q.    What happened next?

A.    He called an employee to come and clean it and he went to get a form, an accident form -- I don't know if he came with it or had to get it -- and asked me to fill out the top and he signed the bottom. He also told me to let them know if I have any issues.

Q.    He told you what?

A.    Call if I needed anything or anything came up. That was it. Just call if you need anything.

Q.    We'll get to the form in a moment. While you were in the area of the accident after it occurred, did you take any photographs or pictures of the glob or the area where you fell?

C. GISSER

A.    After it was cleaned up, I thought maybe I should take a picture of the spot it was in, but there was nothing on the floor anymore.

Q.    You took a picture of the area but didn't show the glob on it?

A.    So I can remember where I was.

Q.    After you had this conversation with the manager, did you then leave the store or did you continue to shop?

A.    I left the store.

Q.    Approximately how much time was it that you left the store after the manager came and spoke to you?

A.    After we were finished?  Right away.

Q.    My question is, from the time the manager first came and approached you up to the time you left the store, how much time was that?

A.    Maybe ten minutes.

Q.    Okay.  Is there anything else to the conversation that you can recall that you haven't already told me?

C. GISSER

A.    Yes.  I did happen to ask the manager, it occurred to me, are there cameras here, in case there is any question, that showed that I fell; and he pointed to a camera on the left on the wall, and he said that should show the area in case there is a question as to what happened.

Q.    Are you talking about a video camera?

A.    Surveillance camera.

Q.    The manager said to the best of his knowledge -- he pointed to a camera and he said that one might have captured your accident?

A.    Yes.

(Whereupon, Defendant's Exhibit A, a witness statement, so marked for identification.)

MR. BANKS:  For the record, I have marked as Defendant's Exhibit A of today's date, a one-page document titled witness statement, and it's contained within the defendant's

C. GISSER

automatic disclosure dated October 2nd, 2017.

Q.     I'm going to show you Defendant's A. And with your attorney's permission, I will ask you to look at it and then just wait a minute and I'm going to ask you some questions about it.

(Short pause.)

Q.     Have you had a chance to look at that document?

A.     Yes.

Q.     Do you recognize what this document is?

A.     Yes.

Q.     What do you recognize it to be, ma'am?

A.     It was the statement that I filled out with the assistant manager right after the accident.

Q.     You filled out portions of this document while in the store shortly after your accident took place, is that correct?

A.     Yes, in front of the assistant manager.

C. GISSER

Q. Can you identify which portions, if any, of this document are in your handwriting?

A. From the beginning all the way up to my signature.

MR. BANKS: Let the record reflect the witness indicated the top of the document under the word witness statement all the way down to the point where her signature is located.

For the record, towards the bottom third of the document, it says witness signature in preprinted form and there is a signature handwritten next to it.

Q. Do you see that?

A. Yes.

Q. Is that your signature, ma'am?

A. Yes.

Q. Okay. And the information that is written on the bottom, do you know if that was written in your presence or at some point after?

C. GISSER

A.    In my presence.

Q.    Okay.

A.    That's the assistant manager.

Q.    Okay.  If it does -- to the best of your knowledge, by looking at that assistant manager's signature, does that refresh your recollection as to the name of the assistant manager?

A.    No.

Q.    Only if it refreshes your memory.

A.    No.

Q.    During the time after your accident occurred but before you left the store, were you feeling pain to any part of your body?

A.    Yes.

Q.    What part or parts of your body were you feeling pain to while you were still in the store?

A.    My right ankle.

Q.    Was there any other parts of your body or just your right ankle?

A.    My right foot.  My ankle and

37

C. GISSER

foot.

Q.    Okay.  And to the best that you can, can you describe the pain you were feeling?  In other words, was it a sharp pain?  Was it a throbbing pain?

A.    It was throbbing, burning.

Q.    Is there any way for you to describe the area of your ankle that you were feeling this pain?  In other words, if it's your right ankle, was the pain on the outside of your right ankle, on the inside, both, something else, however you can describe it for me?

A.    It was on the outside of my right ankle and also my heel.  I remember feeling a lot of burning sensation throughout the heel all the way to the right side of my ankle.

Q.    What kind of shoes were you wearing at the time?

A.    Flat.  I believe it was my black sneakers.

Q.    Sneakers?

A.    Yes.

38

C. GISSER

Q.    Okay.  Those sneakers, were they laced tied, Velcro?

A.    I don't recall.  I have two pairs.  I have one lace and one black.  I was wearing flats.  I don't know which pair that was.

Q.    Forgive me, you used the word flat.  When you say flat, you mean sneaker?

A.    Yes.  I also do have flat shoes.  I'm trying to recall that day.  I believe I was in sneakers.  I'm not a hundred percent sure, but I do know they were flat.

MR. BANKS:  Off the record for a moment.

(Whereupon, an off-the-record discussion was held.)

Q.    While you were in the store after your accident happened, did you look down at your ankle, pull your pant leg up or take your shoe off to look at your ankle while you were in the store?

A.    I don't recall.

Q.    Okay.  And forgive me, I think

C. GISSER

I asked you, after you spoke to the manager, you left the store? You did not go to the vision center, is that correct?

A.   Correct.

Q.   I notice you are wearing glasses here today. What are those glasses for? Reading or something else?

A.   To see distance.

Q.   Did you wear glasses for distance back in March of 2015?

A.   Glasses and contacts.

Q.   What was your purpose in going to the vision center that day?

A.   To get the soft pads that go inside.

Q.   Nothing to do with your prescription?

A.   No.

Q.   Is the prescription -- has your prescription for your distance glasses changed in any way since the accident at Wal-Mart?

A.   Matter a quarter percentage. I don't recall 3.75 or 4. Right now they are

C. GISSER

4.    Maybe a tiny bit.  I don't remember.

Q.    You are not exactly sure?

A.    Correct.

Q.    And as you were pushing the cart towards the spot where your accident ultimately took place, was there anything that was blocking your vision as you approached the vision center such as a display or books or anything like that?

A.    No.

Q.    Okay.  Where did you go when you left the Wal-Mart?

A.    I'm not sure.  I believe I went home.

Q.    Okay.  And as the day went on -- withdrawn.

Had your accident not happened, did you have a plan for what your day was going to be that day, what things you had to do, appointments, things like that?

A.    Pick my son up from school at some point in the afternoon, and I don't recall other than that.

Q.    Okay.  So from the time that

C. GISSER

your accident happened, say to that evening, did you continue to experience pain and discomfort to your right foot and right ankle?

A.    Yes.

Q.    Would you say that the pain and discomfort, did it stay the same throughout the day?  Did it get better, get worse?

A.    It got worse.

Q.    Did you ever go to a hospital or clinic the day your accident occurred?

A.    No.

Q.    What, if anything, did you do that day in connection with your ankle? Did you take Tylenol, put ice, elevate it, things like that?

A.    I did ice it and I took Advil.

Q.    When was the first --

withdrawn, I apologize.

The area in or around the front of the vision center at this Wal-Mart, was it lit?

A.    Yes.

Q.    How would you describe the

C. GISSER

lighting in that area?  Was it very, very dark, very, very bright, any way you can describe the lighting?

A.    It was bright.

Q.    What was the first medical treatment you received in connection with the injury to your right ankle or right foot from this accident?

A.    A few weeks later.

Q.    And first of all, who is the first doctor you saw after the accident? When I talk about what doctor, only with regard to the injuries you suffered in the fall at Wal-Mart.

A.    Doctor Intingen (sic).  I think that's his name, in New Windsor.

Q.    Do you recognize the name Doctor Itinger?

A.    Yes.

Q.    Is that the doctor?

A.    Yes.

Q.    And when you say you saw him a few weeks later, do you know approximately how many weeks it was?  Was it two, was it

C. GISSER

five, something else?

A.    Three to four.

Q.    What kind of doctor is Doctor Itinger?

A.    Orthopedic.

Q.    Did someone refer you to Doctor Itinger?

A.    No.

Q.    Do you know the circumstances in which you came to see Doctor Itinger?

A.    I did a search on line to try to find an orthopedic foot doctor.

Q.    You say a search.  An internet search?

A.    Yes.

Q.    Okay.  Now, from the time that you had your accident at Wal-Mart on March 18th of 2015 up until the time that you saw Doctor Itinger for the first time, did you see any of your doctors and therapists in connection with your left shoulder injury?

A.    Yes.

Q.    Did you see the folks -- were you still seeing the folks at Peak Physical

44

C. GISSER

Therapy?

A.    I believe so.

Q.    And during that approximate three or four weeks but before you saw Doctor Itinger for the first time, do you know if you saw your treating doctor as opposed to a therapist?

A.    Doctor Meyerson?

Q.    Yes.

A.    I believe so.  I'm not sure what time I saw Doctor Meyerson between those two times.

Q.    Let me ask you this way.  From the time of your accident at Wal-Mart up until the time you saw Doctor Itinger for the first time, did you tell any of the health care providers that you were treating with for your shoulder that you had an accident and you injured your right foot or ankle?

A.    Doctor Meyerson.

Q.    You told Doctor Meyerson that?

A.    I did tell Doctor Meyerson, but I can't recall exactly when that was.  I

C. GISSER

know it was whenever I was due to see him next.

Q.    Do you know if that was before or after you saw Doctor Itinger for the first time?

A.    I wish I did.  I saw Doctor Meyerson once a month, and I can't remember.  I definitely told him around that time.  If it was before or right after --

Q.    I want to make sure I'm clear. You are not sure if you told Doctor Meyerson about the injury to your ankle before or after you saw Doctor Itinger for the first time?

A.    Correct.

Q.    Okay.  And when you told Doctor Meyerson about injuring your ankle and foot at Wal-Mart, was that the very first time you were scheduled to see him after your accident?

A.    Yes.

Q.    Okay.

A.    I'm sorry, the next time I was due to see him, yes.

46

C. GISSER

Q.    When you appeared at Doctor Itinger's office, what complaints did you make to him?  I'm sorry, is Doctor Itinger a man?

A.    Yes.

Q.    What complaints did you make to him at the first visit?

A.    I explained how I felt.  I told him I had a lot of throbbing, burning, sometimes stabbing pain.  It was very difficult for me to walk on my ankle.  I told him sometimes it gave out from under me.

Q.    Did Doctor Itinger give you an examination?  Did he look at your foot and ankle?

A.    Yes.

Q.    During this first visit with Doctor Itinger, did he do any tests in his office?

A.    X-ray.

Q.    That was done right in his office?

A.    Yes.

C. GISSER

Q.    At some point after the x-ray, did he discuss the results with you?

A.    Yes.

Q.    What did he tell you?

A.    The x-ray did not show a fracture, which is what he was looking for.

Q.    Did you have a conversation with Doctor Itinger about your -- his entire visit with you and the examination of your right foot and ankle?

A.    Yes.

Q.    Can you tell me the basic sum and substance of that conversation?

A.    He said the ankle was still swollen.  He felt that it was a sprain and to be careful of the type of shoes I wear. I believe he suggested sneakers; and if it didn't become better, see him again. That's basically it.

Q.    And just in total -- well, withdrawn.

Did you ever see Doctor Itinger again?

A.    No.

C. GISSER

Q.    Was there a reason you never bent back to see him again?

A.    Yes.

Q.    What was that?

A.    I felt he wasn't thorough.  And when the pain got worse and worse, I didn't understand why he didn't send me for additional testing to diagnose.

Q.    You said you saw him the one time?

A.    Yes.

Q.    When you say the pain got worse and worse and worse, are you talking about in the future after that visit?

A.    Yes.

Q.    How would Doctor Itinger know about that if he only saw you one time?

A.    I didn't suggest that he would know.

Q.    You said you saw Doctor Itinger for the first time.  When I asked you why you didn't see him again, you said you thought he was not thorough and that he didn't send you for additional testing when

C. GISSER

your pain got worse.  I drew the wrong conclusion that you hadn't seen him again. Had you spoken to anyone in his office after your first visit?

A.    No.  I just felt that he wasn't very thorough on that particular visit. Sorry.

Q.    That's okay.  What was the next health care provider you saw in connection with your right foot or right ankle?

A.    I discussed it with Doctor Meyerson, and he suggested I see an associate that works with him in his Manhattan office, which was Doctor Sands.

Q.    You say Doctor Sands works in the same practice as Doctor Meyerson but just in their city office?

A.    In the city office.  Let me clarify, please.  Doctor Meyerson works in that office where Doctor Sands is, and he works in Beacon Hill Orthopedics, which is where I was seeing him.

Q.    I will make sure I'm clear. When you say him, you were seeing Doctor

C. GISSER

Meyerson at the Beacon Hill facility?

A.    Correct.

Q.    He also has an office that he shares a practice with Doctor Sands?

A.    Yes.

Q.    Is that facility known as New York Downtown Orthopedics Associates?

A.    Yes.

Q.    You saw Doctor Sands at New York Downtown Orthopedic Associates at their office in Manhattan?

A.    Correct.

Q.    Okay.  Do you know approximately when that was?

A.    I believe August.  It was after an MRI, so it was in August.

Q.    August of 2015?

A.    Yes.

Q.    You just mentioned something about an MRI.  At some point in time, did you have an MRI to your right foot or ankle?

A.    Yes.

Q.    When was that?

C. GISSER

A.    June --

Q.    I apologize, did you have one MRI to your foot or ankle or more than one after your accident?

A.    One.

Q.    I asked when it was and you started to say --

A.    Early June in 2015.

Q.    Did Doctor Meyerson refer you for that MRI when you spoke to him about needing to see someone because you weren't happy with Doctor Itinger?

A.    Yes.

Q.    So did Doctor Meyerson refer you to a particular facility or just give you a prescription for the MRI?

A.    He gave me the prescription and, I'm sorry, I do not recall if he referred where I went for the MRI or not.

Q.    He gave you a prescription to have an MRI to your right ankle and foot?

A.    Yes.

Q.    And you had that MRI in June of 2015?

52

C. GISSER

A.    Yes.

Q.    Do you remember the name of that facility?

A.    Open MRI of Middletown.

Q.    Do you recognize the name of the facility known as Greater Northeast Radiology?

A.    That is the other name they go under.

Q.    That facility is the same or shares a practice with Open MRI of Middletown?

A.    Yes.

Q.    After you had the MRI of your right foot and right ankle, who was the first doctor you spoke to about the results of that test?

A.    Doctor Meyerson.

Q.    Okay.  Approximately how long after the MRI was it that you saw Doctor Meyerson next?  The next day, a week, something else?

A.    About a month, I believe.

Q.    Was it before you saw Doctor

53

C. GISSER

Sands?

A.    Yes.

Q.    Okay.  So when you saw Doctor
Meyerson, did you see him at his office at
the Beacon Hill facility?

A.    Yes.

Q.    And when you saw him there, did
he have the results for the MRI?

A.    Yes.

Q.    And did he discuss them with
you?

A.    Yes.

Q.    Can you tell me what your
recollection of that conversation is?

A.    He explained what the report
said.  He also explained to me that he does
not specialize in foot and ankles so he
didn't feel qualified to look at the
pictures and go into further detail.  And
at that time he discussed that I see his
associate who does specialize in foot and
ankle in the New York office.

Q.    That would be Doctor Sands?

A.    That would be Doctor Sands.

C. GISSER

Q.    When you say he read the report of the MRI to you -- I know you are not a doctor -- but do you recall what that report said or what he told you it said?

A.    It said that I had a split tear in my ankle.  Additionally tears in the plantar fascia.

Q.    Other than referring you to Doctor Sands, did Doctor Meyerson render any treatment for you or do anything else for you in connection with your right foot or right ankle?

A.    No.

Q.    Other than refer you to the MRI, did he prescribe any medication, do anything else for you in connection with your right foot and right ankle?

A.    No.

Q.    He referred you for the MRI and referred you to a colleague that he felt was more qualified, correct?

A.    Correct.  I'm trying to remember if he prescribed therapy at that time for my foot and ankle and I don't

C. GISSER

think so.

Q.    And then after you met with Doctor Meyerson and he referred you to Doctor Sands, was the next health care provider you saw Doctor Sands?

A.    Yes.

Q.    Okay.  That was in his office in Manhattan?

A.    Yes.

Q.    Do you know where in Manhattan he is, what street?

A.    The street?  No.  I just remember the FDR going all the way down. It was in the southern part of New York City.

Q.    Do you know what kind of doctor Doctor Sands is?

A.    He is an orthopedic surgeon specializing in feet and ankles.

Q.    And in total, how many times did you see Doctor Sands?

A.    Once.

Q.    When you saw Doctor Sands, did he discuss with you the MRI results?

C. GISSER

A.    Yes.

Q.    Did he conduct an examination of your foot and ankle?

A.    Yes.

Q.    What -- did he discuss what the MRI results showed?

A.    Yes.

Q.    What did he tell you?

A.    Split tear in my ankle and tears in the plantar fascia.

Q.    Did he tell you -- to the best of your recollection, did he tell you anything different than what Doctor Meyerson told you the MRI showed?

A.    I don't recall.

Q.    And after he examined your foot and ankle, did he have a conversation with you about your condition?

A.    Yes.

Q.    Can you tell me the basic sum and substance of that conversation?

A.    He said that the tear would not heal itself and the only thing that would heal it would be surgery.

C. GISSER

Q.    Okay.  So on the first and only visit with Doctor Sands, he told you nothing would help and you would require surgical intervention?

A.    I believe he said you can try physical therapy, but it's not going to fix it; it's not going to heal it.

Q.    Okay.  Other than surgery, did he discuss as a possible option getting any kind of injection to the foot or ankle?

A.    I don't recall -- I don't think he mentioned injection.  I don't know if he prescribed or told me about getting inserts for my shoes just to take the pressure off the pain.

Q.    Okay.  Anything else about your visit with Doctor Sands that we haven't discussed already this morning, this afternoon?

A.    I felt the type of surgery he was talking about was surprisingly invasive and something I didn't understand.

Q.    Let's go back.  You told me that he told you you needed surgery.  Did

C. GISSER

he discuss with you what that surgery would entail?

A.    Yes.

Q.    Can you tell me your understanding of what he told you in that regard?

A.    He said he could fix the tear by going in to repair the tear and the ankle and helping that.  For the plantar fascia and the heel pain, which he felt was part of the plantar fascia, he said something about making an incision in the calf to then loosen up the tendons that run under the foot.  And I thought you'd go right to the foot.

So I felt that was something I needed to research on the internet before consenting to a surgery like that.

Q.    Okay.  Did Doctor Sands do anything else for you other than what you have already told me about?

A.    No.

Q.    Did he refer you to any doctors or specialists?

C. GISSER

A.    No.

Q.    You never saw him again?

A.    Correct.

Q.    Who was the next health care provider that you did see for your right foot or right ankle after Doctor Sands?

A.    Doctor Hoisington in Hawthorne.

Q.    Doctor Hoisington is located where?

A.    Hawthorne, New York.

Q.    How many times did you see Doctor Hoisington?

A.    Once.

Q.    And what kind of doctor is Doctor Hoisington?

A.    Orthopedic surgeon.

Q.    Does he specialize in feet and ankles to the best of your knowledge?

A.    I believe so.

Q.    How did you find Doctor Hoisington?

A.    I think I told Doctor Meyerson I wanted a second opinion other than Doctor Sands, and I'm pretty sure this was through

C. GISSER

-- Doctor Meyerson had given me this.

Q.    Was that referral after you had seen Doctor Sands?

A.    Hold back one moment.  It was afterwards.  It may not have actually been Doctor Meyerson; it might have been a receptionist in his office, who is familiar with the area.  So I'm not sure exactly who from the office gave me that referral.

MR. IAIA:  Off the record.

(Whereupon, an off-the-record discussion was held.)

Q.    So I'm clear in understanding that, someone in Doctor Meyerson's office, whether it be a doctor or receptionist, suggested that you can see Doctor Hoisington?

A.    Yes.

Q.    And that was done after you had seen Doctor Sands?

A.    Yes.

Q.    Okay.  And when you saw Doctor Hoisington the one and only time, do you know if he had your MRI films and/or the

C. GISSER

report?

A.    I showed him.

Q.    You brought the films --

A.    Yes.

Q.    I'm sorry, withdrawn.

What did you bring with you?
Did you bring the disk with the actual film
or the report or something else or both?

A.    The disk and the report.

Q.    And did Doctor Hoisington
review the disk while you were there,
looking at the actual --

A.    I believe so.

Q.    Okay.  Do you know if he read
the report?

A.    Yes.

Q.    And did he examine your foot
and ankle?

A.    Yes.

Q.    Can you tell me what he told
you about the MRI?  Was there anything
different than what you already heard?

A.    No.

Q.    And did he discuss his physical

C. GISSER

examination of your foot and ankle?

A.    Yes.

Q.    What did he tell you?

A.    He explained -- showed me that it was swollen, which was obvious.  We discussed the idea of surgery, but after my visit with Doctor Sands, I was not ready to rush that way.  So I asked him what else we could try.  He did give me the script for physical therapy and a script to get -- I forget the name -- some type of a heel insert that you can wear called a Visco Heel.  I don't remember what it was.

Q.    Let's go back a little bit.  You mentioned the idea of surgery was discussed.  Who brought up surgery?  Was it you or was it him?

A.    I don't recall.

Q.    Well, during your conversation with Doctor Hoisington, did he say that he believed that you should have surgery?

A.    He said it was okay to wait if I would like to try physical therapy.  He also suggested an injection that I did not

C. GISSER

do. Did I do it that day? I don't remember if I did an injection with him or not. I'm sorry. I can't recall.

Q. Okay. Who brought up the idea of surgery?

A. I don't recall.

Q. Okay. I also asked if Doctor Hoisington told you that he thought that you should at that point have surgery. You mentioned -- in response you mentioned something about injections. At some point in time after your accident at Wal-Mart, did you ever get an injection or injections to your foot or ankle?

A. Yes.

Q. Was it one injection or more than one injection?

A. I don't recall.

Q. Do you know what part of your ankle or foot that injection or injections were to? Was it the top of the foot, the heel or the side?

A. The heel.

Q. Do you know who gave you that

64

C. GISSER

injection or injections?

A.    Definitely Doctor Reade who I saw after Doctor Hoisington.

Q.    We'll get to him next.

A.    I don't recall -- I remember Doctor Hoisington and I discussing it.  I honestly don't remember if he gave me an injection or not that day.

Q.    That's okay.  But he said it was okay to wait and go through physical therapy first.  In other words, it wouldn't make your condition worse to not have the surgery?

A.    I don't recall if he said that one way or the other.  I do recall myself wanting to try physical therapy.

Q.    Now, you mentioned that he gave you a prescription for physical therapy?  Up until this point in time, had you had any physical therapy to your root fight or your right ankle yet?

A.    I believe I tried physical therapy, and I remember it hurting.  It was in between there.  I can't remember exactly

C. GISSER

the dates.  I remember trying a couple of times at one facility and not being happy with what was being done.

Q.    The very first time that you went for physical therapy for your right foot or ankle, who sent you for that therapy?  Who was the doctor that sent you?

A.    It could have been Doctor Meyerson.  I'm not a hundred percent sure.

Q.    That's what I'm saying, I don't want you to guess.  My questions are only if you know.  I will ask the question again.  It looks like you are not sure.  If you are not sure, you can say that.  That's okay.

Do you know which doctor first prescribed you for physical therapy after your accident?

A.    No.

Q.    Can you tell me approximately how long after your accident it was that you first attempted to have physical therapy, regardless of who sent you for it?  In other words, was it a month after the

C. GISSER

accident, six months after the accident?

A.    It was within a month or so.  I don't recall other than that.

Q.    Do you know where you tried physical therapy for the first time after the accident?

A.    It was Peak Physical Therapy in Washingtonville.

Q.    And was it during this first attempt at physical therapy that you found it to be painful and you didn't want to continue with it at that point?

A.    Yes.

Q.    At some point in time -- withdrawn.

At some point in time, you had surgery to your right foot and right ankle, is that correct?

A.    Yes.

Q.    After the first attempt at physical therapy to your right ankle but before you had surgery, did you attempt to have physical therapy at another location?

A.    Yes.

C. GISSER

Q.    Where was that?

A.    The name is also Peak but in the Newburgh office.

Q.    So I'm clear, the names are the same. Are these the same facilities just with different offices in different locations? All part of the same practice, the Peak Physical Therapies?

A.    Yes.

Q.    The second round was in Newburgh?

A.    Yes.

Q.    Do you know which doctor sent you for physical therapy at that time?

A.    Doctor Hoisington.

Q.    Okay. And about how long did you go for physical therapy at that point, just when you started?

A.    About four to six weeks.

Q.    And can you tell me about when it was that you started physical therapy at Peak PT in Newburgh? Was it in 2015?

A.    It was 2015.

Q.    Do you know when,

C. GISSER

approximately?  Halloween, Christmas?

A.    It was early October.

Q.    What kind of things were they doing for you there?

A.    They had like an aqua therapy bath that you put your foot in.  We did that a lot.  Some light exercises, massage.

Q.    Did they do stretching of your foot and ankle and heel, things like that?

A.    Light stretching.

Q.    Did they use any electric stimulation, things like that?

A.    No.

Q.    You said you went there four to six week?

A.    Probably, yes.

Q.    Approximately?

A.    Yes.

Q.    How often were you going?

A.    Twice a week.

Q.    Was it twice a week the whole time or did it start higher and they taper it down or something else?

A.    I don't recall.  We did taper

C. GISSER

it down eventually.

Q.    So it started off at two times a week and at some point it became less?

A.    Yes.

Q.    When you stopped going approximately six weeks later, how often were you going there?

A.    Maybe once a week.

Q.    Okay.  And had you found that the therapy at the Newburgh office was helping?

A.    No.

Q.    Was it making you feel worse?

A.    No.  My foot gradually was starting to hurt worse, but not -- I wouldn't go to physical therapy and then it would hurt more; it was just over -- it was just getting worse and worse.

Q.    Suffice to say in your opinion the physical therapy was not helping?

A.    Correct.

Q.    Okay.  And at some point in time after you saw Doctor Hoisington, did you come under the care of another doctor?

70

C. GISSER

A.    Yes.

Q.    Who was that?

A.    Doctor Reade.

Q.    And just to skip ahead, is Doctor Reade the doctor who ultimately performed the surgery or surgeries to your right foot and ankle?

A.    Yes.

Q.    Is he an orthopedic surgeon?

A.    He is a podiatrist surgeon.

Q.    Did someone refer you to Doctor Reade?

A.    Yes.

Q.    And who was that?

A.    It was a physical therapist in Newburgh.

Q.    Okay.  Do you recall when it was you saw Doctor Reade for the very first time after your accident?

A.    The end of October 2015.

Q.    What was the reason you saw Doctor Reade for the first time?

A.    Extreme pain in the bottom of my foot and my heel.

71

C. GISSER

Q. Where is Doctor Reade's office located?

A. At that time he had his own facility in Newburgh, but he was closing it up; and the next time I saw him, he joined the practice of Dutchess orthopedics associates.

MR. IAIA: Orthopedic Associates of Dutchess County.

MR. BANKS: I was going to beat you to it.

Q. The first time you saw him was the Newburgh office just before it closed?

A. Yes.

Q. When you saw Doctor Reade for the first time, did you bring with you the disk with the MRI and the report?

A. Yes.

Q. Do you know if Doctor Reade reviewed that?

A. Yes.

Q. Did he discuss with you the findings?

A. Yes.

C. GISSER

Q.    And did he tell you anything about his interpretation different than what you were told by others?

A.    No.

Q.    Did he examine your right foot and right ankle?

A.    Yes.

Q.    When you first saw Doctor Reade for the very first time, did you have to fill out any paperwork as a first-time patient with background information, things like that?

A.    Yes.

Q.    Was there a questionnaire that was there as well?

A.    I don't recall.

Q.    Okay.  When you saw Doctor Reade for the very first time in November of 2015, did you tell him that you had several incidents where you sprained your ankle several times in the last few months?

A.    Several incidents?  No.

Q.    Let me ask you this.  From the time that you had your accident at

C. GISSER

Wal-Mart, from the time that you saw Doctor Reade for the very first time, did you have any other instances where you twisted or injured your right foot or right ankle?

A.    No.

Q.    Did you tell Doctor Reade that?

A.    That there are no other incidents?

Q.    That you did injure your ankle after or twist your ankle after your accident in the Wal-Mart in 2015?

A.    No.

Q.    Okay.  Have you ever heard of an event called the Walkway Over the Hudson?

A.    Yes.

Q.    What is that?

A.    You walk over the Hudson.

Q.    Is that a charity event?

A.    No.  It's not an event.  It's an old bridge that they made into a walkway.

Q.    In other words, it's called Walkway Over the Hudson?

74

C. GISSER

A.    That's what they call it, but it's just a bridge that is paved and you can walk over it.

Q.    Is that associated with any kind of organized -- rather than me going out there tomorrow and walking over there --

A.    You can walk over there tomorrow.

Q.    My question was, is there an event where there is a group of people that go and do it together as part of an organized situation?

A.    I was not part of an organized situation.

Q.    When you saw Doctor Reade for the first time, did you tell him that you did the Walkway Over the Hudson earlier that month?

A.    I told him I tried to walk over it, yes.

Q.    Did you tell him you were unable to complete it?

A.    I told him -- I'm trying to remember.  I did walk somewhat.  I remember

75

C. GISSER

having those special heel things in and I remember telling him that during the walk the pain got worse and worse.  By the time I had walked to the car, I couldn't put any weight down on my foot at all.

Q.    Okay.

A.    It's just a paved road.

Q.    And how long is -- round trip, how long is that walkway?

A.    I don't recall.

Q.    Do you know if it is more than two miles?

A.    I don't think it is more than two miles.  It is not that long.

Q.    Okay.  I just want to go back because it was a little unclear.

From the time you had the accident at Wal-Mart up to the time you ultimately had surgery to your right foot and right ankle, did you tell any of your health care providers that you suffered a couple of ankle sprains after your incident at Wal-Mart?

A.    No.

C. GISSER

Q.    Okay.  What did Doctor Reade discuss with you during your first visit with him?

A.    We discussed the possibility for surgery and whether or not to try an injection to see if that would help.

Q.    Now, when you say you discussed the possibility of surgery, when you meet with him after his examination, did he say to you that he thought or recommended that you should have surgery?

A.    Yes.

Q.    Okay.  And what was your response to that?

A.    Well --

Q.    In other words, you said you didn't want to or you are okay with it? How did you respond to his telling you he thought you should have it?

A.    I don't recall at the first visit.  I do know at the second visit, that was the decision that had to be made.

Q.    When you say decision had to be made, you decided you had to have it?

C. GISSER

A.    He and I decided -- can I go back?

Q.    Sure.

A.    I believe the first visit we did an injection.  We wanted to see if that would help and it didn't.  The next visit, surgery was the only option.

Q.    Let's go back.  The first visit at the end of October of 2015 with Doctor Reade, during that visit, you got an injection?

A.    I believe so.

Q.    Okay.

A.    I do not a hundred percent recall.

Q.    Okay.  At some point Doctor Reade gave you an injection?

A.    Yes.

Q.    Do you know what the nature of that injection was?

A.    It was medication to help dull the pain that was in the shot that went into the heel.

Q.    It was a pain medication, to

C. GISSER

the best of your knowledge?

A.    Yes.

Q.    What part of your foot or ankle did that injection go to?

A.    I believe it's in the heel area of the right foot.

(Whereupon, a short recess was taken.)

Q.    What else, if anything, did Doctor Reade do for you during the first visit?  Bear in mind I know that you are not a hundred percent positive that you got the injection on the first visit.

A.    That's what I was going to say. I'm almost 80 percent sure that he did give me an injection that day.

Q.    What else did he do for you that day?  Did he do any other tests in his office?  Did he refer you somewhere?

A.    They gave me some kind of a boot that I'm supposed to wear in my shoe.

Q.    A boot that you wear over your shoe?

A.    No, inside.  And it was really

C. GISSER

uncomfortable.

Q.   He told you to wear it all the time?

A.   It was a lace boot.  That was for during the day.  I had already gotten a night boot that I was wearing.  I think I was supposed to wear that whenever I was up and about.

Q.   Did you do that?

A.   At first for a few days.

Q.   Did you stop because it was uncomfortable?

A.   Correct.

Q.   How long did he tell you to wear it for?

A.   You mean like how many days?

Q.   Did he tell you to wear it for a week, six months?

A.   I don't recall him telling me.

Q.   At some point in time, did you ever call Doctor Reade or his office to tell him that the boot was causing you discomfort?

A.   I called to make an appointment

C. GISSER

at this office. That's all I told them was I wanted to make an appointment where he was at his new office.

Q.   When you saw Doctor Reade for the second time, that's when you decided to have the surgery?

A.   Yes.

Q.   About how much time was there between visits?

A.   Two to three weeks.

Q.   Okay. During that approximate two to three weeks, were you getting treatment from any other health care provider for your foot or ankle?

A.   Still at physical therapy at Peak in Newburgh, I believe.

Q.   I don't want you to guess. My question is if you recall, in between visits to Doctor Reade, were you still getting therapy for your foot and ankle?

A.   Yes.

Q.   So when you went back to see Doctor Reade the second time, did he discontinue physical therapy because you

C. GISSER

were going to have surgery or did he have you keep going?

A.    I believe we discussed the part of physical therapy with the bath and so on that felt good and I believe discussion was whatever feels okay is okay to do, which is all I did towards the end.

Q.    Okay.  And how soon or how long after your second visit with Doctor Reade was it that you had surgery?

A.    Just under a month.

Q.    Where did that surgery happen?

A.    St. Luke's Hospital in Newburgh.

Q.    And before you had the surgery, did Doctor Reade explain to you what the surgery was going to entail?

A.    Yes.

Q.    What did he tell you?

A.    That there would be an incision on the outside of my ankle to fix the tear; and for the plantar fascia tears, the procedure was to loosen the plantar fascia by inserting a rod towards the bottom of

82

C. GISSER

the foot to break up -- I think come out the other side -- to break up the plantar fascia.

Q.    Was the explanation that Doctor Reade had given you about the surgery, was it in sum and substance the same as what you were told earlier by Doctor Sands, I think?

A.    No.

Q.    How was it different?

A.    There was no talk about doing an incision into the calf to lower the plantar fascia.  He was going right to the area.

Q.    Did you discuss with Doctor Reade the conversation you had with Doctor Sands about that?

A.    Yes.

Q.    What did he say?

A.    It was controversial.

Q.    The procedure that Doctor Sands wanted to do?

A.    Correct.

Q.    At the conclusion of your

C. GISSER

conversation with Doctor Reade on your second visit, you felt comfortable the way he was prescribing was the way you wanted to go?

A.   Yes.

Q.   And was that surgery performed as outpatient?

A.   Yes.

Q.   You were not admitted?

A.   Correct.

Q.   And after the surgery was performed but before you left the hospital, did Doctor Reade come and talk to you about how it went?

A.   Yes.

Q.   What did he tell you?

A.   He told me that was one of the largest tears he had seen, what was in my ankle.  He seemed surprised at the size it was.

Q.   Other than the size of the tear, did he tell you how the procedure went?  It went well, complications?

A.   He said it went well.

84

C. GISSER

Q.    After you left the hospital, did he discuss what your next steps would be?

A.    Yes.

Q.    What did he tell you?

A.    I would be in a soft cast.  I would be in that for at least a week and then we go to a hard cast.  They also sent me home with something to keep the circulation -- no, no, scratch that.  He sent me home with some sort of an ice -- it's hard to explain.  It's like an ice bath thing to get the swelling down.

Q.    Cryo cuff?

A.    I don't recall what it was.

Q.    Something to keep your foot cold and numb?

A.    Yes.

Q.    As a result of this surgery, did you get stitches?

A.    Yes.

Q.    Do you know how many stitches you got?

A.    No.

85

C. GISSER

Q.    And when you left the hospital, you were in a soft cast?

A.    Yes.

Q.    And did they give you crutches or a cane or anything else to help you ambulate?

A.    They gave me crutches, which were very difficult for me.  We had rented a knee scooter for me to have at home.  It's a scooter and you put your knee on it and keep your foot up because my foot was not allowed to touch the ground for at least a month.  You just push yourself around on that.

Q.    When you say you got a knee scooter, one of your doctors prescribed that for you?  How did you get it?

A.    We rented it from Manchester Orthopedics in Middletown.

Q.    Is that something that Doctor Reade helped arrange for you?

A.    I don't recall.  We talked about it, and he felt it would be a good idea.  I don't think I needed a

86

C. GISSER

prescription for it.

Q.    Okay.  When you left the hospital, you had to wear the soft cast for one week.  Did you in fact wear the soft cast for one week?

A.    Yes.

Q.    Did you return to see Doctor Reade in his office?

A.    Yes.

Q.    Did you have any other treatment in that interim?

A.    I did see him once before because the cast got loose and came off and we went so he could fix it and check everything.

Q.    So before the week period was over, something happened with the cast; he needed to adjust it?

A.    Yes.

Q.    Okay.  Did he remove the cast and put a new one on or tweaked it?

A.    It was a soft cast.  I believe he put a new one on.

Q.    Then you went back

C. GISSER

approximately a week later.  Did he remove the soft cast entirely?

A.    Yes.

Q.    Then he put you in a hard cast?

A.    Yes.

Q.    The soft cast, can you describe that for me?  In other words, did it cover just your foot?  Did it go up to your knee, above your knee?

A.    Past my calf under the knee.

Q.    And how about the hard cast?

A.    Same.

Q.    Okay.  So neither of the casts went above your knee?

A.    Correct.

Q.    How long did you wear the hard cast for?

A.    A month.

Q.    And after a month, did you go see Doctor Reade?

A.    Yes.

Q.    And did he remove the cast at that point?

A.    Yes.

C. GISSER

Q.    When he removed the cast, did he take any tests in his office to see how your tears were healing?

A.    I don't recall.

Q.    What else did he do for you during that visit other than take off the hard cast?

A.    Gave me a hard boot.

Q.    But other than the boot, did you have a dressing or anything remaining over the surgical scar sites?  Was your foot just exposed?

A.    I don't recall if we still kept a bandage on it or not at that point.

Q.    When you say he gave you a boot, can you describe the boot?

A.    It's black and hard and it goes under your knee.

Q.    It's hard plastic?

A.    Yes.

Q.    And were you given any instructions about restrictions on how much you walked or things like that?

A.    Start physical therapy

C. GISSER

immediately and not to put my foot down until the physical therapist says it is okay, not to put pressure on my foot.

Q.    Did you begin a new course of physical therapy at this point?

A.    Yes.

Q.    That was at Peak in Newburgh?

A.    Peak in Washingtonville.

Q.    And when you first started your treatment, your physical therapy post-surgery in Washingtonville, how often were you going?

A.    Two to three times a week.  May have been three times in the beginning.

Q.    And in the beginning, what kind of things were they doing for you?

A.    The best thing I was able to do was put my foot down the first day.  He told me how to use the crutches with my foot down and very simple physical therapy in the beginning.  It was more walking. And I don't recall everything.

Q.    Okay.  At some point, did the physical therapy get more aggressive?

C. GISSER

A.    Yes.

Q.    About how long in therapy did that happen?  A month in, six months in?

A.    A month in.

Q.    When the therapy started getting a little more aggressive, what sort of things did they start doing for you?

A.    Ankle turns and putting it on a board where you would turn your ankle around.  There was some walking back and forth, stretching using the elastic bands. I had to stretch my foot back and to the sides.

Q.    Okay.  And about how long did you get physical therapy at the Washingtonville location?  Six months, ten months?

A.    Just about six months.  Just under six months.

Q.    After approximately six months at the physical therapy in Washingtonville, did you go and see Doctor Reade to discuss your progress?

A.    Yes, I continued to see Doctor

C. GISSER

Reade throughout.

Q.    When you saw Doctor Reade at the conclusion of six months, how were you doing?

A.    The ankle was still fairly swollen.  The pain was getting better.  It was very painful in the beginning.  The pain got better and better, but the ankle stayed swollen.

Q.    Did he prescribe medication for your swelling, anti-inflammatories?

A.    I have to be careful with anti-inflammatories because of a stomach condition.  I wasn't overdoing it.  I had Celebrex.  Only took it when I absolutely needed it.  We did have another lace-up that felt a lot better, that he said if I was going to take long walks to wear that, even to this day.

Q.    Now at the end of that six-month or approximate six-month PT in Washingtonville, at that point were you able to ambulate without the boot?

A.    Yes.

C. GISSER

Q.    And were you given restrictions on your ambulation?  In other words, he said don't you walk more than 10 miles or anything like that or just as you can bear?

A.    It was as I can bear and I should use the lace-up brace in my shoe.

Q.    All the time or as needed?

A.    As needed.

Q.    And after this six-month stretch at Washingtonville, was that the end of your physical therapy or did you ever get therapy anywhere else?

A.    End of the physical therapy for my foot, yes.

Q.    Did you have any more treatment for the injuries you suffered in Wal-Mart in October of 2015 or just to other parts of your body?

A.    Other parts.  I continued to see Doctor Reade as needed.

Q.    Okay.  It's a little confusing. I'm only asking you questions about the injuries you suffered at the Wal-Mart.  So you mentioned something about treatment;

C. GISSER

you implied there is treatment to other body parts. I'm only interested in treatment to your ankle and foot.

A.    No specific treatment except seeing Doctor Reade now and again.

Q.    To check progress?

A.    Yes. And if I have pain.

Q.    When was the last time you saw Doctor Reade in connection with your right ankle and right foot injuries?

A.    This past November, so November of 2017.

Q.    And during that last visit, did he examine your ankle?

A.    Yes.

Q.    And did you have a conversation with him at the conclusion of the visit as to your condition?

A.    Yes.

Q.    What did he tell you?

A.    I was having pain right near the area of the incision and he felt that was more muscular. My ankle will always have weakness, so there would be different

94

C. GISSER

problems with different pain. I was having pain right near there and swelling; and he said, you know, be careful with it.

Q. That's one of those things you have to live with for a while if not forever?

A. Yes.

Q. Other than that, was he happy with the progress as far as the range of motion and the decrease in pain to your ankle in general?

A. I believe so.

Q. Okay. Before you saw him in November of 2017, do you know approximately how long it was you saw him before that?

A. I don't recall. Most likely at least six months or so.

Q. Okay. Would it be fair to say that barring something happening to your foot, something occurring that causes a problem, that you see him every six months or so or on an as needed basis?

A. As needed.

Q. Okay. Other than the doctors

C. GISSER

and health care providers that we talked
about already here today, again in
connection with your right foot and right
ankle, is there any other doctor or
hospital or clinic, any health care
provider at all, that you saw or treated
with that we haven't talked about already?

A.   No.

Q.   We have covered everybody?

A.   Yes.

Q.   Okay.  At the time of this
accident, were you on SSD through your --
from your prior work accident?

A.   Yes.

Q.   Were you also a Medicare
recipient?

A.   Yes.

Q.   Your medical bills in
connection with your right foot and right
ankle, were those all paid through
Medicare?

A.   Yes.

Q.   To the best of your knowledge,
are there any outstanding medical bills

C. GISSER

that have not been paid all in connection with this accident?

A. No.

Q. In connection with your accident and the injuries you suffered in the accident, did you or your family sustain any out-of-pocket expenses for anything, whether it be the scooter or boots or medication? Anything at all that you weren't reimbursed for through Medicare or another source?

A. Yes.

Q. How much has your family incurred in expenses in that regard, approximately?

A. At least a thousand.

Q. For what kinds of things was that approximate $1,000 for?

A. All my co-pays for the doctors and the physical therapy, the knee scooter. I also had a walker; eventually we got one. Whatever the co-pay was for that.

Q. Okay. Did you keep any receipts or proof of payment for any of

C. GISSER

that approximate thousand dollars?

A.    Yes.  Not in one spot.

MR. BANKS:  We'll ask that at some point you gather all of your things from various files and provide them to your attorney so we can document what those expenses actually are.

Q.    At present, what are your current complaints?  I don't necessarily mean sitting here at this moment. Generally speaking, do you have any complaints with regard to your ankle and foot that you attribute to your accident?

A.    Yes.

Q.    What are they?

A.    I can't walk far distance.  I still have -- I used to like to hike in the woods, and I have not done that since I hurt my ankle.  I'm afraid to trip or be on uneven grounds.  I can't wear heels more than an inch and a half, and I'm very limited and even with those, I have to try on a lot of shoes and I end up returning a

C. GISSER

lot once I wear them in the house and I realize I can't wear them. So I'm very limited in what I can wear. I stick with a couple of brands.

Every now and then for no apparent reason I get some swelling, I get some pain.

Q. When that happens, do you take over-the-counter medication?

A. I do, as well as I have a foot bath that I use Epsom salts. And I now have a foot massager, so it stays under my kitchen table. And I watch TV and almost every night I'm using that.

Q. Does that help?

A. Somewhat. It feels good at the time. It doesn't take it away, I don't think.

Q. Anything else?

A. If I want to take a long walk, I have to use the brace. It's very uncomfortable.

Q. Okay.

A. It's limited. Any kind of

C. GISSER

exercise or activities that I like to do, I can't.  I can't walk for exercise.  I can't do a lot of things that I used to do.

Q.    That's what my next question is going to be.  Are there things that you were able to do before this accident --

A.    Yes.

Q.    Let me finish the question. Were there things that you did before the accident that now, because of this accident and the injuries you suffered in the accident, you can't do at all?

Bear in mind the next question is going to be if there are things you did before the accident that you could do now but you can't do them as well but you still do them.

The first question is, is there stuff that you did before this accident that now because of this accident you can't do at all?

A.    Yes.

Q.    What are those things?

A.    Hiking.

C. GISSER

Q.    What else?

A.    Walk more than two flights of stairs, walking for a long distance on even ground.

Q.    Okay.

A.    Driving long distances.

Q.    Have you taken any trips with your family or alone since the accident anywhere?

A.    Like a vacation?

Q.    Vacation, trips, business trips, anything.

A.    I'm sorry, I'm thinking.

Q.    It is okay.

A.    No.

Q.    Have you had a vacation with your family since your accident?

A.    No.

Q.    I may have interrupted you. Anything else that you did before that you can't do anymore?

A.    Not that I recall.

Q.    Are there things that you did before the accident that now you do them,

C. GISSER

but you either can't do them as well or as long because of the pain you feel?

A.    Climb one flight of stairs in my home causes pain.  Trying to carry anything is difficult.  Carrying in packages is very difficult to walk and carry at the same time.

I mentioned wearing nice shoes. I guess that goes with the prior because now I can't.

Q.    Who did the shopping in your family, the grocery shopping, before the accident?

A.    Me.

Q.    Do you still do that now?

A.    Now I do, yes.

Q.    Have you had to hire any help because of your injuries in this accident around the house?  Gardener or home keeper, nanny, things like that?

A.    No.

MR. BANKS:  I don't think I have any more questions.

MR. IAIA:  I believe you are

C. GISSER

done.

MR. BANKS:  You are finished. I hope you feel better.

THE WITNESS:  Thank you.

(Whereupon, at 1:55 P.M., the Examination of this witness was concluded.)

o           o           o           o

103

C. GISSER

D E C L A R A T I O N

I hereby certify that having been first duly sworn to testify to the truth, I gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
CINDY GISSER

Subscribed and sworn to before me this _____ day of _____ 20___.

_____
NOTARY PUBLIC

104

                        C. GISSER

                     E X H I B I T S


DEFENDANT EXHIBITS


EXHIBIT      EXHIBIT                          PAGE

LETTER       DESCRIPTION

  A          Witness Statement               33


        (Exhibits retained by Counsel.)




                      I N D E X


EXAMINATION BY                               PAGE

MR. BANKS                                    4



    INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS                 PAGE

Produce all documents showing

expenses laid out since the time

of the accident.                            97

105

                        C. GISSER

                   C E R T I F I C A T E


STATE OF NEW YORK        )
                         :   SS.:
COUNTY OF ROCKLAND       )


          I, HOWARD BRESHIN, a Notary Public
for and within the State of New York, do
hereby certify:
          That the witness whose examination is
hereinbefore set forth was duly sworn and
that such examination is a true record of
the testimony given by that witness.
          I further certify that I am not
related to any of the parties to this
action by blood or by marriage and that I
am in no way interested in the outcome of
this matter.
          IN WITNESS WHEREOF, I have hereunto
set my hand this 5th day of February 2018.


                    _____
                           HOWARD BRESHIN

C. GISSER

| $ | 8 |
|---|---|
| $1,000 [1] - 96:19 | 80 [1] - 78:16 |

| 1 | 9 |
|---|---|
| 1 [1] - 3:17 | 97 [1] - 104:23 |
| 10 [1] - 92:4 | |

**$**

$1,000 [1] - 96:19

**1**

1 [1] - 3:17
10 [1] - 92:4
10606 [1] - 1:22
10940 [1] - 2:5
10992 [1] - 4:13
10:30 [1] - 11:7
11 [1] - 11:11
11768 [1] - 2:10
12:15 [1] - 1:13
17-cv-05293 [1] - 1:6
18th [3] - 10:22, 13:14, 43:19
1991 [2] - 10:5, 10:8
1:55 [1] - 102:6

**2**

2006 [1] - 9:25
2009 [2] - 9:2, 9:13
2013 [4] - 13:21, 14:4, 14:23, 15:5
2015 [23] - 4:22, 7:20, 10:10, 10:12, 10:22, 13:14, 15:23, 15:24, 16:4, 16:9, 17:15, 39:11, 43:19, 50:18, 51:9, 51:25, 67:23, 67:24, 70:21, 72:20, 73:12, 77:10, 92:18
2017 [3] - 34:3, 93:13, 94:15
2018 [2] - 1:12, 105:20
20___ [1] - 103:19
2nd [2] - 10:8, 34:3

**3**

3.75 [1] - 39:25
30 [1] - 3:16
300 [1] - 10:19
31 [1] - 1:12
33 [1] - 104:8

**4**

4 [3] - 39:25, 40:2, 104:16
40 [1] - 4:12

**5**

50 [1] - 1:21
5th [1] - 105:20

**7**

7 [1] - 2:9

**8**

80 [1] - 78:16

**9**

97 [1] - 104:23

**A**

a.m [1] - 11:8
A.M [1] - 11:9
able [4] - 5:14, 89:18, 91:24, 99:7
About [5] - 11:7, 52:24, 67:20, 80:9, 90:3
about [41] - 4:21, 6:14, 19:8, 22:5, 22:14, 33:10, 34:8, 42:13, 45:13, 45:18, 47:9, 48:14, 48:18, 50:21, 51:11, 52:17, 56:19, 57:14, 57:17, 57:22, 58:13, 58:22, 61:22, 63:12, 67:17, 67:21, 72:3, 79:9, 82:6, 82:12, 82:18, 83:14, 85:24, 87:12, 88:23, 90:15, 90:19, 92:23, 92:25, 95:3, 95:8
above [3] - 87:10, 87:15, 103:6
absolutely [1] - 91:16
accident [83] - 4:21, 10:11, 10:21, 11:6, 11:14, 11:21, 12:11, 12:22, 13:2, 13:6, 13:9, 13:10, 13:19, 14:22, 15:3, 15:6, 16:8, 17:4, 18:14, 19:4, 19:9, 19:21, 20:3, 21:15, 21:25, 23:15, 23:16, 23:23, 23:25, 24:10, 25:16, 26:18, 28:5, 28:8, 28:19, 31:12, 31:23, 33:16, 34:20, 34:23, 36:15, 38:20, 39:22, 40:6, 40:18, 41:2, 41:12, 42:9, 42:12, 43:18, 44:15, 44:20, 45:21, 51:5, 63:13, 65:19, 65:22, 66:2, 66:7, 70:20, 72:25, 73:12, 75:19, 95:13, 95:14, 96:3, 96:6, 96:7, 97:15, 99:7, 99:11, 99:13, 99:16, 99:20, 99:21, 100:9, 100:18, 100:25, 101:14, 101:19, 104:23
action [1] - 105:16
activities [1] - 99:2
actual [2] - 61:8, 61:13
actually [4] - 8:20, 28:18, 60:6, 97:8
Actually [1] - 30:17
additional [2] - 48:9, 48:25

Additionally [2] - 13:23, 54:7
address [3] - 7:12, 7:24, 10:17
adjust [1] - 86:19
administer [1] - 3:11
admitted [1] - 83:10
Advil [1] - 41:18
afford [1] - 5:20
afraid [1] - 97:21
After [10] - 17:14, 20:23, 28:5, 32:2, 32:9, 32:16, 52:15, 66:21, 84:2, 90:21
after [54] - 3:16, 15:16, 18:22, 20:14, 20:19, 21:5, 22:3, 22:7, 22:19, 24:15, 26:17, 28:21, 31:23, 32:14, 34:20, 34:22, 35:25, 36:14, 38:20, 39:2, 42:12, 45:5, 45:10, 45:14, 45:20, 47:2, 48:15, 49:5, 50:16, 51:5, 52:21, 55:3, 56:17, 59:7, 60:3, 60:20, 62:7, 63:13, 64:4, 65:18, 65:22, 65:25, 66:2, 66:6, 69:24, 70:20, 73:11, 75:23, 76:10, 81:10, 83:12, 87:20, 92:10
afternoon [3] - 4:17, 40:23, 57:20
afterwards [1] - 60:6
again [9] - 47:19, 47:24, 48:3, 48:23, 49:3, 59:3, 65:14, 93:6, 95:3
against [1] - 1:6
aggressive [2] - 89:25, 90:7
AGREED [2] - 3:5, 3:20
ahead [3] - 21:2, 25:20, 70:5
aide [2] - 14:8, 14:14
aisle [2] - 27:2, 27:12
aisles [1] - 27:2
All [3] - 67:8, 92:8, 96:20
all [25] - 3:21, 4:25, 5:5, 5:10, 5:19, 6:7, 7:9, 9:15, 35:5, 35:10, 37:18, 42:11, 55:14, 75:6, 79:3, 80:2, 81:8, 95:7, 95:21, 96:2, 96:10, 97:5, 99:13, 99:22, 104:21
allowed [1] - 85:13
almost [3] - 21:5, 78:16, 98:14
alone [2] - 12:11, 100:9
Alone [1] - 12:13
already [7] - 32:25, 57:19, 58:22, 61:23, 79:6, 95:3, 95:8
also [13] - 5:20, 14:17, 31:15, 37:16, 38:10, 50:4, 53:17, 62:25, 63:8, 67:3,

84:9, 95:16, 96:22
Also [1] - 5:24
always [1] - 93:24
am [2] - 105:14, 105:17
ambulate [2] - 85:7, 91:24
ambulation [1] - 92:3
anal [1] - 11:20
AND [2] - 3:5, 3:20
and/or [1] - 60:25
AND/OR [2] - 104:19, 104:20
Ankle [1] - 90:9
ankle [72] - 23:8, 31:7, 36:22, 36:24, 36:25, 37:9, 37:11, 37:12, 37:16, 37:19, 38:21, 38:22, 41:5, 41:15, 42:8, 44:21, 45:13, 45:18, 46:12, 46:17, 47:11, 47:15, 49:11, 50:23, 51:4, 51:22, 52:16, 53:23, 54:7, 54:13, 54:18, 54:25, 56:4, 56:10, 56:18, 57:11, 58:10, 59:7, 61:19, 62:2, 63:15, 63:21, 64:22, 65:7, 66:18, 66:22, 68:10, 70:8, 72:7, 72:22, 73:5, 73:10, 73:11, 75:21, 75:23, 78:4, 80:15, 80:21, 81:22, 83:20, 90:10, 91:6, 91:9, 93:4, 93:11, 93:15, 93:24, 94:12, 95:5, 95:21, 97:14, 97:21
ankles [3] - 53:18, 55:20, 59:19
another [4] - 66:24, 69:25, 91:17, 96:12
answer [7] - 5:11, 5:15, 5:20, 6:2, 6:10, 6:15, 6:23
answers [1] - 5:5
anti [2] - 91:12, 91:14
anti-inflammatories [2] - 91:12, 91:14
anticipate [1] - 5:14
Any [2] - 16:20, 98:25
any [62] - 5:25, 6:19, 15:7, 16:11, 16:20, 17:9, 21:18, 23:13, 24:5, 25:4, 25:5, 25:9, 25:11, 26:16, 26:21, 26:25, 27:5, 27:25, 28:11, 28:17, 31:16, 31:24, 33:4, 35:3, 36:16, 36:23, 37:8, 39:22, 42:3, 43:21, 44:17, 46:20, 54:11, 54:16, 57:10, 58:24, 64:21, 68:12, 72:11, 73:4, 74:5, 75:5, 75:21, 78:19, 80:14, 86:11, 88:3, 88:22, 92:16, 95:5, 95:6, 95:25, 96:8, 96:24, 96:25, 97:13, 100:8, 101:18, 101:24,

C. GISSER

105:15
anymore [2] - 32:5, 100:22
Anyone [1] - 7:16
anyone [4] - 3:11, 12:11, 30:20, 49:4
Anything [5] - 26:7, 57:17, 96:10, 98:20, 100:21
anything [24] - 6:14, 21:24, 26:4, 30:21, 31:18, 31:19, 31:20, 32:23, 40:7, 40:10, 41:14, 54:11, 54:17, 56:14, 58:21, 61:22, 72:2, 78:10, 85:6, 88:11, 92:5, 96:9, 100:13, 101:6
anywhere [2] - 92:13, 100:10
apartment [1] - 7:25
apologize [2] - 41:20, 51:3
apparent [1] - 98:7
appear [1] - 7:8
appeared [1] - 46:2
apple [1] - 25:7
appointment [2] - 79:25, 80:3
appointments [1] - 40:21
approached [7] - 28:23, 29:3, 29:9, 30:2, 30:19, 32:19, 40:9
approaching [3] - 19:5, 25:10, 25:14
approximate [6] - 30:5, 44:4, 80:12, 91:22, 96:19, 97:2
approximately [13] - 11:5, 15:20, 17:5, 18:15, 42:24, 50:15, 65:21, 68:2, 69:7, 87:2, 90:21, 94:15, 96:16
Approximately [3] - 32:13, 52:20, 68:18
aprons [1] - 29:6
aqua [1] - 68:6
are [34] - 3:21, 5:12, 6:8, 10:9, 13:11, 14:18, 17:22, 17:23, 25:20, 28:13, 33:3, 35:3, 39:6, 39:7, 39:25, 40:3, 45:12, 48:14, 54:3, 65:12, 65:14, 65:15, 67:5, 73:8, 76:18, 78:12, 95:25, 97:9, 97:10, 97:17, 99:15, 99:24, 101:25, 102:3
Are [4] - 33:10, 67:6, 99:6, 100:24
area [20] - 23:16, 23:24, 24:9, 26:17, 26:24, 27:6, 28:7, 28:18, 30:7, 31:22, 31:25, 32:6, 33:7, 37:9, 41:21, 42:2, 60:9, 78:6, 82:15, 93:23
around [10] - 17:3, 19:20, 24:10, 25:21, 28:6, 41:21,

45:9, 85:15, 90:11, 101:20
arrange [1] - 85:22
arrived [3] - 17:14, 20:14, 30:25
As [11] - 5:8, 14:7, 15:6, 22:23, 24:3, 25:14, 28:13, 28:16, 84:20, 92:9, 94:24
as [46] - 3:12, 3:15, 3:21, 4:2, 4:5, 6:20, 6:21, 19:4, 19:24, 21:22, 22:20, 24:17, 25:9, 29:3, 30:11, 33:8, 33:22, 36:8, 40:5, 40:8, 40:9, 40:16, 44:7, 49:17, 50:7, 52:7, 57:10, 72:11, 72:16, 74:12, 82:7, 83:8, 92:5, 92:6, 92:8, 92:21, 93:18, 94:10, 94:23, 98:11, 99:17, 101:2
ask [9] - 5:9, 5:19, 33:2, 34:6, 34:8, 44:14, 65:13, 72:24, 97:4
asked [7] - 29:9, 31:13, 39:2, 48:22, 51:7, 62:9, 63:8
asking [3] - 4:20, 5:14, 92:23
assist [1] - 29:23
assistant [5] - 34:19, 34:24, 36:4, 36:7, 36:9
associate [2] - 49:14, 53:22
associated [1] - 74:5
associates [1] - 71:8
Associates [3] - 50:8, 50:11, 71:10
At [23] - 12:22, 15:16, 16:8, 20:13, 22:6, 23:13, 25:9, 26:16, 29:22, 47:2, 50:21, 63:12, 66:15, 66:17, 71:4, 77:17, 79:11, 79:21, 82:25, 89:24, 95:12, 96:17, 97:10
at [102] - 1:19, 4:22, 5:18, 7:14, 10:11, 12:10, 13:2, 13:6, 13:10, 14:11, 14:22, 16:4, 16:8, 16:16, 17:4, 17:6, 17:14, 19:22, 20:14, 21:25, 22:13, 24:12, 25:11, 34:6, 34:11, 35:24, 36:6, 37:21, 38:21, 38:22, 39:22, 40:22, 41:22, 42:15, 43:18, 43:25, 44:15, 45:19, 46:2, 46:8, 46:16, 50:2, 50:10, 50:11, 53:5, 53:19, 53:21, 54:24, 61:13, 63:10, 63:13, 65:3, 66:11, 66:13, 66:21, 66:24, 67:15, 67:18, 67:22, 69:3, 69:4, 69:11, 69:23, 72:25, 75:6, 75:19, 75:24, 76:21, 76:22,

77:10, 80:2, 80:4, 80:16, 83:20, 84:8, 85:10, 85:13, 87:23, 88:15, 89:6, 89:8, 90:16, 90:22, 91:3, 91:21, 91:23, 92:11, 92:24, 93:18, 94:17, 95:7, 96:10, 97:4, 97:12, 98:17, 99:13, 99:22, 101:8, 102:6, 103:10
attempt [5] - 22:7, 22:10, 66:11, 66:21, 66:23
attempted [2] - 22:6, 65:23
attended [1] - 8:20
attention [1] - 10:10
attorney [4] - 4:19, 5:8, 5:21, 97:7
attorney's [1] - 34:5
Attorneys [2] - 2:4, 2:9
attribute [1] - 97:15
August [3] - 50:16, 50:17, 50:18
authorized [1] - 3:11
automatic [1] - 34:2
Avenue [2] - 2:5, 2:9
away [3] - 29:12, 32:17, 98:18

## B

B [1] - 104:2
bachelor's [2] - 9:19, 9:24
Back [1] - 7:20
back [20] - 4:22, 8:7, 10:10, 10:12, 14:3, 14:23, 20:9, 22:22, 39:11, 48:3, 57:24, 60:5, 62:15, 75:16, 77:3, 77:9, 80:23, 86:25, 90:11, 90:13
background [1] - 72:12
bandage [1] - 88:15
bands [1] - 90:12
bank [1] - 19:9
BANKS [11] - 2:10, 4:7, 13:4, 33:21, 35:7, 38:15, 71:11, 97:4, 101:23, 102:3, 104:16
banks [1] - 4:18
barring [1] - 94:20
basic [3] - 31:3, 47:13, 56:21
basically [1] - 47:20
basis [1] - 94:23
basket [1] - 21:11
bath [4] - 68:7, 81:5, 84:14, 98:12
bathroom [1] - 14:19
bathrooms [1] - 18:11
Bayview [1] - 2:9
be [33] - 3:8, 3:10, 3:14, 4:20, 5:2, 5:12, 5:13, 6:4,

13:9, 19:3, 34:16, 40:20, 47:17, 53:24, 53:25, 56:25, 60:16, 66:12, 76:23, 76:24, 81:21, 84:4, 84:7, 84:8, 85:24, 91:13, 93:25, 94:4, 94:19, 96:9, 97:21, 99:6, 99:15
Beacon [3] - 49:22, 50:2, 53:6
bear [2] - 92:5, 92:6
Bear [2] - 78:12, 99:14
beat [1] - 71:11
became [1] - 69:4
because [13] - 26:10, 51:12, 75:17, 79:12, 80:25, 85:12, 86:14, 91:14, 99:11, 99:21, 101:3, 101:10, 101:19
become [1] - 47:19
been [14] - 4:3, 13:2, 13:19, 19:17, 23:16, 23:24, 24:23, 28:2, 60:6, 60:7, 65:9, 89:15, 96:2, 103:4
before [45] - 1:22, 3:11, 3:13, 4:24, 5:9, 5:10, 5:14, 5:19, 6:23, 7:6, 9:15, 9:23, 11:11, 13:2, 13:19, 19:9, 19:18, 23:17, 25:11, 25:16, 27:13, 28:3, 30:20, 36:15, 44:5, 45:4, 45:10, 45:14, 52:25, 58:18, 66:23, 71:14, 81:16, 83:13, 86:13, 86:17, 94:16, 99:7, 99:10, 99:16, 99:20, 100:21, 100:25, 101:13, 103:18
Before [2] - 23:18, 94:14
began [1] - 22:3
begin [3] - 5:10, 16:5, 89:5
beginning [5] - 35:5, 89:15, 89:16, 89:22, 91:8
Behavioral [1] - 13:20
being [6] - 5:3, 5:16, 11:20, 29:3, 65:3, 65:4
believe [25] - 18:7, 22:4, 22:9, 26:15, 37:22, 38:12, 40:14, 44:3, 44:11, 47:18, 50:16, 52:24, 57:6, 59:20, 61:14, 64:23, 77:5, 77:13, 78:6, 80:17, 81:4, 81:6, 86:23, 94:13, 101:25
believed [1] - 62:22
bent [1] - 48:3
best [12] - 6:9, 17:10, 19:25, 27:20, 33:13, 36:6, 37:3, 56:12, 59:19, 78:2, 89:18, 95:24
better [9] - 5:12, 21:9, 41:9, 47:19, 91:7, 91:9, 91:18, 102:4

C. GISSER

between [5] - 3:6, 44:12, 64:25, 80:10, 80:19
big [2] - 21:11, 24:22
bills [2] - 95:19, 95:25
bit [3] - 8:8, 40:2, 62:15
black [3] - 37:23, 38:5, 88:18
blocking [1] - 40:8
blood [1] - 105:16
blue [1] - 29:7
board [1] - 90:10
body [9] - 15:8, 15:10, 17:9, 23:10, 36:17, 36:19, 36:24, 92:19, 93:3
books [1] - 40:10
boot [10] - 78:22, 78:23, 79:5, 79:7, 79:23, 88:9, 88:10, 88:17, 91:24
boots [1] - 96:10
born [1] - 7:2
both [4] - 14:5, 22:16, 37:13, 61:9
bottom [5] - 31:14, 35:14, 35:23, 70:24, 81:25
brace [2] - 92:7, 98:22
braced [1] - 24:16
brands [1] - 98:5
break [4] - 6:19, 6:24, 82:2, 82:3
breaks [1] - 6:21
BRESHIN [2] - 105:7, 105:23
Breshin [1] - 1:22
bridge [2] - 73:22, 74:3
bright [2] - 42:3, 42:5
bring [3] - 61:7, 61:8, 71:17
BRODY [1] - 2:8
brought [3] - 61:4, 62:17, 63:5
burning [3] - 37:7, 37:17, 46:10
business [1] - 100:12
but [25] - 5:15, 7:9, 12:7, 15:5, 23:2, 32:4, 32:7, 36:15, 38:13, 44:5, 44:24, 49:17, 54:4, 57:7, 62:7, 66:22, 67:3, 69:16, 71:5, 74:2, 83:13, 91:9, 99:17, 101:2
But [2] - 64:10, 88:10
BY [4] - 2:6, 2:10, 4:6, 104:15
by [22] - 1:17, 3:5, 3:10, 3:16, 4:3, 11:18, 11:24, 13:14, 26:12, 28:3, 29:25, 30:8, 36:6, 58:9, 72:4, 81:25, 82:8, 103:10, 104:10, 105:13, 105:16
By [1] - 75:4

## C

C [5] - 2:2, 4:2, 103:2, 105:2
calf [3] - 58:14, 82:13, 87:11
Call [1] - 31:18
call [4] - 29:16, 31:19, 74:2, 79:22
called [6] - 4:2, 31:10, 62:13, 73:15, 73:24, 79:25
came [14] - 18:23, 23:6, 23:8, 24:16, 26:22, 28:3, 30:9, 30:20, 31:12, 31:19, 32:15, 32:19, 43:11, 86:14
camera [4] - 33:6, 33:11, 33:12, 33:14
cameras [1] - 33:4
Can [12] - 7:9, 16:14, 18:22, 25:2, 31:3, 35:2, 47:13, 53:14, 56:21, 58:5, 61:21, 65:21
can [30] - 6:9, 6:15, 6:23, 14:14, 15:3, 17:15, 18:4, 19:25, 24:6, 26:8, 32:8, 32:24, 37:4, 37:13, 42:3, 57:6, 60:17, 62:13, 65:15, 67:21, 74:4, 74:8, 77:2, 87:7, 88:17, 92:5, 92:6, 97:7, 98:4
can't [17] - 5:4, 44:25, 45:8, 63:4, 64:25, 97:18, 97:22, 98:3, 99:3, 99:13, 99:17, 99:21, 100:22, 101:2, 101:11
cane [1] - 85:6
captured [1] - 33:15
car [2] - 17:17, 75:5
care [11] - 16:11, 16:16, 44:18, 49:10, 55:5, 59:5, 69:25, 75:22, 80:14, 95:2, 95:6
careful [3] - 47:17, 91:13, 94:4
carry [3] - 29:20, 101:5, 101:8
Carrying [1] - 101:6
carrying [1] - 21:24
cart [14] - 20:5, 20:12, 20:13, 20:15, 20:25, 21:8, 21:14, 21:19, 21:21, 21:22, 22:21, 22:25, 24:4, 40:6
carts [1] - 21:10
case [2] - 33:4, 33:8
Case [1] - 1:6
cash [2] - 19:8, 19:9
cast [17] - 84:7, 84:9, 85:3, 86:4, 86:6, 86:14, 86:18, 86:21, 86:23, 87:3, 87:5, 87:7, 87:12, 87:18, 87:23, 88:2, 88:8

casts [1] - 87:14
causes [2] - 94:21, 101:5
causing [1] - 79:23
Celebrex [1] - 91:16
Center [5] - 13:21, 13:24, 14:9, 14:11, 14:25
center [24] - 11:18, 11:24, 11:25, 12:7, 12:8, 13:15, 14:13, 18:11, 18:25, 19:2, 19:5, 22:4, 22:8, 24:4, 25:10, 25:15, 27:14, 27:16, 27:18, 27:23, 39:4, 39:14, 40:9, 41:22
certification [1] - 3:8
certify [3] - 103:4, 105:9, 105:14
CERTIFY [1] - 103:8
chance [1] - 34:10
changed [1] - 39:22
charity [1] - 73:20
check [2] - 86:15, 93:7
Children's [3] - 13:24, 14:9, 14:11
Christmas [1] - 68:2
CINDY [3] - 1:3, 1:17, 103:15
Cindy [1] - 4:10
circulation [1] - 84:11
circumstances [1] - 43:10
city [2] - 49:18, 49:19
City [1] - 55:16
Civil [1] - 1:19
clarify [1] - 49:20
clarity [2] - 8:18, 16:23
clean [2] - 26:7, 31:11
cleaned [1] - 32:2
clear [4] - 45:11, 49:24, 60:14, 67:5
Climb [1] - 101:4
clinic [2] - 41:12, 95:6
Clinton [1] - 4:12
close [1] - 26:25
closed [1] - 71:14
closing [1] - 71:5
co [2] - 96:20, 96:23
co-pay [1] - 96:23
co-pays [1] - 96:20
cold [1] - 84:18
colleague [1] - 54:21
college [1] - 8:14
College [4] - 8:15, 8:16, 9:21
come [6] - 23:11, 29:23, 31:10, 69:25, 82:2, 83:14
comfortable [1] - 83:3
coming [1] - 22:24
Community [1] - 8:15
complaints [4] - 46:3, 46:7, 97:11, 97:14

complete [1] - 74:23
complications [1] - 83:24
concluded [1] - 102:8
conclusion [4] - 49:3, 82:25, 91:4, 93:18
condition [4] - 56:19, 64:13, 91:15, 93:19
conditioner [1] - 24:24
conduct [1] - 56:3
confusing [1] - 92:22
connection [13] - 16:12, 30:21, 41:15, 42:7, 43:22, 49:10, 54:12, 54:17, 93:10, 95:4, 95:20, 96:2, 96:5
consenting [1] - 58:19
contact [2] - 23:8, 23:11
contacts [1] - 39:12
contained [1] - 33:25
continue [3] - 32:11, 41:3, 66:13
continued [2] - 90:25, 92:20
controversial [1] - 82:21
conversation [12] - 31:4, 32:9, 32:24, 47:8, 47:14, 53:15, 56:18, 56:22, 62:20, 82:17, 83:2, 93:17
copy [2] - 3:14, 3:17
correct [6] - 12:8, 34:23, 39:4, 54:22, 66:19, 103:9
Correct [14] - 12:9, 23:12, 39:5, 40:4, 45:16, 50:3, 50:13, 54:23, 59:4, 69:22, 79:14, 82:24, 83:11, 87:16
correctly [1] - 23:6
could [7] - 18:19, 24:23, 58:8, 62:10, 65:9, 86:15, 99:16
couldn't [1] - 75:5
counsel [2] - 3:6, 3:17
Counsel [2] - 13:5, 104:10
counseling [2] - 8:24, 9:8
counselor [3] - 14:7, 14:10, 14:11
counter [1] - 98:10
County [1] - 71:10
COUNTY [1] - 105:5
couple [7] - 4:23, 18:16, 18:18, 65:2, 75:23, 98:5
course [1] - 89:5
COURT [1] - 1:2
Court [2] - 1:22, 3:13
cover [1] - 87:8
covered [1] - 95:10
cream [1] - 24:24
crutches [3] - 85:5, 85:8, 89:20
Cryo [1] - 84:15
cuff [1] - 84:15

C. GISSER

**current** [1] - 97:11
**currently** [1] - 7:13
**customer** [1] - 18:10
**customers** [2] - 24:5, 28:11

**D**

**D** [4] - 3:2, 4:2, 103:2, 104:13
**dark** [1] - 42:3
**DATE** [1] - 1:12
**date** [4] - 10:20, 13:7, 15:2, 33:23
**dated** [1] - 34:2
**dates** [1] - 65:2
**day** [25] - 10:7, 10:23, 12:15, 15:5, 20:11, 23:17, 23:18, 38:11, 39:14, 40:16, 40:19, 40:20, 41:9, 41:12, 41:15, 52:22, 63:2, 64:9, 78:17, 78:19, 79:6, 89:19, 91:20, 103:19, 105:20
**days** [3] - 3:16, 79:11, 79:17
**decided** [3] - 76:25, 77:2, 80:6
**decision** [2] - 76:23, 76:24
**decrease** [1] - 94:11
**DEFENDANT** [1] - 104:4
**defendant** [1] - 4:19
**Defendant's** [3] - 33:18, 33:22, 34:5
**defendant's** [1] - 33:25
**DEFENDANTS** [1] - 1:9
**Defendants** [2] - 1:17, 2:9
**Definitely** [1] - 64:3
**definitely** [1] - 45:9
**degree** [6] - 8:21, 8:23, 9:4, 9:12, 9:17, 9:24
**DEPOSITION** [1] - 1:16
**deposition** [3] - 3:8, 3:9, 3:14
**describe** [12] - 18:5, 18:22, 19:24, 24:11, 25:3, 37:4, 37:9, 37:14, 41:25, 42:4, 87:7, 88:17
**describing** [1] - 25:6
**DESCRIPTION** [1] - 104:7
**detail** [1] - 53:20
**diagnose** [1] - 48:9
**Diamond** [1] - 1:20
**Did** [44] - 21:21, 29:16, 30:25, 39:10, 41:9, 41:11, 41:16, 43:7, 43:24, 46:15, 46:16, 47:8, 47:23, 51:10, 56:3, 56:12, 57:25, 58:20, 58:24, 61:8, 63:2, 68:9, 68:12, 70:12, 71:23, 72:6, 73:7, 74:22, 78:19, 78:20, 79:10, 79:12, 79:18,

82:16, 86:5, 86:8, 86:11, 86:21, 87:2, 87:9, 89:5, 91:11, 92:16, 96:24
**did** [154] - 7:20, 8:11, 8:13, 8:25, 9:9, 9:12, 9:16, 9:23, 10:4, 11:14, 12:14, 15:7, 15:10, 15:17, 16:5, 17:17, 18:10, 20:15, 20:17, 20:24, 22:7, 22:10, 22:25, 24:18, 24:21, 25:10, 26:4, 26:18, 28:6, 28:10, 28:21, 29:2, 29:19, 29:22, 30:6, 30:10, 30:20, 31:23, 32:10, 32:11, 33:2, 38:20, 39:3, 40:12, 40:19, 41:3, 41:8, 41:14, 41:18, 43:12, 43:20, 44:17, 44:24, 45:7, 46:3, 46:7, 46:20, 47:3, 47:5, 47:6, 50:21, 51:3, 51:15, 53:5, 53:8, 53:11, 54:10, 54:16, 55:22, 55:24, 56:6, 56:9, 56:13, 56:18, 57:9, 59:6, 59:12, 59:21, 61:7, 61:11, 61:18, 61:25, 62:4, 62:10, 62:21, 62:25, 63:3, 63:14, 66:23, 67:17, 68:7, 68:23, 68:25, 69:24, 71:17, 72:2, 72:10, 72:20, 73:3, 73:10, 74:17, 74:18, 74:25, 75:21, 76:2, 76:10, 76:19, 77:6, 78:5, 78:10, 78:16, 78:18, 79:15, 79:21, 80:24, 81:2, 81:8, 81:13, 81:17, 81:20, 82:20, 83:14, 83:17, 83:23, 84:3, 84:6, 84:21, 85:5, 85:18, 86:13, 87:8, 87:17, 87:20, 87:23, 88:2, 88:6, 88:10, 89:24, 90:3, 90:8, 90:15, 90:23, 91:17, 92:12, 93:14, 93:17, 93:21, 96:7, 99:10, 99:15, 99:20, 100:21, 100:24, 101:12
**didn't** [16] - 12:2, 23:11, 28:11, 28:20, 32:7, 47:19, 48:7, 48:8, 48:19, 48:23, 48:25, 53:19, 57:23, 66:12, 76:18, 77:7
**different** [10] - 18:19, 56:14, 61:23, 67:7, 72:3, 82:11, 93:25, 94:2
**difficult** [5] - 5:17, 46:12, 85:9, 101:6, 101:7
**digits** [1] - 7:9
**dimensions** [1] - 25:3
**directly** [1] - 27:6
**dirty** [1] - 26:7
**disclosure** [1] - 34:2
**discomfort** [3] - 41:4, 41:8,

79:24
**discontinue** [1] - 80:25
**discuss** [12] - 47:3, 53:11, 55:25, 56:6, 57:10, 58:2, 61:25, 71:23, 76:3, 82:16, 84:3, 90:23
**discussed** [8] - 49:12, 53:21, 57:19, 62:7, 62:17, 76:5, 76:8, 81:4
**discussing** [1] - 64:7
**discussion** [3] - 38:18, 60:13, 81:6
**disk** [4] - 61:8, 61:10, 61:12, 71:18
**display** [1] - 40:10
**distance** [5] - 39:9, 39:11, 39:21, 97:18, 100:4
**distances** [1] - 100:7
**DISTRICT** [2] - 1:2, 1:2
**Do** [33] - 10:17, 10:23, 11:2, 13:12, 15:2, 15:20, 26:21, 27:25, 30:13, 30:16, 34:13, 35:18, 42:18, 43:10, 45:4, 50:14, 52:3, 52:6, 55:11, 55:17, 61:15, 63:20, 63:25, 65:17, 66:5, 67:14, 67:25, 70:18, 71:20, 75:12, 77:20, 84:23, 101:16
**do** [64] - 4:11, 4:14, 6:2, 6:12, 6:13, 6:15, 7:14, 10:14, 10:20, 11:5, 17:4, 20:11, 28:21, 30:20, 34:16, 35:23, 38:10, 38:13, 39:17, 40:21, 41:14, 42:24, 44:6, 46:20, 51:19, 54:4, 54:11, 54:16, 58:20, 60:24, 63:2, 64:16, 68:9, 74:12, 76:22, 77:15, 78:11, 78:18, 78:19, 79:10, 81:7, 82:23, 88:6, 89:18, 94:15, 97:13, 98:9, 98:11, 99:2, 99:4, 99:7, 99:13, 99:16, 99:17, 99:18, 99:22, 100:22, 100:25, 101:2, 101:16, 101:17, 105:8
**Doctor** [123] - 16:17, 16:23, 17:8, 42:16, 42:19, 43:4, 43:7, 43:11, 43:20, 44:6, 44:9, 44:12, 44:16, 44:22, 44:23, 44:24, 45:5, 45:7, 45:12, 45:14, 45:17, 46:2, 46:4, 46:15, 46:20, 47:9, 47:23, 48:17, 48:21, 49:12, 49:15, 49:16, 49:17, 49:20, 49:21, 49:25, 50:5, 50:10, 51:10, 51:13, 51:15, 52:19, 52:21, 52:25, 53:4, 53:24,

53:25, 54:10, 55:4, 55:5, 55:6, 55:18, 55:22, 55:24, 56:14, 57:3, 57:18, 58:20, 59:7, 59:8, 59:9, 59:13, 59:16, 59:21, 59:23, 59:24, 60:2, 60:4, 60:7, 60:15, 60:17, 60:21, 60:23, 61:11, 62:8, 62:21, 63:8, 64:3, 64:4, 64:7, 65:9, 67:16, 69:24, 70:4, 70:6, 70:12, 70:19, 70:23, 71:2, 71:16, 71:20, 72:9, 72:18, 73:2, 73:7, 74:16, 76:2, 77:10, 77:17, 78:11, 79:22, 80:5, 80:20, 80:24, 81:10, 81:17, 82:5, 82:8, 82:16, 82:17, 82:22, 83:2, 83:14, 85:21, 86:8, 87:21, 90:23, 90:25, 91:3, 92:21, 93:6, 93:10
**doctor** [18] - 16:24, 42:12, 42:13, 42:21, 43:4, 43:13, 44:7, 52:17, 54:4, 55:17, 59:15, 60:16, 65:8, 65:17, 67:14, 69:25, 70:6, 95:5
**doctors** [7] - 16:15, 16:21, 43:21, 58:24, 85:17, 94:25, 96:20
**document** [8] - 33:23, 34:11, 34:14, 34:22, 35:3, 35:9, 35:14, 97:8
**DOCUMENTS** [2] - 104:19, 104:20
**documents** [1] - 104:21
**Does** [4] - 10:6, 17:8, 59:18, 98:16
**does** [4] - 36:5, 36:7, 53:17, 53:22
**doesn't** [3] - 5:22, 6:13, 98:18
**doing** [5] - 68:5, 82:12, 89:17, 90:8, 91:5
**dollars** [1] - 97:2
**Dolson** [1] - 2:5
**don't** [61] - 5:24, 6:3, 6:8, 6:9, 6:11, 6:12, 6:13, 6:15, 8:7, 10:6, 13:7, 15:4, 20:11, 21:4, 24:8, 25:23, 25:24, 27:10, 29:11, 29:13, 29:21, 31:12, 38:4, 38:6, 38:24, 39:25, 40:2, 40:23, 54:25, 56:16, 57:12, 57:13, 62:14, 62:19, 63:2, 63:7, 63:19, 64:6, 64:8, 64:15, 65:11, 66:4, 68:25, 72:17, 75:11, 75:14, 76:21, 79:20, 80:18, 84:16, 85:23, 85:25, 88:5, 88:14, 89:23, 92:4, 94:17, 97:11, 98:18,

C. GISSER

101:23
done [5] - 46:23, 60:20, 65:4, 97:20, 102:2
door [1] - 27:17
doors [1] - 18:4
down [17] - 5:3, 5:4, 5:16, 5:18, 19:12, 24:19, 30:7, 35:10, 38:21, 55:14, 68:24, 69:2, 75:6, 84:14, 89:2, 89:19, 89:21
Downtown [2] - 50:8, 50:11
dressed [1] - 14:19
dressing [1] - 88:11
drew [1] - 49:2
Drive [1] - 4:12
Driving [1] - 100:7
drove [1] - 12:16
due [2] - 45:2, 45:25
dull [1] - 77:22
duly [3] - 4:3, 103:5, 105:11
During [5] - 30:5, 30:18, 36:14, 46:19, 80:12
during [10] - 44:4, 62:20, 66:10, 75:3, 76:3, 77:11, 78:11, 79:6, 88:7, 93:14
Dutchess [2] - 71:7, 71:10
duties [2] - 14:5, 14:15

**E**

E [10] - 2:2, 3:2, 4:2, 103:2, 104:2, 104:13, 105:2
earlier [2] - 74:18, 82:8
early [2] - 15:23, 68:3
Early [1] - 51:9
EAST [1] - 1:8
easy [1] - 5:12
education [1] - 8:5
effect [2] - 3:12, 3:15
either [5] - 14:5, 14:22, 15:22, 16:3, 101:2
elastic [1] - 90:12
electric [1] - 68:12
elevate [1] - 41:16
else [30] - 7:16, 8:2, 12:12, 21:3, 21:24, 24:13, 25:22, 26:5, 26:7, 30:7, 32:23, 37:13, 39:8, 43:2, 52:23, 54:11, 54:17, 57:17, 58:21, 61:9, 62:9, 68:24, 78:10, 78:18, 85:6, 88:6, 92:13, 98:20, 100:2, 100:21
employed [4] - 12:23, 13:2, 13:19, 14:4
employee [6] - 28:24, 29:3, 29:5, 30:2, 30:19, 31:10
employees [2] - 28:12, 28:24
end [6] - 70:21, 77:10, 81:8,

91:21, 92:12, 97:25
End [1] - 92:14
entail [3] - 14:15, 58:3, 81:18
entered [8] - 17:24, 18:13, 20:2, 20:19, 20:23, 21:6, 23:14, 23:22
entering [1] - 22:7
entire [2] - 21:14, 47:10
entirely [1] - 87:3
entrance [6] - 11:25, 17:24, 18:4, 27:14, 27:15, 27:24
entrances [1] - 17:19
Epsom [1] - 98:12
ESQ [2] - 2:6, 2:10
ESQS [1] - 2:8
even [4] - 6:8, 91:20, 97:24, 100:4
evening [1] - 41:3
event [4] - 73:15, 73:20, 73:21, 74:11
eventually [3] - 18:14, 69:2, 96:22
ever [8] - 15:17, 19:17, 41:11, 47:23, 63:14, 73:14, 79:22, 92:13
Every [1] - 98:6
every [3] - 20:11, 94:22, 98:15
everybody [1] - 95:10
everything [4] - 5:3, 5:16, 86:16, 89:23
exactly [4] - 40:3, 44:25, 60:9, 64:25
examination [7] - 46:16, 47:10, 56:3, 62:2, 76:10, 105:10, 105:12
EXAMINATION [2] - 4:6, 104:15
Examination [1] - 102:7
examine [3] - 61:18, 72:6, 93:15
examined [2] - 4:5, 56:17
except [2] - 3:21, 93:5
exercise [2] - 99:2, 99:3
exercises [1] - 68:8
EXHIBIT [2] - 104:6
Exhibit [2] - 33:18, 33:22
EXHIBITS [1] - 104:4
Exhibits [1] - 104:10
expenses [4] - 96:8, 96:15, 97:8, 104:22
experience [1] - 41:3
explain [3] - 17:15, 81:17, 84:13
explained [4] - 46:9, 53:16, 53:17, 62:5
explanation [1] - 82:5
exposed [1] - 88:13
Extreme [1] - 70:24

**F**

F [2] - 3:2, 105:2
facilities [4] - 14:6, 14:23, 16:20, 67:6
facility [11] - 12:2, 19:22, 50:2, 50:7, 51:16, 52:4, 52:7, 52:11, 53:6, 65:3, 71:5
facing [1] - 17:20
fact [2] - 29:16, 86:5
fair [2] - 19:3, 94:19
fairly [1] - 91:6
fall [2] - 22:25, 42:15
familiar [1] - 60:8
family [5] - 96:7, 96:14, 100:9, 100:18, 101:13
far [2] - 94:10, 97:18
fascia [8] - 54:8, 56:11, 58:11, 58:12, 81:23, 81:24, 82:4, 82:14
FDR [1] - 55:14
February [4] - 15:23, 16:3, 105:20
Federal [1] - 1:18
feel [5] - 25:6, 53:19, 69:14, 101:3, 102:4
feeling [5] - 36:16, 36:20, 37:5, 37:10, 37:17
feels [2] - 81:7, 98:17
feet [5] - 22:14, 22:16, 22:17, 55:20, 59:18
fell [2] - 31:25, 33:5
felt [14] - 23:3, 46:9, 47:16, 48:6, 49:6, 54:21, 57:21, 58:11, 58:17, 81:6, 83:3, 85:24, 91:18, 93:23
few [5] - 11:9, 42:10, 42:24, 72:22, 79:11
fight [1] - 64:21
files [1] - 97:6
filing [1] - 3:7
fill [2] - 31:14, 72:11
filled [2] - 34:19, 34:21
film [1] - 61:8
films [2] - 60:25, 61:4
final [1] - 9:17
find [2] - 43:13, 59:21
findings [1] - 71:24
fine [1] - 6:20
finish [1] - 99:9
finished [3] - 28:14, 32:16, 102:3
first [51] - 4:3, 8:8, 10:14, 18:5, 18:13, 18:24, 32:19, 41:19, 42:6, 42:11, 42:12, 43:20, 44:6, 44:17, 45:6, 45:15, 45:19, 46:8, 46:19, 48:22, 49:5, 52:17, 57:2, 64:12, 65:5, 65:17, 65:23,

66:6, 66:10, 66:21, 70:19, 70:23, 71:13, 71:17, 72:9, 72:10, 72:11, 72:19, 73:3, 74:17, 76:3, 76:21, 77:5, 77:9, 78:11, 78:14, 79:11, 89:10, 89:19, 99:19, 103:5
First [1] - 4:25
first-time [1] - 72:11
five [3] - 18:20, 18:21, 43:2
fix [5] - 23:20, 57:7, 58:8, 81:22, 86:15
Flat [1] - 37:22
flat [4] - 38:9, 38:10, 38:14
flats [1] - 38:6
flight [1] - 101:4
flights [1] - 100:3
floor [1] - 32:5
focus [1] - 10:10
folks [2] - 43:24, 43:25
following [1] - 16:2
follows [1] - 4:5
foot [79] - 20:7, 22:14, 22:18, 22:20, 22:23, 23:2, 23:3, 23:6, 23:7, 24:11, 24:16, 25:12, 26:10, 26:12, 36:25, 37:2, 41:4, 42:9, 43:13, 44:21, 45:18, 46:16, 47:11, 49:11, 50:22, 51:4, 51:22, 52:16, 53:18, 53:22, 54:12, 54:18, 54:25, 56:4, 56:17, 57:11, 58:15, 58:16, 59:7, 61:18, 62:2, 63:15, 63:21, 63:22, 65:7, 66:18, 68:7, 68:10, 69:15, 70:8, 70:25, 72:6, 73:5, 75:6, 75:20, 78:4, 78:7, 80:15, 80:21, 82:2, 84:17, 85:12, 87:9, 88:13, 89:2, 89:4, 89:19, 89:21, 90:13, 92:15, 93:4, 93:11, 94:21, 95:4, 95:20, 97:15, 98:11, 98:13
footprints [1] - 26:6
for [112] - 2:4, 2:9, 3:6, 3:18, 4:8, 5:11, 5:17, 5:21, 6:5, 6:19, 8:18, 9:18, 11:20, 13:4, 13:11, 14:5, 16:16, 16:23, 17:5, 18:22, 19:24, 20:9, 21:9, 29:9, 33:19, 37:8, 37:14, 38:15, 39:8, 39:10, 39:21, 40:19, 43:20, 44:6, 44:16, 44:19, 45:5, 45:14, 46:12, 47:7, 48:8, 48:22, 48:25, 51:11, 51:17, 51:20, 53:9, 54:11, 54:12, 54:17, 54:20, 54:25, 57:15, 58:21, 59:6, 62:10, 64:19, 65:6, 65:7, 65:18, 65:24, 66:6, 67:15, 67:18, 68:5, 70:19, 70:23,

C. GISSER

71:16, 72:10, 72:19, 73:3, 74:16, 76:6, 78:11, 78:18, 79:6, 79:11, 79:16, 79:18, 80:5, 80:15, 80:21, 81:23, 84:8, 85:9, 85:10, 85:13, 85:18, 85:22, 86:2, 86:4, 86:6, 87:8, 87:18, 88:6, 89:17, 90:8, 91:11, 92:14, 92:17, 94:6, 96:8, 96:11, 96:19, 96:20, 96:23, 96:25, 98:6, 99:3, 100:4, 105:8
**For** [4] - 33:21, 35:13, 58:10, 96:18
**force** [1] - 3:15
**foregoing** [1] - 103:8
**forever** [1] - 94:7
**forget** [1] - 62:12
**forgive** [2] - 18:17, 38:25
**Forgive** [4] - 9:14, 9:22, 20:10, 38:8
**forgot** [1] - 30:17
**form** [6] - 3:21, 25:4, 31:11, 31:12, 31:21, 35:15
**forth** [2] - 90:12, 105:11
**found** [2] - 66:11, 69:10
**four** [6] - 7:9, 21:10, 43:3, 44:5, 67:20, 68:15
**fracture** [1] - 47:7
**from** [31] - 8:11, 8:21, 16:11, 19:25, 20:7, 20:13, 20:25, 21:14, 22:15, 22:20, 22:24, 23:6, 23:13, 24:16, 25:12, 26:19, 26:22, 29:25, 30:18, 32:18, 40:22, 40:25, 42:9, 43:17, 46:13, 60:10, 73:2, 80:14, 85:19, 95:14, 97:6
**From** [6] - 18:12, 23:22, 35:5, 44:14, 72:24, 75:18
**front** [9] - 11:16, 17:23, 24:6, 25:18, 25:19, 27:21, 27:24, 34:24, 41:21
**full** [1] - 7:7
**further** [2] - 53:20, 105:14
**FURTHER** [2] - 3:20, 103:8
**future** [1] - 48:15

## G

**G** [1] - 4:2
**Gardener** [1] - 101:20
**gather** [1] - 97:5
**Gave** [1] - 88:9
**gave** [15] - 7:12, 7:24, 20:7, 46:13, 51:18, 51:21, 60:10, 63:25, 64:8, 64:18, 77:18, 78:21, 85:8, 88:16, 103:6
**general** [3] - 14:5, 17:10,

94:12
**Generally** [2] - 24:9, 97:13
**generally** [2] - 14:3, 14:14
**gentleman** [2] - 5:2, 5:15
**gestures** [1] - 5:5
**get** [29] - 9:9, 9:12, 9:17, 9:23, 10:4, 12:14, 17:16, 20:15, 26:19, 27:17, 28:25, 29:12, 31:11, 31:13, 31:21, 39:15, 41:9, 62:11, 63:14, 64:5, 84:14, 84:21, 85:18, 89:25, 90:16, 92:13, 98:7
**getting** [9] - 14:19, 16:16, 57:10, 57:14, 69:19, 80:13, 80:21, 90:7, 91:7
**Gisser** [3] - 4:10, 4:16, 4:17
**GISSER** [3] - 1:3, 1:17, 103:15
**give** [8] - 6:20, 7:6, 7:9, 46:15, 51:16, 62:10, 78:16, 85:5
**given** [6] - 60:2, 82:6, 88:22, 92:2, 103:10, 105:13
**glasses** [4] - 39:7, 39:10, 39:21
**Glasses** [1] - 39:12
**glob** [14] - 24:22, 25:2, 25:3, 25:11, 26:4, 26:22, 26:24, 27:4, 27:6, 27:21, 28:2, 30:21, 31:24, 32:7
**go** [29] - 8:7, 8:13, 17:17, 18:9, 20:6, 20:9, 30:7, 39:4, 39:15, 40:12, 41:11, 52:9, 53:20, 57:24, 58:15, 62:15, 64:11, 67:18, 69:17, 74:12, 75:16, 77:2, 77:9, 78:5, 83:5, 84:9, 87:9, 87:20, 90:23
**goes** [2] - 88:18, 101:10
**going** [26] - 4:20, 5:12, 7:7, 10:9, 14:19, 17:5, 34:4, 34:7, 39:13, 40:20, 55:14, 57:7, 57:8, 58:9, 68:20, 69:6, 69:8, 71:11, 74:6, 78:15, 81:2, 81:3, 81:18, 82:14, 89:13, 91:19, 99:6, 99:15
**good** [3] - 81:6, 85:24, 98:17
**Good** [1] - 4:17
**Gordon** [2] - 7:15, 7:22
**got** [15] - 8:20, 20:13, 21:22, 41:10, 48:7, 48:13, 49:2, 75:4, 77:11, 78:13, 84:24, 85:16, 86:14, 91:9, 96:22
**gotten** [1] - 79:6
**gradually** [1] - 69:15
**graduate** [2] - 8:11, 8:25
**graduated** [1] - 8:8

**Greater** [1] - 52:7
**Gregory** [3] - 7:17, 7:18, 7:23
**grocery** [1] - 101:13
**ground** [8] - 4:23, 22:25, 23:2, 23:4, 23:8, 23:11, 85:13, 100:5
**grounds** [1] - 97:22
**group** [1] - 74:11
**guess** [4] - 6:14, 65:12, 80:18, 101:10

## H

**H** [1] - 104:2
**Had** [4] - 19:8, 21:18, 40:18, 49:4
**had** [53] - 4:22, 12:25, 13:19, 18:14, 18:15, 19:17, 20:12, 23:15, 23:24, 28:2, 31:4, 31:13, 32:9, 34:10, 40:20, 43:18, 44:20, 46:10, 51:24, 52:15, 54:6, 60:2, 60:3, 60:20, 60:25, 64:20, 66:17, 66:23, 68:6, 69:10, 71:4, 72:20, 72:25, 75:5, 75:18, 75:20, 76:23, 76:24, 76:25, 79:6, 81:11, 81:16, 82:6, 82:17, 83:19, 85:9, 86:4, 90:13, 91:15, 96:22, 100:17, 101:18
**hadn't** [1] - 49:3
**half** [1] - 97:23
**Halloween** [1] - 68:2
**hand** [2] - 24:24, 105:20
**handwriting** [1] - 35:4
**handwritten** [1] - 35:16
**happen** [7] - 12:3, 20:17, 26:18, 28:19, 33:2, 81:13, 90:4
**happened** [19] - 11:21, 12:7, 19:25, 20:3, 22:19, 23:15, 23:17, 23:24, 24:10, 28:8, 28:22, 28:25, 30:24, 31:9, 33:9, 38:20, 40:18, 41:2, 86:18
**happening** [1] - 94:20
**happens** [1] - 98:9
**happy** [4] - 6:4, 51:13, 65:3, 94:9
**hard** [9] - 84:9, 84:13, 87:5, 87:12, 87:17, 88:8, 88:9, 88:18, 88:20
**has** [4] - 29:6, 39:20, 50:4, 96:14
**have** [62] - 6:23, 9:3, 13:7, 14:17, 24:23, 26:21, 27:17, 27:25, 28:16, 31:15, 33:15, 33:22, 38:4,

38:5, 38:10, 40:19, 47:8, 50:22, 51:3, 51:22, 53:9, 56:18, 58:22, 60:6, 60:7, 62:22, 63:10, 64:13, 65:9, 65:23, 66:24, 72:10, 73:3, 76:12, 76:20, 76:25, 80:7, 81:2, 85:10, 86:11, 88:11, 89:15, 91:13, 91:17, 92:16, 93:8, 93:17, 93:25, 94:6, 95:10, 96:2, 97:13, 97:19, 97:20, 97:24, 98:11, 98:13, 98:22, 100:20, 101:24, 105:19
**Have** [5] - 34:10, 73:14, 100:8, 100:17, 101:18
**haven't** [4] - 20:12, 32:25, 57:18, 95:8
**having** [5] - 4:3, 75:2, 93:22, 94:2, 103:4
**Hawthorne** [2] - 59:8, 59:11
**He** [29] - 17:12, 23:20, 31:10, 31:15, 31:17, 47:15, 47:16, 50:4, 51:18, 51:21, 53:16, 53:17, 54:20, 55:19, 56:23, 58:8, 62:5, 62:10, 62:23, 62:24, 70:11, 77:2, 79:3, 82:14, 83:18, 83:20, 83:25, 84:11, 89:19
**he** [122] - 5:4, 5:21, 17:9, 29:11, 31:11, 31:12, 31:14, 33:5, 33:7, 33:14, 33:15, 46:16, 46:20, 47:3, 47:5, 47:7, 47:18, 48:6, 48:8, 48:18, 48:19, 48:24, 49:6, 49:13, 49:21, 50:4, 51:19, 53:9, 53:11, 53:17, 53:18, 53:21, 54:2, 54:5, 54:16, 54:21, 54:24, 55:4, 55:12, 55:25, 56:3, 56:6, 56:9, 56:12, 56:13, 56:17, 56:18, 57:3, 57:6, 57:10, 57:13, 57:21, 57:25, 58:2, 58:6, 58:8, 58:11, 58:12, 58:24, 59:18, 60:25, 61:15, 61:18, 61:21, 61:25, 62:4, 62:21, 63:9, 64:8, 64:10, 64:15, 64:18, 70:10, 71:4, 71:5, 71:6, 71:23, 72:2, 72:6, 76:10, 76:11, 76:19, 78:16, 78:18, 78:19, 78:20, 79:15, 79:18, 80:3, 80:24, 81:2, 81:20, 82:20, 83:4, 83:17, 83:19, 83:23, 84:3, 84:6, 85:24, 86:15, 86:18, 86:21, 86:24, 87:2, 87:5, 87:23, 88:2, 88:3, 88:6, 88:16, 91:11, 91:18, 92:3, 93:15, 93:21, 93:23, 94:3,

C. GISSER

112

94:9
**heading** [1] - 18:25
**heads** [1] - 5:4
**heal** [3] - 56:24, 56:25, 57:8
**healing** [1] - 88:4
**Health** [1] - 13:21
**health** [14] - 8:24, 9:8, 14:7, 14:8, 14:14, 16:11, 44:18, 49:10, 55:5, 59:5, 75:22, 80:14, 95:2, 95:6
**heard** [2] - 61:23, 73:14
**heavy** [1] - 24:13
**heel** [11] - 37:16, 37:18, 58:11, 62:12, 63:23, 63:24, 68:10, 70:25, 75:2, 77:24, 78:6
**Heel** [1] - 62:14
**heels** [1] - 97:22
**held** [5] - 1:19, 22:21, 22:24, 38:18, 60:13
**help** [8] - 14:18, 57:4, 76:7, 77:7, 77:22, 85:6, 98:16, 101:18
**helped** [1] - 85:22
**helping** [3] - 58:10, 69:12, 69:21
**her** [1] - 35:11
**here** [8] - 5:2, 13:11, 28:13, 28:16, 33:4, 39:7, 95:3, 97:12
**HEREBY** [1] - 3:5
**hereby** [2] - 103:4, 105:9
**herein** [1] - 3:7
**hereinbefore** [2] - 103:11, 105:11
**hereunto** [1] - 105:19
**herself** [1] - 30:11
**high** [1] - 8:8
**High** [1] - 8:12
**higher** [1] - 68:23
**highest** [1] - 8:4
**hike** [1] - 97:19
**Hiking** [1] - 99:25
**Hill** [3] - 49:22, 50:2, 53:6
**him** [46] - 5:17, 30:25, 31:6, 42:23, 45:2, 45:9, 45:20, 45:25, 46:4, 46:8, 46:10, 46:13, 47:19, 48:3, 48:10, 48:23, 49:3, 49:14, 49:23, 49:25, 51:11, 53:5, 53:8, 59:3, 61:3, 62:9, 62:18, 63:3, 64:5, 71:6, 71:13, 72:20, 74:17, 74:20, 74:22, 74:24, 75:3, 76:4, 76:10, 79:20, 79:23, 86:13, 93:18, 94:14, 94:16, 94:22
**himself** [1] - 30:10
**hire** [1] - 101:18
**his** [21] - 33:14, 42:17,

46:20, 46:23, 47:9, 49:4, 49:14, 53:5, 53:21, 55:8, 60:8, 61:25, 71:4, 72:3, 76:10, 76:19, 78:19, 79:22, 80:4, 86:9, 88:3
**hit** [2] - 23:2, 23:3
**Hoisington** [14] - 59:8, 59:9, 59:13, 59:16, 59:22, 60:18, 60:24, 61:11, 62:21, 63:9, 64:4, 64:7, 67:16, 69:24
**hold** [1] - 8:6
**Hold** [1] - 60:5
**home** [8] - 7:25, 8:3, 40:15, 84:10, 84:12, 85:10, 101:5, 101:20
**honestly** [1] - 64:8
**hope** [1] - 102:4
**hospital** [6] - 41:11, 83:13, 84:2, 85:2, 86:4, 95:6
**Hospital** [1] - 81:14
**house** [2] - 98:2, 101:20
**How** [16] - 4:14, 7:18, 12:14, 29:2, 29:25, 41:25, 48:17, 59:12, 59:21, 68:20, 76:19, 79:15, 82:11, 85:18, 87:17, 96:14
**how** [32] - 17:5, 18:15, 24:10, 26:25, 27:25, 32:13, 32:20, 42:25, 46:9, 52:20, 55:21, 65:22, 67:17, 69:7, 75:9, 75:10, 79:17, 80:9, 81:9, 83:15, 83:23, 84:23, 87:12, 88:3, 88:23, 89:12, 89:20, 90:3, 90:15, 91:4, 94:16
**Howard** [1] - 1:22
**HOWARD** [2] - 105:7, 105:23
**however** [1] - 37:13
**Hudson** [4] - 73:16, 73:19, 73:25, 74:18
**hundred** [4] - 38:13, 65:10, 77:15, 78:13
**hurt** [4] - 31:7, 69:16, 69:18, 97:21
**hurting** [1] - 64:24
**husband** [2] - 7:15, 7:22

---

**I**

**I** [302] - 3:2, 4:2, 4:19, 6:4, 6:8, 6:12, 6:13, 6:20, 8:6, 8:8, 12:16, 13:5, 13:6, 13:9, 15:4, 15:23, 17:20, 18:7, 18:9, 19:2, 19:12, 20:4, 20:6, 20:9, 20:12, 21:4, 22:4, 22:9, 22:21, 22:22, 23:3, 23:5, 24:8, 24:14, 24:19, 25:23,

27:10, 28:11, 28:12, 28:20, 28:23, 29:11, 29:21, 30:8, 30:17, 31:6, 31:7, 31:12, 31:15, 31:18, 32:2, 32:3, 32:8, 32:12, 33:2, 33:5, 33:21, 34:6, 34:18, 37:16, 37:22, 38:4, 38:5, 38:6, 38:10, 38:11, 38:12, 38:13, 38:24, 38:25, 39:2, 39:6, 39:24, 40:2, 40:14, 40:23, 41:18, 41:20, 42:13, 42:16, 43:12, 44:3, 44:11, 44:12, 44:24, 44:25, 45:2, 45:7, 45:8, 45:9, 45:11, 45:24, 46:9, 46:10, 46:12, 47:17, 47:18, 48:6, 48:7, 48:19, 48:22, 49:2, 49:6, 49:12, 49:13, 49:23, 49:24, 50:16, 51:3, 51:7, 51:19, 51:20, 52:24, 53:21, 54:3, 54:6, 54:25, 55:13, 56:16, 57:6, 57:12, 57:13, 57:21, 57:23, 58:15, 58:17, 59:20, 59:23, 59:24, 61:3, 61:14, 62:8, 62:9, 62:11, 62:14, 62:19, 62:24, 62:25, 63:2, 63:3, 63:4, 63:7, 63:8, 63:19, 64:3, 64:6, 64:7, 64:15, 64:16, 64:23, 64:24, 64:25, 65:2, 65:11, 65:13, 66:3, 68:25, 69:16, 71:6, 71:11, 72:17, 74:14, 74:20, 74:24, 74:25, 75:2, 75:5, 75:11, 75:14, 75:16, 76:21, 76:22, 77:2, 77:5, 77:13, 77:15, 78:6, 78:12, 78:15, 79:6, 79:7, 79:8, 79:20, 79:25, 80:2, 80:3, 80:17, 80:18, 81:4, 81:6, 81:8, 82:2, 82:8, 84:7, 84:16, 85:23, 85:25, 86:13, 86:23, 88:5, 88:14, 89:18, 89:23, 90:13, 90:25, 91:13, 91:15, 91:16, 91:18, 92:6, 92:20, 93:8, 93:22, 94:2, 94:13, 94:17, 96:22, 97:11, 97:18, 97:19, 97:20, 97:22, 97:24, 97:25, 98:2, 98:3, 98:4, 98:7, 98:11, 98:12, 98:14, 98:18, 98:21, 98:22, 99:2, 99:3, 99:4, 100:20, 100:23, 101:9, **101:10, 101:11, 101:17,** 101:23, 101:25, 102:4, 103:2, 103:4, 103:5, 103:8, 104:2, 104:13, 105:2, 105:7, 105:14, 105:16, 105:19

**I'm** [36] - 4:18, 4:20, 5:14, 6:12, 26:14, 34:4, 34:7, 38:11, 38:12, 40:14, 44:11, 45:11, 45:24, 46:4, 49:24, 51:19, 54:23, 59:25, 60:9, 60:14, 61:6, 63:4, 65:10, 65:11, 67:5, 74:24, 78:16, 78:22, 92:23, 93:3, 97:21, 97:23, 98:3, 98:15, 100:14
**IAIA** [7] - 2:6, 13:12, 13:17, 23:20, 60:11, 71:9, 101:25
**ice** [4] - 41:16, 41:18, 84:12, 84:13
**Idea** [6] - 26:21, 27:25, 62:7, 62:16, 63:5, 85:25
**Identification** [1] - 33:20
**identify** [3] - 29:2, 30:10, 35:2
**If** [7] - 6:9, 6:14, 6:15, 36:5, 45:10, 65:14, 98:21
**If** [51] - 3:12, 3:15, 5:21, 5:24, 6:8, 6:18, 6:22, 11:2, 13:8, 15:3, 17:22, 23:5, 28:6, 29:13, 30:13, 31:12, 31:15, 31:18, 31:20, 35:3, 35:23, 36:11, 37:10, 41:14, 44:7, 45:4, 45:12, 47:18, 48:18, 51:19, 54:24, 57:13, 60:25, 61:15, 62:23, 63:3, 63:8, 64:8, 64:15, 65:13, 71:20, 75:12, 76:7, 77:6, 78:10, 80:19, 88:14, 91:18, 93:8, 94:6, 99:15
**immediately** [2] - 21:5, 89:2
**implied** [1] - 93:2
**In** [18] - 11:8, 14:9, 23:10, 25:18, 26:5, 27:2, 27:24, 36:2, 37:5, 37:10, 49:19, 64:12, 65:25, 73:24, 76:17, 87:8, 92:3, 96:5
**IN** [1] - 105:19
**in** [204] - 4:22, 7:8, 7:20, 8:23, 9:7, 10:11, 10:12, 11:11, 11:16, 12:3, 12:7, 13:14, 13:21, 14:3, 14:8, 14:21, 14:23, 15:4, 15:16, 16:3, 16:9, 16:11, 16:18, 17:3, 17:9, 17:12, 17:15, 17:19, 17:22, 18:6, 19:20, 20:5, 21:18, 21:21, 22:6, 23:13, 23:16, 23:24, 24:6, 24:9, 24:11, 25:3, 25:9, 25:19, 26:6, 26:7, 26:16, 26:17, 27:6, 27:11, 27:21, 28:7, 28:18, 29:16, 29:22, 30:6, 30:21, 31:21, 31:22, 32:4, 33:4, 33:8, 34:22, 34:24, 35:3, 35:15, 35:24,

C. GISSER

36:21, 38:12, 38:19, 38:23, 39:11, 39:13, 39:22, 40:23, 41:15, 41:21, 42:2, 42:7, 42:14, 42:17, 43:11, 43:21, 46:20, 46:23, 47:21, 48:15, 49:4, 49:10, 49:14, 49:16, 49:18, 49:20, 49:22, 50:12, 50:17, 50:21, 51:9, 51:24, 53:18, 53:22, 53:23, 54:7, 54:12, 54:17, 55:8, 55:9, 55:11, 55:15, 55:20, 55:21, 56:10, 56:11, 58:6, 58:9, 58:13, 59:8, 59:18, 60:8, 60:14, 60:15, 63:11, 63:13, 64:20, 64:25, 66:8, 66:15, 66:17, 67:3, 67:7, 67:11, 67:23, 68:7, 69:20, 69:23, 70:16, 70:24, 71:5, 72:19, 72:22, 73:12, 75:2, 77:23, 78:6, 78:12, 78:19, 78:22, 79:21, 80:17, 80:19, 81:14, 82:7, 83:19, 84:7, 84:8, 85:3, 85:20, 86:5, 86:9, 86:12, 87:5, 88:3, 89:8, 89:9, 89:12, 89:15, 89:16, 89:22, 90:3, 90:4, 90:5, 90:22, 91:8, 91:22, 92:7, 92:17, 92:18, 93:3, 93:10, 94:11, 94:12, 94:14, 95:3, 95:19, 96:2, 96:6, 96:15, 97:3, 97:19, 98:2, 98:4, 99:12, 99:14, 101:4, 101:6, 101:12, 101:19, 105:17
INC [1] - 1:8
incapacitated [1] - 14:18
inch [1] - 97:23
incident [3] - 13:14, 28:22, 75:23
incidents [3] - 72:21, 72:23, 73:9
incision [4] - 58:13, 81:21, 82:13, 93:23
incurred [1] - 96:15
indicated [1] - 35:8
inflammatories [2] - 91:12, 91:14
information [2] - 35:22, 72:12
INFORMATION [2] - 104:19, 104:20
Injection [18] - 57:11, 57:13, 62:25, 63:3, 63:14, 63:17, 63:18, 63:21, 64:2, 64:9, 76:7, 77:6, 77:12, 77:18, 77:21, 78:5, 78:14, 78:17
injections [4] - 63:12, 63:14, 63:21, 64:2

injure [2] - 15:11, 73:10
injured [2] - 44:20, 73:5
injuries [8] - 15:7, 42:14, 92:17, 92:24, 93:11, 96:6, 99:12, 101:19
injuring [1] - 45:18
injury [6] - 15:13, 15:17, 16:12, 42:8, 43:22, 45:13
Insert [1] - 62:13
inserting [1] - 81:25
inserts [1] - 57:14
Inside [8] - 11:21, 11:23, 11:24, 12:5, 19:2, 37:12, 39:16, 78:25
inside [2] - 12:2, 20:18
instances [1] - 73:4
instructions [1] - 88:23
interested [2] - 93:3, 105:17
interim [1] - 86:12
internet [2] - 43:14, 58:18
interpretation [1] - 72:3
interrupted [1] - 100:20
intervention [1] - 57:5
Intingen [1] - 42:16
Into [14] - 10:10, 17:16, 17:20, 18:23, 20:6, 20:20, 23:8, 23:11, 27:18, 27:22, 53:20, 73:22, 77:24, 82:13
invasive [1] - 57:22
involved [2] - 10:11, 14:21
IS [2] - 3:5, 3:20
Is [81] - 4:18, 5:2, 5:16, 6:22, 7:7, 7:13, 7:18, 7:25, 8:4, 9:7, 10:2, 10:18, 12:8, 13:8, 13:24, 16:23, 17:9, 18:7, 18:8, 18:10, 19:11, 20:10, 21:8, 27:3, 27:16, 32:18, 33:4, 33:8, 34:14, 34:23, 35:11, 35:16, 35:23, 39:4, 42:11, 43:4, 46:4, 47:7, 49:21, 49:22, 52:9, 52:11, 53:15, 55:12, 55:18, 55:19, 59:9, 59:15, 60:8, 66:19, 67:3, 70:5, 70:11, 71:2, 73:18, 74:3, 74:10, 74:11, 75:9, 75:10, 75:12, 75:14, 75:15, 80:19, 81:7, 89:3, 93:2, 95:5, 99:5, 99:15, 99:19, 100:15, 101:6, 101:7, 103:9, 105:10, 105:12
Is [12] - 9:4, 29:7, 32:23, 35:20, 37:8, 39:20, 42:21, 50:7, 70:10, 73:20, 74:5, 85:21
Issues [1] - 31:16
It [48] - 11:9, 11:11, 11:16, 12:2, 12:6, 12:19, 13:24, 15:4, 15:13, 15:22, 21:5, 22:15, 23:3, 26:10, 26:12,

27:13, 34:18, 37:7, 37:15, 41:10, 42:5, 46:11, 50:16, 54:6, 55:15, 60:5, 60:6, 64:24, 65:9, 65:14, 66:3, 66:8, 67:24, 68:3, 70:16, 75:15, 77:22, 77:25, 79:5, 82:21, 83:24, 86:23, 89:22, 91:7, 92:6, 98:17, 98:18, 100:15
It [159] - 5:11, 5:20, 6:5, 6:8, 7:6, 7:23, 8:8, 9:4, 10:15, 11:2, 14:9, 15:5, 19:3, 20:6, 20:24, 21:15, 22:16, 24:12, 24:14, 24:23, 25:4, 26:6, 26:7, 26:11, 26:15, 26:25, 27:11, 27:16, 29:6, 31:11, 31:13, 31:19, 31:23, 32:2, 32:4, 32:7, 32:14, 33:3, 34:6, 34:8, 34:16, 35:14, 35:17, 36:5, 36:11, 37:5, 37:6, 37:14, 37:22, 41:8, 41:9, 41:16, 41:18, 41:23, 42:2, 42:25, 45:2, 45:10, 46:13, 47:16, 47:18, 47:20, 49:12, 50:17, 51:7, 52:21, 52:25, 54:5, 56:25, 57:8, 60:7, 60:16, 62:6, 62:14, 62:17, 62:18, 62:23, 63:2, 63:17, 63:22, 64:7, 64:10, 64:12, 64:24, 65:22, 65:24, 65:25, 66:10, 66:12, 66:13, 67:22, 67:23, 68:22, 68:23, 68:24, 69:2, 69:3, 69:4, 69:14, 69:17, 69:18, 70:18, 71:5, 71:12, 71:14, 74:2, 74:4, 74:12, 74:21, 74:23, 75:12, 75:14, 75:17, 76:18, 76:20, 76:25, 77:7, 78:25, 79:3, 79:12, 79:16, 79:18, 81:11, 82:7, 82:11, 83:15, 83:20, 83:25, 84:16, 85:11, 85:18, 85:19, 85:24, 86:2, 86:15, 86:19, 86:22, 87:8, 87:9, 88:15, 88:18, 89:3, 90:9, 91:15, 91:16, 91:17, 94:4, 94:16, 94:19, 96:9, 98:13, 98:18
IT [2] - 3:5, 3:20
It's [11] - 18:21, 73:21, 75:8, 84:13, 85:11, 88:18, 88:20, 92:22, 98:22, 98:25
it's [10] - 5:17, 6:20, 33:24, 37:11, 57:7, 57:8, 73:24, 74:3, 78:6, 84:13
items [1] - 21:18
Itinger [17] - 42:19, 43:5, 43:8, 43:11, 43:20, 44:6, 44:16, 45:5, 45:14, 46:4,

46:15, 46:20, 47:9, 47:23, 48:17, 48:21, 51:13
Itinger's [1] - 46:3
itself [1] - 56:24

**J**

J [1] - 2:6
January [3] - 1:12, 15:22, 16:3
jobs [2] - 13:25, 14:2
joined [1] - 71:6
Jonathan [1] - 4:18
JONATHAN [1] - 2:10
jonathan.banks@ brodyoconnor.com [1] - 2:11
Judge [1] - 3:13
July [3] - 14:23, 15:4, 15:5
June [5] - 10:5, 10:8, 51:2, 51:9, 51:24
just [28] - 7:6, 11:20, 14:16, 20:7, 28:24, 34:7, 36:24, 47:21, 49:6, 49:18, 50:20, 51:16, 55:13, 57:15, 67:6, 67:19, 69:18, 69:19, 70:5, 71:14, 74:3, 75:8, 75:16, 85:14, 87:9, 88:13, 92:5, 92:18
Just [7] - 8:18, 10:9, 16:23, 31:19, 81:12, 90:19

**K**

keep [6] - 13:7, 81:3, 84:10, 84:17, 85:12, 96:24
keeper [1] - 101:20
kept [1] - 88:14
kidding [1] - 10:9
kind [12] - 24:25, 26:16, 37:20, 43:4, 55:17, 57:11, 59:15, 68:4, 74:6, 78:21, 89:16, 98:25
kinds [1] - 96:18
kitchen [1] - 98:14
knee [9] - 85:10, 85:11, 85:16, 87:9, 87:10, 87:11, 87:15, 88:19, 96:21
knees [1] - 17:12
know [48] - 6:3, 6:10, 6:16, 7:7, 10:6, 10:17, 11:2, 11:5, 15:20, 17:4, 28:20, 29:13, 30:13, 30:16, 31:12, 31:15, 35:23, 38:6, 38:13, 42:24, 43:10, 44:7, 45:2, 45:4, 48:17, 48:20, 50:14, 54:3, 55:11, 55:17, 57:13, 60:25, 61:15, 63:20, 63:25, 65:13, 65:17, 66:5, 67:14, 67:25, 71:20, 75:12, 76:22,

C. GISSER

77:20, 78:12, 84:23, 94:4, 94:15
**knowledge** [6] - 17:11, 33:14, 36:6, 59:19, 78:2, 95:24
**known** [2] - 50:7, 52:7

## L

**L** [3] - 3:2, 103:2
**lace** [4] - 38:5, 79:5, 91:17, 92:7
**lace-up** [2] - 91:17, 92:7
**laced** [1] - 38:3
**lack** [2] - 5:11, 21:9
**laid** [1] - 104:22
**larger** [1] - 25:8
**largest** [1] - 83:19
**last** [10] - 4:14, 7:9, 8:19, 9:15, 12:25, 13:18, 14:4, 72:22, 93:9, 93:14
**Lastly** [2] - 6:7, 6:18
**later** [4] - 42:10, 42:24, 69:7, 87:2
**lawyer** [1] - 6:13
**lawyers** [1] - 20:11
**leading** [1] - 27:22
**learned** [2] - 20:12, 28:17
**least** [4] - 84:8, 85:14, 94:18, 96:17
**leave** [1] - 32:10
**left** [24] - 15:12, 15:14, 15:18, 16:4, 16:6, 16:25, 17:21, 17:25, 18:4, 18:8, 21:2, 25:21, 32:12, 32:14, 32:20, 33:6, 36:15, 39:3, 40:13, 43:22, 83:13, 84:2, 85:2, 86:3
**leg** [1] - 38:21
**Legal** [1] - 1:20
**less** [1] - 69:4
**Let** [6] - 6:3, 35:7, 44:14, 49:19, 72:24, 99:9
**let** [3] - 5:9, 5:18, 31:15
**Let's** [3] - 57:24, 62:15, 77:9
**LETTER** [1] - 104:7
**level** [1] - 8:4
**Light** [1] - 68:11
**light** [3] - 24:12, 24:14, 68:8
**lighting** [2] - 42:2, 42:4
**Like** [1] - 100:11
**like** [20] - 5:22, 12:17, 24:23, 40:10, 40:21, 41:17, 58:19, 62:24, 65:14, 68:6, 68:10, 68:13, 72:13, 79:17, 84:13, 88:24, 92:5, 97:19, 99:2, 101:21
**likely** [1] - 94:17
**limited** [3] - 97:24, 98:4,

98:25
**line** [2] - 18:8, 43:12
**liquid** [4] - 26:19, 26:25, 28:2, 30:22
**lit** [1] - 41:23
**little** [8] - 8:7, 20:20, 25:8, 29:19, 62:15, 75:17, 90:7, 92:22
**live** [3] - 7:14, 7:21, 94:6
**LLP** [1] - 2:4
**located** [4] - 26:25, 35:12, 59:9, 71:3
**location** [2] - 66:24, 90:17
**locations** [1] - 67:8
**logo** [1] - 29:6
**long** [18] - 28:2, 52:20, 65:22, 67:17, 75:9, 75:10, 75:15, 79:15, 81:9, 87:17, 90:3, 90:15, 91:19, 94:16, 98:21, 100:4, 100:7, 101:3
**look** [7] - 28:6, 34:6, 34:10, 38:20, 38:22, 46:16, 53:19
**looked** [2] - 24:19, 24:23
**looking** [7] - 25:17, 25:20, 25:21, 25:25, 36:6, 47:7, 61:13
**looks** [1] - 65:14
**loose** [1] - 86:14
**loosen** [2] - 58:14, 81:24
**lot** [9] - 12:3, 17:23, 37:17, 46:10, 68:8, 91:18, 97:25, 98:2, 99:4
**lotion** [5] - 24:24, 25:11, 26:5, 26:16, 26:22
**lower** [1] - 82:13
**LP** [1] - 1:8
**Luke's** [1] - 81:14

## M

**M** [2] - 25:5
**ma'am** [5] - 7:3, 8:5, 19:3, 34:17, 35:20
**made** [3] - 73:22, 76:23, 76:25
**maiden** [1] - 10:2
**Main** [1] - 1:21
**make** [8] - 5:5, 45:11, 46:4, 46:7, 49:24, 64:13, 79:25, 80:3
**making** [2] - 58:13, 69:14
**Man** [1] - 30:15
**man** [3] - 29:14, 30:13, 46:5
**man's** [1] - 30:16
**manage** [1] - 30:11
**manager** [20] - 28:25, 29:10, 29:12, 29:17, 29:23, 30:3, 30:9, 30:20, 30:24, 31:5, 32:10, 32:15, 32:19, 33:3, 33:13, 34:19, 34:25, 36:4,

36:9, 39:3
**manager's** [1] - 36:7
**Manchester** [1] - 85:19
**Manhattan** [4] - 49:15, 50:12, 55:9, 55:11
**many** [6] - 6:21, 42:25, 55:21, 59:12, 79:17, 84:23
**March** [9] - 4:22, 7:20, 10:12, 10:22, 13:13, 16:9, 17:15, 39:11, 43:18
**Marist** [1] - 8:16
**mark** [1] - 26:13
**marked** [2] - 33:19, 33:22
**marks** [1] - 26:7
**marriage** [1] - 105:16
**married** [1] - 10:4
**MART** [2] - 1:8, 1:8
**Mart** [33] - 4:20, 4:23, 10:12, 10:18, 11:24, 12:5, 12:14, 13:3, 13:6, 13:11, 13:14, 16:9, 17:4, 17:15, 17:20, 20:15, 20:20, 29:4, 30:19, 39:23, 40:13, 41:22, 42:15, 43:18, 44:15, 45:19, 63:13, 73:2, 73:12, 75:19, 75:24, 92:17, 92:24
**Mary** [2] - 8:16, 9:21
**massage** [1] - 68:8
**massager** [1] - 98:13
**master's** [4] - 8:6, 9:4, 9:10
**Matter** [1] - 39:24
**matter** [1] - 105:18
**may** [4] - 3:10, 3:14, 60:6, 100:20
**May** [1] - 89:14
**maybe** [2] - 25:7, 32:3
**Maybe** [3] - 32:22, 40:2, 69:9
**McDonald's** [1] - 18:7
**me** [68] - 5:9, 5:19, 6:3, 6:11, 7:6, 7:9, 9:14, 9:22, 11:20, 14:14, 16:14, 18:17, 18:22, 19:24, 20:8, 20:10, 22:5, 22:15, 24:23, 25:18, 26:9, 31:3, 31:13, 31:15, 32:25, 33:3, 37:14, 38:8, 38:25, 44:14, 46:12, 46:14, 47:13, 48:8, 49:19, 51:18, 53:14, 53:17, 56:21, 57:14, 57:24, 58:5, 58:22, 60:2, 60:10, 61:21, 62:5, 62:10, 64:8, 65:21, 67:21, 72:24, 74:6, 78:17, 78:21, 79:20, 83:18, 84:10, 84:12, 85:8, 85:9, 85:10, 87:8, 88:9, 89:20, 99:9, 103:10, 103:18
**Me** [1] - 101:15
**mean** [5] - 10:6, 18:19, 38:9, 79:17, 97:12

**means** [1] - 5:13
**Medical** [3] - 13:20, 14:9, 14:24
**medical** [4] - 14:12, 42:6, 95:19, 95:25
**Medicare** [3] - 95:16, 95:22, 96:11
**medication** [6] - 54:16, 77:22, 77:25, 91:11, 96:10, 98:10
**meet** [1] - 76:9
**memory** [1] - 36:12
**mental** [3] - 14:7, 14:8, 14:13
**Mental** [2] - 8:24, 9:8
**mentioned** [11] - 5:8, 9:3, 19:7, 50:20, 57:13, 62:16, 63:11, 64:18, 92:25, 101:9
**merchandise** [1] - 27:9
**met** [1] - 55:3
**Meyerson** [27] - 16:17, 16:24, 17:8, 44:9, 44:12, 44:22, 44:23, 44:24, 45:8, 45:13, 45:18, 49:13, 49:17, 49:20, 50:2, 51:10, 51:15, 52:19, 52:22, 53:5, 54:10, 55:4, 56:15, 59:23, 60:2, 60:7, 65:10
**Meyerson's** [1] - 60:15
**middle** [2] - 27:2, 27:11
**Middletown** [4] - 2:5, 52:5, 52:13, 85:20
**might** [2] - 33:15, 60:7
**miles** [3] - 75:13, 75:15, 92:4
**mind** [2] - 78:12, 99:14
**minute** [2] - 20:9, 34:7
**minutes** [8] - 11:9, 18:16, 18:18, 18:20, 18:21, 30:4, 30:6, 32:22
**Miss** [1] - 4:17
**moment** [5] - 25:15, 31:22, 38:16, 60:5, 97:12
**month** [14] - 45:8, 52:24, 65:25, 66:3, 74:19, 81:12, 85:14, 87:19, 87:20, 90:4, 90:5, 91:22, 92:10
**months** [12] - 66:2, 72:22, 79:19, 90:4, 90:17, 90:18, 90:19, 90:20, 90:21, 91:4, 94:18, 94:22
**more** [16] - 9:5, 51:4, 54:22, 63:17, 69:18, 75:12, 75:14, 89:22, 89:25, 90:7, 92:4, 92:16, 93:24, 97:22, 100:3, 101:24
**morning** [3] - 11:12, 12:18, 57:19
**Most** [2] - 5:11, 94:17
**mostly** [1] - 17:13

C. GISSER

115

motion [1] - 94:11
Mount [2] - 8:16, 9:21
MR [16] - 4:7, 13:4, 13:12, 13:17, 23:20, 33:21, 35:7, 38:15, 60:11, 71:9, 71:11, 97:4, 101:23, 101:25, 102:3, 104:16
MRI [23] - 50:17, 50:21, 50:22, 51:4, 51:11, 51:17, 51:20, 51:22, 51:24, 52:5, 52:12, 52:15, 52:21, 53:9, 54:3, 54:16, 54:20, 55:25, 56:7, 56:15, 60:25, 61:22, 71:18
much [7] - 18:15, 29:25, 32:13, 32:20, 80:9, 88:23, 96:14
muscular [1] - 93:24
My [17] - 4:18, 7:15, 7:17, 7:22, 9:19, 15:12, 21:20, 22:18, 32:18, 36:22, 36:25, 65:12, 69:15, 74:10, 80:18, 93:24
my [47] - 5:10, 5:11, 5:19, 5:22, 5:25, 6:2, 6:7, 7:22, 20:7, 23:2, 23:3, 26:10, 31:7, 35:6, 36:2, 37:15, 37:16, 37:19, 37:22, 40:22, 46:12, 54:7, 54:25, 56:10, 57:15, 62:7, 70:25, 75:6, 78:22, 81:22, 83:19, 85:12, 87:11, 89:2, 89:4, 89:19, 89:20, 90:13, 92:7, 92:15, 96:20, 97:21, 98:13, 99:5, 101:5, 105:20
myself [2] - 22:22, 64:16

## N

N [5] - 2:2, 3:2, 4:2, 103:2, 104:13
name [13] - 4:8, 4:15, 4:18, 10:2, 30:16, 36:8, 42:17, 42:18, 52:3, 52:6, 52:9, 62:12, 67:3
names [2] - 16:14, 67:5
nanny [1] - 101:21
nature [1] - 77:20
near [4] - 12:7, 28:12, 93:22, 94:3
necessarily [1] - 97:11
need [5] - 5:2, 5:9, 6:18, 6:21, 31:20
needed [11] - 31:18, 57:25, 58:18, 85:25, 86:19, 91:17, 92:8, 92:9, 92:21, 94:23, 94:24
needing [1] - 51:12
neither [1] - 87:14
never [3] - 19:2, 48:2, 59:3

new [4] - 80:4, 86:22, 86:24, 89:5
NEW [2] - 1:2, 105:4
New [13] - 1:21, 1:24, 2:5, 2:10, 4:4, 4:13, 42:17, 50:7, 50:10, 53:23, 55:15, 59:11, 105:8
Newburgh [12] - 10:16, 16:19, 67:4, 67:12, 67:23, 69:11, 70:17, 71:5, 71:14, 80:17, 81:15, 89:8
next [17] - 17:18, 24:18, 31:9, 35:17, 45:3, 45:24, 49:9, 52:22, 55:5, 59:5, 64:5, 71:6, 77:7, 84:3, 99:5, 99:14
nice [2] - 12:19, 101:9
night [2] - 79:7, 98:15
no [9] - 6:19, 13:17, 27:3, 73:8, 82:12, 84:11, 98:6, 105:17
No [51] - 1:6, 10:25, 11:23, 12:5, 12:20, 12:21, 12:24, 16:22, 22:2, 23:2, 24:2, 25:13, 26:20, 26:23, 28:4, 28:20, 29:15, 30:23, 36:10, 36:13, 39:19, 40:11, 41:13, 43:9, 47:25, 49:6, 54:14, 54:19, 55:13, 58:23, 59:2, 61:24, 65:20, 68:14, 69:13, 69:15, 72:5, 72:23, 73:6, 73:13, 73:21, 75:25, 78:25, 82:10, 84:25, 93:5, 95:9, 96:4, 100:16, 100:19, 101:22
nods [1] - 5:4
normal [1] - 21:10
Northeast [1] - 52:7
Northport [1] - 2:10
Not [2] - 97:3, 100:23
not [49] - 6:2, 7:7, 11:23, 12:7, 28:17, 38:12, 39:3, 40:3, 40:14, 40:18, 44:11, 45:12, 47:6, 48:24, 51:19, 51:20, 53:18, 54:3, 56:23, 57:7, 57:8, 60:6, 60:9, 62:8, 62:25, 63:4, 64:9, 64:13, 65:3, 65:10, 65:14, 65:15, 69:16, 69:21, 73:21, 74:14, 75:15, 76:6, 77:15, 78:13, 83:10, 85:13, 88:15, 89:2, 89:4, 94:6, 96:2, 97:20, 105:14
NOTARY [1] - 103:22
Notary [3] - 1:23, 4:4, 105:7
Nothing [2] - 20:5, 39:17
nothing [2] - 32:4, 57:4
notice [3] - 26:4, 28:11, 39:6
Notice [1] - 1:18

November [4] - 72:19, 93:12, 94:15
now [11] - 10:10, 39:25, 93:6, 98:6, 98:12, 99:11, 99:16, 99:21, 100:25, 101:11, 101:16
Now [7] - 19:7, 22:3, 43:17, 64:18, 76:8, 91:21, 101:17
numb [1] - 84:18
number [2] - 7:5, 7:7

## O

O [2] - 3:2, 103:2
O'CONNOR [2] - 2:8
oath [1] - 3:12
object [1] - 5:22
objections [1] - 3:21
observe [1] - 28:10
observed [1] - 26:8
obtained [2] - 20:25, 21:15
obvious [2] - 5:13, 62:6
occurred [13] - 11:6, 12:23, 19:4, 19:10, 21:16, 23:25, 25:16, 26:18, 28:5, 31:23, 33:3, 36:15, 41:12
occurring [1] - 94:21
October [5] - 34:2, 68:3, 70:21, 77:10, 92:18
Of [1] - 15:24
OF [3] - 1:2, 105:4, 105:5
of [235] - 1:16, 1:19, 1:20, 1:23, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:4, 4:21, 4:22, 4:23, 4:25, 5:4, 5:11, 5:12, 5:25, 6:7, 7:20, 8:4, 8:18, 10:5, 10:12, 10:23, 11:16, 12:10, 14:5, 14:22, 14:23, 15:2, 15:6, 15:8, 15:10, 15:23, 16:3, 16:8, 16:9, 16:14, 17:3, 17:10, 17:15, 17:24, 18:8, 18:16, 18:18, 19:9, 19:14, 19:21, 20:10, 21:9, 21:25, 22:16, 22:17, 22:23, 23:7, 24:6, 24:22, 24:25, 25:3, 25:4, 25:5, 25:7, 25:11, 25:18, 25:19, 26:3, 26:4, 26:16, 26:19, 26:22, 26:24, 27:2, 27:4, 27:6, 27:11, 27:14, 27:20, 27:22, 27:24, 28:2, 28:17, 28:23, 29:3, 30:21, 31:4, 31:22, 31:24, 32:3, 32:6, 33:13, 33:23, 34:21, 34:24, 35:3, 35:9, 35:14, 36:6, 36:8, 36:16, 36:19, 36:23, 37:9, 37:12, 37:15, 37:17, 37:19, 37:20, 39:11, 41:22, 42:11, 43:4, 43:19, 43:21, 44:15,

44:17, 46:10, 47:11, 47:14, 47:17, 50:18, 51:24, 52:3, 52:5, 52:6, 52:12, 52:15, 52:18, 53:15, 54:3, 55:15, 55:17, 56:4, 56:13, 56:22, 57:11, 57:21, 58:6, 58:12, 59:15, 59:19, 62:2, 62:7, 62:12, 62:16, 63:6, 63:20, 63:22, 65:2, 65:24, 67:8, 68:4, 68:9, 69:25, 70:21, 70:24, 71:7, 71:10, 72:20, 73:14, 74:6, 74:11, 74:12, 74:14, 75:21, 75:23, 76:9, 77:10, 77:20, 78:2, 78:4, 78:7, 78:21, 81:5, 81:22, 81:25, 82:25, 83:18, 83:22, 84:12, 84:20, 85:17, 87:14, 89:5, 89:17, 90:8, 91:4, 91:14, 91:21, 92:12, 92:14, 92:18, 92:19, 93:13, 93:18, 93:23, 94:5, 94:10, 94:15, 95:12, 95:24, 96:8, 96:18, 96:25, 97:5, 97:25, 98:5, 98:25, 99:4, 99:11, 99:21, 100:3, 101:3, 101:4, 101:19, 102:7, 103:10, 103:19, 104:23, 105:8, 105:12, 105:15, 105:17, 105:20
Off [2] - 38:15, 60:11
off [8] - 9:15, 38:17, 38:22, 57:15, 60:12, 69:3, 86:14, 88:7
off-the-record [2] - 38:17, 60:12
office [26] - 46:3, 46:21, 46:24, 49:4, 49:15, 49:18, 49:19, 49:21, 50:4, 50:12, 53:5, 53:23, 55:8, 60:8, 60:10, 60:15, 67:4, 69:11, 71:2, 71:14, 78:20, 79:22, 80:2, 80:4, 86:9, 88:3
offices [2] - 1:20, 67:7
often [4] - 17:5, 68:20, 69:7, 89:12
okay [17] - 5:6, 5:22, 6:5, 6:16, 6:24, 10:11, 13:8, 49:9, 62:23, 64:10, 64:11, 65:16, 76:18, 81:7, 89:4, 100:15
Okay [68] - 5:7, 5:23, 6:6, 6:17, 6:25, 7:2, 13:17, 16:2, 18:3, 18:12, 19:24, 24:15, 26:3, 27:15, 27:25, 30:9, 32:23, 35:22, 36:3, 36:5, 37:3, 38:2, 38:25, 40:12, 40:16, 40:25, 43:17, 45:17, 45:23, 50:14, 52:20, 53:4, 55:8,

C. GISSER

116

57:2, 57:9, 57:17, 58:20, 60:23, 61:15, 63:5, 63:8, 67:17, 69:10, 69:23, 70:18, 72:18, 73:14, 75:7, 75:16, 76:2, 76:14, 77:14, 77:17, 80:12, 81:9, 86:3, 86:21, 87:14, 89:24, 90:15, 92:22, 94:14, 94:19, 94:25, 95:12, 96:24, 98:24, 100:6
old [2] - 7:18, 73:22
on [43] - 7:12, 10:18, 14:20, 17:21, 17:24, 18:8, 24:20, 27:5, 29:6, 32:5, 32:7, 33:6, 35:23, 37:11, 37:12, 37:15, 40:16, 43:12, 43:18, 46:12, 49:7, 57:2, 58:18, 75:6, 78:14, 81:5, 81:22, 83:2, 85:11, 85:15, 86:22, 86:24, 88:15, 88:23, 89:4, 90:9, 92:3, 94:23, 95:13, 97:21, 97:25, 100:4
Once [2] - 55:23, 59:14
once [5] - 5:18, 45:8, 69:9, 86:13, 98:2
One [5] - 2:5, 6:11, 9:6, 30:4, 51:6
one [34] - 4:22, 7:19, 9:4, 9:5, 17:20, 20:10, 21:9, 22:16, 28:23, 30:5, 33:15, 33:23, 38:5, 48:10, 48:18, 51:3, 51:4, 60:5, 60:24, 63:17, 63:18, 64:16, 65:3, 83:18, 85:17, 86:5, 86:6, 86:22, 86:24, 94:5, 96:22, 97:3, 101:4
one-page [1] - 33:23
only [11] - 6:21, 15:13, 42:13, 48:18, 56:24, 57:2, 60:24, 65:12, 77:8, 92:23, 93:3
Only [2] - 36:11, 91:16
onto [2] - 22:21, 22:25
open [3] - 27:16, 27:17, 27:22
Open [3] - 27:19, 52:5, 52:12
opinion [2] - 59:24, 69:20
Oppenheimer [1] - 10:3
opportunity [1] - 5:21
opposed [1] - 44:8
optical [1] - 11:16
option [2] - 57:10, 77:8
or [139] - 5:4, 5:12, 5:25, 6:19, 7:25, 9:4, 9:17, 10:17, 11:3, 12:3, 12:11, 14:5, 15:17, 15:22, 16:3, 16:6, 16:10, 16:15, 16:20, 17:3, 17:9, 19:20, 22:5,

22:14, 22:16, 23:7, 24:5, 24:10, 24:24, 25:4, 25:15, 25:21, 26:19, 27:16, 28:17, 29:6, 29:11, 29:14, 30:7, 30:10, 30:14, 31:13, 31:18, 31:24, 32:11, 35:24, 36:19, 36:24, 38:22, 39:8, 39:25, 40:10, 41:12, 41:21, 42:8, 44:5, 44:21, 45:5, 45:10, 45:14, 49:11, 50:22, 51:4, 51:16, 51:20, 52:11, 54:5, 54:11, 54:13, 57:11, 57:14, 58:25, 59:7, 60:16, 61:9, 62:18, 63:3, 63:14, 63:15, 63:17, 63:21, 63:23, 64:2, 64:9, 64:16, 64:21, 65:7, 66:3, 68:23, 68:24, 70:7, 73:4, 73:5, 73:11, 76:6, 76:11, 76:18, 78:4, 79:22, 80:15, 81:2, 81:9, 85:6, 86:22, 88:11, 88:15, 88:24, 91:22, 92:4, 92:5, 92:8, 92:12, 92:18, 94:18, 94:23, 95:5, 95:6, 95:7, 96:7, 96:9, 96:10, 96:12, 96:25, 97:21, 99:2, 100:9, 101:2, 101:20, 105:16
organized [3] - 74:6, 74:13, 74:14
original [2] - 3:9, 3:17
orthopedic [6] - 15:7, 16:17, 17:10, 43:13, 55:19, 70:10
Orthopedic [4] - 43:6, 50:11, 59:17, 71:9
orthopedics [1] - 71:7
Orthopedics [3] - 49:22, 50:8, 85:20
other [32] - 16:20, 16:21, 23:10, 24:5, 26:5, 28:7, 36:23, 37:5, 37:10, 40:24, 52:9, 58:21, 59:24, 64:12, 64:16, 65:25, 66:4, 73:4, 73:8, 73:24, 76:17, 78:19, 80:14, 82:3, 86:11, 87:8, 88:7, 88:10, 92:3, 92:18, 93:2, 95:5
Other [8] - 26:3, 54:9, 54:15, 57:9, 83:22, 92:20, 94:9, 94:25
others [1] - 72:4
our [1] - 10:10
out [18] - 7:8, 12:19, 20:7, 22:15, 22:20, 22:24, 23:6, 24:16, 25:12, 31:14, 34:19, 34:21, 46:13, 72:11, 74:7, 82:2, 96:8, 104:22
out-of-pocket [1] - 96:8

outcome [1] - 105:17
outpatient [1] - 83:8
outside [4] - 12:3, 37:12, 37:15, 81:22
outstanding [1] - 95:25
Over [3] - 73:15, 73:25, 74:18
over [12] - 26:11, 30:10, 69:18, 73:19, 74:4, 74:7, 74:8, 74:20, 78:23, 86:18, 88:12, 98:10
over-the-counter [1] - 98:10
overdoing [1] - 91:15
own [1] - 71:4

## P

P [3] - 2:2, 3:2
P.M [2] - 1:13, 102:6
Pace [4] - 8:17, 8:19, 9:11, 9:16
packages [1] - 101:7
pads [1] - 39:15
PAGE [3] - 104:6, 104:15, 104:20
page [1] - 33:23
paid [2] - 95:21, 96:2
pain [28] - 36:16, 36:20, 37:4, 37:6, 37:10, 37:11, 41:4, 41:7, 46:11, 48:7, 48:13, 49:2, 57:16, 58:11, 70:24, 75:4, 77:23, 77:25, 91:7, 91:9, 93:8, 93:22, 94:2, 94:3, 94:11, 98:8, 101:3, 101:5
painful [2] - 66:12, 91:8
pair [1] - 38:6
pairs [1] - 38:5
pant [1] - 38:21
paperwork [1] - 72:11
parallel [1] - 19:14
parked [1] - 17:17
parking [2] - 12:3, 17:22
part [13] - 5:25, 15:8, 17:9, 36:16, 36:19, 55:15, 58:12, 63:20, 67:8, 74:12, 74:14, 78:4, 81:4
particular [3] - 17:9, 49:7, 51:16
parties [2] - 3:7, 105:15
parts [6] - 15:10, 36:19, 36:23, 92:18, 92:20, 93:3
passed [2] - 18:15, 19:8
passing [1] - 19:12
Past [1] - 87:11
past [1] - 93:12
patient [1] - 72:12
patients [2] - 14:17
pause [1] - 34:9
paved [2] - 74:3, 75:8

pay [1] - 96:23
payment [1] - 96:25
pays [1] - 96:20
Peak [10] - 16:18, 17:6, 43:25, 66:8, 67:3, 67:9, 67:23, 80:17, 89:8, 89:9
pending [1] - 6:22
people [6] - 5:18, 18:20, 24:5, 28:7, 28:17, 74:11
percent [5] - 38:13, 65:10, 77:15, 78:13, 78:16
percentage [1] - 39:24
perfectly [1] - 6:20
performed [4] - 16:24, 70:7, 83:7, 83:13
period [1] - 86:17
permission [2] - 13:5, 34:6
person [3] - 11:21, 29:2, 30:10
person's [1] - 29:10
photographs [1] - 31:24
physical [39] - 16:5, 16:10, 17:6, 57:7, 61:25, 62:11, 62:24, 64:11, 64:17, 64:19, 64:21, 64:23, 65:6, 65:18, 65:23, 66:6, 66:11, 66:22, 66:24, 67:15, 67:18, 67:22, 69:17, 69:21, 70:16, 80:16, 80:25, 81:5, 88:25, 89:3, 89:6, 89:11, 89:21, 89:25, 90:16, 90:22, 92:12, 92:14, 96:21
Physical [5] - 16:18, 17:6, 43:25, 66:8, 67:9
Pick [1] - 40:22
picture [2] - 32:3, 32:6
pictures [2] - 31:24, 53:20
place [7] - 10:21, 11:15, 13:18, 21:21, 34:23, 40:7, 103:11
placed [1] - 21:18
Plains [1] - 1:21
PLAINTIFF [1] - 1:4
Plaintiff [2] - 1:16, 2:4
plan [1] - 40:19
plantar [8] - 54:8, 56:11, 58:10, 58:12, 81:23, 81:24, 82:3, 82:14
plastic [1] - 88:20
please [4] - 6:2, 6:10, 28:25, 49:20
Please [1] - 4:8
pocket [1] - 96:8
pocketbook [1] - 21:20
podiatrist [1] - 70:11
point [30] - 15:16, 16:4, 20:14, 22:6, 23:13, 25:9, 26:16, 29:22, 35:11, 35:25, 40:23, 47:2, 50:21,

C. GISSER

117

63:10, 63:12, 64:20, 66:13, 66:15, 66:17, 67:18, 69:4, 69:23, 77:17, 79:21, 87:24, 88:15, 89:6, 89:24, 91:23, 97:5
pointed [3] - 31:7, 33:6, 33:14
poor [2] - 9:22, 12:6
portion [1] - 23:7
portions [2] - 34:21, 35:3
positions [1] - 13:24
positive [1] - 78:13
possibility [2] - 76:5, 76:9
possible [1] - 57:10
post [1] - 89:12
post-surgery [1] - 89:12
practice [5] - 49:17, 50:5, 52:12, 67:8, 71:7
precipitation [1] - 12:20
preprinted [1] - 35:15
prescribe [2] - 54:16, 91:11
prescribed [4] - 54:24, 57:14, 65:18, 85:17
prescribing [1] - 83:4
prescription [8] - 39:18, 39:20, 39:21, 51:17, 51:18, 51:21, 64:19, 86:2
presence [2] - 35:24, 36:2
present [3] - 7:14, 28:2, 97:10
pressure [2] - 57:15, 89:4
pretty [1] - 59:25
prior [3] - 11:10, 95:14, 101:10
private [1] - 7:25
Private [1] - 8:3
Probably [1] - 68:17
probably [1] - 5:13
problem [2] - 13:17, 94:22
problems [1] - 94:2
procedure [3] - 81:24, 82:22, 83:23
Procedure [1] - 1:19
Produce [1] - 104:21
progress [3] - 90:24, 93:7, 94:10
pronounce [1] - 4:14
proof [1] - 96:25
provide [1] - 97:6
provider [6] - 16:11, 49:10, 55:6, 59:6, 80:15, 95:7
providers [4] - 16:15, 44:18, 75:22, 95:2
proviso [1] - 6:21
PT [2] - 67:23, 91:22
PUBLIC [1] - 103:22
Public [3] - 1:23, 4:4, 105:7
pull [1] - 38:21
pulled [1] - 22:22

purpose [1] - 39:13
pursuant [1] - 1:18
push [1] - 85:14
pushing [3] - 20:5, 21:13, 40:5
put [10] - 41:16, 68:7, 75:5, 85:11, 86:22, 86:24, 87:5, 89:2, 89:4, 89:19
putting [1] - 90:9

## Q

qualified [2] - 53:19, 54:22
quarter [1] - 39:24
question [22] - 5:10, 5:15, 5:19, 5:22, 6:3, 6:10, 6:15, 6:22, 6:23, 9:23, 12:6, 23:21, 32:18, 33:5, 33:8, 65:13, 74:10, 80:19, 99:5, 99:9, 99:14, 99:19
questionnaire [1] - 72:15
questions [9] - 4:21, 5:11, 5:25, 6:2, 6:7, 34:8, 65:12, 92:23, 101:24

## R

R [5] - 2:2, 3:2, 4:2, 103:2, 105:2
Radiology [1] - 52:8
Ramapo [1] - 8:12
range [1] - 94:10
rather [1] - 74:6
ray [3] - 46:22, 47:2, 47:6
RAYMOND [1] - 2:6
read [2] - 54:2, 61:15
Reade [36] - 64:3, 70:4, 70:6, 70:13, 70:19, 70:23, 71:16, 71:20, 72:9, 72:19, 73:3, 73:7, 74:16, 76:2, 77:11, 77:18, 78:11, 79:22, 80:5, 80:20, 80:24, 81:10, 81:17, 82:6, 82:17, 83:2, 83:14, 85:22, 86:9, 87:21, 90:23, 91:2, 91:3, 92:21, 93:6, 93:10
Reade's [1] - 71:2
Reading [1] - 39:8
ready [1] - 62:8
realize [1] - 98:3
really [1] - 78:25
reason [5] - 6:19, 48:2, 70:22, 98:7
recall [43] - 6:9, 10:23, 15:3, 24:7, 24:8, 25:23, 25:24, 29:11, 29:21, 32:24, 38:4, 38:11, 38:24, 39:25, 40:24, 44:25, 51:19, 54:4, 56:16, 57:12, 62:19, 63:4, 63:7, 63:19, 64:6, 64:15, 64:16, 66:4, 68:25, 70:18,

72:17, 75:11, 76:21, 77:16, 79:20, 80:19, 84:16, 85:23, 88:5, 88:14, 89:23, 94:17, 100:23
receipts [1] - 96:25
received [1] - 42:7
receiving [1] - 16:10
receptionist [2] - 60:8, 60:16
recess [1] - 78:8
recipient [1] - 95:17
recognize [4] - 34:13, 34:16, 42:18, 52:6
recollection [4] - 27:21, 36:8, 53:15, 56:13
recommended [1] - 76:11
record [12] - 4:9, 7:13, 8:18, 13:4, 33:21, 35:7, 35:13, 38:15, 38:17, 60:11, 60:12, 105:12
recreational [1] - 14:10
Recreational [1] - 14:10
refer [7] - 43:7, 51:10, 51:15, 54:15, 58:24, 70:12, 78:20
referral [2] - 60:3, 60:10
referred [4] - 51:20, 54:20, 54:21, 55:4
referring [2] - 13:10, 54:9
refers [1] - 13:13
reflect [1] - 35:8
refresh [1] - 36:8
refreshes [1] - 36:11
regard [6] - 14:12, 26:5, 42:14, 58:7, 96:15, 97:14
regardless [1] - 65:24
register [2] - 19:11, 30:8
registers [6] - 18:8, 19:8, 19:9, 19:13, 19:15, 28:12
regular [1] - 19:21
reimbursed [1] - 96:11
relate [1] - 26:8
related [2] - 14:22, 105:15
remaining [1] - 88:11
remember [22] - 10:14, 10:20, 15:2, 15:5, 21:4, 32:8, 37:16, 40:2, 45:9, 52:3, 54:24, 55:14, 62:14, 63:3, 64:6, 64:8, 64:24, 64:25, 65:2, 74:25, 75:3
remove [3] - 86:21, 87:2, 87:23
removed [1] - 88:2
render [1] - 54:10
rented [2] - 85:9, 85:19
repair [1] - 58:9
repeating [1] - 13:7
rephrase [1] - 6:4
report [8] - 53:16, 54:2, 54:5, 61:2, 61:9, 61:10,

61:16, 71:18
Reporter [1] - 1:23
Reporting [1] - 1:20
represent [1] - 4:19
REQUESTED [1] - 104:19
require [1] - 57:4
research [1] - 58:18
reserved [1] - 3:22
reside [2] - 4:11, 7:13
respective [1] - 3:6
respond [1] - 76:19
response [3] - 29:10, 63:11, 76:15
responses [1] - 4:25
restrictions [2] - 88:23, 92:2
result [3] - 15:6, 22:23, 84:20
results [5] - 47:3, 52:17, 53:9, 55:25, 56:7
retained [1] - 104:10
return [1] - 86:8
returning [1] - 97:25
review [1] - 61:12
reviewed [1] - 71:21
riaia@sobolaw.com [1] - 2:6
right [66] - 11:24, 18:9, 20:7, 21:2, 22:12, 22:18, 22:19, 22:22, 22:23, 23:3, 23:6, 24:15, 25:21, 27:13, 29:12, 34:19, 36:22, 36:24, 36:25, 37:11, 37:12, 37:16, 37:19, 41:4, 41:5, 42:8, 44:20, 45:10, 46:23, 47:11, 49:11, 50:22, 51:22, 52:16, 54:12, 54:13, 54:18, 58:16, 59:6, 59:7, 64:22, 65:6, 66:18, 66:22, 70:8, 72:6, 72:7, 73:5, 75:20, 75:21, 78:7, 82:14, 93:10, 93:11, 93:22, 94:3, 95:4, 95:20
Right [3] - 26:2, 32:16, 39:25
road [1] - 75:8
Rockland [1] - 8:15
ROCKLAND [1] - 105:5
rod [1] - 81:25
root [1] - 64:21
round [2] - 67:11, 75:9
route [1] - 17:16
Route [1] - 10:19
Rules [1] - 1:19
rules [1] - 4:24
run [1] - 58:14
rush [1] - 62:9

C. GISSER

118

**S**

S [6] - 2:2, 3:2, 4:2, 104:2
said [28] - 5:3, 5:17, 22:13, 26:15, 33:7, 33:13, 33:15, 47:15, 48:10, 48:21, 48:23, 53:17, 54:5, 54:6, 56:23, 57:6, 58:8, 58:12, 62:23, 64:10, 64:15, 68:15, 76:17, 83:25, 91:18, 92:4, 94:4
salts [1] - 98:12
Same [1] - 87:13
same [12] - 3:12, 3:15, 3:17, 30:6, 41:8, 49:17, 52:11, 67:6, 67:8, 82:7, 101:8
Sands [25] - 49:15, 49:16, 49:21, 50:5, 50:10, 53:2, 53:24, 53:25, 54:10, 55:5, 55:6, 55:18, 55:22, 55:24, 57:3, 57:18, 58:20, 59:7, 59:25, 60:4, 60:21, 62:8, 82:8, 82:18, 82:22
saw [43] - 25:6, 28:12, 28:18, 42:12, 42:23, 43:19, 44:5, 44:7, 44:12, 44:16, 45:5, 45:7, 45:14, 48:10, 48:18, 48:21, 49:10, 50:10, 52:21, 52:25, 53:4, 53:8, 55:6, 55:24, 59:3, 60:23, 64:4, 69:24, 70:19, 70:22, 71:6, 71:13, 71:16, 72:9, 72:18, 73:2, 74:16, 80:5, 91:3, 93:9, 94:14, 94:16, 95:7
say [34] - 6:8, 6:16, 13:6, 13:9, 14:13, 18:17, 18:18, 18:20, 19:3, 19:20, 22:20, 25:15, 25:19, 38:9, 41:2, 41:7, 42:23, 43:14, 48:13, 49:16, 49:25, 51:8, 54:2, 62:21, 65:15, 69:20, 76:8, 76:10, 76:24, 78:15, 82:20, 85:16, 88:16, 94:19
saying [1] - 65:11
says [2] - 35:14, 89:3
scar [1] - 88:12
scheduled [1] - 45:20
school [4] - 8:9, 8:19, 9:16, 40:22
School [1] - 8:12
schools [1] - 9:15
scooter [5] - 85:10, 85:11, 85:17, 96:9, 96:21
scratch [1] - 84:11
script [2] - 62:10, 62:11
sealing [1] - 3:7
search [3] - 43:12, 43:14, 43:15
second [7] - 59:24, 67:11,

76:22, 80:6, 80:24, 81:10, 83:3
Security [1] - 7:5
see [36] - 18:5, 24:19, 24:21, 25:11, 28:6, 35:18, 39:9, 43:11, 43:21, 43:24, 45:2, 45:20, 45:25, 47:19, 47:23, 48:3, 48:23, 49:13, 51:12, 53:5, 53:21, 55:22, 59:6, 59:12, 60:17, 76:7, 77:6, 80:23, 86:8, 86:13, 87:21, 88:3, 90:23, 90:25, 92:21, 94:22
seeing [4] - 43:25, 49:23, 49:25, 93:6
seemed [1] - 83:20
seen [4] - 49:3, 60:4, 60:21, 83:19
send [2] - 48:8, 48:25
sensation [1] - 37:17
sense [1] - 26:19
sent [6] - 65:7, 65:8, 65:24, 67:14, 84:9, 84:12
separate [2] - 13:25, 14:2
series [1] - 4:21
service [2] - 3:16, 18:10
set [2] - 105:11, 105:20
several [2] - 72:21, 72:22
Several [1] - 72:23
shape [1] - 25:4
shares [2] - 50:5, 52:12
sharp [1] - 37:5
she [1] - 29:11
shelves [1] - 27:5
Shelves [2] - 27:7, 27:8
shoe [4] - 38:22, 78:22, 78:24, 92:7
shoes [6] - 37:20, 38:11, 47:17, 57:15, 97:25, 101:9
shop [1] - 32:11
shopper [1] - 19:21
shopping [12] - 20:5, 20:12, 20:13, 20:15, 20:25, 21:8, 21:10, 21:13, 22:21, 24:4, 101:12, 101:13
short [1] - 78:8
Short [1] - 34:9
shortly [1] - 34:22
shot [1] - 77:23
should [7] - 32:3, 33:7, 62:22, 63:10, 76:12, 76:20, 92:7
shoulder [9] - 15:12, 15:14, 15:18, 16:4, 16:6, 16:12, 16:25, 43:22, 44:19
shoulders [1] - 17:13
show [4] - 32:7, 33:7, 34:4, 47:6
showed [6] - 30:3, 33:5, 56:7, 56:15, 61:3, 62:5

showing [1] - 104:21
slc) [1] - 42:16
side [3] - 37:19, 63:23, 82:3
sides [1] - 90:14
sidewalk [1] - 12:4
signature [6] - 35:6, 35:11, 35:15, 35:16, 35:20, 36:7
signed [4] - 3:10, 3:12, 3:15, 31:14
simple [1] - 89:21
since [5] - 39:22, 97:20, 100:9, 100:18, 104:22
sit [3] - 28:13, 28:16, 30:7
sites [1] - 88:12
sitting [1] - 97:12
situation [2] - 74:13, 74:15
six [15] - 66:2, 67:20, 68:16, 69:7, 79:19, 90:4, 90:19, 90:20, 90:21, 91:4, 91:22, 92:10, 94:18, 94:22
Six [1] - 90:17
six-month [3] - 91:22, 92:10
size [5] - 25:4, 25:5, 26:3, 83:20, 83:22
Size [1] - 25:7
skid [1] - 26:6
skip [1] - 70:5
slipped [4] - 22:14, 24:20, 27:5, 31:6
smeared [2] - 26:10, 26:12
smell [2] - 26:18, 26:19
smocks [1] - 29:5
sneaker [1] - 38:9
sneakers [4] - 37:23, 38:2, 38:12, 47:18
Sneakers [1] - 37:24
So [22] - 5:18, 11:20, 17:22, 19:12, 20:19, 23:5, 32:8, 40:25, 51:15, 53:4, 57:2, 58:17, 60:9, 60:14, 62:9, 67:5, 69:3, 80:23, 86:17, 87:14, 92:24, 98:3
so [26] - 5:5, 6:15, 7:6, 13:6, 14:20, 22:9, 27:10, 33:19, 44:3, 44:11, 50:17, 53:18, 55:2, 59:20, 61:14, 66:3, 77:13, 81:5, 86:15, 93:12, 93:25, 94:13, 94:18, 94:23, 97:7, 98:13
SOBO [2] - 2:4
Social [2] - 7:5, 7:10
soft [8] - 39:15, 84:7, 85:3, 86:4, 86:5, 86:23, 87:3, 87:7
solution [2] - 24:22, 31:8
Some [1] - 68:8
some [28] - 15:16, 16:4, 19:12, 19:14, 20:14, 22:6, 26:16, 29:22, 34:8, 35:25, 40:23, 47:2, 50:21, 62:12,

63:12, 66:15, 66:17, 69:4, 69:23, 77:17, 78:21, 79:21, 84:12, 89:24, 90:11, 97:5, 98:7, 98:8
someone [4] - 43:7, 51:12, 60:15, 70:12
Something [1] - 84:17
something [23] - 8:2, 19:7, 22:5, 22:14, 24:13, 30:7, 37:13, 39:8, 43:2, 50:20, 52:23, 57:23, 58:13, 58:17, 61:9, 63:12, 68:24, 84:10, 85:21, 86:18, 92:25, 94:20, 94:21
sometimes [2] - 46:11, 46:13
Somewhat [1] - 98:17
somewhat [1] - 74:25
somewhere [3] - 21:2, 25:22, 78:20
son [3] - 7:17, 7:22, 40:22
soon [2] - 21:22, 81:9
sorry [6] - 45:24, 46:4, 51:19, 61:6, 63:4, 100:14
Sorry [1] - 49:8
sort [2] - 84:12, 90:7
source [1] - 96:12
SOUTHERN [1] - 1:2
southern [1] - 55:15
space [3] - 27:16, 27:19, 27:22
speaking [3] - 5:18, 24:9, 97:13
special [1] - 75:2
specialists [1] - 58:25
specialize [4] - 17:8, 53:18, 53:22, 59:18
specializes [1] - 17:12
specializing [1] - 55:20
specific [1] - 93:5
specifically [1] - 25:24
specified [1] - 103:11
split [1] - 54:6
Split [1] - 56:10
spoke [4] - 32:15, 39:2, 51:11, 52:17
spoken [1] - 49:4
spot [3] - 32:4, 40:6, 97:3
sprain [1] - 47:16
sprained [1] - 72:21
sprains [1] - 75:23
SS [1] - 105:4
SSD [1] - 95:13
St [3] - 8:16, 9:21, 81:14
stabbing [1] - 46:11
stairs [2] - 100:4, 101:4
start [3] - 4:24, 68:23, 90:8
Start [1] - 88:25
started [7] - 5:9, 51:8,

C. GISSER

67:19, 67:22, 69:3, 89:10, 90:6
**starting** [1] - 69:16
**state** [1] - 4:8
**STATE** [1] - 105:4
**State** [3] - 1:23, 4:4, 105:8
**stated** [1] - 24:17
**statement** [4] - 33:19, 33:24, 34:18, 35:10
**Statement** [1] - 104:8
**STATES** [1] - 1:2
**stay** [2] - 30:6, 41:8
**stayed** [2] - 30:8, 91:10
**stays** [1] - 98:13
**steps** [1] - 84:3
**stick** [1] - 98:4
**still** [10] - 16:9, 36:21, 43:25, 47:15, 80:20, 88:14, 91:6, 97:19, 99:17, 101:16
**Still** [1] - 80:16
**stimulation** [1] - 68:13
**STIPULATED** [2] - 3:5, 3:20
**stitches** [2] - 84:21, 84:23
**stomach** [1] - 91:14
**stop** [1] - 79:12
**stopped** [1] - 69:6
**store** [33] - 10:12, 10:15, 11:17, 11:22, 17:16, 17:21, 17:24, 18:6, 18:13, 18:23, 19:18, 20:2, 20:4, 20:7, 20:18, 20:23, 21:6, 22:7, 23:14, 23:23, 24:12, 27:8, 30:11, 32:11, 32:12, 32:14, 32:20, 34:22, 36:16, 36:21, 38:19, 38:23, 39:3
**stores** [1] - 4:23
**STORES** [2] - 1:8, 1:8
**straight** [2] - 21:2, 25:20
**street** [3] - 10:18, 55:12, 55:13
**Street** [1] - 1:21
**stretch** [2] - 90:13, 92:11
**stretching** [3] - 68:9, 68:11, 90:12
**stuff** [1] - 99:20
**Subscribed** [1] - 103:18
**substance** [6] - 24:25, 27:4, 31:4, 47:14, 56:22, 82:7
**such** [2] - 40:9, 105:12
**suffered** [7] - 15:14, 42:14, 75:22, 92:17, 92:24, 96:6, 99:12
**Suffice** [1] - 69:20
**suggest** [1] - 48:19
**suggested** [4] - 47:18, 49:13, 60:17, 62:25
**sum** [4] - 31:3, 47:13, 56:21, 82:7

**Sunshine** [3] - 13:23, 14:9, 14:11
**supervise** [1] - 14:16
**supposed** [2] - 78:22, 79:8
**sure** [15] - 6:12, 26:14, 38:13, 40:3, 40:14, 44:11, 45:11, 45:12, 49:24, 59:25, 60:9, 65:10, 65:14, 65:15, 78:16
**Sure** [1] - 77:4
**surgeon** [6] - 16:18, 17:10, 55:19, 59:17, 70:10, 70:11
**surgeries** [1] - 70:7
**surgery** [35] - 15:18, 16:3, 16:25, 56:25, 57:9, 57:21, 57:25, 58:2, 58:19, 62:7, 62:16, 62:17, 62:22, 63:6, 63:10, 64:14, 66:18, 66:23, 70:7, 75:20, 76:6, 76:9, 76:12, 77:8, 80:7, 81:2, 81:11, 81:13, 81:16, 81:18, 82:6, 83:7, 83:12, 84:20, 89:12
**surgical** [2] - 57:5, 88:12
**surprised** [1] - 83:20
**surprisingly** [1] - 57:22
**Surveillance** [1] - 33:12
**sustain** [3] - 15:7, 15:17, 96:8
**swelling** [4] - 84:14, 91:12, 94:3, 98:7
**swollen** [4] - 47:16, 62:6, 91:7, 91:10
**sworn** [5] - 3:10, 4:3, 103:5, 103:18, 105:11

## T

**T** [6] - 3:2, 103:2, 104:2, 105:2
**table** [1] - 98:14
**take** [18] - 5:4, 5:17, 6:18, 6:24, 8:8, 11:15, 26:4, 31:23, 32:3, 38:22, 41:16, 57:15, 88:3, 88:7, 91:19, 98:9, 98:18, 98:21
**taken** [3] - 1:17, 78:9, 100:8
**taking** [2] - 5:3, 5:16
**talk** [4] - 30:25, 42:13, 82:12, 83:14
**talked** [3] - 85:23, 95:2, 95:8
**talkies** [1] - 29:20
**talking** [3] - 33:10, 48:14, 57:22
**taper** [2] - 68:23, 68:25
**tear** [7] - 54:6, 56:10, 56:23, 58:8, 58:9, 81:22, 83:23
**tears** [5] - 54:7, 56:11, 81:23, 83:19, 88:4
**tell** [32] - 6:10, 14:14, 16:14,

31:3, 44:17, 44:24, 47:5, 47:13, 53:14, 56:9, 56:12, 56:13, 56:21, 58:5, 61:21, 62:4, 65:21, 67:21, 72:2, 72:20, 73:7, 74:17, 74:22, 75:21, 79:15, 79:18, 79:23, 81:20, 83:17, 83:23, 84:6, 93:21
**telling** [3] - 75:3, 76:19, 79:20
**ten** [2] - 32:22, 90:17
**tendons** [1] - 58:14
**terminate** [1] - 9:16
**test** [1] - 52:18
**testified** [1] - 4:5
**testify** [1] - 103:5
**testimony** [3] - 103:6, 103:10, 105:13
**testing** [2] - 48:9, 48:25
**tests** [3] - 46:20, 78:19, 88:3
**than** [25] - 9:5, 26:3, 40:24, 51:4, 54:9, 54:15, 56:14, 57:9, 58:21, 59:24, 61:23, 63:18, 66:4, 72:3, 74:6, 75:12, 75:14, 83:22, 88:7, 88:10, 92:4, 94:9, 94:25, 97:23, 100:3
**Thank** [1] - 102:5
**That** [16] - 5:13, 12:6, 29:11, 31:19, 46:23, 52:9, 52:11, 53:24, 53:25, 55:8, 73:8, 73:10, 79:5, 81:21, 89:8, 105:10
**that** [336] - 3:7, 3:9, 3:13, 3:20, 4:22, 5:16, 6:3, 6:9, 6:11, 6:12, 6:16, 6:23, 7:12, 7:24, 7:25, 8:19, 8:20, 9:7, 9:12, 9:22, 10:6, 10:18, 10:24, 11:6, 11:10, 11:18, 12:8, 12:15, 12:18, 12:22, 13:9, 13:11, 13:13, 14:8, 15:3, 15:6, 15:17, 15:21, 16:15, 16:16, 18:12, 18:14, 19:4, 19:20, 20:2, 20:10, 20:13, 20:17, 20:24, 21:8, 21:13, 21:19, 21:21, 22:13, 23:14, 23:15, 23:17, 23:18, 24:6, 24:12, 24:18, 24:24, 25:6, 25:11, 26:4, 26:5, 26:8, 26:21, 27:4, 27:17, 27:21, 27:22, 28:2, 28:18, 29:6, 29:7, 29:10, 29:13, 29:19, 29:20, 30:2, 30:5, 30:6, 30:9, 30:10, 30:13, 30:16, 30:19, 30:21, 31:6, 32:14, 32:21, 32:24, 32:25, 33:5, 33:7, 33:15, 34:11, 34:18, 34:23, 35:18, 35:20, 35:22, 35:24, 36:6, 36:7,

37:3, 37:9, 38:7, 38:11, 39:4, 39:14, 39:15, 40:8, 40:10, 40:20, 40:21, 40:24, 40:25, 41:2, 41:7, 41:15, 41:17, 42:2, 42:21, 43:17, 43:19, 44:4, 44:18, 44:19, 44:23, 44:25, 45:4, 45:10, 45:19, 47:14, 47:16, 48:5, 48:15, 48:18, 48:19, 48:24, 49:3, 49:6, 49:7, 49:14, 49:21, 50:4, 50:7, 50:15, 50:25, 51:11, 51:24, 52:4, 52:18, 52:21, 53:15, 53:17, 53:21, 54:4, 54:6, 54:21, 54:24, 56:22, 56:23, 56:24, 57:18, 57:25, 58:2, 58:6, 58:10, 58:14, 58:17, 58:19, 59:6, 60:3, 60:10, 60:15, 60:17, 60:20, 62:5, 62:9, 62:13, 62:21, 62:22, 62:25, 63:2, 63:9, 63:10, 63:21, 63:25, 64:9, 64:15, 64:18, 65:5, 65:7, 65:8, 65:15, 65:22, 66:4, 66:11, 66:13, 66:19, 67:2, 67:15, 67:18, 67:22, 68:7, 68:8, 68:10, 68:13, 69:10, 70:3, 70:15, 71:4, 71:21, 72:13, 72:15, 72:20, 72:25, 73:2, 73:7, 73:18, 73:20, 73:22, 74:3, 74:5, 74:11, 74:17, 74:19, 75:3, 75:10, 75:15, 75:22, 76:7, 76:11, 76:15, 76:22, 76:23, 77:6, 77:11, 77:21, 77:23, 78:5, 78:12, 78:13, 78:16, 78:17, 78:19, 78:22, 78:23, 79:7, 79:8, 79:10, 79:23, 80:12, 81:6, 81:11, 81:13, 82:5, 82:18, 82:22, 83:7, 83:18, 84:8, 84:11, 85:15, 85:18, 85:21, 86:12, 87:8, 87:24, 88:7, 88:15, 88:24, 90:4, 91:18, 91:19, 91:21, 91:23, 92:5, 92:11, 93:14, 93:23, 94:9, 94:16, 94:20, 94:21, 94:22, 95:2, 95:7, 95:8, 96:2, 96:10, 96:15, 96:19, 96:23, 97:2, 97:4, 97:15, 97:20, 98:9, 98:12, 98:15, 98:16, 99:2, 99:4, 99:6, 99:10, 99:11, 99:16, 99:20, 99:21, 100:21, 100:23, 100:24, 100:25, 101:10, 101:16, 101:21, 103:4, 103:8, 105:12, 105:13, 105:14, 105:16
**that's** [3] - 5:3, 42:17, 80:6
**That's** [12] - 7:23, 36:4, 47:20, 49:9, 64:10, 65:11,

C. GISSER

65:15, 74:2, 78:15, 80:2, 94:5, 99:5

**the** [622] - 1:16, 1:17, 1:18, 1:19, 1:23, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:4, 4:8, 4:19, 4:23, 5:4, 5:10, 5:15, 5:19, 5:20, 6:2, 6:8, 6:24, 7:7, 7:8, 7:9, 7:13, 8:18, 8:19, 8:23, 9:15, 10:7, 10:17, 10:20, 10:23, 11:8, 11:11, 11:16, 11:18, 11:21, 11:23, 11:24, 11:25, 12:2, 12:3, 12:7, 12:8, 12:10, 12:14, 12:17, 12:22, 12:25, 13:2, 13:4, 13:6, 13:7, 13:8, 13:13, 13:15, 13:18, 14:12, 14:19, 15:2, 15:5, 15:13, 16:2, 16:8, 16:14, 16:15, 16:17, 16:24, 17:3, 17:10, 17:14, 17:16, 17:20, 17:21, 17:22, 17:23, 17:24, 17:25, 18:4, 18:6, 18:8, 18:9, 18:10, 18:12, 18:13, 18:23, 18:25, 19:2, 19:5, 19:8, 19:11, 19:14, 19:25, 20:2, 20:4, 20:6, 20:10, 20:14, 20:18, 20:19, 20:23, 20:25, 21:6, 21:8, 21:14, 21:15, 21:21, 21:22, 21:25, 22:4, 22:7, 22:8, 22:12, 22:21, 22:25, 23:2, 23:3, 23:8, 23:11, 23:13, 23:14, 23:15, 23:16, 23:20, 23:22, 23:23, 23:24, 24:3, 24:4, 24:9, 24:11, 24:17, 25:2, 25:3, 25:4, 25:10, 25:14, 25:21, 26:3, 26:19, 27:2, 27:4, 27:6, 27:8, 27:11, 27:13, 27:14, 27:15, 27:18, 27:20, 27:22, 27:24, 28:7, 28:12, 28:18, 28:23, 28:24, 29:2, 29:6, 29:19, 29:25, 30:2, 30:8, 30:18, 30:20, 30:24, 31:3, 31:4, 31:5, 31:7, 31:14, 31:21, 31:22, 31:24, 31:25, 32:4, 32:5, 32:6, 32:7, 32:10, 32:12, 32:14, 32:18, 32:19, 32:20, 32:24, 33:2, 33:6, 33:7, 33:13, 33:21, 33:25, 34:18, 34:19, 34:20, 34:22, 34:24, 35:5, 35:7, 35:8, 35:9, 35:10, 35:11, 35:13, 35:14, 35:22, 35:23, 36:4, 36:5, 36:8, 36:9, 36:14, 36:15, 36:21,

37:3, 37:4, 37:9, 37:11, 37:12, 37:15, 37:18, 37:21, 38:8, 38:15, 38:17, 38:19, 38:23, 39:2, 39:3, 39:4, 39:14, 39:15, 39:20, 39:22, 40:5, 40:6, 40:9, 40:13, 40:16, 40:23, 40:25, 41:7, 41:8, 41:9, 41:12, 41:19, 41:21, 41:22, 41:25, 42:4, 42:6, 42:8, 42:11, 42:12, 42:14, 42:18, 42:21, 43:10, 43:17, 43:19, 43:20, 43:24, 43:25, 44:6, 44:15, 44:16, 44:17, 45:5, 45:13, 45:15, 45:19, 45:24, 46:8, 47:2, 47:3, 47:10, 47:13, 47:15, 47:17, 48:7, 48:10, 48:13, 48:15, 48:22, 49:2, 49:9, 49:17, 49:19, 50:2, 51:17, 51:18, 51:20, 52:3, 52:6, 52:7, 52:9, 52:11, 52:15, 52:16, 52:17, 52:21, 53:6, 53:9, 53:16, 53:19, 53:23, 54:2, 54:3, 54:7, 54:15, 54:20, 55:5, 55:14, 55:15, 55:25, 56:6, 56:11, 56:12, 56:15, 56:21, 56:23, 56:24, 57:2, 57:11, 57:15, 57:16, 57:21, 58:8, 58:9, 58:10, 58:11, 58:12, 58:13, 58:14, 58:15, 58:16, 58:18, 59:5, 59:19, 60:9, 60:10, 60:11, 60:12, 60:24, 60:25, 61:4, 61:8, 61:9, 61:10, 61:12, 61:13, 61:16, 61:22, 62:7, 62:10, 62:12, 62:16, 63:5, 63:22, 63:23, 64:13, 64:16, 65:2, 65:8, 65:13, 65:25, 66:2, 66:6, 66:7, 66:21, 67:4, 67:5, 67:6, 67:8, 67:9, 68:22, 69:11, 69:21, 69:25, 70:6, 70:7, 70:19, 70:22, 70:23, 70:24, 71:6, 71:7, 71:14, 71:17, 71:18, 71:23, 72:10, 72:19, 72:22, 72:24, 73:2, 73:3, 73:12, 73:15, 73:19, 73:25, 74:17, 74:18, 75:3, 75:4, 75:5, 75:18, 75:19, 76:5, 76:9, 76:21, 76:22, 76:23, 77:5, 77:8, 77:10, 77:20, 77:23, 77:24, 78:2, 78:6, 78:7, 78:11, 78:14, 79:3, 79:6, 79:23, 80:6, 80:7, 80:24, 81:4, 81:5, 81:8, 81:16, 81:17, 81:22, 81:23, 81:24, 81:25, 82:2, 82:3, 82:5, 82:6, 82:7,

82:13, 82:14, 82:17, 82:25, 83:3, 83:4, 83:12, 83:13, 83:18, 83:20, 83:22, 83:23, 84:2, 84:10, 84:14, 85:2, 85:13, 86:3, 86:4, 86:5, 86:14, 86:17, 86:18, 86:21, 87:3, 87:11, 87:12, 87:14, 87:17, 87:23, 88:2, 88:7, 88:10, 88:12, 88:17, 89:3, 89:15, 89:16, 89:19, 89:20, 89:22, 89:24, 90:6, 90:12, 90:13, 90:16, 90:22, 91:4, 91:8, 91:9, 91:21, 91:24, 92:7, 92:8, 92:11, 92:14, 92:17, 92:23, 92:24, 93:9, 93:18, 93:23, 94:10, 94:11, 94:25, 95:12, 95:24, 96:6, 96:7, 96:9, 96:20, 96:21, 96:23, 97:19, 98:2, 98:10, 98:17, 98:22, 99:9, 99:10, 99:12, 99:14, 99:16, 100:9, 100:25, 101:3, 101:8, 101:10, 101:12, 101:13, 101:20, 102:6, 103:5, 103:6, 103:8, 103:10, 104:22, 104:23, 105:8, 105:10, 105:13, 105:15, 105:17

**The** [28] - 6:21, 7:12, 19:11, 26:24, 27:4, 27:15, 30:9, 33:13, 41:21, 47:6, 52:22, 55:13, 61:10, 63:24, 65:5, 67:3, 67:11, 70:21, 71:13, 77:7, 77:9, 82:22, 87:7, 89:18, 91:6, 91:7, 91:8, 99:19

**THE** [2] - 13:16, 102:5

**their** [3] - 29:5, 49:18, 50:12

**them** [11] - 14:19, 31:15, 53:11, 80:2, 97:7, 98:2, 98:3, 99:17, 99:18, 100:25, 101:2

**Then** [2] - 86:25, 87:5

**then** [9] - 18:9, 20:24, 32:10, 34:7, 55:3, 58:14, 69:17, 84:9, 98:6

**Therapies** [1] - 67:9

**therapist** [3] - 44:8, 70:16, 89:3

**therapists** [1] - 43:21

**therapy** [44] - 16:5, 16:10, 17:6, 54:24, 57:7, 62:11, 62:24, 64:12, 64:17, 64:19, 64:21, 64:24, 65:6, 65:8, 65:18, 65:24, 66:6, 66:11, 66:22, 66:24, 67:15, 67:18, 67:22, 68:6, 69:11, 69:17, 69:21,

80:16, 80:21, 80:25, 81:5, 88:25, 89:6, 89:11, 89:21, 89:25, 90:3, 90:6, 90:16, 90:22, 92:12, 92:13, 92:14, 96:21

**Therapy** [4] - 16:18, 17:6, 44:2, 66:8

**There** [2] - 82:12, 90:11

**there** [50] - 6:22, 7:14, 18:7, 18:8, 18:10, 20:21, 24:5, 26:6, 27:3, 27:5, 27:17, 28:6, 32:4, 32:23, 33:3, 33:4, 33:8, 35:16, 36:23, 37:8, 40:7, 48:2, 53:8, 61:12, 61:22, 64:25, 68:5, 68:15, 69:8, 72:15, 72:16, 73:8, 74:7, 74:8, 74:10, 74:11, 80:9, 81:21, 93:2, 93:25, 94:3, 95:5, 95:25, 99:6, 99:10, 99:15, 99:19, 100:24

**There's** [1] - 17:19

**these** [1] - 67:6

**They** [7] - 7:8, 29:5, 29:19, 68:6, 78:21, 84:9, 85:8

**they** [16] - 29:16, 29:20, 38:3, 38:13, 39:25, 52:9, 68:4, 68:9, 68:12, 68:23, 73:22, 74:2, 85:5, 89:17, 90:8, 97:17

**thing** [5] - 6:11, 24:18, 56:24, 84:14, 89:18

**things** [23] - 18:19, 20:10, 40:20, 40:21, 41:17, 68:4, 68:10, 68:13, 72:12, 75:2, 88:24, 89:17, 90:8, 94:5, 96:18, 97:6, 99:4, 99:6, 99:10, 99:15, 99:24, 100:24, 101:21

**think** [15] - 15:23, 24:14, 27:10, 38:25, 42:16, 55:2, 57:12, 59:23, 75:14, 79:7, 82:2, 82:9, 85:25, 98:19, 101:23

**thinking** [1] - 100:14

**third** [1] - 35:14

**this** [45] - 5:15, 12:22, 19:17, 19:21, 19:22, 20:10, 20:11, 20:20, 26:17, 26:24, 30:19, 32:9, 34:13, 34:21, 35:3, 37:10, 41:22, 42:9, 44:14, 46:19, 57:19, 59:25, 60:2, 64:20, 66:10, 72:24, 80:2, 84:20, 89:6, 91:20, 92:10, 95:12, 96:3, 97:12, 99:7, 99:11, 99:20, 99:21, 101:19, 102:7, 103:19, 105:15, 105:18, 105:20

**This** [2] - 5:2, 93:12

C. GISSER

121

**thorough** [3] - 48:6, 48:24, 49:7
**Those** [1] - 38:2
**those** [13] - 9:15, 14:6, 14:22, 21:9, 28:17, 39:7, 44:13, 75:2, 94:5, 95:21, 97:8, 97:24, 99:24
**thought** [6] - 32:3, 48:24, 58:15, 63:9, 76:11, 76:20
**thousand** [2] - 96:17, 97:2
**Three** [1] - 43:3
**three** [5] - 44:5, 80:11, 80:13, 89:14, 89:15
**throbbing** [3] - 37:6, 37:7, 46:10
**through** [6] - 18:4, 59:25, 64:11, 95:13, 95:21, 96:11
**throughout** [3] - 37:18, 41:8, 91:2
**ticked** [1] - 9:14
**tied** [1] - 38:3
**tightly** [1] - 22:22
**TIME** [1] - 1:13
**time** [100] - 3:22, 11:6, 12:10, 12:22, 12:25, 13:8, 15:16, 16:8, 16:16, 17:3, 18:12, 18:13, 18:15, 19:25, 20:3, 21:14, 21:15, 21:25, 22:6, 22:13, 23:13, 23:14, 23:15, 23:22, 23:23, 24:12, 25:9, 25:11, 26:17, 29:22, 29:25, 30:2, 30:3, 30:18, 32:13, 32:18, 32:20, 32:21, 36:14, 37:21, 40:25, 43:17, 43:19, 43:20, 44:6, 44:12, 44:15, 44:16, 44:17, 45:6, 45:10, 45:15, 45:19, 45:24, 48:11, 48:18, 48:22, 50:21, 53:21, 54:25, 60:24, 63:13, 64:20, 65:5, 66:6, 66:15, 66:17, 67:15, 68:23, 69:24, 70:20, 70:23, 71:4, 71:6, 71:13, 71:17, 72:10, 72:11, 72:19, 72:25, 73:2, 73:3, 74:17, 75:4, 75:18, 75:19, 79:4, 79:21, 80:6, 80:9, 80:24, 92:8, 93:9, 95:12, 98:18, 101:8, 103:10, 104:22
**times** [8] - 44:13, 55:21, 59:12, 65:3, 69:3, 72:22, 89:14, 89:15
**tiny** [1] - 40:2
**titled** [1] - 33:24
**To** [6] - 18:25, 22:12, 24:23, 27:20, 39:9, 39:15, 93:7, 95:24
**to** [303] - 1:18, 3:10, 3:11,

3:21, 3:22, 4:20, 5:2, 5:5, 5:9, 5:10, 5:12, 5:14, 5:17, 5:20, 5:22, 6:4, 6:8, 6:10, 6:12, 6:13, 6:14, 6:18, 6:23, 7:6, 7:7, 8:13, 10:9, 11:10, 11:25, 12:14, 13:7, 13:10, 13:13, 14:12, 14:18, 14:19, 15:7, 15:14, 15:18, 16:4, 16:6, 16:25, 17:10, 17:16, 18:4, 18:9, 18:19, 19:2, 19:3, 19:14, 19:17, 20:4, 20:6, 20:9, 22:6, 22:8, 22:10, 22:25, 24:19, 25:21, 26:5, 26:8, 26:18, 26:25, 27:15, 27:17, 28:6, 28:25, 29:23, 30:2, 30:4, 30:5, 31:7, 31:10, 31:11, 31:13, 31:15, 31:21, 32:11, 32:15, 32:20, 32:24, 33:2, 33:3, 33:6, 33:8, 33:13, 33:14, 34:4, 34:6, 34:8, 34:10, 34:16, 35:6, 35:10, 35:17, 36:5, 36:8, 36:16, 36:20, 37:3, 37:8, 37:18, 38:11, 38:22, 39:2, 39:4, 39:14, 39:17, 40:20, 40:21, 41:2, 41:3, 41:4, 41:11, 42:8, 42:14, 43:3, 43:7, 43:11, 43:12, 43:13, 44:8, 45:2, 45:11, 45:13, 45:20, 45:25, 46:4, 46:7, 46:12, 47:17, 48:3, 48:9, 49:4, 50:22, 51:4, 51:8, 51:11, 51:12, 51:16, 51:21, 51:22, 52:17, 53:17, 53:19, 54:3, 54:9, 54:15, 54:21, 54:23, 55:4, 56:12, 57:7, 57:8, 57:11, 57:15, 58:9, 58:14, 58:16, 58:18, 58:19, 58:24, 59:19, 62:8, 62:11, 62:23, 62:24, 63:15, 63:22, 64:5, 64:11, 64:13, 64:17, 64:21, 65:12, 65:23, 66:12, 66:18, 66:22, 66:23, 67:20, 68:15, 69:16, 69:17, 69:20, 70:5, 70:7, 70:12, 71:11, 71:12, 72:10, 74:20, 74:23, 74:24, 75:5, 75:16, 75:19, 75:20, 76:6, 76:7, 76:11, 76:15, 76:18, 76:19, 76:23, 76:24, 76:25, 77:6, 77:22, 77:25, 78:5, 78:15, 78:22, 79:3, 79:8, 79:15, 79:18, 79:22, 79:25, 80:3, 80:6, 80:11, 80:13, 80:18, 80:20, 80:23, 81:2, 81:7, 81:17, 81:18, 81:22, 81:24, 82:2, 82:3, 82:13,

82:14, 82:23, 83:5, 83:14, 84:9, 84:10, 84:13, 84:14, 84:17, 85:6, 85:10, 85:13, 86:4, 86:8, 86:19, 87:9, 88:3, 89:2, 89:4, 89:14, 89:18, 89:20, 90:13, 90:23, 90:25, 91:13, 91:19, 91:20, 91:24, 92:18, 92:20, 93:2, 93:4, 93:19, 94:6, 94:11, 94:19, 94:20, 97:7, 97:14, 97:15, 97:19, 97:21, 97:24, 98:21, 98:22, 99:2, 99:4, 99:6, 99:7, 99:15, 101:5, 101:7, 101:18, 103:5, 103:18, 105:15
**today** [7] - 4:21, 6:8, 6:19, 13:11, 28:16, 39:7, 95:3
**today's** [1] - 33:23
**together** [1] - 74:12
**told** [31] - 22:5, 28:24, 31:6, 31:15, 31:17, 32:25, 44:23, 45:9, 45:12, 45:17, 46:9, 46:13, 54:5, 56:15, 57:3, 57:14, 57:24, 57:25, 58:6, 58:22, 59:23, 61:21, 63:9, 72:4, 74:20, 74:24, 79:3, 80:2, 82:8, 83:18, 89:20
**tomorrow** [2] - 74:7, 74:9
**took** [7] - 10:21, 17:16, 32:6, 34:23, 40:7, 41:18, 91:16
**top** [3] - 31:14, 35:8, 63:22
**total** [2] - 47:21, 55:21
**touch** [1] - 85:13
**towards** [8] - 17:23, 22:4, 22:8, 24:4, 35:13, 40:6, 81:8, 81:25
**traffic** [1] - 24:11
**transcript** [3] - 7:8, 103:9
**treated** [1] - 95:7
**treating** [2] - 44:7, 44:19
**treatment** [12] - 16:6, 16:11, 42:7, 54:11, 80:14, 86:12, 89:11, 92:16, 92:25, 93:2, 93:4, 93:5
**trial** [1] - 3:22
**tried** [3] - 64:23, 66:5, 74:20
**trip** [2] - 75:9, 97:21
**trips** [3] - 100:8, 100:12, 100:13
**true** [2] - 103:9, 105:12
**truth** [1] - 103:5
**try** [8] - 5:5, 43:12, 57:6, 62:10, 62:24, 64:17, 76:6, 97:24
**trying** [4] - 38:11, 54:23, 65:2, 74:24
**Trying** [1] - 101:5

**turn** [5] - 20:6, 22:6, 22:8, 22:11, 90:10
**turned** [2] - 22:5, 23:3
**turns** [1] - 90:9
**TV** [1] - 98:14
**tweaked** [1] - 86:22
**Twenty** [1] - 7:19
**Twenty-one** [1] - 7:19
**twice** [1] - 68:22
**Twice** [2] - 17:7, 68:21
**twist** [1] - 73:11
**twisted** [1] - 73:4
**Two** [3] - 13:25, 80:11, 89:14
**two** [15] - 5:18, 13:24, 14:2, 17:19, 25:15, 30:4, 30:6, 38:4, 42:25, 44:13, 69:3, 75:13, 75:15, 80:13, 100:3
**Tylenol** [1] - 41:16
**type** [3] - 47:17, 57:21, 62:12

## U

**U** [1] - 3:2
**ultimately** [4] - 23:25, 40:7, 70:6, 75:20
**unable** [1] - 74:23
**unclear** [1] - 75:17
**uncomfortable** [3] - 79:2, 79:13, 98:23
**under** [18] - 18:20, 18:21, 20:8, 22:15, 22:24, 23:7, 24:16, 25:12, 35:9, 46:13, 52:10, 58:15, 69:25, 81:12, 87:11, 88:19, 90:20, 98:13
**undergo** [1] - 15:18
**undergoing** [2] - 16:5, 16:10
**undergraduate** [3] - 9:17, 9:18, 9:24
**understand** [7] - 5:24, 6:4, 6:11, 13:13, 23:5, 48:8, 57:23
**understanding** [2] - 58:6, 60:14
**uneven** [1] - 97:22
**UNITED** [1] - 1:2
**University** [3] - 8:17, 8:19, 9:11
**unsigned** [1] - 3:14
**until** [9] - 18:13, 20:2, 21:15, 23:14, 23:23, 43:19, 44:16, 64:20, 89:3
**Up** [1] - 64:20
**up** [26] - 18:13, 20:2, 21:15, 22:22, 23:14, 23:23, 30:3, 31:19, 32:2, 32:20, 35:6, 38:21, 40:22, 43:19,

C. GISSER    122

44:15, 58:14, 62:17, 63:5, 71:6, 75:19, 79:8, 82:2, 82:3, 85:12, 87:9, 91:17, 92:7, 97:25
upon [1] - 3:17
use [5] - 68:12, 89:20, 92:7, 98:12, 98:22
used [5] - 3:14, 25:2, 38:8, 97:19, 99:4
using [2] - 90:12, 98:15

**V**

vacation [2] - 100:11, 100:17
Vacation [1] - 100:12
various [1] - 97:6
Velcro [1] - 38:3
verbal [2] - 5:2, 5:6
very [23] - 14:3, 24:12, 24:13, 24:17, 42:2, 42:3, 45:19, 46:11, 49:7, 65:5, 70:19, 72:10, 72:19, 73:3, 85:9, 89:21, 91:8, 97:23, 98:3, 98:22, 101:7
vestibule [1] - 20:21
Video [1] - 1:20
video [1] - 33:10
Visco [1] - 62:13
vision [24] - 11:18, 11:23, 11:25, 12:7, 12:8, 13:15, 18:10, 18:25, 19:2, 19:5, 22:4, 22:8, 24:4, 25:10, 25:15, 27:14, 27:16, 27:18, 27:22, 39:4, 39:14, 40:8, 40:9, 41:22
visit [23] - 46:8, 46:19, 47:10, 48:15, 49:5, 49:7, 57:3, 57:18, 62:8, 76:3, 76:22, 77:5, 77:7, 77:9, 77:11, 78:12, 78:14, 81:10, 83:3, 88:7, 93:14, 93:18
visits [2] - 80:10, 80:20

**W**

wait [3] - 34:7, 62:23, 64:11
waived [1] - 3:9
Wal [33] - 4:20, 4:23, 10:12, 10:18, 11:24, 12:5, 12:14, 13:3, 13:6, 13:11, 13:14, 16:9, 17:4, 17:15, 17:20, 20:15, 20:20, 29:4, 30:19, 39:23, 40:13, 41:22, 43:18, 44:15, 45:19, 63:13, 73:2, 73:12, 75:19, 75:24, 92:17, 92:24
WAL [2] - 1:8, 1:8
Wal-Mart [33] - 4:20, 4:23, 10:12, 10:18, 11:24, 12:5,

12:14, 13:3, 13:6, 13:11, 13:14, 16:9, 17:4, 17:15, 17:20, 20:15, 20:20, 29:4, 30:19, 39:23, 40:13, 41:22, 42:15, 43:18, 44:15, 45:19, 63:13, 73:2, 73:12, 75:19, 75:24, 92:17, 92:24
WAL-MART [2] - 1:8, 1:8
walk [14] - 18:3, 18:6, 46:12, 73:19, 74:4, 74:8, 74:20, 74:25, 75:3, 92:4, 97:18, 98:21, 99:3, 101:7
Walk [1] - 100:3
walked [2] - 75:5, 88:24
walker [1] - 96:22
walkie [1] - 29:20
walkie-talkies [1] - 29:20
Walking [1] - 19:14
walking [9] - 17:23, 20:4, 22:3, 24:3, 24:6, 74:7, 89:22, 90:11, 100:4
walks [1] - 91:19
Walkway [3] - 73:15, 73:25, 74:18
walkway [2] - 73:23, 75:10
wall [1] - 33:7
want [12] - 5:20, 6:12, 6:13, 6:14, 20:9, 45:11, 65:12, 66:12, 75:16, 76:18, 80:18, 98:21
wanted [5] - 59:24, 77:6, 80:3, 82:23, 83:4
wanting [1] - 64:17
Was [22] - 11:18, 22:16, 24:12, 25:4, 27:11, 36:23, 37:6, 42:2, 42:25, 48:2, 52:25, 60:3, 61:22, 62:17, 63:17, 63:22, 67:23, 68:22, 69:14, 72:15, 82:5, 88:12
was [206] - 4:4, 8:19, 8:23, 9:16, 9:22, 10:15, 10:24, 11:2, 11:9, 11:11, 11:16, 12:6, 12:17, 12:19, 12:25, 13:18, 14:8, 14:10, 15:4, 15:5, 15:13, 15:21, 15:22, 19:12, 20:4, 20:5, 20:24, 21:5, 24:14, 24:17, 26:10, 26:12, 26:15, 26:25, 27:6, 27:13, 27:21, 29:10, 29:13, 30:13, 31:8, 31:19, 32:2, 32:4, 32:8, 32:13, 32:21, 34:18, 35:24, 37:5, 37:7, 37:11, 37:15, 37:22, 38:6, 38:7, 38:12, 38:18, 39:13, 40:7, 40:8, 40:19, 41:19, 41:22, 42:5, 42:6, 42:25, 44:25, 45:2, 45:4, 45:10, 45:19, 45:24,

46:11, 46:23, 47:7, 47:15, 47:16, 48:5, 48:24, 49:9, 49:15, 49:23, 50:15, 50:16, 50:17, 50:25, 51:7, 52:16, 52:21, 54:22, 55:5, 55:8, 55:15, 57:22, 58:11, 58:17, 59:5, 59:25, 60:5, 60:13, 60:20, 62:6, 62:8, 62:14, 62:16, 62:18, 62:23, 64:11, 64:24, 65:4, 65:8, 65:22, 65:25, 66:3, 66:8, 66:10, 67:2, 67:11, 67:22, 67:24, 68:3, 69:11, 69:15, 69:18, 69:21, 70:3, 70:15, 70:16, 70:19, 70:22, 71:5, 71:11, 71:13, 72:16, 74:10, 74:14, 75:17, 76:14, 76:23, 77:8, 77:21, 77:22, 77:23, 77:25, 78:8, 78:15, 78:25, 79:5, 79:7, 79:8, 79:12, 79:23, 80:2, 80:4, 80:9, 81:6, 81:11, 81:18, 81:24, 82:6, 82:11, 82:12, 82:14, 82:21, 83:4, 83:7, 83:12, 83:18, 83:19, 83:21, 84:16, 85:12, 86:17, 86:23, 89:8, 89:18, 89:19, 89:22, 90:11, 91:6, 91:7, 91:8, 91:19, 92:6, 92:11, 93:9, 93:22, 93:24, 94:2, 94:9, 94:16, 96:18, 96:23, 102:7, 105:11
Washingtonville [8] - 4:13, 66:9, 89:9, 89:12, 90:17, 90:22, 91:23, 92:11
wasn't [3] - 48:6, 49:6, 91:15
watch [1] - 98:14
watermelon [1] - 25:5
way [19] - 5:10, 5:19, 19:11, 22:10, 25:4, 25:5, 35:5, 35:10, 37:8, 37:18, 39:22, 42:3, 44:14, 55:14, 62:9, 64:16, 83:3, 83:4, 105:17
We [12] - 10:9, 14:16, 62:6, 68:7, 68:25, 76:5, 77:6, 85:9, 85:19, 85:23, 91:17, 95:10
we [19] - 4:24, 5:9, 6:23, 8:7, 13:11, 14:17, 14:18, 32:16, 57:18, 62:9, 77:5, 81:4, 84:9, 86:15, 88:14, 95:2, 95:8, 96:22, 97:7
We'll [3] - 31:21, 64:5, 97:4
weakness [1] - 93:25
wear [18] - 29:5, 39:10, 47:17, 62:13, 78:22, 78:23, 79:3, 79:8, 79:16, 79:18, 86:4, 86:5, 87:17,

91:19, 97:22, 98:2, 98:3, 98:4
wearing [5] - 37:21, 38:6, 39:6, 79:7, 101:9
weather [1] - 12:17
week [15] - 10:24, 17:7, 52:22, 68:16, 68:21, 68:22, 69:4, 69:9, 79:19, 84:8, 86:5, 86:6, 86:17, 87:2, 89:14
weekday [1] - 11:2
Weekday [1] - 11:4
weekend [1] - 11:3
weeks [8] - 42:10, 42:24, 42:25, 44:5, 67:20, 69:7, 80:11, 80:13
weight [1] - 75:6
Well [2] - 62:20, 76:16
well [7] - 47:21, 72:16, 83:24, 83:25, 98:11, 99:17, 101:2
went [25] - 17:20, 18:23, 19:2, 20:6, 20:20, 22:15, 22:20, 25:12, 26:11, 29:25, 31:11, 40:14, 40:16, 51:20, 65:6, 68:15, 77:23, 80:23, 83:15, 83:24, 83:25, 86:15, 86:25, 87:15
were [63] - 7:2, 12:11, 12:23, 14:4, 14:13, 14:18, 16:9, 16:15, 17:5, 19:4, 19:21, 24:3, 24:5, 25:10, 25:14, 25:16, 25:25, 26:6, 26:17, 27:5, 28:6, 31:22, 32:16, 36:16, 36:20, 37:4, 37:10, 37:20, 38:2, 38:14, 38:19, 38:23, 40:5, 43:24, 44:18, 45:20, 49:25, 61:12, 63:22, 68:4, 68:20, 69:8, 72:4, 74:22, 80:13, 80:20, 81:2, 82:8, 83:10, 85:3, 85:9, 88:4, 88:22, 89:13, 89:17, 91:4, 91:23, 92:2, 95:13, 95:21, 99:7
Were [7] - 10:11, 14:21, 21:13, 21:24, 25:20, 95:16, 99:10
weren't [2] - 51:12, 96:11
Westchester [3] - 13:20, 14:8, 14:24
what [59] - 5:14, 10:17, 10:23, 11:6, 12:17, 14:4, 14:14, 18:5, 19:25, 24:17, 24:19, 24:21, 25:6, 28:24, 31:17, 33:8, 34:13, 40:19, 40:20, 42:13, 44:12, 46:3, 47:7, 53:14, 53:16, 54:4, 54:5, 55:12, 55:17, 56:6, 56:14, 58:2, 58:6, 58:21,

C. GISSER

123

59:15, 61:21, 61:23, 62:9, 62:14, 63:20, 65:4, 65:11, 72:4, 74:2, 76:14, 77:20, 78:15, 81:17, 82:7, 83:19, 84:3, 84:16, 89:16, 90:7, 96:18, 97:8, 97:10, 98:4, 99:5

**What** [45] - 8:4, 8:23, 8:25, 9:7, 9:23, 10:2, 15:10, 22:19, 28:10, 28:21, 29:10, 30:24, 31:9, 34:16, 36:19, 37:20, 39:7, 39:13, 41:14, 42:6, 43:4, 46:7, 47:5, 48:5, 49:9, 56:6, 56:9, 61:7, 62:4, 68:4, 70:22, 73:18, 76:2, 78:4, 78:10, 78:18, 81:20, 82:20, 83:17, 84:6, 88:6, 93:21, 97:17, 99:24, 100:2

**Whatever** [1] - 96:23

**whatever** [1] - 81:7

**wheels** [1] - 21:10

**when** [33] - 13:5, 13:9, 14:4, 14:13, 15:20, 18:3, 18:5, 18:9, 22:24, 30:24, 40:12, 42:23, 44:25, 45:17, 48:7, 48:25, 50:15, 51:7, 51:11, 53:4, 53:8, 60:23, 67:19, 67:21, 67:25, 70:18, 76:8, 76:9, 80:6, 80:23, 85:2, 89:10, 91:16

**When** [34] - 7:2, 9:12, 9:14, 10:4, 12:25, 18:17, 18:18, 20:17, 25:19, 38:9, 41:19, 42:13, 46:2, 48:13, 48:22, 49:25, 50:25, 54:2, 55:24, 69:6, 71:16, 72:9, 72:18, 74:16, 76:24, 80:5, 85:16, 86:3, 88:2, 88:16, 90:6, 91:3, 93:9, 98:9

**whenever** [2] - 45:2, 79:8

**Where** [10] - 4:11, 8:11, 9:9, 9:16, 13:18, 17:17, 40:12, 67:2, 71:2, 81:13

**where** [33] - 7:13, 8:13, 11:14, 18:23, 20:13, 20:17, 20:24, 23:16, 23:24, 24:10, 25:16, 25:25, 26:21, 26:24, 27:2, 27:6, 28:7, 31:7, 31:25, 32:8, 35:11, 40:6, 49:21, 49:23, 51:20, 55:11, 59:10, 66:5, 72:21, 73:4, 74:11, 80:3, 90:10

**WHEREOF** [1] - 105:19

**Whereupon** [5] - 33:18, 38:17, 60:12, 78:8, 102:6

**whether** [4] - 28:17, 60:16, 76:6, 96:9

**which** [14] - 10:15, 18:9,

35:2, 38:6, 43:11, 47:7, 49:15, 49:22, 58:11, 62:6, 65:17, 67:14, 81:7, 85:8

**Which** [1] - 22:10

**while** [6] - 26:17, 34:22, 36:20, 38:23, 61:12, 94:6

**While** [2] - 31:22, 38:19

**White** [1] - 1:21

**white** [2] - 24:22, 27:21

**Who** [7] - 7:14, 59:5, 62:17, 63:5, 65:8, 70:3, 101:12

**who** [14] - 7:20, 14:17, 16:24, 42:11, 52:16, 53:22, 60:8, 60:9, 63:25, 64:3, 65:7, 65:24, 70:6, 70:15

**whole** [2] - 19:11, 68:22

**whose** [1] - 105:10

**why** [2] - 48:8, 48:22

**Why** [1] - 8:7

**will** [10] - 5:13, 6:4, 6:20, 7:8, 13:9, 23:20, 34:6, 49:24, 65:13, 93:24

**Windsor** [1] - 42:17

**wish** [1] - 45:7

**With** [1] - 14:12

**with** [93] - 3:12, 3:15, 7:14, 7:21, 12:11, 13:5, 13:8, 16:12, 21:10, 23:8, 23:11, 24:3, 26:5, 27:8, 29:19, 30:21, 30:25, 31:5, 31:13, 32:10, 34:5, 34:19, 39:17, 41:15, 42:7, 42:13, 43:22, 44:19, 46:19, 47:3, 47:9, 47:10, 49:11, 49:12, 49:14, 50:5, 51:13, 52:12, 53:11, 54:12, 54:17, 55:3, 55:25, 56:18, 57:3, 57:18, 58:2, 60:9, 61:7, 61:8, 62:8, 62:21, 63:3, 65:4, 66:13, 67:7, 71:17, 71:18, 71:23, 72:12, 74:5, 76:3, 76:4, 76:10, 76:18, 77:10, 81:5, 81:10, 82:16, 82:17, 83:2, 84:10, 84:12, 86:18, 89:20, 91:13, 93:10, 93:18, 94:2, 94:4, 94:6, 94:10, 95:4, 95:8, 95:20, 96:3, 96:5, 97:14, 97:24, 98:4, 100:8, 100:17, 101:10

**Withdrawn** [1] - 23:19

**withdrawn** [6] - 27:3, 40:17, 41:20, 47:22, 61:6, 66:16

**within** [4] - 3:8, 33:25, 66:3, 105:8

**without** [1] - 91:24

**Witness** [1] - 104:8

**WITNESS** [3] - 13:16, 102:5, 105:19

**witness** [13] - 3:10, 3:16, 3:18, 4:3, 13:8, 33:19, 33:24, 35:8, 35:10, 35:15, 102:7, 105:10, 105:13

**witnessed** [1] - 28:18

**woman** [2] - 29:14, 30:14

**woods** [1] - 97:20

**word** [5] - 5:12, 21:9, 25:2, 35:9, 38:8

**words** [10] - 23:10, 26:6, 37:5, 37:10, 64:12, 65:25, 73:24, 76:17, 87:8, 92:3

**work** [2] - 14:22, 95:14

**work-related** [1] - 14:22

**works** [4] - 49:14, 49:16, 49:20, 49:22

**worse** [15] - 41:9, 41:10, 48:7, 48:13, 48:14, 49:2, 64:13, 69:14, 69:16, 69:19, 75:4

**would** [24] - 24:11, 29:12, 41:25, 48:17, 48:19, 53:24, 53:25, 56:23, 56:24, 56:25, 57:4, 58:2, 62:24, 69:18, 76:7, 77:7, 81:21, 84:3, 84:7, 84:8, 85:24, 90:10, 93:25

**Would** [5] - 18:20, 19:3, 19:20, 41:7, 94:19

**wouldn't** [2] - 64:12, 69:17

**written** [2] - 35:23, 35:24

**wrong** [1] - 49:2

## X

**X** [6] - 1:3, 1:10, 7:8, 46:22, 104:2, 104:13

**x** [2] - 47:2, 47:6

**X-ray** [1] - 46:22

**x-ray** [2] - 47:2, 47:6

**XX/XX/1963** [1] - 7:4

**XXX-XX-3804** [1] - 7:11

## Y

**Y** [1] - 4:2

**year** [2] - 8:25, 9:23

**yes** [6] - 19:12, 45:25, 68:17, 74:21, 92:15, 101:17

**Yes** [145] - 8:10, 8:22, 9:20, 10:13, 11:13, 11:19, 13:12, 13:16, 14:2, 14:16, 14:24, 15:9, 15:15, 15:19, 15:25, 16:7, 16:13, 17:2, 18:2, 19:6, 19:16, 19:19, 19:23, 20:16, 20:22, 21:7, 21:12, 21:17, 21:23, 23:9, 28:9, 28:15, 29:8, 29:18, 29:24, 30:12, 31:2, 33:2, 33:17, 34:12, 34:15,

34:24, 35:19, 35:21, 36:18, 37:25, 38:10, 41:6, 41:24, 42:20, 42:22, 43:16, 43:23, 44:10, 45:22, 46:6, 46:18, 46:25, 47:4, 47:12, 48:4, 48:12, 48:16, 50:6, 50:9, 50:19, 50:24, 51:14, 51:23, 52:2, 52:14, 53:3, 53:7, 53:10, 53:13, 55:7, 55:10, 56:2, 56:5, 56:8, 56:20, 58:4, 60:19, 60:22, 61:5, 61:17, 61:20, 62:3, 63:16, 66:14, 66:20, 66:25, 67:10, 67:13, 68:19, 69:5, 70:2, 70:9, 70:14, 71:15, 71:19, 71:22, 71:25, 72:8, 72:14, 73:17, 76:13, 77:19, 78:3, 80:8, 80:22, 81:19, 82:19, 83:6, 83:9, 83:16, 84:5, 84:19, 84:22, 85:4, 86:7, 86:10, 86:20, 87:4, 87:6, 87:22, 87:25, 88:21, 89:7, 90:2, 90:25, 91:25, 93:8, 93:16, 93:20, 94:8, 95:11, 95:15, 95:18, 95:23, 96:13, 97:3, 97:16, 99:8, 99:23

**yet** [1] - 64:22

**YORK** [2] - 1:2, 105:4

**York** [12] - 1:21, 1:24, 2:5, 2:10, 4:4, 4:13, 50:8, 50:11, 53:23, 55:15, 59:11, 105:8

**You** [32] - 9:3, 17:17, 20:12, 25:2, 25:24, 26:15, 29:9, 29:13, 32:6, 34:21, 39:3, 40:3, 43:14, 44:23, 45:12, 48:10, 48:21, 49:16, 50:10, 50:20, 57:24, 59:3, 61:4, 62:16, 63:10, 68:15, 73:19, 74:8, 79:17, 83:10, 85:14, 102:3

**you** [621] - 4:11, 4:14, 4:20, 4:22, 5:9, 5:10, 5:13, 5:15, 5:19, 5:20, 5:24, 6:3, 6:5, 6:9, 6:11, 6:12, 6:13, 6:14, 6:15, 6:18, 6:20, 6:21, 6:22, 7:2, 7:6, 7:12, 7:13, 7:14, 7:21, 7:24, 8:8, 8:11, 8:13, 8:20, 8:25, 9:3, 9:9, 9:12, 9:14, 9:16, 9:23, 10:4, 10:6, 10:11, 10:14, 10:17, 10:20, 10:23, 11:2, 11:5, 12:11, 12:14, 12:23, 12:25, 13:12, 13:18, 14:4, 14:13, 14:14, 14:21, 15:2, 15:3, 15:7, 15:10, 15:13, 15:17, 15:20, 16:5, 16:9, 16:14, 16:15, 17:4, 17:5,

C. GISSER

124

| | | | |
|---|---|---|---|
| 17:14, 17:15, 17:16, 17:17, 17:22, 17:23, 17:24, 18:3, 18:5, 18:9, 18:12, 18:14, 18:17, 18:18, 18:20, 18:22, 18:23, 19:4, 19:7, 19:8, 19:17, 19:20, 19:21, 19:25, 20:2, 20:11, 20:13, 20:14, 20:15, 20:19, 20:20, 20:23, 20:24, 21:6, 21:13, 21:14, 21:18, 21:21, 21:22, 21:24, 22:3, 22:4, 22:5, 22:7, 22:10, 22:13, 22:20, 22:24, 22:25, 23:5, 23:7, 23:14, 23:16, 23:22, 23:24, 24:3, 24:6, 24:11, 24:16, 24:17, 24:18, 24:21, 25:3, 25:5, 25:6, 25:9, 25:10, 25:12, 25:14, 25:17, 25:19, 25:20, 25:25, 26:4, 26:8, 26:15, 26:17, 26:18, 26:21, 27:5, 27:17, 27:25, 28:3, 28:6, 28:10, 28:13, 28:16, 28:18, 28:21, 29:2, 29:3, 29:23, 30:2, 30:6, 30:13, 30:16, 30:19, 30:25, 31:3, 31:4, 31:17, 31:20, 31:22, 31:23, 31:25, 32:9, 32:10, 32:11, 32:14, 32:15, 32:19, 32:20, 32:24, 32:25, 33:10, 34:4, 34:6, 34:8, 34:10, 34:13, 34:16, 35:2, 35:18, 35:23, 36:15, 36:16, 36:20, 37:3, 37:4, 37:8, 37:9, 37:13, 37:20, 38:8, 38:9, 38:19, 38:20, 38:23, 39:2, 39:3, 39:6, 39:10, 40:5, 40:8, 40:12, 40:13, 40:19, 40:20, 41:3, 41:7, 41:11, 41:14, 41:16, 41:25, 42:3, 42:7, 42:12, 42:14, 42:18, 42:23, 42:24, 43:7, 43:10, 43:11, 43:18, 43:19, 43:20, 43:24, 43:25, 44:5, 44:6, 44:7, 44:14, 44:16, 44:17, 44:18, 44:19, 44:20, 45:4, 45:5, 45:12, 45:14, 45:17, 45:20, 46:2, 46:3, 46:7, 46:15, 47:3, 47:5, 47:8, 47:10, 47:13, 47:23, 48:2, 48:10, 48:13, 48:14, 48:18, 48:21, 48:22, 48:23, 48:25, 49:3, 49:4, 49:10, 49:25, 50:14, 50:22, 51:3, 51:7, 51:10, 51:11, 51:12, 51:16, 51:17, 51:21, 51:24, 52:3, 52:6, 52:15, 52:17, 52:21, | 52:25, 53:4, 53:5, 53:8, 53:12, 53:14, 54:2, 54:3, 54:4, 54:5, 54:9, 54:11, 54:12, 54:15, 54:17, 54:20, 54:21, 55:3, 55:4, 55:6, 55:11, 55:17, 55:22, 55:24, 55:25, 56:9, 56:12, 56:13, 56:15, 56:19, 56:21, 57:3, 57:4, 57:6, 57:25, 58:2, 58:5, 58:6, 58:21, 58:24, 59:6, 59:12, 59:21, 60:3, 60:17, 60:20, 60:23, 60:24, 61:7, 61:8, 61:12, 61:15, 61:21, 61:22, 61:23, 62:4, 62:13, 62:18, 62:22, 63:9, 63:10, 63:11, 63:14, 63:20, 63:25, 64:18, 64:19, 64:20, 65:5, 65:7, 65:8, 65:12, 65:13, 65:14, 65:15, 65:17, 65:18, 65:21, 65:23, 65:24, 66:5, 66:11, 66:12, 66:17, 66:23, 67:14, 67:15, 67:18, 67:19, 67:21, 67:22, 67:25, 68:5, 68:7, 68:15, 68:20, 69:6, 69:8, 69:10, 69:14, 69:24, 69:25, 70:12, 70:18, 70:19, 70:22, 71:12, 71:13, 71:16, 71:17, 71:20, 71:23, 72:2, 72:4, 72:9, 72:10, 72:18, 72:20, 72:21, 72:24, 72:25, 73:2, 73:3, 73:4, 73:7, 73:10, 73:14, 74:3, 74:16, 74:17, 74:22, 75:12, 75:18, 75:19, 75:21, 75:22, 76:3, 76:8, 76:9, 76:11, 76:12, 76:17, 76:18, 76:19, 76:20, 76:24, 76:25, 77:11, 77:18, 77:20, 78:11, 78:12, 78:13, 78:18, 78:20, 78:23, 79:3, 79:10, 79:12, 79:15, 79:18, 79:21, 79:23, 80:5, 80:6, 80:13, 80:18, 80:19, 80:20, 80:23, 80:25, 81:3, 81:11, 81:16, 81:17, 81:20, 82:6, 82:8, 82:16, 82:17, 83:3, 83:4, 83:13, 83:14, 83:17, 83:23, 84:2, 84:6, 84:21, 84:23, 84:24, 85:2, 85:3, 85:5, 85:6, 85:11, 85:16, 85:18, 85:22, 86:3, 86:4, 86:5, 86:8, 86:11, 86:25, 87:5, 87:7, 87:17, 87:20, 88:6, 88:11, 88:16, 88:17, 88:22, 88:24, 89:5, 89:10, 89:13, 89:17, 90:8, 90:10, | 90:16, 90:23, 91:3, 91:4, 91:23, 92:2, 92:4, 92:5, 92:12, 92:16, 92:17, 92:23, 92:24, 92:25, 93:2, 93:9, 93:17, 93:21, 94:4, 94:5, 94:14, 94:15, 94:16, 94:22, 95:7, 95:13, 95:16, 96:6, 96:7, 96:11, 96:24, 97:5, 97:13, 97:15, 98:9, 99:6, 99:10, 99:12, 99:13, 99:15, 99:16, 99:17, 99:20, 99:21, 100:8, 100:17, 100:20, 100:21, 100:24, 100:25, 101:2, 101:3, 101:16, 101:18, 101:25, 102:4, 102:5 **you'd** [1] - 58:15 **Your** [3] - 7:5, 20:25, 95:19 **your** [214] - 4:8, 4:14, 4:25, 5:5, 5:8, 5:21, 6:13, 7:10, 8:4, 8:20, 9:9, 9:17, 9:24, 10:2, 10:21, 11:14, 12:10, 13:5, 13:10, 13:19, 14:5, 14:15, 15:8, 15:10, 15:14, 15:18, 16:4, 16:6, 16:8, 16:12, 16:25, 17:4, 17:11, 17:17, 19:4, 19:9, 20:3, 21:15, 21:25, 22:14, 22:16, 22:17, 22:19, 22:23, 23:6, 23:7, 23:10, 23:15, 23:16, 23:23, 23:25, 24:10, 24:15, 25:12, 25:16, 26:12, 26:17, 27:20, 28:5, 28:7, 28:19, 28:21, 33:15, 34:5, 34:23, 35:4, 35:20, 35:24, 36:6, 36:8, 36:11, 36:14, 36:17, 36:19, 36:24, 37:9, 37:11, 37:12, 38:20, 38:21, 38:22, 39:13, 39:17, 39:20, 39:21, 40:6, 40:8, 40:18, 40:19, 41:2, 41:4, 41:12, 41:15, 42:8, 43:18, 43:21, 43:22, 44:7, 44:15, 44:19, 44:20, 45:13, 45:18, 45:20, 46:16, 47:9, 47:11, 49:2, 49:5, 49:11, 50:22, 51:4, 51:5, 51:22, 52:15, 53:14, 54:12, 54:18, 56:4, 56:13, 56:17, 56:19, 57:17, 58:5, 59:6, 59:19, 60:25, 61:18, 62:2, 62:20, 63:13, 63:15, 63:20, 64:13, 64:21, 64:22, 65:6, 65:19, 65:22, 66:18, 66:22, 68:7, 68:9, 69:20, 70:7, 70:20, 72:6, 72:21, 72:25, 73:5, 73:10, 73:11, 75:20, 75:21, 75:23, 76:3, 76:14, 78:2, 78:4, 78:23, 80:15, 80:21, | 81:10, 82:25, 83:2, 84:3, 84:17, 85:11, 85:12, 85:17, 87:9, 87:10, 87:15, 88:4, 88:12, 88:19, 89:10, 89:11, 90:10, 90:24, 91:12, 92:3, 92:12, 92:19, 93:4, 93:10, 93:15, 93:19, 94:11, 94:20, 95:4, 95:13, 95:14, 95:20, 95:24, 96:5, 96:7, 96:14, 97:5, 97:7, 97:10, 97:14, 97:15, 100:9, 100:18, 101:12, 101:19 **yourself** [2] - 24:17, 85:14 ○ **°** [4] - 102:10 |

DIAMOND REPORTING    (877) 624-3287    info@diamondreporting.com

124