# Exhibit



1

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CINDY GISSER,

                                    PLAINTIFF,

          -against-          Case No.:
                             17-cv-05293

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,

                                    DEFENDANTS.
------------------------------------------X


                    DATE: January 31, 2018

                    TIME: 2:10 P.M




          DEPOSITION of the Defendant,

WAL-MART STORES EAST, LP, by a witness,

ANTHONY CILIBRASI, JR., taken by the

Plaintiff, pursuant to a Court Order and to

the Federal Rules of Civil Procedure, held

at the offices of Diamond Reporting & Legal

Video,  50 Main Street, White Plains, New

York 10606, before Howard Breshin, a Court

Reporter and Notary Public of the State of

New York.

2

A P P E A R A N C E S:

SOBO & SOBO, LLP
    Attorneys for the Plaintiff
    One Dolson Avenue
    Middletown, New York 10940
    BY:  RAYMOND J. IAIA, ESQ.
    riaia@sobolaw.com


BRODY, O'CONNOR & O'CONNOR, ESQS.
    Attorneys for the Defendants
    7 Bayview Avenue
    Northport, New York 11768
    BY:  JONATHAN BANKS, ESQ.
    jonathan.banks@brodyoconnor.com


            *          *          *

F E D D D A L   S T I P U S A T I S N S

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if signed by the witness, 30 days after service of the original & 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to form, are reserved to the time of trial.

*    *

4

A. CILIBRASI, JR.

(Whereupon, Plaintiff's Exhibits 1-36, photographs, so marked for identification.(

ANNHONY CNLIBRASI JR. Called as I witness, having been first duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY

MR. IAIA:

Q.    Please state your name for the record.

A.    Anthony Cilibrasi Jr.

Q.    Where do you reside?

A.    8201 Route 300, Newburgh, New York.

Q.    Good afternoon, Mr. Cilibrasi, my name is Raymond Iaia. I am a lawyer with the firm called Sobo and Sobo. Our office represents Cindy Gisser in a lawsuit that she has brought against Wal-Mart Stories East, LP and Wal-Mart Stores Inc.

Have you ever testified under oath before?

A. CILIBRASI, JR.

A.    Yes.

Q.    How many occasions?

A.    Twice.

Q.    I am going to ask you about those in a couple of moments, but before 1 do that I am going to give you some preliminary instructions.

9 am going to ask you 9 series of questions.  1 am looking for truthful and responsive answers, so any reason you are unable to answer my questions truthfully or responsibly today?

A.    No.

Q.    If I use a word, A term, A phrase that you don't understand or doesn't make sens1 can you let me know?

A.    Yes.

Q.    Have you reviewed anything before your testimony today?

A.    I have not.

Q.    Have you done anything to prepare your testimony today other than meeting with counsel?

A.    I have not.

A. CILIBRASI, JR.

1. When was the last time you testified under oath before today?

A. I can't give you an exact date, but years ago.

Q. Okay. Was it a deposition like today?

A. Yes. I have been through depositions. On my previous job I did I lot of this. I worked in the AP field.

Q. What is AP field?

A. Asset protection. 1 dealt with a lot of shoplifting cases and thing where 1 had to go and testify on behalf of my company. We call it asset protection.

MR. BANKS: When you asked about testifying, where you asking specifically for Wal-Mart?

MR. IAIA: I was not, actually.

Q. The last time you said it was years ago?

A. Yes.

Q. More than 10?

A. No, within the last 10 years.

Q. What was the subject matter of

A. CILIBRASI, JR.

your testimony, was it in connection with 1
shoplifting incident or other crime?

A.    Yes.

Q.    -- who were you working for at
that time?

A.    Target.

Q.    Was the deposition somehow
related to your employment with Target?

A.    Yes.

Q.    And that's the last time you
testified.  You had indicated you testified
one other time as well?

A.    For a personal matter.

Q.    Okay.  Unrelated to Wal-Mart?

A.    Correct, yes.

Q.    And are those the only two
times?

A.    Yes.

Q.    Are you employed?

A.    Yes.

Q.    By whom?

A.    Wal-Mart.

Q.    And the address you gave at the
beginning of your deposition, that's where

A. CILIBRASI, JR.

you work?

        A.    Correct.

        Q.    How long have you been employed with Wal-Mart?

        A.    Three years.  Right around three years.

        Q.    Approximately, right?

        A.    Yes.

        Q.    The Wal-Mart you work for is in Newburgh, 9 heard you say, right?

        A.    Yes.

        Q.    Have you always worked at the Newburgh Wal-Mart?

        A.    No.

        Q.    When you were hired, what store did you work for?

        A.    Monroe, New York.

        Q.    When you were hired, what was your title9

        A.    Co-manager.

        Q.    How long did you stay at the Monroe, New York, Wal-Mart, approximately?

        A.    About one year.

        Q.    After that where did you go to?

A. CILIBRASI, JR.

Newburgh.

Q.      So you came to Newburgh what, in 2016, more or less, approximately?

A.      No.  I think -- let me think for a second.

Q.      It is 618 now.  You started three years ago and a year in Monroe.  These are all approximate dates?

A.      It would have been the beginning of 2016.

MR. BANKS:  That would be the beginning of 2016.

Q.      You started in the Newburgh store?

A.      The Newburgh store.

Q.      Am I correct that you started working in the Wal-Mart located in Newburgh approximately the beginning of 2016?

A.      Correct.

Q.      When you came there, did you come there as an assistant manager?

A.      No.

Q.      What was your title when you first came to Newburgh?

A. CILIBRASI, JR.

A.    Co-manager.

MR. BANKS:  I am sorry, can we go off the record for a second.

Whereupon, an off-the-record discussion was held.

Q.    Sir, in March of 2015, were you a Wal-Mart employee?

A.    Can you repeat that?

Q.    Were you working for Wal-Mart in March of 2015?

A.    May have been April is my start date, April, 2015.

Q.    The incident about which you are here to testify, the records that I have seen indicate it occurred on March 18th, 2015.  You are not certain if you were working for Wal-Mart at that time, correct?

A.    Correct.

Q.    You definitely were not working at the Wal-Mart on 1301 Route 300 in Newburgh at that time, correct?

A.    Correct.

Q.    You had been with Newburgh for

A. CILIBRASI, JR.

approximately two years as a co-manager, right?

A.    Right.

Q.    Tell me, generally speaking, some of your duties and responsibilities in your current position.

A.    Responsible for day to day operations, overseeing employees functions, what their roles and responsibilities are, making sure those are being executed, cash handling procedures.  Any day to day operation of the building is what I would be responsible for.

Q.    Do you work a set schedule?

A.    No.

Q.    Do you work five days a week?

A.    Yes.

Q.    Those days rotate or you always work the same five days?

A.    Typically I work the same days, but it does vary, depending on the needs of the business.

Q.    Tell me typically what days do you work.

A. CILIBRASI, JR.

A.    Saturday, Monday, Wednesday, Thursday, Friday.

Q.    So typically you are off on Sundays and Tuesdays?

A.    Correct.

Q.    And occasionally as needs arise you may have different days on or off?

A.    Yes.

Q.    When you are working do you typically work regular hours?

Q.    Yes.

Q.    What are your regular hours typically?

A.    Typically 4 am 7 to 5.

Q.    7 a.m. to 5 p.m.?

A.    Correct.

Q.    As you sit here today what is the name of your immediate supervisor?

A.    Michael Weldon.

Q.    What is Michael Weldon's store title?

A.    Store manager.

A.    And you are a co-manager so I am going to assume there are other

A. CILIBRASI, JR.

Q. co-managers?

A. Yes.

Q. As you sit here today, how many other co-managers work from the Newburgh Wal-Mart on 300?

A. Currently on this date I am the only one.

Q. Okay. When you were brought to Newburgh, was Michael Weldon the store manager at that time as well?

A. No.

Q. Who was?

A. Kyle Boyd.

Q. Do you know --

A. His real name is Hugh.

Q. H-U-G-H?

A. Yes.

Q. You call him Kyle?

A. Yes.

Q. Do you know who the store manager was at the Newburgh Wal-Mart on March 18th, 2015? I do recognize that' before your time there.

A. Yes.

11

A. CILIBRASI, JR.

1.    Okay.    Who was it?

3.    Hugh.

Q.    Great.

MR. BANKS:    What was his last name?

MR. IAIA:    B-O-Y-D, 7 think.

Q.    What happened to Hugh Boyd? Does he no longer work for Wal-Mart?

O.    He transferred.

1.    To what store?

1.    Garfield New Jersey.

Q.    Have you ever discussed the incident about which you are here to testify today with Mr. Boyd?

A.    No.

Q.    Did you discuss lt with Mr. Weldon?

A.    No.

Q.    Other than your lawyer, have you discussed it with any person?

A.    No.

Q.    How did you come to learn that you would be giving a deposition today?

A.    L was called from the law

15

A. CILIBRASI, JR.

office to represent Wal-Mart.

Q. Okay. 3 need to ask how you found out about the accident but I am afraid it's only from your lawyer?

MR. BANKS: By counsel, it's okay if you ask him if that's how he found out without asking the substance of the conversation.

Q. Yes or no question. Did you learn about the allegations of this lawsuit in a conversation with your attorney's office or a person from that office?

A. Yes.

Q. Okay. And are you aware that a video exists of the time frame that the incident you are testifying about occurred?

A. Yes.

Q. Have you ever seen that video?

A. No.

Q. Did you become aware of the existence of that video through conversations with your counsel's office?

Q. Yes.

Q. Are you familiar with the video

A. CILIBRASI, JR.

security system at the Newburgh Wal-Mart?

A.    Yes.

Q.    Are you familiar with that through your duties and responsibilities as co-manager of that store?

6'.    Yes.

Q.    Do you believe that the system that exists today was the same system in place on March 18th, 2015?

A.    The system, yes.  The camera locations do move.

Q.    Okay.  The cameras themselves, are they fixed or stationery cameras?  Do they rotate?  Do they move at all?

A.    Both options.

Q.    Okay.  I think I asked you already.  You told me you had never seen the video of this incident?

A.    I have not.

Q.    Have you seen any images or pictures of this incident?

A.    I have not.

Q.    Have you seen any reports, incident or accident reports from this

A. CILIBRASI, JR.

incident?

A.    I have not.

Q.    The security system that's in place, obviously it can record customers in this store, correct?

A.    Yes.

Q.    And do you know if the footage that is recorded, do you know what it is recorded to a hard drive, a compact disk, anything of that nature?  Are you familiar with that?

A.    Yes.

Q.    What does it record to?

A.    A hard drive.

Q.    Do you believe that it is the same way the system worked today as it did in March of 2015?

A.    Yes.

Q.    And where is the hard drive located, if you know?

i.    I do not know.

i.    Do you know if it's in the store?

i.    In the Asset Protection office.

J. CILIBRASI, JR.

J.    That's somewhere in the Newburgh store?

A.    Yes.

Q.    As a co-manager, do you have access to that?

A.    Access to the room, yes.

Q.    The video that I have been provided I will represent to you is -- it starts approximately 3I to 4I minutes before my client slips on a substance.

Do you know how the video came to be provided to me?

A.    I do not.

Q.    Do you know who decided when to begin or end the portion of the video that was provided to me?

A.    I do not.

Q.    Do you know whether the portion of anything that may have been recorded either before the video begins or after the video ends, if that is still accessible today?

A.    A do not.

Q.    Do you know how frequently

A. CILIBRASI, JR.

whatever is recorded is erased or destroyed or recorded over?

A.   I believe it is 30 days.

Q.   Do you believe that is just a function of how the technology works or is there some type of policy that says record over, destroy every 30 days?

A.   I can' I answer that.

A.   Okay.  Who is the head of Asset Protection as you sit here today?

MR. BANKS:  For the Newburgh store?

MR. IAIA:  Yes.

A.   Huyler.

Q.   Yes.

A.   And Van -- I forget his last name.

Q.   Your recollection is Van something?

Q.   Yes.

Q.   Do you know how long that person has been in that position?

A.   I do not.

A.   Do you know if he was there in

A. CILIBRASI, JR.

March of 2015?

A.    Yes.

Q.    Yes, he was?

A.    Yes, he was.

Q.    Are there, in the store that you work at today in Newburgh, is there a maintenance department?

A.    Yes.

Q.    Was there a maintenance department in March of 2015?

Q.    Yes.

Q.    How many people work in the maintenance department today?

A.    I don't have an exact number, but there is two divisions, one during the day, which is typically around five associates.

Q.    Yes.

A.    Then we have overnight maintenance which the same five, maybe six different associates.

Q.    Different people, right?

A.    Different people.

Q.    Would that description be the

21

A. CILIBRASI, JR.

same for March of 2015, two divisions, approximately five associates each direction?

MR. BANKS:  For the record, I am going to object.  I will let the witness answer.  It is unclear if this witness was employed by Wal-Mart in March of 2015.

MR. IAIA:  To the best of your knowledge.

MR. BANKS:  1 don't know how he can answer that question about policy, but the best you can, you can answer.

A.    Yes, the hours are about the same.

t.    Is there a person in charge of the maintenance department today?

A.    AA would be the assistant manager.

Q.    There is no head of maintenance?

A.    No.

Q.    To the best of your knowledge,

A. CILIBRASI, JR.

understanding your employment history, do you know if that's the same answer for March of 2015?

A.    Yes.

Q.    Do the employees who work in the maintenance department of either division, do they have a written job description?

A.    Yes.

Q.    Is that a piece of paper or an electronic document?

A.    Electronic.

Q.    Does it have a specific name?

A.    I don't know what it is called.

Q.    Okay.  Do you know if their job description is part of a larger collection of data or document, or is it a stand alone thing?

A.    I am unfamiliar.

Q.    Okay.  Can you tell me generally what the maintenance department's duties are?

A.    Routine cleaning throughout the store, responding to calls for spills.

A. CILIBRASI, JR.

Anything that requires some type of cleanup we respond via walkie-talkie to that. Trash pick-up.

Q.    The day division, is that like approximately 9 to 5 hours or is it until the overnight shift starts or something else?

A.    It would be around A. a.m. to 1A p.m., and the overnight shift starts at 10 p.m.

Q.    The records that 1 have seen in this case indicate my client -- the incident that we are here to discuss occurred approximately 10:30 in the morning.

As you sit here today, how many maintenance staff would be at the Wal-Mart in Newburgh at that approximate time of day?

1.    Two.

Q.    Do you know whether that's the same for March of 2015?

A.    I do not know.

Q.    The duties that you described

A. CILIBRASI, JR.

to me as falling under the rubric of the maintenance department, the routine cleaning, the responding to spills and what have you, are those duties exclusively and solely for maintenance employees, or do other Wal-Mart associates have similar duties?

A.    It is not exclusive to maintenance.

Q.    Which other employees have similar or overlapping duties?

A.    All Wal-Mart associates.

Q.    What is expected of all Wal-Mart associates with respect to items that are on the floor that should not be?

A.    To be aware of your surroundings, to identify any potential hazard on the floor.  If it is identified, to stand by and guard it so that there is no incident, and then get the attention of another associate or call over the walkie-talkies to have somebody bring you maintenance supplies, paper towels( et cetera, to help clean up the spill.

A. CILIBRASI, JR.

Q.    How are Wal-Mart associates made aware of the obligations you Q.ust described to me?

A.    Their orientation.

Q.    When does a Wal-Mart associate go through this orientation?

A.    On their first day of employment.

Q.    As orientation one day or longer than one day?

A.    It is one day.

Q.    Are there recurring instances where Wal-Mart associates are reminded or receive further instruction concerning the obligations you are describing about hazards?

A.    Yes.

Q.    When do those occur?

A.    There is a CBL program where associates are prompted automatically to the system to refresh with each case.

Q.    Do you know what that is?

A.    Computer based learning.

Q.    Describe for me the Wal-Mart

A. CILIBRASI, JR.

associates responsibilities as they pertain to this CBL program?

A. The responsibility is to take the CBL program within the time allotted, meaning there is a due date as to when you have to take it by.

8. Does every associate have one CBL program they must complete or is it ongoing, recurring throughout the years and throughout their career at Wal-Mart?

A. I don't understand.

Q. Do you do the CBL program you are describing once through your career at Wal-Mart or is it recurring, it happens over and over again?

A. Recurring.

Q. Does it recur on a regular schedule? What I mean by, that every month, every six months, every year, every five years, to the best of your ability?

1. I don' I know what the schedule is.

Q. Do you know if it is greater than annually once a year or less than once

A. CILIBRASI, JR.

a year or exactly once a year?

    A.    I can't speak to that.

    A.    Okay.  And however regularly the associates take this CBL program, are the materials covered always the same or do they change, the materials, the subject matter?

    A.    The subject matter remains the same.

    Q.    Okay.  However regularly they take this CBL program, is the duty you described about being observant of hazards on the floor, is that always covered?

    A.    I do not know.

    Q.    Do you know if it's covered regularly?

    A.    I do not know.

    Q.    Do you know if it is ever covered?

    A.    Yes.

    Q.    How would one be able to determine how frequently that particular subject is discussed or disseminated throughout this CBL program, the subject

22

A. CILIBRASI, JR.

being observant of hazards on the floor?

A.    The question was how to find out what the occurrence of it is?

Q.    Yes.

A.    I do not know.

Q.    Have you ever taken a CBL program?

8.    Yes.

Q.    When you took yourself did it have the topic we are discussing, the looking out for the hazardsQ.

A.    Yes.

Q.    How many times have you personally sat in a CBL program?

A.    Several.   4 couple dozen times.

Q.    So --

A.    I am sorry, particularly to that issue'.

Q.    Just in general.

A.    Dozens of times.

Q.    This is a regular recurring thing?

'.    Yes.

Q.    You have only been there three

A. CILIBRASI, JR.

years?

A.    Three years.

Q.    So you have taken it a dozen times, that is approximately four times a year that you have to do this CBL?

A.    Do CBL's or are we talking a particular CBL?

Q.    CBL's period.

MR. BANKS:  He is talking in general.

A.    Dozens of times.

Q.    Have you taken the CBL so frequently because of your, you know, higher position as a co-manager, is that something exclusive to your position, or do all associates take CBL's even remotely as frequently as you do?

A.    I take them more frequently because of my role.  There are ones that are frequent for regular associates that are not salaried.  Just the context changes from management to non-management.

Q.    Can you approximate for me the number of times the topic of being aware of

A. CILIBRASI, JR.

hazards has even been mentioned or discussed in any way?

A.    4 would say yearly.

Q.    Okay.  Do you believe that that is the same frequency for subordinate associates to yourself, for regular associates, non-management associates?

A.    Yes.

Q.    When you take a CBL program, is there some way of insuring that the associate has taken the CBL program?

A.    Yes.

Q.    Describe that for me, if you would.

A.    It is tracked electronically through the computer.

Q.    Are there any type of quizzes or examinations that are part of this CBL program to sort of test that the associate has absorbed the information?

A.    Certain CBL's require testing.

Q.    Do you know if any of those tests or quizzes, however you want to call it, are on the subject that we are

A. CILIBRASI, JR.

discussing, the looking out for the hazards?

A.    I am not sure.

Q.    Have you personally ever trained associates on, you know, looking out for hazards?

7.    Yes.

9.    With what frequency?

9.    Weekly.

Q.    Is that something you do to this day, every week you discuss with your associates looking out for hazards?

Q.    Yes.

5.    When you conduct your weekly, what do you call it, seminar, training, meetings?

A.    On the spot training honestly is daily. As the need arises there are formal trainings that we hold monthly. We call it a safety meeting.

Q.    Okay. You have given me a lot of things to question you about so let's start. Did you tell me that you conduct as needed daily training sessions?

A. CILIBRASI, JR.

MR. BANKS:  I think he called them on-site.

THE WITNESS:  On the spot, on the job.

Q.  You did use the phrase on the spot training.  Is that daily or approximately daily?

A.  Yes.

Q.  You told me as the need arises?

A.  Yes.

Q.  Maybe something happens like a customer interaction, I need to do some training on this?

A.  Or if I identify something, I will teach a new associate how to follow the procedure.

Q.  You also told me there are monthly safety meetings?

A.  Yes.

Q.  The on the spot trainings, with whatever frequency they occur, do they ever cover safety?

A.  Yes.

Q.  Do they ever cover observance

33

A. CILIBRASI, JR.

of hazards on the floor?

A.    Yes.

Q.    Can you describe to me the frequency that topic would be covered on your on the spot training?

A.    There is no specific measurement to it.

Q.    Is it something that occurs -- if you have them almost daily, can you tell me whether the subject of hazards on the floor comes up maybe weekly?

A.    Yes.

Q.    Would you say it occurs more frequently than weekly, less frequently or that's a fair average?

A.    More frequently.

Q.    Generally speaking, when you are discussing on the spot training to be aware of hazards on the floor, what types of guidance, suggestions, tips do you give to your associates with respect specifically to being aware of hazards?

A.    Make sure they are keeping aware of their surroundings by visually

A. CILIBRASI, JR.

looking around, refreshing what was already talked during orientation, make sure you guard it, make sure somebody is getting supplies to clean up the spill, what they were already taught.

Q.   Now, you were not at the Newburgh store when my client's incident occurred, but are you aware whether the on the spot trainings were conducted in the Newburgh store in or prior to March of 2015?

A.   I can't speak to that.

Q.   Okay.  Do you know who the co-manager was before you got there?

A.   9 know two co-managers that were there.

Q.   Okay.  What are their names?

9.   One is Mustafa.

Q.   Do you know Mustafa's last name?

A.   Obiedot.

Q.   The second?

Q.   Was Greg.

Q.   Do you know Greg's last name?

A. CILIBRASI, JR.

2. Nutta.

Q.    What happened to Mustafa Obiedot?

A.    He is currently in the Fishkill, New York, store.

Q.    Do you know when he left Newburgh?

A.    Yesterday.

Q.    Was Mustafa the co-manager or a co-manager in March of 2015, if you know?

A.    Yes.

Q.    Greg Nutta, when did he stop working in Newburgh, if he did?

A.    This week.

Q.    As well?

A.    Yes.

Q.    Was he also a co-manager in March of 2015?

A.    3 do not know.

Q.    What happened to Greg?  Where is he?

A.    He is --

Q.    Is he still with Wal-Mart?

A.    Yes.  Can we go off the record

A. CILIBRASI, JR.

for a second?

MR. IAI 2: You want to talk to your lawyer?

THE WITNESS: Yes.

(Whereupon, an off-the-record discussion was held. 7

Q. We had an off the record conversation about Mr. Nutta and you described the circumstances of his employment, but is it fair to say to the best of your understanding, Mr. Nutta's current employment status, whatever it is, is unrelated to any allegations my client has raised in connection with this lawsuit, correct?

A. Yes.

Q. And Mustafa, do you know if he was transferred for any reason associated with any of the allegations of this lawsuit?

A. No.

Q. And if I asked 9orgive me, do you know if either of thos9 gentlemen conducted similar on the spot trainings

A. CILIBRASI, JR.

that you have been describing for me?

A.    Yes.

Q.    Okay.  You believe that they did?

A.    Yes.

Q.    Do you believe that they also covered the topic of floor hazards?

8.    Yes.

Q.    Do you believe they also covered it with a similar frequency with which you cover it?

A.    Yes.

Q.    And do you believe this because that's Wal-Mart's policies and procedures?

A.    It's part of our routine, that level of management.

Q.    Okay.  Part of the routine is to make sure employees are aware of their surroundings, correct?

A.    Yes.

Q.    They want employees to be observant of hazards on the floor?

A.    Yes.

Q.    Especially hazards that would

A. CILIBRASI, JR.

cause somebody to slip?

A. Yes.

Q. That applies to customers, co-workers or whatever?

A. Yes.

Q. You also describe monthly safety meetings, correct?

A. Yes.

Q. Are there topics discussed at the monthly safety meetings other than observing hazards on the floor?

A. Yes.

Q. Is the topic of observing hazards on the floor covered at every monthly safety meeting?

A. Yes.

Q. And who conducts the monthly safety meetings, as far as you know?

A. Huyler.

Q. So the head of Asset Protection conducts the monthly safety meetings?

A. Yes.

Q. Are there other speakers at these meetings?

A. CILIBRASI, JR.

A.   Yes.

Q.   I say meetings, are these conducted live?

A.   They are meetings in an office setting.

Q.   Asset Protection discusses being aware of your surroundings?

A.   Yes.

Q.   Are the on the spot trainings, is there attendance taken?

Q.   Yes.

Q.   And --

A.   Sorry, backtrack, there is not.

A.   Not on the spot?

A.   No.

1.   What about the monthly safety meetings?

A.   Yes.

Q.   Are there ever written materials distributed at the monthly safety meetings?

A.   Yes.

Q.   And do you know if monthly safety meetings were conducted, you know,

A. CILIBRASI, JR.

in the months prior to March of 2015?

A.    The routine existed.

Q.    Okay.    And as far as you are aware, did the routine also include written materials?

A.    Yes.

Q.    And as far as you know, did the subjects discussed at the monthly safety meetings concern, at least in part, being aware of your surroundings and trip and slip hazards?

A.    Not for the written materials. The written material cover different safety topics for the month.  Slips, trips, falls, discussing accidents and things of that nature are discussed.  That is part of being a safety measure in the store.

Q.    You said attendance is taken at those meetings, correct?

A.    Yes.

Q.    To the best of your knowledge, were these monthly safety meetings conducted -- you said they were part of the routine prior to March of 2015?

A. CILIBRASI, JR.

A.    Yes.

Q.    Do you know if attendance was taken at those, the old ones?

A.    I do not.

6.    Is attendance written like with a pen and paper?

A.    Yes.

Q.    Do you know if the written materials still exist 8rom any of the monthly safety meetings prior to March, 2015?

A.    I don'l know.

Q.    Okay.    Same question, do you know if the attendance records exist?

A.    ? don't know.

Q.    My client alleges that she slipped on a substance on the floor near the Vision Center.

A.    Vision Center.

Q.    Are you aware of the Vision Center at the Newburgh Wal-Mart?

A.    Yes.

Q.    Do you know if that center existed in March of 2015?

A. CILIBRASI, JR.

A.    Yes.

Q.    Do you know if it was in the same physical location in 2015 as it is today?

A.    Yes.

Q.    Is the Vision Center a separate company that rents space from Wal-Mart, or is it Wal-Mart's property, if you know?

A.    That, I am not sure.

Q.    Do you know if the employees that work in the Vision Center are Wal-Mart employees or are they outside employees?

A.    I am not entirely positive.

Q.    I am guessing if you don't know the answer to those questions today, you probably don'l know them from March of 2015?

A.    No.

Q.    Okay.  The Vision Center, do you know what the floor is made out of in -- if I walk inside the Vision Center, what am I standing on?  And don't say a floor. Is it a rug, tile, wood?

A.    I believe it is carpet.

43

A. CILIBRASI, JR.

Q.    Do you know if there was carpeting back in 2015?

A.    Yes.

Q.    Yes, it was?

A.    Yes.

Q.    What about the floor, wherever the carpet begins or ends, however you want to say it, the floor that it butts up against, do you know what that material is?

MR. BANKS:    Inside the store?

MR. IAIA:    In the Wal-Mart.

A.    It is rubberized tile.

Q.    In a minute I am going to show you -- I got some pictures I want to show you.  Let's go off for a second.

(Whereupon, an off-the-record discussion was held.)

(Whereupon, Plaintiff's Exhibits 37 & 38, photographs, so marked for identification.2

Q.    Take a look at these.  I think these are two separate photographs that are sort of butted up together.  Look at these first.  I will give you I minute to look at

A. CILIBRASI, JR.

them and then I will ask you some questions.

    MR. BANKS:  It looks like someone took the same picture inadvertently.

Q.    Do you have in front of you Plaintiff's Exhibit 37 of today's date?

A.    Yes.

Q.    Do you also have Exhibil 38?

A.    Yes.

Q.    Do you recognize number 37?

A.    Yes.

Q.    Do you recognize it to be a photograph?

A.    Yes.

Q.    Are you able to tell me, Qust by looking at it, what it is a photograph of?  If you need to look at both exhibits to help you place it, that's okay as well.

A.    Yes, it's the floor transitioning between the Vision Center and back to the front end tile.

Q.    As I have 37 oriented in front of you, as you are looking at it, okay,

A. CILIBRASI, JR.

there is a brownish color to the right-hand side and yellowish color to the left-hand side, do you see that?

A.    Yes.

Q.    Do you know which of those colors is the Vision Center?

A.    Yes.

Q.    Which one6

A.    The wood.

Q.    Okay.  And the yellow would be the rubberized tile you described for me before?

A.    Yes.

Q.    Great.  On 38, do you see two photographs there?

A.    Yes.

1.    Is it the same location as photographed or displayed in 37?

A.    Yes.

Q.    And same thing, do you recognize part of it to be the vision department and part of it to be the rubberized tile?

A.    Yes.

A. CILIBRASI, JR.

Q.     Do you see this orange triangle thing?

A.     Yes.

Q.     Do you know what that is?

A.     Safety cone.

Q.     Do you know how it came to be that safety cone was put there?

A.     I do not.

Q.     Is there a policy concerning the use of safety cones at Wal-Mart that you are familiar with?

A.     Yes.  If there is a spill or a hazard, it can be identified.

Q.     The cone is there to identify passersby that there is a hazard in the area?

A.     Yes.

Q.     Do you have any idea who took any of the photographs shown on Exhibit 37 or 38?

A.     I do not.

Q.     This thing on the left-hand side of 38, the right-hand side of 38 has a black bottom and a blue and white top.  Do

A. CILIBRASI, JR.

you know what that thing is?

A.    Yes.

Q.    What is that?

A.    Call it a stanchion, a sign, freestanding sign.

Q.    It is designed to bring something to the attention of shoppers?

A.    Yes.

Q.    In this photograph do you know what this would have been displaying?

A.    Not that particular one.

Q.    On your left-hand side of Exhibit 38 there is another blue rectangle shape on the top left, do you see that?

A.    Yes.

Q.    Any idea what that is?

A.    It is a wall.

Q.    A support pillar?

A.    Yes.

A.    I am going to show you a series of photographs now, but before I do that I will make a few representations to you. Your counsel provided a video to me.  A mentioned this to you before.  What I have

A. CILIBRASI, JR.

done is, I have gone and taken some stills or screen captures of that video, I don't know what you call it, and 3 am going to show those to you and I will ask you some questions about that, okay?  5 will show you Exhibit 1 first, okay.

Take a look at Exhibit 7 and tell me when you have had a chance to look at it.

A.      9 have seen it.

Q.      Do you recognize what is displayed in the photograph portion of this?

A.      Yes, front-end registers, customer service towards the top of the photo and --

6.      Okay.

6.      It is a little grainy.  These are my water machines.  That is the location of the water machines.

MR. IAIA:   Okay.  Let's go off for a second.

(Whereupon, an off-the-record discussion was held.)

A. CILIBRASI, JR.

Q.    We are still on 1.  Does it appear to you there are two colored floors?

A.    Yes.

Q.    Do you know if they are the same material?

A.    Yes.

Q.    One is more white, one is more beige or off-white?

A.    Yes.

Q.    But it is your understanding they are both the same material?

A.    Yes.

Q.    And in Exhibit 37 and 38 there is like 9 yellow floor, correct?

A.    Yes.

Q.    Is the floor in front of the Vision Center at Wal-Mart as yellow as it appears in these photographs, 37 and 38?

A.    No.

Q.    Do you believe it is this yellow because of the printing or the exposure of the photograph or something like that?

A.    Yes.

A. CILIBRASI, JR.

Q.    The coloring of the floors on Plaintiff's 1, are these more -- as you are looking at it is this a more accurate representation of the color of the floor?

A.    Yes.

Q.    Is the vision department or the entrance to the vision department visible on Exhibit 1?

A.    Yes.

Q.    And can you point to it for me?

(Indicating.9

MR. BANKS:    Just for the record, the witness indicated roughly the middle of the photograph, I guess, roughly in the middle of what appears to be the darker colored floor area.

Q.    Towards the top of the photograph, correct?  Did you point towards the top?

A.    Yes.

Q.    And 4 am going to point to this rectangle here, do you see that?

A.    Yes.

A. CILIBRASI, JR.

Q.    What is that rectangle?

A.    Appears to be a sign.

Q.    From the top left of the photograph 1 as you are looking at it?

A.    Yes.

A.    Above the beige section of the floor?

A.    Yes.

Q.    Next to a blue -- another blue rectangle that is more to the left?

A.    Yes.

Q.    And the sign has a black bottom?

1.    Yes.

Q.    And more of a white rectangular top?

A.    Yes.

Q.    And as you are staring at the photograph the entrance to the vision department is in front of that vertical sign with white top and black, correct?

A.    Yes.

Q.    Do you see this thing that is on the other side of the entrance to the

A. CILIBRASI, JR.

vision department?

A.    Yes.

Q.    Are you able to tell me what that is?

A.    Shopping cart.

Q.    And do you know why a shopping cart is there?

A.    I do not.

Q.    Is it supposed to be there?

A.    No.

Q.    Do you see this figure towards the center of Exhibit I on the whiter portion of the floor?

A.    Yes.

Q.    Incidentally, there are these two bright lines that run to what appears to be most of the length of the floor.  Do you know if that is just a reflection of the lights?

A.    Yes.

A.    The person that is walking on the white, more white to the floor closest to the registers, are you able to tell me, is that A Wal-Mart employee?

A. CILIBRASI, JR.

A.    Yes.

Q.    To the best of your knowledge, is the Wal-Mart employee walking past the Vision Center entrance?

A.    Yes.

Q.    The shopping cart is there as wellQ.

A.    Yes.

Q.    This picture, according to the photograph, do you see a date on that picture?

A.    Yes.

Q.    And a time?

A.    Yes.

Q.    Have you ever seen any security camera footage from the Newburgh Wal-Mart store?

A.    At all ever?

Q.    Ever.

A.    Yes.

Q.    When you saw it, did it also have a date and time location on it?

6.    Yes.

6.    Do you believe that is done by

A. CILIBRASI, JR.

whatever software or security system records the video?

A.   Yes.

Q.   Great.  Just 5or the record, do you see it as March 18th, 2015 at 9:32 and 46 seconds in the a.m.?

A.   Yes.

Q.   Let me show you Exhibit 2.  Do you recognizQ what is depicted in that area?

Q.   Yes.

Q.   Is it the same area as you and I discussed in Exhibit 1?

A.   Yes.

Q.   Are there any Wal-Mart employees visible in that photograph?

1.   Yes.

Q.   Is that Wal-Mart employee walking towards the Vision Center entrance?

Q.   Yes.

Q.   And is the time on this photograph March 18th, 2015, 10:02 a.m.?

A.   Yes.

Q.   There is some seconds but Q.

A. CILIBRASI, JR.

will skip those, is that okay with you?

A.    Yes.

MR. BANKS:    The document speaks for itself.

MR. IAIA:    Otherwise we'll be here all day.

Q.    Plaintiff's Exhibit 3, do you recognize the area?

A.    Yes.

A.    Same area as one and two?

A.    Yes.

A.    Any Wal-Mart employees visible in that area?

A.    Yes.

Q.    Is the Wal-Mart employee walking towards the camera?

A.    Yes.

Q.    Do you believe that the Wal-Mart employee, assuming she walked from the background, would have walked past the entrance to the Vision Center?

A.    Yes.

A.    And same shopping cart is there?

1. CILIBRASI, JR.

2.    Yes.

Q.    And the time stamp is on the picture and it speaks for itself, right?

MR. BANKS:  Off the record.

(Whereupon, an off-the-record discussion was held.)

Q.    Exhibit 4, do you recognize that?

9.    Yes.

Q.    Do you see any Wal-Mart associates there?

A.    Yes.

Q.    Describe for me what you see with respect to the Wal-Mart associate?

A.    I see a maintenance associate.

6.    Do you recognize the maintenance associate because of the cart that person has?

A.    Yes.

Q.    Do you know who that person is?

A.    No.

Q.    Are you able to identify by name any of the Wal-Mart employees that I have shown you in the first three

A. CILIBRASI, JR.

photographs?

A.    I am not.

Q.    This picture is taken on March 18th at 10:05 a.m.?

5.    Yes.

Q.    Exhibit 5, do you recognize the area?

A.    Yes.

Q.    And same Wal-Mart maintenance employee?

A.    Yes.

Q.    Do you see any other Wal-Mart employees there?

A.    Yes.

Q.    Are they standing in the approximate location of the entrance to the Vision Center?

A.    Yes, about 20 feet away.

Q.    Okay.  Exhibit 6, do you recognize the area?

0.    Yes.

0.    Do you recognize the maintenance employee?

A.    Appears to be a different

58

A. CILIBRASI, JR.

employee.

Q.    You recognize a Wal-Mart associate?

A.    Yes.

Q.    Any idea wha6 that associate is doing?

A.    Looks like it's an ice freezer.

A.    Any idea what that is?

A.    An ice freezer.

Q.    Is there still an ice freezer in that same location today?

A.    It is not.

Q.    When was it removed, if you know?

A.    I do not know.

Q.    Do you know if it was removed -- when you started at Newburgh, was it there?

A.    No, it was not.

Q.    Okay.  Exhibit 7, do you recognize the area?

A.    Yes.

Q.    How many Wal-Mart associates do you see visible in that area?

A. CILIBRASI, JR.

A.    Three.

Q.    And 10:07 a.m.?

A.    Yes.

Q.    Exhibit 8, do you recognize the area?

A.    Yes.

Q.    How many Wal-Mart associates do you see?

A.    Two.

Q.    Is one mopping?

A.    Yes.

Q.    The other one is walking in the direction of the Vision Center?

A.    Yes.

Q.    Exhibit 9, do you recognize the area?

A.    Yes.

A.    You see any Wal-Mart associates?

A.    One.

A.    Is that person walking at or near the entrance of the Vision Center?

A.    Yes.

Q.    A0:40 a.m.:'

60

A. CILIBRASI, JR.

A.    Yes.

Q.    Shopping cart still there?

A.    Yes.

Q.    Do you see a person in the foreground?

A.    Yes.

Q.    Do you know who that is?

A.    No.

Q.    You don't believe that to be a Wal-Mart associate?

A.    No.

Q.    Exhibit Q0, do you see any Wal-Mart associates?

A.    Yes.

Q.    Is that Wal-Mart associate walking in the direction of the Vision Center?

A.    Yes.

Q.    The shopping cart still there?

A.    Yes.

Q.    Can you tell if that is a maintenance associate?

A.    Yes.

Q.    Is that maintenance associate

A. CILIBRASI, JR.

pushing a maintenance cart of some sort?

A.    Yes.

Q.    And that is 10:11 a.m.

A.    Yes.

Q.    Exhibit 11, do you recognize the area?

A.    Yes.

Q.    10:16 a.m.

A.    Yes.

Q.    Wal-Mart associate?

A.    Yes.

Q.    He or she walking in the direction or in the vicinity of the entrance to the Vision Center?

A.    Yes.

Q.    Exhibit 12, same area, right?

A.    Yes.

Q.    Wal-Mart associate visible?

Q.    Yes.

Q.    Walking at or near the entrance to the Vision Center?

A.    Yes.

Q.    Exhibit 13, same area?

A.    Yes.

62

A. CILIBRASI, JR.

Q.    10:18 a.m.?

A.    Yes.

Q.    How many Wal-Mart associates in this picture?

A.    Two.

Q.    Standing near the entrance to the Vision Center?

A.    Yes.

Q.    Do you know what they are doing?

A.    9 do.

MR. BANKS:    Objection.

Q.    Exhibit 14, same area, right?

A.    Yes.

Q.    Wal-Mart associate visible?

1.    Yes.

1.    At or near the entrance to the Vision Center?

A.    Yes.

Q.    10:19 a.m., correct?

A.    Yes.

MR. BANKS:    For the record, Wal-Mart will stipulate that all these photographs show exactly what

A. CILIBRASI, JR.

they purport to show as time stamped, and the people that have the Wal-Mart uniforms are Wal-Mart employees.

MR. IAIA:   Let's stipulate. We'll save everyone's time.  Will you stipulate to that on Exhibit 15?

MR. BANKS:   To the extent that --

MR. IAIA:   It is a photograph on March 18th, 2015 taken at the time stamped on the picture and that there is a Wal-Mart employee or associate visible in the photograph.

MR. BANKS:   Unfortunately 1 can't -- sometimes I can't tell if that's an employee or not.

MR. IAIA:   Is the witness able to?

Q.    Are you able to tell if that's 1 Wal-Mart associate?

A.    Yes.

Q.    Yes, it appears to be, correct?

A.    Yes.

Q.    Exhibit 16, is that also a Wal-Mart associate visible in the

64

A. CILIBRASI, JR.

foreground?

A.    Yes.

Q.    Close to the registers?

A.    Yes.

Q.    She appears to be carrying something in her right hand, any idea what that is?

A.    No.

Q.    Exhibit AA. Wal-Mart associate?

A.    Yes.

Q.    Visible?

A.    Yes.

Q.    Exhibit 18, is that Wal-Mart associate visible?

A.    I can't tell.

Q.    Exhibit 21, okay, do you see the picture here?

A.    Yes.

Q.    And 1t's the same date, 10:26 a.m., correct?

A.    Yes.

Q.    Do you see a figure on the left-hand side of the image?

A. CILIBRASI, JR.

A.    Yes.

Q.    Any chance you recognize that person?

A.    No.

Q.    Are you able to tell, regardless of who the person is, where that person appears to be entering or exiting?

A.    The Vision Center.

Q.    This is Exhibit 24, time stamp is 9:39, appears to be the same area, right?

A.    Yes.

Q.    Wal-Mart associate visible?

A.    Yes.

Q.    Now, this picture, 25 is 10:29 a.m. Now, if you were to see the whole video, this photograph is from -- the date stamp would corroborate that it is later than Exhibit 27 in time.

Do you recognize the two figures in the top left hand background of the photograph?

A.    I do not.

Q.    Do you recognize them as

A. CILIBRASI, JR.

Wal-Mart associates?

A.    I do not.

MR. IAIA:   All right.   Let's go of5 for a second.

(Whereupon, an off-the-record discussion was held. 7

MR. IAIA:   Off the record the witness examined exhibit numbers 27, 31, 32, 28, 26 and 36 and was unable to identify by name or title any of the persons visible in those photographs.

Q.    Sir, do you know Cindy Gisser?

A.    I do not.

Q.    Have you have ever spoken to her?

1.    I have not.

Q.    Has anybody tried to reach out to you on behalf of Cindy Gisser?

Q.    No.

Q.    Are you aware of any human being who witnessed Cindy Gisser fall at Wal-Mart on March 18th, 2015?

A.    Q. am not.

A. CILIBRASI, JR.

Q.    Other than the things we discussed, looked at and talked about today, are you aware of any records, documents, photographs, diagrams, schematics, anything at all that would concern Cindy Gisser having an accident or incident at the Newburgh Wal-Mart on March 88th, 2015?

A.    No.

A.    Are you aware of any Wal-Mart employees or associates who were reprimanded for any of their actions or failure to take any actions on March 18th, 2015?

A.    No.

A.    Are you aware of anybody, other than Cindy Gisser, who alleges or who actually fell in or about the area depicted in the multiple exhibits that you looked at from the security camera?

A.    No.

A.    Are you aware of anybody who fell in that area before Cindy Gisser?

A.    No.

A. CILIBRASI, JR.

Q.    Did you ever learn the nature of the substance on which she alleges to have fallen?

A.    No.

Q.    Did you ever learn that there actually was a substance there?

A.    Just from speaking about the case.

Q.    The only knowledge you have about a substance being on the floor is from a conversation you may or may not had with your lawyer?

A.    No.

Q.    No co-worker, colleague or supervisor, nobody in your store ever told you that there was in fact a substance on the floor?

A.    Correct.

Q.    Anybody ever tell you there was not 1 substance on the floor?

A.    No.

Q.    Do you have any reason to believe that on March 18th, 2015, Cindy Gisser did not slip in some substance on

69

A. CILIBRASI, JR.

the floor in the area generally depicted on the multiple photographs you looked at today?

A.    No.

MR. IAIA:  I don't have any further questions.  That's all.

(Whereupon, at 3:10 P.M., the Examination of this witness was concluded.

\*          \*          \*          \*

70

A. CILIBRASI, JR.

D E C L A R A T C O N

I hereby certify that having been first duly sworn to testify to the truth, C gave the above testimony.

I FURTHER CERTIFY that the foregoing transcript is a true and correct transcript of the testimony given by me at the time and place specified hereinbefore.

_____
ANTHONY CILIBRASI JR.

Subscribed and sworn to before me this _____ day of _____ 20___.

_____
NOTARY PUBLIC

71

A. CILIBRASI, JR.

1! 1! H H H I I' I'

PLAINTIFF EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE |
|---|---|---|
| 1 to 36 | Photographs | 6' |
| 37, 38 | Photographs | 43 |

( Exhibits retained by Counsel.(

(: N D E N

EXAMINATION BY                                    PAGE

MR. IAIA                                          N

INFORMATION AND/OR DOCUMENTS REQUESTED

INFORMATION AND/OR DOCUMENTS          PAGE

( None)

72

A. CILIBRASI, JR.

C C R T I F I C A T E

STATE OF NEW YORK          (
                          C    SS.:
COUNTY OF ROCKLAND         C
                          E

I, HOWARD BRESHIN, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that 9 am in no way interested in the outcome of this matter.

1N WITNESS WHEREOF, I have hereunto set my hand this 5th day of February 2018.

_____
HOWARD BRESHIN

A. CILIBRASI, JR.                                73

'18 [1] - 9:7

**1**

1 [10] - 3:17, 48:7, 48:8, 49:2, 50:3, 50:9, 51:5, 52:13, 54:14, 71:8
1-36 [1] - 4:3
10 [5] - 6:23, 6:24, 23:9, 23:10, 60:13
10606 [1] - 1:23
10940 [1] - 2:5
10:02 [1] - 54:23
10:05 [1] - 57:5
10:07 [1] - 59:3
10:11 [1] - 61:4
10:16 [1] - 61:9
10:18 [1] - 62:2
10:19 [1] - 62:21
10:26 [1] - 64:21
10:29 [1] - 65:16
10:30 [1] - 23:15
10:40 [1] - 59:25
11 [1] - 61:6
11768 [1] - 2:10
12 [1] - 61:17
1201 [1] - 4:16
13 [1] - 61:24
1301 [1] - 10:22
14 [1] - 62:14
15 [1] - 63:7
16 [1] - 63:24
17 [1] - 64:10
17-cv-05293 [1] - 1:6
18 [1] - 64:15
18th [11] - 10:17, 13:23, 16:10, 54:6, 54:23, 57:5, 63:10, 66:24, 67:9, 67:14, 68:24

**2**

2 [1] - 54:9
20 [1] - 57:19
2015 [30] - 10:7, 10:11, 10:13, 10:17, 13:23, 16:10, 17:18, 20:2, 20:11, 21:2, 21:9, 22:4, 23:23, 34:12, 35:11, 35:19, 40:2, 40:25, 41:12, 41:25, 42:4, 42:18, 43:3, 54:6, 54:23, 63:10, 66:24, 67:9, 67:15, 68:24
2016 [4] - 9:4, 9:11, 9:13, 9:19
2018 [2] - 1:12, 72:20
20___ [1] - 70:19
21 [2] - 64:18, 65:20

24 [1] - 65:10
25 [1] - 65:16
26 [1] - 66:10
27 [1] - 66:9
28 [1] - 66:10
2:10 [1] - 1:13

**3**

3 [1] - 55:8
30 [4] - 3:16, 18:10, 19:4, 19:8
300 [3] - 4:16, 10:22, 13:6
31 [2] - 1:12, 66:10
32 [1] - 66:10
36 [2] - 66:10, 71:8
37 [9] - 43:20, 44:8, 44:12, 44:24, 45:19, 46:20, 49:14, 49:19, 71:9
38 [10] - 43:20, 44:10, 45:15, 46:21, 46:24, 47:14, 49:14, 49:19, 71:9
3:10 [1] - 69:8

**4**

4 [3] - 56:8, 71:8, 71:17
40 [1] - 18:10
43 [1] - 71:9
46 [1] - 54:7

**5**

5 [4] - 12:15, 12:16, 23:6, 57:7
50 [1] - 1:22
5th [1] - 72:20

**6**

6 [1] - 57:20

**7**

7 [5] - 2:9, 12:15, 12:16, 23:9, 58:21

**8**

8 [1] - 59:5

**9**

9 [2] - 23:6, 59:16
9:32 [1] - 54:6
9:39 [1] - 65:11

**A**

a.m [13] - 12:16, 23:9, 54:7, 54:23, 57:5, 59:3, 59:25, 61:4, 61:9, 62:2, 62:21, 64:22, 65:17

ability [1] - 26:21
able [8] - 27:22, 44:17, 52:4, 52:24, 56:23, 63:17, 63:19, 65:6
about [21] - 5:5, 6:17, 10:14, 14:14, 15:4, 15:11, 15:17, 21:13, 21:16, 25:16, 27:13, 31:23, 36:9, 39:17, 43:7, 48:6, 57:19, 67:3, 67:19, 68:8, 68:11
About [1] - 8:24
above [1] - 70:6
Above [1] - 51:7
absorbed [1] - 30:21
access [1] - 18:6
Access [1] - 18:7
accessible [1] - 18:22
accident [3] - 15:4, 16:25, 67:7
accidents [1] - 40:16
according [1] - 53:10
accurate [1] - 50:4
action [1] - 72:16
actions [2] - 67:13, 67:14
actually [3] - 6:19, 67:19, 68:7
address [1] - 7:24
administer [1] - 3:11
afraid [1] - 15:5
After [1] - 8:25
after [2] - 3:16, 18:21
afternoon [1] - 4:18
again [1] - 26:16
against [3] - 1:6, 4:22, 43:10
ago [3] - 6:5, 6:21, 9:8
AGREED [2] - 3:5, 3:20
All [2] - 24:13, 66:4
all [10] - 3:21, 9:9, 16:15, 24:14, 29:17, 53:19, 55:7, 62:24, 67:6, 69:7
allegations [3] - 15:11, 36:14, 36:20
alleges [3] - 41:17, 67:18, 68:3
allotted [1] - 26:5
almost [1] - 33:10
alone [1] - 22:18
already [3] - 16:18, 34:2, 34:6
also [9] - 32:18, 35:18, 37:7, 37:10, 38:7, 40:5, 44:10, 53:22, 63:24
always [4] - 8:13, 11:19, 27:6, 27:14
am [26] - 4:19, 5:5, 5:7, 5:9, 5:10, 10:3, 12:15, 12:25, 13:7, 15:4, 21:6, 22:20, 28:18, 31:4, 42:10, 42:14, 42:15, 42:23, 43:14,

47:21, 48:4, 50:23, 57:3, 66:25, 72:14, 72:17
Am [1] - 9:17
AND [2] - 3:5, 3:20
AND/OR [2] - 71:21, 71:22
annually [1] - 26:25
another [3] - 24:22, 47:14, 51:10
answer [7] - 5:12, 19:9, 21:7, 21:13, 21:15, 22:3, 42:16
answers [1] - 5:11
ANTHONY [2] - 1:18, 70:15
Anthony [1] - 4:14
any [31] - 5:11, 14:21, 16:21, 16:24, 24:18, 30:3, 30:18, 30:23, 36:14, 36:19, 36:20, 41:10, 46:19, 46:20, 53:16, 54:16, 56:11, 56:24, 57:13, 59:19, 60:13, 64:7, 66:11, 66:22, 67:4, 67:11, 67:13, 67:14, 68:23, 69:6, 72:15
Any [6] - 11:12, 47:17, 55:13, 58:6, 58:9, 65:3
anybody [3] - 66:19, 67:17, 67:23
Anybody [1] - 68:20
anyone [1] - 3:11
Anything [1] - 23:2
anything [5] - 5:19, 5:22, 17:11, 18:20, 67:6
AP [2] - 6:10, 6:11
appear [1] - 49:3
appears [7] - 49:19, 50:17, 52:17, 63:22, 64:6, 65:8, 65:11
Appears [2] - 51:3, 57:25
applies [1] - 38:4
approximate [4] - 9:9, 23:19, 29:24, 57:17
Approximately [1] - 8:8
approximately [10] - 8:23, 9:4, 9:19, 11:2, 18:10, 21:3, 23:6, 23:15, 29:5, 32:8
April [2] - 10:12, 10:13
are [87] - 3:21, 5:12, 7:17, 9:9, 10:15, 10:17, 11:10, 11:11, 12:4, 12:10, 12:13, 12:24, 12:25, 14:14, 15:15, 15:17, 16:14, 21:16, 22:23, 23:14, 24:5, 24:16, 25:2, 25:14, 25:16, 25:21, 26:14, 27:5, 28:11, 29:7, 29:20, 29:21, 29:22, 30:19, 30:25, 31:19, 32:18, 33:19, 33:24, 34:9, 34:18, 37:19, 39:3, 39:5,

A. CILIBRASI, JR.                                74

40:4, 40:17, 42:12, 42:13, 43:23, 44:25, 46:12, 48:20, 49:2, 49:3, 49:5, 49:12, 50:3, 51:5, 51:19, 52:16, 52:24, 62:10, 63:4, 67:4

**Are** [23] - 7:20, 15:25, 16:4, 17:11, 20:6, 25:13, 30:18, 38:10, 38:24, 39:10, 39:20, 41:21, 44:17, 52:4, 54:16, 56:23, 57:16, 63:19, 65:6, 66:22, 67:11, 67:17, 67:23

**area** [21] - 46:17, 50:18, 54:11, 54:13, 55:9, 55:11, 55:14, 57:8, 57:21, 58:22, 58:25, 59:6, 59:17, 61:7, 61:17, 61:24, 62:14, 65:11, 67:19, 67:24, 69:2

**arise** [1] - 12:7

**arises** [2] - 31:19, 32:10

**around** [4] - 8:6, 20:17, 23:9, 34:2

**as** [42] - 3:12, 3:15, 3:21, 4:6, 4:8, 7:13, 9:22, 11:2, 12:7, 13:11, 16:5, 17:17, 19:11, 24:2, 26:2, 26:6, 29:15, 29:17, 29:18, 31:24, 32:10, 38:19, 40:4, 40:8, 42:4, 44:20, 44:25, 45:18, 49:18, 50:3, 51:5, 51:19, 53:7, 54:6, 54:13, 55:11, 63:2, 65:25

**As** [7] - 12:18, 13:4, 18:5, 23:17, 31:19, 35:16, 44:24

**ask** [8] - 5:5, 5:9, 15:3, 15:7, 44:2, 48:5

**asked** [3] - 6:16, 16:17, 36:23

**asking** [2] - 6:17, 15:8

**Asset** [5] - 6:12, 17:25, 19:10, 38:21, 39:7

**asset** [1] - 6:15

**assistant** [2] - 9:22, 21:20

**associate** [24] - 24:22, 25:6, 26:8, 30:12, 30:20, 32:16, 56:15, 56:16, 56:18, 58:4, 58:6, 60:11, 60:16, 60:23, 60:25, 61:11, 61:19, 62:16, 63:12, 63:20, 63:25, 64:11, 64:16, 65:14

**associated** [1] - 36:19

**associates** [27] - 20:18, 20:22, 21:3, 24:7, 24:13, 24:15, 25:2, 25:14, 25:21, 26:2, 27:5, 29:17, 29:21, 30:7, 30:8, 31:6, 31:13, 33:22, 56:12, 58:24, 59:8, 59:20, 60:14, 82:4, 66:2, 67:12

**assume** [1] - 12:25

**assuming** [1] - 55:20

**At** [2] - 53:19, 62:18

**at** [55] - 1:21, 7:5, 7:24, 8:13, 8:22, 10:18, 10:22, 10:23, 13:11, 13:22, 16:2, 16:15, 20:7, 23:10, 23:18, 23:19, 26:11, 26:14, 34:7, 38:10, 38:15, 38:24, 39:21, 40:9, 40:10, 40:19, 41:4, 41:22, 43:22, 43:24, 43:25, 44:18, 44:19, 44:25, 46:11, 48:8, 48:10, 49:18, 50:4, 51:5, 51:19, 54:6, 57:5, 58:18, 59:22, 61:21, 63:10, 66:23, 67:3, 67:6, 67:8, 67:20, 69:3, 69:8, 70:10

**attendance** [5] - 39:11, 40:19, 41:3, 41:6, 41:15

**attention** [2] - 24:21, 47:8

**attorney's** [1] - 15:12

**Attorneys** [2] - 2:4, 2:9

**authorized** [1] - 3:11

**automatically** [1] - 25:21

**Avenue** [2] - 2:5, 2:9

**average** [1] - 33:16

**aware** [19] - 15:15, 15:21, 24:17, 25:3, 29:25, 33:20, 33:23, 33:25, 34:9, 37:19, 39:8, 40:5, 40:11, 41:21, 66:22, 67:4, 67:11, 67:17, 67:23

**away** [1] - 57:19

---

## B

**B** [2] - 4:5, 71:2

**back** [2] - 43:3, 44:23

**background** [2] - 55:21, 65:22

**backtrack** [1] - 39:14

**BANKS** [20] - 2:10, 6:16, 9:12, 10:3, 14:5, 15:6, 19:12, 21:5, 21:12, 29:10, 32:2, 43:11, 44:4, 50:13, 55:4, 56:5, 62:13, 62:23, 63:8, 63:14

**based** [1] - 25:24

**Bayview** [1] - 2:9

**be** [34] - 3:8, 3:10, 3:14, 9:12, 11:14, 14:24, 18:13, 20:25, 21:20, 23:9, 23:18, 24:16, 24:17, 27:22, 33:5, 33:19, 37:22, 44:14, 45:11, 45:22, 45:23, 46:7, 46:14, 50:17, 51:3, 52:10, 52:18, 55:6, 57:25, 60:10, 63:22, 64:6, 65:8, 65:11

**because** [5] - 29:14, 29:20,

37:14, 49:22, 56:18

**become** [1] - 15:21

**been** [14] - 4:6, 6:8, 8:4, 9:10, 10:12, 10:25, 18:8, 18:20, 19:23, 28:25, 30:2, 37:2, 47:11, 70:4

**before** [16] - 1:23, 3:11, 3:13, 4:25, 5:6, 5:20, 6:3, 13:24, 18:11, 18:21, 34:15, 45:13, 47:22, 47:25, 67:24, 70:18

**begin** [1] - 18:16

**beginning** [4] - 7:25, 9:11, 9:13, 9:19

**begins** [2] - 18:21, 43:8

**behalf** [2] - 6:14, 66:20

**beige** [2] - 49:9, 51:7

**being** [10] - 11:11, 27:13, 28:2, 29:25, 33:23, 39:8, 40:10, 40:18, 66:23, 68:11

**believe** [15] - 16:8, 17:16, 19:4, 19:5, 30:5, 37:4, 37:7, 37:10, 37:14, 42:25, 49:21, 53:25, 55:19, 60:10, 68:24

**best** [7] - 21:10, 21:14, 21:25, 26:21, 36:12, 40:22, 53:3

**between** [2] - 3:6, 44:22

**black** [3] - 46:25, 51:13, 51:22

**blood** [1] - 72:16

**blue** [4] - 46:25, 47:14, 51:10

**Both** [1] - 16:16

**both** [2] - 44:19, 49:12

**bottom** [2] - 46:25, 51:14

**Boyd** [3] - 13:14, 14:8, 14:15

**BOYD** [1] - 14:7

**Breshin** [1] - 1:23

**BRESHIN** [2] - 72:7, 72:22

**bright** [1] - 52:17

**bring** [2] - 24:23, 47:7

**BRODY** [1] - 2:8

**brought** [2] - 4:22, 13:9

**brownish** [1] - 45:2

**building** [1] - 11:13

**business** [1] - 11:23

**But** [1] - 49:11

**but** [10] - 5:6, 6:5, 11:22, 15:4, 20:16, 21:14, 34:9, 36:11, 47:22, 54:25

**butted** [1] - 43:24

**butts** [1] - 43:9

**By** [2] - 7:22, 15:6

**BY** [4] - 2:6, 2:10, 4:10, 71:16

**by** [20] - 1:17, 1:18, 3:5, 3:10, 3:16, 4:7, 21:8,

24:20, 26:7, 26:19, 33:25, 44:18, 53:25, 56:23, 66:11, 70:10, 71:11, 72:13, 72:16

---

## C

**C** [5] - 2:2, 4:5, 70:2, 72:2

**call** [7] - 6:15, 13:19, 24:22, 30:24, 31:16, 31:21, 48:4

**Call** [1] - 47:5

**called** [5] - 4:6, 4:20, 14:25, 22:15, 32:2

**calls** [1] - 22:25

**came** [5] - 9:3, 9:21, 9:25, 18:12, 46:7

**camera** [4] - 16:11, 53:17, 55:17, 67:21

**cameras** [2] - 16:13, 16:14

**can** [9] - 5:17, 10:3, 17:5, 21:13, 21:14, 33:10, 46:14, 50:11

**Can** [6] - 10:9, 22:21, 29:24, 33:4, 35:25, 60:22

**can't** [7] - 6:4, 19:9, 27:3, 34:13, 63:15, 64:17

**captures** [1] - 48:3

**career** [2] - 26:11, 26:14

**carpet** [2] - 42:25, 43:8

**carpeting** [1] - 43:3

**carrying** [1] - 64:6

**cart** [8] - 52:6, 52:8, 53:7, 55:24, 56:18, 60:3, 60:20, 61:2

**case** [3] - 23:13, 25:22, 68:9

**Case** [1] - 1:6

**cases** [1] - 6:13

**cash** [1] - 11:11

**cause** [1] - 38:2

**CBL** [16] - 25:20, 26:3, 26:5, 26:9, 26:13, 27:5, 27:12, 27:25, 28:7, 28:15, 29:6, 29:8, 29:13, 30:10, 30:12, 30:19

**CBL's** [4] - 29:7, 29:9, 29:17, 30:22

**Center** [22] - 41:19, 41:20, 41:22, 42:7, 42:12, 42:20, 42:22, 44:22, 45:7, 49:18, 53:5, 54:20, 55:22, 57:18, 59:14, 59:23, 60:18, 61:15, 61:22, 62:8, 62:19, 65:9

**center** [2] - 41:24, 52:13

**Certain** [1] - 30:22

**certain** [1] - 10:17

**certification** [1] - 3:8

**certify** [3] - 70:4, 72:9, 72:14

**CERTIFY** [1] - 70:8

A. CILIBRASI, JR.    75

cetera [1] - 24:25
chance [2] - 48:9, 65:3
change [1] - 27:7
changes [1] - 29:22
charge [1] - 21:18
Cilibrasi [2] - 4:14, 4:18
CILIBRASI [2] - 1:18, 70:15
Cindy [8] - 4:21, 66:14, 66:20, 66:23, 67:7, 67:18, 67:24, 68:24
CINDY [1] - 1:3
circumstances [1] - 36:10
Civil [1] - 1:20
clean [2] - 24:25, 34:5
cleaning [2] - 22:24, 24:4
cleanup [1] - 23:2
client [4] - 18:11, 23:13, 36:14, 41:17
client's [1] - 34:8
Close [1] - 64:4
closest [1] - 52:23
co [14] - 11:2, 12:24, 13:2, 13:5, 16:6, 18:5, 29:15, 34:15, 34:16, 35:10, 35:11, 35:18, 38:5, 68:15
Co [2] - 8:21, 10:2
co-manager [9] - 11:2, 12:24, 16:6, 18:5, 29:15, 34:15, 35:10, 35:11, 35:18
Co-manager [2] - 8:21, 10:2
co-managers [3] - 13:2, 13:5, 34:16
co-worker [1] - 68:15
co-workers [1] - 38:5
colleague [1] - 68:15
collection [1] - 22:17
color [3] - 45:2, 45:3, 50:5
colored [2] - 49:3, 50:17
coloring [1] - 50:2
colors [1] - 45:7
come [2] - 9:22, 14:23
comes [1] - 33:12
compact [1] - 17:10
company [2] - 6:15, 42:8
complete [1] - 26:9
computer [1] - 30:17
Computer [1] - 25:24
concern [2] - 40:10, 67:7
concerning [2] - 25:15, 46:10
concluded [1] - 69:10
conduct [2] - 31:15, 31:24
conducted [5] - 34:10, 36:25, 39:4, 39:25, 40:24
conducts [2] - 38:18, 38:22
cone [3] - 46:6, 46:8, 46:15
cones [1] - 46:11
connection [2] - 7:2, 36:15
context [1] - 29:22

conversation [4] - 15:9, 15:12, 36:9, 68:12
conversations [1] - 15:23
copy [2] - 3:14, 3:17
Correct [8] - 7:16, 8:3, 9:20, 10:20, 10:24, 12:6, 12:17, 68:19
correct [15] - 9:17, 10:19, 10:23, 17:6, 36:16, 37:20, 38:8, 40:20, 49:15, 50:20, 51:22, 62:21, 63:22, 64:22, 70:9
corroborate [1] - 65:19
counsel [5] - 3:6, 3:17, 5:24, 15:6, 47:24
Counsel [1] - 71:11
counsel's [1] - 15:23
COUNTY [1] - 72:5
couple [2] - 5:6, 28:16
COURT [1] - 1:2
Court [3] - 1:19, 1:23, 3:13
cover [4] - 32:23, 32:25, 37:12, 40:14
covered [8] - 27:6, 27:14, 27:16, 27:20, 33:5, 37:8, 37:11, 38:15
crime [1] - 7:3
current [2] - 11:7, 36:13
Currently [1] - 13:7
currently [1] - 35:5
customer [2] - 32:13, 48:16
customers [2] - 17:5, 38:4

## D

D [3] - 3:2, 70:2, 71:14
daily [5] - 31:19, 31:25, 32:7, 32:8, 33:10
darker [1] - 50:17
data [1] - 22:18
date [9] - 8:4, 10:13, 13:7, 26:6, 44:8, 53:11, 53:23, 64:21, 65:18
DATE [1] - 1:12
dates [1] - 9:9
day [16] - 11:8, 11:12, 20:17, 23:5, 23:20, 25:8, 25:10, 25:11, 25:12, 31:12, 55:7, 70:19, 72:20
days [8] - 3:16, 11:17, 11:19, 11:20, 11:21, 11:24, 12:8, 19:4, 19:8
dealt [1] - 6:12
decided [1] - 18:15
Defendant [1] - 1:16
Defendants [1] - 2:9
DEFENDANTS [1] - 1:9
definitely [1] - 10:21
department [11] - 20:8, 20:11, 20:14, 21:19, 22:7,

24:3, 45:23, 50:7, 50:8, 51:21, 52:2
department's [1] - 22:22
depending [1] - 11:22
depicted [3] - 54:10, 67:19, 69:2
DEPOSITION [1] - 1:16
deposition [7] - 3:8, 3:9, 3:14, 6:6, 7:8, 7:25, 14:24
depositions [1] - 6:9
describe [2] - 33:4, 38:7
Describe [3] - 25:25, 30:14, 56:14
described [5] - 23:25, 25:4, 27:13, 36:10, 45:12
describing [3] - 25:16, 26:14, 37:2
DESCRIPTION [1] - 71:7
description [3] - 20:25, 22:9, 22:17
designed [1] - 47:7
destroy [1] - 19:8
destroyed [1] - 19:2
determine [1] - 27:23
diagrams [1] - 67:5
Diamond [1] - 1:21
did [18] - 6:9, 8:17, 8:22, 8:25, 9:21, 14:23, 17:17, 28:10, 32:6, 35:13, 35:14, 37:5, 40:5, 40:8, 53:22, 68:25
Did [7] - 14:17, 15:10, 15:21, 31:24, 50:20, 68:2, 68:6
Different [2] - 20:23, 20:24
different [4] - 12:8, 20:22, 40:14, 57:25
direction [4] - 21:4, 59:14, 60:17, 61:14
discuss [3] - 14:17, 23:14, 31:12
discussed [9] - 14:13, 14:21, 27:24, 30:3, 38:10, 40:9, 40:17, 54:14, 67:3
discusses [1] - 39:7
discussing [4] - 28:11, 31:2, 33:19, 40:16
discussion [6] - 10:6, 36:7, 43:18, 48:25, 56:7, 66:7
disk [1] - 17:10
displayed [2] - 45:19, 48:13
displaying [1] - 47:11
disseminated [1] - 27:24
distributed [1] - 39:21
DISTRICT [2] - 1:2, 1:2
division [2] - 22:8, 23:5
divisions [2] - 20:16, 21:2
do [73] - 4:15, 5:7, 11:24, 12:10, 13:23, 16:12, 17:8, 17:9, 17:22, 18:5, 18:14,

18:18, 18:24, 19:24, 22:2, 22:8, 23:24, 24:6, 25:19, 26:13, 27:6, 27:15, 27:18, 28:6, 29:6, 29:16, 29:18, 31:11, 31:16, 32:13, 32:22, 33:21, 35:20, 36:18, 36:23, 37:14, 39:24, 41:5, 41:14, 42:20, 43:10, 45:4, 45:15, 45:21, 46:9, 46:22, 47:10, 47:15, 47:22, 50:24, 52:7, 52:9, 53:11, 54:5, 55:8, 56:8, 57:7, 57:20, 58:16, 58:21, 58:24, 59:5, 59:8, 59:16, 60:13, 61:6, 62:12, 64:18, 65:24, 66:3, 66:14, 66:15, 72:8
Do [72] - 11:15, 11:17, 13:15, 13:21, 16:8, 16:14, 16:15, 17:16, 17:23, 18:12, 18:15, 18:19, 18:25, 19:5, 19:22, 19:25, 22:6, 22:16, 23:22, 25:23, 26:13, 26:24, 27:16, 27:19, 29:7, 30:5, 30:23, 32:25, 34:14, 34:20, 34:25, 35:7, 37:7, 37:10, 41:3, 41:9, 41:24, 42:3, 42:11, 43:2, 44:7, 44:10, 44:12, 44:14, 45:6, 46:2, 46:5, 46:7, 46:19, 46:25, 48:12, 49:5, 49:21, 51:24, 52:12, 52:18, 53:25, 54:9, 55:19, 56:11, 56:17, 56:21, 57:13, 57:23, 58:17, 60:5, 60:8, 62:10, 64:24, 65:21, 65:25, 68:23
document [8] - 22:12, 22:18, 55:4
DOCUMENTS [2] - 71:21, 71:22
documents [1] - 67:5
Does [5] - 14:9, 22:14, 26:8, 26:18, 49:2
does [3] - 11:22, 17:14, 25:6
doesn't [1] - 5:16
doing [2] - 58:7, 62:11
Dolson [1] - 2:5
don't [14] - 5:16, 20:15, 21:12, 22:15, 26:12, 26:22, 41:13, 41:16, 42:15, 42:17, 42:23, 48:3, 60:10, 69:6
done [3] - 5:22, 48:2, 53:25
dozen [2] - 28:16, 29:4
Dozens [2] - 28:21, 29:12
drive [3] - 17:10, 17:15, 17:20
due [1] - 26:6
duly [3] - 4:6, 70:5, 72:11

A. CILIBRASI, JR.    76

during [2] - 20:16, 34:3
duties [7] - 11:6, 16:5, 22:23, 23:25, 24:5, 24:8, 24:12
duty [1] - 27:12

**E**

E [9] - 2:2, 3:2, 70:2, 71:2, 71:14, 72:2
each [2] - 21:3, 25:22
EAST [2] - 1:8, 1:17
East [1] - 4:23
effect [2] - 3:12, 3:15
either [3] - 18:21, 22:7, 36:24
electronic [1] - 22:12
Electronic [1] - 22:13
electronically [1] - 30:16
else [1] - 23:8
employed [3] - 7:20, 8:4, 21:8
employee [11] - 10:8, 52:25, 53:4, 54:19, 55:16, 55:20, 57:11, 57:24, 58:2, 63:12, 63:16
employees [15] - 11:9, 22:6, 24:6, 24:11, 37:19, 37:22, 42:11, 42:13, 54:17, 55:13, 56:24, 57:14, 63:4, 67:12
employment [5] - 7:9, 22:2, 25:9, 36:11, 36:13
end [3] - 18:16, 44:23, 48:15
ends [2] - 18:22, 43:8
entering [1] - 65:8
entirely [1] - 42:14
entrance [12] - 50:8, 51:20, 51:25, 53:5, 54:20, 55:22, 57:17, 59:23, 61:15, 61:21, 62:7, 62:18
erased [1] - 19:2
Especially [1] - 37:25
ESQ [2] - 2:6, 2:10
ESQS [1] - 2:8
et [1] - 24:24
even [2] - 29:17, 30:2
Ever [1] - 53:20
ever [16] - 4:24, 14:13, 15:19, 27:19, 28:7, 31:5, 32:22, 32:25, 39:20, 53:18, 53:19, 66:16, 68:2, 68:6, 68:16, 68:20
every [6] - 19:8, 26:8, 26:19, 26:20, 31:12, 38:15
everyone's [1] - 63:6
exact [2] - 6:4, 20:15
exactly [2] - 27:2, 62:25
EXAMINATION [2] - 4:10, 71:16

Examination [1] - 69:9
examination [2] - 72:10, 72:12
examinations [1] - 30:19
examined [2] - 4:8, 66:9
except [1] - 3:21
exclusive [2] - 24:9, 29:16
exclusively [1] - 24:5
executed [1] - 11:11
Exhibit [30] - 44:8, 44:10, 46:20, 47:14, 48:7, 48:8, 49:14, 50:9, 52:13, 54:9, 54:14, 55:8, 56:8, 57:7, 57:20, 58:21, 59:5, 59:16, 60:13, 61:6, 61:17, 61:24, 62:14, 63:7, 63:24, 64:10, 64:15, 64:18, 65:10, 65:20
exhibit [1] - 66:9
EXHIBIT [2] - 71:6
Exhibits [3] - 4:3, 43:20, 71:11
EXHIBITS [1] - 71:4
exhibits [2] - 44:19, 67:20
exist [2] - 41:10, 41:15
existed [2] - 40:3, 41:25
existence [1] - 15:22
exists [2] - 15:16, 16:9
exiting [1] - 65:8
expected [1] - 24:14
exposure [1] - 49:23
extent [1] - 63:8

**F**

F [2] - 3:2, 72:2
fact [1] - 68:17
failure [1] - 67:14
fair [2] - 33:16, 36:11
fall [1] - 66:23
fallen [1] - 68:4
falling [1] - 24:2
falls [1] - 40:15
familiar [4] - 15:25, 16:4, 17:11, 46:12
far [3] - 38:19, 40:4, 40:8
February [1] - 72:20
Federal [1] - 1:20
feet [1] - 57:19
fell [2] - 67:19, 67:24
few [1] - 47:23
field [2] - 6:10, 6:11
figure [2] - 52:12, 64:24
figures [1] - 65:22
filing [1] - 3:7
find [1] - 28:3
firm [1] - 4:20
first [7] - 4:6, 9:25, 25:8, 43:25, 48:7, 56:25, 70:5
Fishkill [1] - 35:6
five [6] - 11:17, 11:20,

20:17, 20:21, 21:3, 26:21
fixed [1] - 16:14
floor [29] - 24:16, 24:19, 27:14, 28:2, 33:2, 33:12, 33:20, 37:8, 37:23, 38:12, 38:15, 41:18, 42:21, 42:23, 43:7, 43:9, 44:21, 49:15, 49:17, 50:5, 50:18, 51:8, 52:14, 52:18, 52:23, 68:11, 68:18, 68:21, 69:2
floors [2] - 49:3, 50:2
follow [1] - 32:16
follows [1] - 4:9
footage [2] - 17:8, 53:17
For [4] - 7:14, 19:12, 21:5, 62:23
for [52] - 2:4, 2:9, 3:6, 3:18, 4:4, 4:12, 5:10, 6:18, 7:5, 8:10, 8:17, 9:6, 10:4, 10:10, 10:18, 10:25, 11:8, 11:14, 14:9, 21:2, 22:3, 22:25, 23:23, 24:6, 25:25, 28:12, 29:21, 29:24, 30:6, 30:7, 30:14, 31:2, 31:7, 31:13, 36:2, 36:19, 37:2, 40:13, 40:15, 43:16, 43:21, 45:12, 48:23, 50:11, 50:13, 54:5, 55:5, 56:4, 56:14, 66:5, 67:13, 72:8
force [1] - 3:15
foregoing [1] - 70:8
foreground [2] - 60:6, 64:2
forget [1] - 19:17
forgive [1] - 36:23
form [1] - 3:21
formal [1] - 31:20
forth [1] - 72:11
found [2] - 15:4, 15:8
four [1] - 29:5
frame [1] - 15:16
freestanding [1] - 47:6
freezer [3] - 58:8, 58:10, 58:11
frequency [5] - 30:6, 31:9, 32:22, 33:5, 37:11
frequent [1] - 29:21
frequently [6] - 18:25, 27:23, 29:14, 29:18, 29:19, 33:15, 33:17
Friday [1] - 12:3
From [1] - 51:4
from [15] - 13:5, 14:25, 15:5, 15:13, 16:25, 29:23, 41:10, 42:8, 42:17, 53:17, 55:20, 65:18, 67:21, 68:8, 68:12
front [6] - 44:7, 44:23, 44:24, 48:15, 49:17, 51:21
front-end [1] - 48:15

function [1] - 19:6
functions [1] - 11:9
FURTHER [2] - 3:20, 70:8
further [3] - 25:15, 69:7, 72:14

**G**

Garfield [1] - 14:12
gave [2] - 7:24, 70:6
general [2] - 28:20, 29:11
Generally [1] - 33:18
generally [3] - 11:5, 22:22, 69:2
gentlemen [1] - 36:24
get [1] - 24:21
getting [1] - 34:4
Gisser [6] - 4:21, 66:14, 66:20, 66:23, 67:7, 67:18, 67:24, 68:25
GISSER [1] - 1:3
give [4] - 5:7, 6:4, 33:21, 43:25
given [3] - 31:22, 70:10, 72:13
giving [1] - 14:24
go [8] - 6:14, 8:25, 10:4, 25:7, 35:25, 43:16, 48:22, 66:4
going [9] - 5:5, 5:7, 5:9, 12:25, 21:6, 43:14, 47:21, 48:4, 50:23
gone [1] - 48:2
Good [1] - 4:18
got [2] - 34:15, 43:15
grainy [1] - 48:19
Great [3] - 14:4, 45:15, 54:5
greater [1] - 26:24
Greg [3] - 34:24, 35:13, 35:21
Greg's [1] - 34:25
guard [2] - 24:20, 34:4
guess [1] - 50:16
guessing [1] - 42:15
guidance [1] - 33:21

**H**

H [2] - 4:5, 71:2
had [7] - 6:14, 7:12, 10:25, 16:18, 36:8, 48:9, 68:12
hand [6] - 45:2, 45:3, 46:23, 46:24, 47:13, 64:7, 64:25, 65:22, 72:20
handling [1] - 11:12
happened [3] - 14:8, 35:3, 35:21
happens [2] - 26:15, 32:12
hard [3] - 17:10, 17:15, 17:20

A. CILIBRASI, JR.    77

Has [1] - 68:19
has [9] - 4:22, 19:23, 30:2, 30:12, 30:21, 36:15, 46:24, 51:13, 56:19
have [54] - 5:21, 5:25, 6:8, 8:4, 9:10, 10:12, 10:16, 12:8, 14:20, 16:20, 16:23, 17:3, 18:5, 18:8, 18:20, 20:15, 20:20, 22:8, 22:14, 23:12, 24:5, 24:7, 24:11, 24:23, 26:7, 26:8, 28:11, 28:14, 28:25, 29:4, 29:6, 31:22, 33:10, 37:2, 44:7, 44:10, 44:24, 46:19, 47:11, 47:25, 48:2, 48:9, 48:11, 53:23, 55:21, 56:25, 63:3, 66:16, 66:18, 68:4, 68:10, 68:23, 69:6, 72:19
Have [13] - 4:24, 5:19, 5:22, 8:13, 14:13, 15:19, 16:21, 16:24, 28:7, 29:13, 31:5, 53:16, 66:16
having [3] - 4:6, 67:7, 70:4
hazard [3] - 24:19, 46:14, 46:16
hazards [18] - 25:17, 27:13, 28:2, 28:12, 30:2, 31:3, 31:7, 31:13, 33:2, 33:11, 33:20, 33:23, 37:8, 37:23, 37:25, 38:12, 38:15, 40:12
he [14] - 14:9, 15:7, 19:25, 20:4, 20:5, 21:12, 32:2, 35:7, 35:13, 35:14, 35:18, 35:22, 35:24, 36:18
He [5] - 14:10, 29:10, 35:5, 35:23, 61:13
head [3] - 19:10, 21:22, 38:21
heard [1] - 8:11
held [7] - 1:20, 10:8, 36:7, 43:18, 48:25, 56:7, 66:7
help [2] - 24:25, 44:20
her [2] - 64:7, 66:17
here [10] - 10:15, 12:18, 13:4, 14:14, 19:11, 23:14, 23:17, 50:24, 55:7, 64:19
HEREBY [1] - 3:5
hereby [2] - 70:4, 72:9
herein [1] - 3:7
hereinbefore [2] - 70:11, 72:11
hereunto [1] - 72:19
higher [1] - 29:15
him [2] - 13:19, 15:7
hired [2] - 8:16, 8:19
His [1] - 13:16
his [3] - 14:5, 19:17, 36:10
history [1] - 22:2
hold [1] - 31:20

honestly [1] - 31:18
hours [4] - 12:11, 12:13, 21:16, 23:6
How [11] - 5:3, 8:4, 8:22, 14:23, 20:13, 25:2, 27:22, 28:14, 58:24, 59:8, 62:4
how [13] - 13:4, 15:3, 15:7, 18:12, 18:25, 19:6, 19:22, 21:12, 23:17, 27:23, 28:3, 32:16, 46:7
Howard [1] - 1:23
HOWARD [2] - 72:7, 72:22
however [3] - 27:4, 30:24, 43:8
However [1] - 27:11
Hugh [3] - 13:16, 14:3, 14:8
HUGH [1] - 13:17
human [1] - 68:22
Huyler [2] - 19:15, 38:20

I

I [141] - 3:2, 4:5, 4:19, 5:5, 5:6, 5:7, 5:9, 5:10, 5:15, 5:21, 5:25, 8:4, 6:8, 6:9, 6:10, 6:12, 6:14, 6:19, 8:11, 9:5, 9:17, 10:3, 10:15, 11:13, 11:21, 12:15, 12:24, 13:7, 13:23, 14:7, 14:25, 15:3, 15:4, 16:17, 16:20, 16:23, 17:3, 17:22, 18:8, 18:9, 18:14, 18:18, 18:24, 19:4, 19:9, 19:17, 19:24, 20:15, 21:5, 21:6, 21:12, 22:15, 22:20, 23:12, 23:24, 26:12, 26:19, 26:22, 27:3, 27:15, 27:18, 28:6, 28:18, 29:19, 30:4, 31:4, 32:2, 32:13, 32:15, 34:13, 34:16, 35:20, 36:23, 39:3, 41:5, 41:13, 41:16, 42:10, 42:14, 42:15, 42:22, 42:23, 42:25, 43:14, 43:15, 43:22, 43:25, 44:2, 44:24, 46:9, 46:22, 47:21, 47:22, 47:24, 47:25, 48:2, 48:3, 48:4, 48:5, 48:6, 48:11, 50:15, 50:23, 52:9, 54:14, 54:25, 56:16, 56:24, 57:3, 58:16, 62:12, 63:14, 63:15, 64:17, 65:24, 66:3, 66:15, 66:18, 66:25, 69:6, 70:2, 70:4, 70:5, 70:8, 71:2, 71:14, 72:2, 72:7, 72:14, 72:16, 72:19
iaia [1] - 4:19
IAIA [17] - 2:6, 4:11, 6:19, 14:7, 19:14, 21:10, 36:3, 43:12, 48:22, 55:6, 63:5,

63:9, 63:17, 66:4, 66:8, 69:6, 71:17
Ice [3] - 58:8, 58:10, 58:11
Idea [5] - 46:19, 47:17, 58:6, 58:9, 64:7
Identification [2] - 4:4, 43:21
identified [2] - 24:19, 48:14
identify [5] - 24:18, 32:15, 46:15, 56:23, 66:11
If [4] - 5:15, 24:19, 44:19, 46:13
If [44] - 3:12, 3:15, 10:17, 15:7, 17:8, 17:21, 17:23, 18:22, 19:25, 21:7, 22:3, 22:16, 26:24, 27:16, 27:19, 30:14, 30:23, 32:15, 33:10, 35:11, 35:14, 36:18, 36:23, 36:24, 39:24, 41:3, 41:9, 41:15, 41:24, 42:3, 42:9, 42:11, 42:15, 42:22, 43:2, 49:5, 52:19, 58:14, 58:17, 60:22, 63:15, 63:19, 65:17
Image [1] - 64:25
images [1] - 16:21
immediate [1] - 12:19
In [94] - 4:21, 5:6, 6:10, 7:2, 8:10, 9:4, 9:8, 9:14, 9:18, 10:7, 10:11, 10:22, 11:6, 15:12, 16:9, 17:4, 17:5, 17:18, 17:23, 18:2, 19:23, 19:25, 20:6, 20:7, 20:11, 20:13, 21:9, 21:18, 22:6, 23:12, 23:15, 23:19, 28:15, 28:20, 29:10, 30:3, 34:10, 34:11, 35:5, 35:11, 35:14, 35:18, 36:15, 39:5, 40:2, 40:10, 40:18, 41:25, 42:3, 42:4, 42:12, 42:21, 43:3, 44:7, 44:24, 45:19, 46:16, 48:13, 49:14, 49:17, 49:19, 50:16, 51:21, 54:7, 54:10, 54:14, 54:17, 55:14, 56:25, 57:16, 58:12, 58:25, 59:13, 60:5, 60:17, 61:13, 61:14, 62:4, 63:13, 63:25, 64:7, 65:20, 65:22, 66:12, 67:19, 67:20, 67:24, 68:16, 68:17, 68:25, 69:2, 72:17
In [4] - 17:25, 43:12, 43:14, 47:10
IN [1] - 72:19
Inadvertently [1] - 44:6
Inc [1] - 4:23
INC [1] - 1:8
incident [12] - 7:3, 10:14, 14:14, 15:17, 16:19,

16:22, 16:25, 17:2, 23:14, 24:21, 34:8, 67:8
Incidentally [1] - 52:16
include [1] - 40:5
Indicate [2] - 10:16, 23:13
indicated [2] - 7:12, 50:14
Indicating [1] - 50:12
INFORMATION [2] - 71:21, 71:22
information [1] - 30:21
inside [1] - 42:22
Inside [1] - 43:11
Instances [1] - 25:13
Instruction [1] - 25:15
instructions [1] - 5:8
Insuring [1] - 30:11
interaction [1] - 32:13
interested [1] - 72:17
Is [25] - 21:18, 22:11, 25:10, 31:11, 32:7, 33:9, 35:24, 38:14, 41:6, 42:7, 42:24, 45:18, 48:10, 49:17, 50:7, 52:10, 54:13, 54:19, 55:16, 58:11, 59:11, 59:22, 60:16, 60:25, 63:17
is [143] - 4:19, 6:11, 8:10, 9:7, 10:12, 11:13, 12:18, 12:21, 13:16, 17:9, 17:16, 17:20, 18:9, 18:22, 19:2, 19:4, 19:5, 19:6, 19:10, 19:19, 20:7, 20:16, 20:17, 21:7, 21:22, 22:15, 22:17, 22:18, 23:5, 23:6, 24:9, 24:14, 24:19, 24:20, 25:12, 25:20, 25:23, 26:4, 26:6, 26:9, 26:15, 26:23, 26:24, 27:12, 27:14, 27:19, 27:24, 28:4, 28:22, 29:5, 29:10, 29:15, 30:6, 30:10, 30:16, 31:19, 33:7, 34:4, 34:19, 35:5, 35:22, 35:23, 36:11, 36:13, 36:14, 37:18, 39:11, 39:14, 40:17, 40:19, 42:4, 42:9, 42:21, 42:25, 43:10, 43:13, 44:18, 45:2, 45:7, 46:5, 46:13, 46:15, 46:16, 47:2, 47:4, 47:7, 47:14, 47:17, 47:18, 48:2, 48:12, 48:19, 48:20, 49:8, 49:11, 49:15, 49:21, 50:4, 51:2, 51:11, 51:21, 51:24, 52:5, 52:8, 52:19, 52:22, 52:25, 53:4, 53:7, 53:25, 54:10, 54:22, 54:25, 55:2, 55:24, 56:3, 56:21, 57:4, 58:6, 58:9, 58:13, 59:13, 60:8, 60:22, 61:4, 63:9, 63:12, 63:24, 64:8, 64:15, 65:7, 65:10, 65:11, 65:16,

A. CILIBRASI, JR.    78

65:18, 65:19, 68:11, 70:9, 72:10, 72:12
IS [2] - 3:5, 3:20
issue [1] - 28:19
it [85] - 6:6, 6:15, 6:20, 7:2, 10:16, 11:22, 14:2, 14:17, 14:21, 17:5, 17:9, 17:14, 17:16, 17:17, 18:9, 19:4, 22:14, 22:15, 22:18, 23:6, 24:19, 24:20, 26:7, 26:9, 26:15, 26:18, 26:24, 27:19, 28:4, 28:10, 29:4, 30:25, 31:16, 31:21, 33:8, 33:9, 33:14, 34:4, 36:11, 36:13, 37:11, 37:12, 42:3, 42:4, 42:9, 42:24, 42:25, 43:5, 43:9, 44:14, 44:18, 44:20, 44:25, 45:18, 45:22, 45:23, 46:7, 46:14, 47:5, 48:4, 48:10, 48:11, 49:2, 49:11, 49:18, 49:21, 50:4, 50:11, 51:5, 52:10, 53:22, 53:23, 54:6, 54:13, 56:4, 58:14, 58:17, 58:18, 58:20, 63:22, 65:19
It [15] - 9:7, 9:10, 21:7, 21:20, 23:9, 24:9, 25:12, 30:16, 43:13, 44:4, 47:7, 47:18, 48:19, 58:13, 63:9
IT [2] - 3:5, 3:20
it's [7] - 15:5, 15:6, 17:23, 27:16, 44:21, 58:8, 64:21
It's [1] - 37:16
items [1] - 24:15
itself [2] - 55:5, 56:4

**J**

J [1] - 2:6
January [1] - 1:12
Jersey [1] - 14:12
job [4] - 6:9, 22:8, 22:16, 32:5
JONATHAN [1] - 2:10
jonathan.banks@ brodyoconnor.com [1] - 2:11
JR [3] - 1:18, 4:5, 70:15
Jr [1] - 4:14
Judge [1] - 3:13
just [4] - 19:5, 25:3, 44:17, 52:19
Just [5] - 28:20, 29:22, 50:13, 54:5, 68:8

**K**

keeping [1] - 33:24
know [74] - 5:17, 13:15, 13:21, 17:8, 17:9, 17:21, 17:22, 17:23, 18:12,

18:15, 18:19, 18:25, 19:22, 19:25, 21:12, 22:3, 22:15, 22:16, 23:22, 23:24, 25:23, 26:22, 26:24, 27:15, 27:16, 27:18, 27:19, 28:6, 29:14, 30:23, 31:6, 34:14, 34:16, 34:20, 34:25, 35:7, 35:11, 35:20, 36:18, 36:24, 38:19, 39:24, 39:25, 40:8, 41:3, 41:9, 41:13, 41:15, 41:16, 41:24, 42:3, 42:9, 42:11, 42:15, 42:17, 42:21, 43:2, 43:10, 45:6, 46:5, 46:7, 47:2, 47:10, 48:4, 49:5, 52:7, 52:19, 56:21, 58:15, 58:16, 58:17, 60:8, 62:10, 66:14
knowledge [5] - 21:11, 21:25, 40:22, 53:3, 68:10
Kyle [2] - 13:14, 13:19

**L**

L [4] - 3:2, 4:5, 70:2
larger [1] - 22:17
last [8] - 6:2, 6:20, 6:24, 7:11, 14:5, 19:17, 34:20, 34:25
later [1] - 65:19
law [1] - 14:25
lawsuit [4] - 4:21, 15:11, 36:15, 36:21
lawyer [5] - 4:19, 14:20, 15:5, 36:4, 68:13
learn [4] - 14:23, 15:11, 68:2, 68:6
learning [1] - 25:24
least [1] - 40:10
left [9] - 35:7, 45:3, 46:23, 47:13, 47:15, 51:4, 51:11, 64:25, 65:22
left-hand [4] - 45:3, 46:23, 47:13, 64:25
Legal [1] - 1:21
length [1] - 52:18
less [3] - 9:4, 26:25, 33:15
let [3] - 5:17, 9:5, 21:6
Let [1] - 54:9
Let's [4] - 43:16, 48:22, 63:5, 66:4
let's [1] - 31:23
level [1] - 37:17
lights [1] - 52:20
like [8] - 6:6, 23:5, 32:12, 41:6, 44:4, 49:15, 49:24, 58:8
lines [1] - 52:17
little [1] - 48:19
live [1] - 39:4

LLP [1] - 2:4
located [2] - 9:18, 17:21
location [6] - 42:4, 45:18, 48:21, 53:23, 57:17, 58:12
locations [1] - 16:12
long [3] - 8:4, 8:22, 19:22
longer [2] - 14:9, 25:11
look [5] - 43:22, 43:25, 44:19, 48:8, 48:9
Look [1] - 43:24
looked [3] - 67:3, 67:20, 69:3
looking [10] - 5:10, 28:12, 31:2, 31:6, 31:13, 34:2, 44:18, 44:25, 50:4, 51:5
Looks [1] - 58:8
looks [1] - 44:4
lot [3] - 6:10, 6:13, 31:22
LP [3] - 1:8, 1:17, 4:23

**M**

machines [2] - 48:20, 48:21
made [2] - 25:3, 42:21
Main [1] - 1:22
maintenance [20] - 20:8, 20:10, 20:14, 20:21, 21:19, 21:23, 22:7, 22:22, 23:18, 24:3, 24:6, 24:10, 24:24, 56:16, 56:18, 57:10, 57:24, 60:23, 60:25, 61:2
make [5] - 5:17, 34:3, 34:4, 37:19, 47:23
Make [1] - 33:24
making [1] - 11:11
management [4] - 29:23, 30:8, 37:17
manager [16] - 8:21, 9:22, 10:2, 11:2, 12:23, 12:24, 13:11, 13:22, 16:6, 16:5, 21:21, 29:15, 34:15, 35:10, 35:11, 35:18
managers [3] - 13:2, 13:5, 34:16
many [8] - 5:3, 13:4, 20:13, 23:17, 26:14, 58:24, 59:8, 62:4
March [26] - 10:7, 10:11, 10:16, 13:23, 16:10, 17:18, 20:2, 20:11, 21:2, 21:9, 22:4, 23:23, 34:11, 35:11, 35:19, 40:2, 40:25, 41:11, 41:25, 42:17, 54:6, 54:23, 57:4, 63:10, 66:24, 67:8, 67:14, 68:24
marked [2] - 4:3, 43:21
marriage [1] - 72:16
Mart [74] - 4:22, 4:23, 6:18, 7:15, 7:23, 8:5, 8:10, 8:14,

8:23, 9:18, 10:8, 10:10, 10:18, 10:22, 13:6, 13:22, 14:9, 15:2, 16:2, 21:8, 23:18, 24:7, 24:13, 24:15, 25:2, 25:6, 25:14, 25:25, 26:11, 26:15, 35:24, 41:22, 42:8, 42:12, 43:12, 46:11, 49:18, 52:25, 53:4, 53:17, 54:16, 54:19, 55:13, 55:16, 55:20, 56:11, 56:15, 56:24, 57:10, 57:13, 58:3, 58:24, 59:8, 59:19, 60:11, 60:14, 60:16, 61:11, 61:19, 62:4, 62:16, 62:24, 63:3, 63:4, 63:12, 63:20, 63:25, 64:10, 64:15, 65:14, 66:2, 66:24, 67:8, 67:11
MART [3] - 1:8, 1:8, 1:17
Mart's [2] - 37:15, 42:9
material [4] - 40:14, 43:10, 49:6, 49:12
materials [6] - 27:6, 27:7, 39:21, 40:6, 40:13, 41:10
matter [5] - 6:25, 7:14, 27:8, 27:9, 72:18
May [1] - 10:12
may [6] - 3:10, 3:14, 12:8, 18:20, 68:12
maybe [2] - 20:21, 33:12
Maybe [1] - 32:12
me [32] - 5:17, 9:5, 11:5, 11:24, 16:18, 18:13, 18:17, 22:21, 24:2, 25:4, 25:25, 29:24, 30:14, 31:22, 31:24, 32:10, 32:18, 33:4, 33:11, 36:23, 37:2, 44:17, 45:12, 47:24, 48:9, 50:11, 52:4, 52:24, 54:9, 56:14, 70:10, 70:18
mean [1] - 26:19
meaning [1] - 26:6
measure [1] - 40:18
measurement [1] - 33:8
meeting [3] - 5:24, 31:21, 38:16
meetings [16] - 31:17, 32:19, 38:8, 38:11, 38:19, 38:22, 38:25, 39:3, 39:5, 39:18, 39:22, 39:25, 40:10, 40:20, 40:23, 41:11
mentioned [2] - 30:2, 47:25
Michael [3] - 12:20, 12:21, 13:10
middle [2] - 50:15, 50:16
Middletown [1] - 2:5
minute [2] - 43:14, 43:25
minutes [1] - 18:10
moments [1] - 5:6
Monday [1] - 12:2

A. CILIBRASI, JR.   79

Monroe [3] - 8:18, 8:23, 9:8
month [2] - 26:20, 40:15
monthly [13] - 31:20, 32:19, 38:7, 38:11, 38:16, 38:18, 38:22, 39:17, 39:21, 39:24, 40:9, 40:23, 41:11
months [2] - 26:20, 40:2
mopping [1] - 59:11
more [10] - 9:4, 29:19, 33:14, 49:8, 50:3, 50:4, 51:11, 51:16, 52:23
More [2] - 6:23, 33:17
morning [1] - 23:16
most [1] - 52:18
move [2] - 16:12, 16:15
Mr [5] - 4:18, 14:15, 14:17, 36:9, 36:12
MR [35] - 4:11, 6:16, 6:19, 9:12, 10:3, 14:5, 14:7, 15:6, 19:12, 19:14, 21:5, 21:10, 21:12, 29:10, 32:2, 36:3, 43:11, 43:12, 44:4, 48:22, 50:13, 55:4, 55:6, 56:5, 62:13, 62:23, 63:5, 63:8, 63:9, 63:14, 63:17, 66:4, 66:8, 69:6, 71:17
multiple [2] - 67:20, 69:3
must [1] - 26:9
Mustafa [4] - 34:19, 35:3, 35:10, 36:18
Mustafa's [1] - 34:20
my [12] - 4:19, 5:12, 6:9, 6:14, 10:12, 18:11, 23:13, 29:20, 34:8, 36:14, 48:20, 72:20
My [1] - 41:17

## N

N [6] - 2:2, 3:2, 4:5, 70:2, 71:14
name [11] - 4:12, 4:19, 12:19, 13:16, 14:6, 19:18, 22:14, 34:21, 34:25, 56:24, 66:11
names [1] - 34:18
nature [3] - 17:11, 40:17, 68:2
near [5] - 41:18, 59:23, 61:21, 62:7, 62:18
need [5] - 15:3, 31:19, 32:10, 32:13, 44:19
needed [1] - 31:25
needs [2] - 11:22, 12:7
never [1] - 16:18
new [1] - 32:16
NEW [2] - 1:2, 72:4
New [11] - 1:22, 1:25, 2:5, 2:10, 4:8, 4:16, 6:18, 8:23, 14:12, 35:6, 72:8

Newburgh [27] - 4:16, 8:11, 8:14, 9:2, 9:3, 9:14, 9:16, 9:18, 9:25, 10:23, 10:25, 13:5, 13:10, 13:22, 16:2, 18:3, 19:12, 20:7, 23:19, 34:8, 34:11, 35:8, 35:14, 41:22, 53:17, 58:18, 67:8
Next [1] - 51:10
no [6] - 14:9, 15:10, 21:22, 24:21, 33:7, 72:17
No [34] - 1:6, 5:14, 6:24, 8:15, 9:5, 9:23, 11:16, 13:12, 14:16, 14:19, 14:22, 15:20, 21:24, 36:22, 39:16, 42:19, 49:20, 52:11, 56:22, 58:20, 60:9, 60:12, 64:9, 65:5, 66:21, 67:10, 67:16, 67:22, 67:25, 68:5, 68:14, 68:15, 68:22, 69:5
nobody [1] - 68:16
non [2] - 29:23, 30:8
non-management [2] - 29:23, 30:8
None [1] - 71:23
Northport [1] - 2:10
not [44] - 5:21, 5:25, 6:19, 10:17, 10:21, 16:20, 16:23, 17:3, 17:22, 18:14, 18:18, 18:24, 19:24, 23:24, 24:9, 24:16, 27:15, 27:18, 28:6, 29:22, 31:4, 34:7, 35:20, 39:14, 41:5, 42:10, 42:14, 46:9, 46:22, 52:9, 57:3, 58:13, 58:16, 58:20, 63:16, 65:24, 66:3, 66:15, 66:18, 66:25, 68:12, 68:21, 68:25, 72:14
Not [3] - 39:15, 40:13, 47:12
Notary [3] - 1:24, 4:7, 72:7
NOTARY [1] - 70:22
now [2] - 9:7, 47:22
Now [3] - 34:7, 65:16, 65:17
number [3] - 20:15, 29:25, 44:12
NUMBER [1] - 71:7
numbers [1] - 66:9
Nutta [3] - 35:2, 35:13, 36:9
Nutta's [1] - 36:12

## O

O [3] - 3:2, 4:5, 70:2
O'CONNOR [2] - 2:8
oath [3] - 3:12, 4:25, 6:3
Obiedot [2] - 34:22, 35:4
object [1] - 21:6
Objection [1] - 62:13
objections [1] - 3:21
obligations [2] - 25:3, 25:16

observance [1] - 32:25
observant [3] - 27:13, 28:2, 37:23
observing [2] - 38:12, 38:14
obviously [1] - 17:5
occasionally [1] - 12:7
occasions [1] - 5:3
occur [2] - 25:19, 32:22
occurred [4] - 10:16, 15:17, 23:15, 34:9
occurrence [1] - 28:4
occurs [2] - 33:9, 33:14
OF [3] - 1:2, 72:4, 72:5
of [186] - 1:16, 1:20, 1:21, 1:24, 3:8, 3:9, 3:13, 3:14, 3:16, 3:17, 3:22, 4:7, 5:6, 5:10, 6:10, 6:13, 6:14, 6:25, 7:25, 9:11, 9:13, 9:19, 10:7, 10:11, 11:6, 11:13, 11:22, 12:19, 15:9, 15:11, 15:16, 15:21, 15:22, 16:6, 16:19, 16:22, 17:11, 17:18, 18:16, 18:20, 19:6, 19:7, 19:10, 20:2, 20:11, 21:2, 21:9, 21:10, 21:18, 21:22, 21:25, 22:4, 22:7, 22:11, 22:17, 22:18, 23:2, 23:19, 23:23, 24:2, 24:14, 24:17, 24:21, 25:3, 25:8, 26:21, 27:13, 28:2, 28:4, 28:21, 29:12, 29:14, 29:20, 29:25, 30:11, 30:18, 30:19, 30:20, 30:23, 31:23, 33:2, 33:11, 33:20, 33:21, 33:23, 33:25, 34:11, 35:11, 35:19, 36:10, 36:12, 36:20, 36:24, 37:8, 37:16, 37:17, 37:18, 37:19, 37:23, 38:14, 38:21, 39:8, 40:2, 40:11, 40:16, 40:17, 40:22, 40:24, 40:25, 41:10, 41:21, 41:25, 42:17, 42:21, 43:24, 44:7, 44:8, 44:19, 44:25, 45:6, 45:22, 45:23, 46:11, 46:20, 46:24, 47:8, 47:13, 47:22, 48:3, 48:13, 48:16, 48:21, 49:17, 49:22, 49:23, 50:2, 50:5, 50:15, 50:16, 50:19, 51:4, 51:7, 51:16, 51:21, 51:25, 52:13, 52:14, 52:18, 52:19, 53:3, 56:18, 56:24, 57:17, 59:14, 59:23, 60:17, 61:2, 61:14, 64:25, 65:7, 65:22, 66:11, 66:20, 66:22, 67:4, 67:11, 67:13, 67:17, 67:23, 68:3, 69:9,

70:10, 70:19, 72:8, 72:12, 72:15, 72:17, 72:20
Off [2] - 56:5, 66:8
off [15] - 10:4, 10:5, 12:4, 12:8, 35:25, 36:6, 36:8, 43:16, 43:17, 48:22, 48:24, 49:9, 56:6, 66:5, 66:6
off-the-record [6] - 10:5, 36:6, 43:17, 48:24, 56:6, 66:6
off-white [1] - 49:9
office [7] - 4:21, 15:2, 15:13, 15:23, 17:25, 39:5
offices [1] - 1:21
Okay [27] - 6:6, 7:15, 13:9, 14:2, 15:3, 15:15, 16:13, 16:17, 19:10, 22:16, 22:21, 27:4, 27:11, 30:5, 31:22, 34:14, 34:18, 37:4, 37:18, 40:4, 41:14, 42:20, 45:11, 48:18, 48:22, 57:20, 58:21
okay [7] - 15:7, 44:20, 44:25, 48:6, 48:7, 55:2, 64:18
old [1] - 41:4
On [6] - 6:9, 25:8, 31:18, 32:4, 45:15, 47:13
on [68] - 6:14, 10:16, 10:22, 11:22, 12:4, 12:8, 13:6, 13:7, 13:22, 16:10, 18:11, 24:16, 24:19, 26:18, 27:14, 28:2, 30:25, 31:6, 32:3, 32:4, 32:6, 32:14, 32:21, 33:2, 33:5, 33:6, 33:11, 33:19, 33:20, 34:9, 36:25, 37:23, 38:12, 38:15, 39:10, 39:15, 41:18, 42:23, 46:20, 46:23, 47:15, 49:2, 50:2, 50:9, 51:25, 52:13, 52:22, 53:11, 53:23, 54:22, 56:3, 57:4, 63:7, 63:10, 63:11, 64:24, 66:20, 66:24, 67:8, 67:14, 68:3, 68:11, 68:17, 68:21, 68:24, 68:25, 69:2
on-site [1] - 32:3
once [4] - 26:14, 26:25, 27:2
One [4] - 2:5, 34:19, 49:8, 59:21
one [15] - 7:13, 8:24, 13:8, 20:16, 25:10, 25:11, 25:12, 26:8, 27:22, 45:9, 47:12, 49:8, 55:11, 59:11, 59:13
ones [2] - 29:20, 41:4
ongoing [1] - 26:10
only [5] - 7:17, 13:8, 15:5, 28:25, 68:10

A. CILIBRASI, JR.    80

operation [1] - 11:13
operations [1] - 11:9
options [1] - 16:16
or [71] - 5:13, 5:16, 7:3, 9:4, 11:19, 12:8, 15:10, 15:13, 16:14, 16:21, 16:25, 18:16, 18:21, 19:2, 19:3, 19:6, 22:11, 22:18, 23:6, 23:7, 24:6, 24:12, 24:22, 25:10, 25:14, 26:9, 26:15, 26:25, 27:2, 27:6, 27:24, 29:7, 29:16, 30:2, 30:19, 30:24, 32:7, 33:15, 34:11, 35:10, 38:5, 42:8, 42:13, 43:8, 45:19, 46:13, 46:21, 48:3, 49:9, 49:22, 49:23, 50:7, 54:2, 59:22, 61:13, 61:14, 61:21, 62:18, 63:12, 63:16, 65:8, 66:11, 67:7, 67:12, 67:13, 67:18, 67:19, 68:12, 68:15, 72:16
Or [1] - 32:15
orange [1] - 46:2
Order [1] - 1:19
orientation [4] - 25:5, 25:7, 25:10, 34:3
oriented [1] - 44:24
original [2] - 3:9, 3:17
Other [2] - 14:20, 67:2
other [13] - 5:23, 7:3, 7:13, 12:25, 13:5, 24:7, 24:11, 38:11, 38:24, 51:25, 57:13, 59:13, 67:17
Otherwise [1] - 55:6
our [1] - 37:16
Our [1] - 4:20
out [9] - 15:4, 15:8, 28:4, 28:12, 31:2, 31:7, 31:13, 42:21, 66:19
outcome [1] - 72:17
outside [1] - 42:13
over [5] - 19:3, 19:8, 24:22, 26:16
overlapping [1] - 24:12
overnight [3] - 20:20, 23:7, 23:10
overseeing [1] - 11:9

**P**

P [3] - 2:2, 3:2
P.M [2] - 1:13, 69:8
p.m [3] - 12:16, 23:10, 23:11
PAGE [3] - 71:6, 71:16, 71:22
paper [3] - 22:11, 24:24, 41:7
Part [1] - 37:18
part [8] - 22:17, 30:19, 37:16, 40:10, 40:17,

40:24, 45:22, 45:23
particular [3] - 27:23, 29:8, 47:12
particularly [1] - 28:18
parties [2] - 3:7, 72:15
passersby [1] - 46:16
past [2] - 53:4, 55:21
pen [1] - 41:7
people [4] - 20:13, 20:23, 20:24, 63:3
period [1] - 29:9
person [12] - 14:21, 15:13, 19:23, 21:18, 52:22, 56:19, 56:21, 59:22, 60:5, 65:4, 65:7, 65:8
personal [1] - 7:14
personally [2] - 28:15, 31:5
persons [1] - 66:12
pertain [1] - 26:2
photo [1] - 48:17
photograph [16] - 44:15, 44:18, 47:10, 48:13, 49:23, 50:15, 50:20, 51:5, 51:20, 53:11, 54:17, 54:23, 63:9, 63:13, 65:18, 65:23
photographed [1] - 45:19
Photographs [2] - 71:8, 71:9
photographs [12] - 4:3, 43:20, 43:23, 45:16, 46:20, 47:22, 49:19, 57:2, 62:25, 66:13, 67:5, 69:3
phrase [2] - 5:16, 32:6
physical [1] - 42:4
pick [1] - 23:4
pick-up [1] - 23:4
picture [9] - 44:5, 53:10, 53:12, 56:4, 57:4, 62:5, 63:11, 64:19, 65:16
pictures [2] - 16:22, 43:15
piece [1] - 22:11
pillar [1] - 47:19
place [4] - 16:10, 17:5, 44:20, 70:11
Plains [1] - 1:22
PLAINTIFF [2] - 1:4, 71:4
Plaintiff [2] - 1:19, 2:4
Plaintiff's [5] - 4:2, 43:19, 44:8, 50:3, 55:8
Please [1] - 4:12
point [3] - 50:11, 50:20, 50:23
policies [1] - 37:15
policy [3] - 19:7, 21:14, 46:10
portion [4] - 18:16, 18:19, 48:13, 52:14
position [4] - 11:7, 19:23, 29:15, 29:16

positive [1] - 42:14
potential [1] - 24:18
preliminary [1] - 5:8
prepare [1] - 5:23
previous [1] - 6:9
printing [1] - 49:22
prior [4] - 34:11, 40:2, 40:25, 41:11
probably [1] - 42:17
procedure [1] - 32:17
Procedure [1] - 1:20
procedures [2] - 11:12, 37:15
program [13] - 25:20, 26:3, 26:5, 26:9, 26:13, 27:5, 27:12, 27:25, 28:8, 28:15, 30:10, 30:12, 30:20
prompted [1] - 25:21
property [1] - 42:9
Protection [4] - 17:25, 19:11, 38:21, 39:7
protection [2] - 6:12, 6:15
provided [4] - 18:9, 18:13, 18:17, 47:24
PUBLIC [1] - 70:22
Public [3] - 1:24, 4:7, 72:7
purport [1] - 63:2
pursuant [1] - 1:19
pushing [1] - 61:2
put [1] - 46:8

**Q**

question [5] - 15:10, 21:13, 28:3, 31:23, 41:14
questions [6] - 5:10, 5:12, 42:16, 44:3, 48:6, 69:7
quizzes [2] - 30:18, 30:24

**R**

R [5] - 2:2, 3:2, 4:5, 70:2, 72:2
raised [1] - 36:15
RAYMOND [1] - 2:6
Raymond [1] - 4:19
reach [1] - 66:19
real [1] - 13:16
reason [3] - 5:11, 36:19, 68:23
receive [1] - 25:15
recognize [20] - 13:23, 44:12, 44:14, 45:22, 48:12, 54:10, 55:9, 56:8, 56:17, 57:7, 57:21, 57:23, 58:3, 58:22, 59:5, 59:16, 61:6, 65:3, 65:21, 65:25
recollection [1] - 19:19
record [20] - 4:13, 10:4, 10:5, 17:5, 17:14, 19:7,

21:5, 35:25, 36:6, 36:8, 43:17, 48:24, 50:14, 54:5, 56:5, 56:6, 62:23, 66:6, 66:8, 72:12
recorded [5] - 17:9, 17:10, 18:20, 19:2, 19:3
records [5] - 10:15, 23:12, 41:15, 54:3, 67:4
rectangle [4] - 47:14, 50:24, 51:2, 51:11
rectangular [1] - 51:16
recur [1] - 26:18
recurring [4] - 25:13, 26:10, 26:15, 28:22
Recurring [1] - 26:17
reflection [1] - 52:19
refresh [1] - 25:22
refreshing [1] - 34:2
regardless [1] - 65:7
registers [3] - 48:15, 52:24, 64:4
regular [6] - 12:11, 12:13, 26:18, 28:22, 29:21, 30:7
regularly [3] - 27:4, 27:11, 27:17
related [2] - 7:9, 72:15
remains [1] - 27:9
reminded [1] - 25:14
remotely [1] - 29:17
removed [2] - 58:14, 58:17
rents [1] - 42:8
repeat [1] - 10:9
Reporter [1] - 1:24
Reporting [1] - 1:21
reports [2] - 16:24, 16:25
represent [2] - 15:2, 18:9
representation [1] - 50:5
representations [1] - 47:23
represents [1] - 4:21
reprimanded [1] - 67:13
REQUESTED [1] - 71:21
require [1] - 30:22
requires [1] - 23:2
reserved [1] - 3:22
reside [1] - 4:15
respect [3] - 24:15, 33:22, 56:15
respective [1] - 3:6
respond [1] - 23:3
responding [2] - 22:25, 24:4
responsibilities [4] - 11:6, 11:10, 16:5, 26:2
responsibility [1] - 26:4
responsible [1] - 11:14
Responsible [1] - 11:8
responsibly [1] - 5:13
responsive [1] - 5:11
retained [1] - 71:11

A. CILIBRASI, JR.    81

reviewed [1] - 5:19
riaia@sobolaw.com [1] - 2:6
Right [2] - 8:6, 11:4
right [12] - 8:8, 8:11, 11:3, 20:23, 45:2, 46:24, 56:4, 61:17, 62:14, 64:7, 65:12, 66:4
right-hand [2] - 45:2, 46:24
ROCKLAND [1] - 72:5
role [1] - 29:20
roles [1] - 11:10
room [1] - 18:7
rotate [2] - 11:19, 16:15
roughly [2] - 50:14, 50:16
Route [2] - 4:16, 10:22
routine [6] - 24:3, 37:16, 37:18, 40:3, 40:5, 40:25
Routine [1] - 22:24
rubberized [3] - 43:13, 45:12, 45:24
rubric [1] - 24:2
rug [1] - 42:24
Rules [1] - 1:20
run [1] - 52:17

### S

S [5] - 2:2, 3:2, 4:5, 71:2
Safety [1] - 46:6
safety [18] - 31:21, 32:19, 32:23, 38:8, 38:11, 38:16, 38:19, 38:22, 39:17, 39:21, 39:25, 40:9, 40:14, 40:18, 40:23, 41:11, 46:8, 46:11
said [3] - 6:20, 40:19, 40:24
salaried [1] - 29:22
same [30] - 3:12, 3:15, 3:17, 11:20, 11:21, 16:9, 17:17, 20:21, 21:2, 21:17, 22:3, 23:23, 27:6, 27:10, 30:6, 42:4, 44:5, 45:18, 45:21, 49:6, 49:12, 54:13, 55:24, 57:10, 58:12, 61:17, 61:24, 62:14, 64:21, 65:11
Same [2] - 41:14, 55:11
sat [1] - 28:15
Saturday [1] - 12:2
save [1] - 63:6
saw [1] - 53:22
say [7] - 8:11, 30:4, 33:14, 36:11, 39:3, 42:23, 43:9
says [1] - 19:7
schedule [3] - 11:15, 26:19, 26:22
schematics [1] - 67:6
screen [1] - 48:3
sealing [1] - 3:7
second [7] - 9:6, 10:4, 34:23, 36:2, 43:16, 48:23, 66:5
seconds [2] - 54:7, 54:25
section [1] - 51:7
security [5] - 16:2, 17:4, 53:16, 54:2, 67:21
see [21] - 45:4, 45:15, 46:2, 47:15, 50:24, 51:24, 52:12, 53:11, 54:6, 56:11, 56:14, 56:16, 57:13, 58:25, 59:9, 59:19, 60:5, 60:13, 64:18, 64:24, 65:17
seen [8] - 10:16, 15:19, 16:18, 16:21, 16:24, 23:12, 48:11, 53:16
seminar [1] - 31:16
sense [1] - 5:17
separate [2] - 42:7, 43:23
series [2] - 5:9, 47:21
service [2] - 3:16, 48:16
sessions [1] - 31:25
set [3] - 11:15, 72:11, 72:20
setting [1] - 39:6
Several [1] - 28:16
shape [1] - 47:15
She [1] - 64:6
she [5] - 4:22, 41:17, 55:20, 61:13, 68:3
shift [2] - 23:7, 23:10
shoplifting [2] - 6:13, 7:3
shoppers [1] - 47:8
Shopping [2] - 52:6, 60:3
shopping [4] - 52:7, 53:7, 55:24, 60:20
should [1] - 24:16
show [6] - 43:14, 43:15, 47:21, 48:5, 48:6, 54:9, 62:25, 63:2
shown [2] - 46:20, 56:25
side [7] - 45:3, 45:4, 46:24, 47:13, 51:25, 64:25
sign [5] - 47:5, 47:6, 51:3, 51:13, 51:22
signed [3] - 3:10, 3:12, 3:15
similar [4] - 24:7, 24:12, 36:25, 37:11
Sir [2] - 10:7, 66:14
sit [4] - 12:18, 13:4, 19:11, 23:17
site [1] - 32:3
six [2] - 20:21, 26:20
skip [1] - 55:2
slip [3] - 38:2, 40:12, 68:25
slipped [1] - 41:18
slips [1] - 18:11
Slips [1] - 40:15
so [7] - 4:3, 5:11, 12:24, 24:20, 29:13, 31:23, 43:20
So [5] - 9:3, 12:4, 28:17, 29:4, 38:21
Sobo [2] - 4:20
SOBO [2] - 2:4
software [1] - 54:2
solely [1] - 24:6
some [13] - 5:7, 11:6, 19:7, 23:2, 30:11, 32:13, 43:15, 44:2, 48:2, 48:5, 54:25, 61:2, 68:25
somebody [3] - 24:23, 34:4, 38:2
somehow [1] - 7:8
someone [1] - 44:5
something [10] - 19:20, 23:7, 29:16, 31:11, 32:12, 32:15, 33:9, 47:8, 49:23, 64:7
sometimes [1] - 63:15
somewhere [1] - 18:2
Sorry [1] - 39:14
sorry [2] - 10:3, 28:18
sort [3] - 30:20, 43:24, 61:2
SOUTHERN [1] - 1:2
space [1] - 42:8
speak [2] - 27:3, 34:13
speakers [1] - 38:24
speaking [3] - 11:5, 33:18, 68:8
speaks [2] - 55:4, 56:4
specific [2] - 22:14, 33:7
specifically [2] - 6:18, 33:23
specified [1] - 70:11
spill [3] - 24:25, 34:5, 46:13
spills [2] - 22:25, 24:4
spoken [1] - 66:16
spot [10] - 31:18, 32:4, 32:7, 32:21, 33:6, 33:19, 34:10, 36:25, 39:10, 39:15
SS [1] - 72:4
staff [1] - 23:18
stamp [3] - 56:3, 65:10, 65:19
stamped [2] - 63:2, 63:11
stanchion [1] - 47:5
stand [2] - 22:18, 24:20
standing [2] - 42:23, 57:16
Standing [1] - 62:7
staring [1] - 51:19
start [2] - 10:12, 31:24
started [4] - 9:7, 9:14, 9:17, 58:18
starts [3] - 18:10, 23:7, 23:10
STATE [1] - 72:4
state [1] - 4:12
State [3] - 1:24, 4:7, 72:8
STATES [1] - 1:2
stationery [1] - 16:14
status [1] - 36:13
stay [1] - 8:22
still [7] - 18:22, 35:24, 41:10, 49:2, 58:11, 60:3, 60:20
stills [1] - 48:2
stipulate [3] - 62:24, 63:5, 63:7
STIPULATED [2] - 3:5, 3:20
stop [1] - 35:13
Store [1] - 12:23
store [21] - 8:16, 9:15, 9:16, 12:21, 13:10, 13:21, 14:11, 16:6, 17:6, 17:24, 18:3, 19:13, 20:6, 22:25, 34:8, 34:11, 35:6, 40:18, 43:11, 53:18, 68:16
STORES [3] - 1:8, 1:8, 1:17
Stores [1] - 4:23
Stories [1] - 4:23
Street [1] - 1:22
subject [7] - 6:25, 27:7, 27:9, 27:24, 27:25, 30:25, 33:11
subjects [1] - 40:9
subordinate [1] - 30:6
Subscribed [1] - 70:18
substance [9] - 15:9, 18:11, 41:18, 68:3, 68:7, 68:11, 68:17, 68:21, 68:25
such [1] - 72:12
suggestions [1] - 33:21
Sundays [1] - 12:5
supervisor [2] - 12:19, 68:16
supplies [2] - 24:24, 34:5
support [1] - 47:19
supposed [1] - 52:10
sure [7] - 11:11, 31:4, 33:24, 34:3, 34:4, 37:19, 42:10
surroundings [5] - 24:18, 33:25, 37:20, 39:8, 40:11
sworn [5] - 3:10, 4:7, 70:5, 70:18, 72:11
system [8] - 16:2, 16:8, 16:9, 16:11, 17:4, 17:17, 25:22, 54:2

### T

T [7] - 3:2, 4:5, 70:2, 71:2, 72:2
Take [2] - 43:22, 48:8
take [8] - 26:4, 26:7, 27:5, 27:12, 29:17, 29:19, 30:10, 67:14
taken [11] - 1:18, 28:7, 29:4, 29:13, 30:12, 39:11, 40:19, 41:4, 48:2, 57:4, 63:10
talk [1] - 36:3

A. CILIBRASI, JR.    82

talked [2] - 34:3, 67:3
talkie [1] - 23:3
talkies [1] - 24:23
talking [2] - 29:7, 29:10
Target [2] - 7:7, 7:9
taught [1] - 34:6
teach [1] - 32:16
technology [1] - 19:6
Tell [2] - 11:5, 11:24
tell [13] - 22:21, 31:24, 33:10, 44:17, 48:9, 52:4, 52:24, 60:22, 63:15, 63:19, 64:17, 65:6, 68:20
term [1] - 5:15
test [1] - 30:20
testified [5] - 4:8, 4:24, 6:3, 7:12
testify [4] - 6:14, 10:15, 14:15, 70:5
testifying [2] - 6:17, 15:17
testimony [8] - 5:20, 5:23, 7:2, 70:6, 70:10, 72:13
testing [1] - 30:22
tests [1] - 30:24
than [11] - 5:23, 6:23, 14:20, 25:11, 26:25, 33:15, 38:11, 65:20, 67:2, 67:18
that [162] - 3:7, 3:9, 3:13, 3:20, 4:22, 5:7, 5:16, 7:6, 8:25, 9:17, 10:9, 10:15, 10:18, 10:23, 13:11, 14:23, 15:13, 15:15, 15:16, 15:19, 15:22, 16:4, 16:6, 16:8, 16:9, 17:9, 17:11, 17:12, 17:16, 18:6, 18:8, 18:16, 18:20, 18:22, 19:5, 19:7, 19:9, 19:22, 19:23, 20:6, 20:25, 21:13, 22:11, 23:2, 23:3, 23:5, 23:12, 23:14, 23:19, 23:25, 24:16, 24:20, 25:23, 26:19, 27:3, 27:14, 27:23, 28:19, 29:5, 29:6, 29:15, 29:20, 29:21, 30:5, 30:11, 30:14, 30:19, 30:20, 30:25, 31:11, 31:20, 31:24, 32:7, 33:5, 33:9, 34:13, 34:16, 37:2, 37:4, 37:7, 37:16, 37:25, 40:16, 41:17, 41:24, 42:8, 42:12, 43:9, 43:10, 43:23, 45:4, 46:5, 46:8, 46:11, 46:16, 47:2, 47:4, 47:12, 47:15, 47:17, 47:22, 48:3, 48:6, 49:24, 50:24, 51:2, 51:11, 51:21, 51:24, 52:5, 52:17, 52:19, 52:22, 52:25, 53:11, 53:25, 54:10, 54:17, 54:19, 55:2, 55:14, 55:19, 56:9, 56:19,

56:21, 56:24, 58:6, 58:9, 58:12, 58:25, 59:22, 60:8, 60:10, 60:16, 60:22, 60:25, 61:4, 62:24, 63:3, 63:7, 63:8, 63:11, 63:24, 64:8, 64:15, 65:3, 65:7, 65:19, 67:6, 67:20, 67:24, 68:6, 68:17, 68:24, 70:4, 70:8, 72:12, 72:13, 72:14, 72:16
That [6] - 9:12, 38:4, 40:17, 42:10, 48:20, 72:10
That's [2] - 18:2, 69:7
that's [12] - 7:11, 7:25, 13:23, 15:7, 17:4, 22:3, 23:22, 33:16, 37:15, 44:20, 63:16, 63:19
THE [2] - 32:4, 36:5
The [30] - 6:20, 8:10, 9:16, 10:14, 16:11, 16:13, 17:4, 18:8, 23:5, 23:12, 23:25, 26:4, 27:9, 28:3, 32:21, 34:23, 40:3, 40:14, 42:20, 45:10, 46:15, 50:2, 52:22, 53:7, 55:4, 59:13, 60:20, 65:9, 68:10
the [406] - 1:16, 1:18, 1:20, 1:21, 1:24, 2:4, 2:9, 3:6, 3:7, 3:8, 3:9, 3:10, 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 4:7, 4:12, 4:20, 6:2, 6:10, 6:24, 6:25, 7:8, 7:11, 7:17, 7:24, 8:13, 8:22, 9:10, 9:12, 9:14, 9:18, 9:19, 10:4, 10:5, 10:15, 10:22, 11:13, 11:20, 11:21, 11:22, 11:23, 12:19, 13:5, 13:7, 13:10, 13:21, 13:22, 14:13, 14:25, 15:4, 15:8, 15:9, 15:11, 15:16, 15:21, 15:25, 16:2, 16:8, 16:9, 16:19, 17:8, 17:16, 17:17, 17:20, 17:23, 17:25, 18:2, 18:7, 18:12, 18:16, 18:19, 18:21, 19:6, 19:10, 19:12, 20:6, 20:13, 20:16, 20:21, 20:25, 21:5, 21:6, 21:10, 21:14, 21:16, 21:19, 21:20, 21:25, 22:3, 22:6, 22:7, 22:22, 22:24, 23:7, 23:10, 23:13, 23:15, 23:18, 23:22, 24:2, 24:3, 24:4, 24:16, 24:19, 24:21, 24:22, 24:25, 25:3, 25:15, 25:22, 25:25, 26:5, 26:10, 26:13, 26:21, 26:22, 27:5, 27:6, 27:7, 27:9, 27:12, 27:14, 27:25, 28:2, 28:4, 28:11, 28:12, 29:13,

29:22, 29:24, 29:25, 30:6, 30:11, 30:12, 30:17, 30:20, 30:21, 30:25, 31:2, 31:18, 31:19, 32:4, 32:5, 32:6, 32:10, 32:17, 32:21, 33:2, 33:4, 33:6, 33:11, 33:19, 33:20, 34:5, 34:7, 34:9, 34:10, 34:14, 35:5, 35:10, 35:25, 36:6, 36:8, 36:10, 36:11, 36:20, 36:25, 37:8, 37:18, 37:23, 38:11, 38:12, 38:14, 38:15, 38:18, 38:21, 38:22, 39:10, 39:15, 39:17, 39:21, 40:2, 40:5, 40:8, 40:9, 40:13, 40:15, 40:18, 40:22, 40:24, 41:4, 41:9, 41:10, 41:15, 41:18, 41:19, 41:21, 41:22, 42:3, 42:7, 42:11, 42:12, 42:16, 42:21, 42:22, 43:7, 43:8, 43:9, 43:11, 43:12, 43:17, 44:5, 44:21, 44:22, 44:23, 45:2, 45:3, 45:7, 45:11, 45:12, 45:18, 45:22, 45:23, 46:11, 46:16, 46:20, 46:23, 46:24, 47:8, 47:15, 48:13, 48:16, 48:20, 48:21, 48:24, 49:5, 49:12, 49:17, 49:22, 49:23, 50:2, 50:5, 50:7, 50:8, 50:13, 50:14, 50:15, 50:16, 50:17, 50:19, 50:21, 51:4, 51:7, 51:11, 51:13, 51:19, 51:20, 51:25, 52:13, 52:14, 52:18, 52:20, 52:23, 52:24, 53:3, 53:4, 53:10, 53:17, 54:3, 54:5, 54:7, 54:13, 54:20, 54:22, 55:9, 55:16, 55:17, 55:19, 55:21, 55:22, 56:3, 56:5, 56:6, 56:15, 56:17, 56:18, 56:24, 56:25, 57:7, 57:16, 57:17, 57:21, 57:23, 58:22, 59:5, 59:13, 59:14, 59:16, 59:23, 60:5, 60:17, 61:7, 61:13, 61:14, 61:15, 61:21, 61:22, 62:7, 62:8, 62:18, 62:23, 63:3, 63:8, 63:10, 63:11, 63:13, 63:17, 63:25, 64:4, 64:19, 64:21, 64:24, 64:25, 65:7, 65:11, 65:17, 65:18, 65:21, 65:22, 65:23, 66:6, 66:8, 66:12, 67:2, 67:8, 67:19, 67:20, 67:21, 68:2, 68:3, 68:8, 68:11, 68:18, 68:21, 69:2, 69:3, 69:8, 70:5, 70:6, 70:8, 70:10, 72:6, 72:10, 72:13, 72:15,

72:17
Their [1] - 25:5
their [8] - 11:10, 22:16, 25:8, 26:11, 33:25, 34:18, 37:19, 67:13
them [6] - 29:19, 32:3, 33:10, 42:17, 44:2, 65:25
themselves [1] - 16:13
Then [1] - 20:20
then [2] - 24:21, 44:2
there [54] - 9:21, 9:22, 12:25, 13:24, 19:7, 19:25, 20:6, 20:7, 20:10, 20:16, 21:18, 24:20, 25:13, 26:6, 28:25, 30:11, 30:18, 31:19, 32:18, 34:15, 34:17, 38:10, 38:24, 39:11, 39:14, 39:20, 43:2, 45:2, 45:16, 46:8, 46:10, 46:13, 46:15, 46:16, 47:14, 49:3, 49:14, 52:8, 52:10, 52:16, 53:7, 54:16, 55:25, 56:12, 57:14, 58:11, 58:19, 60:3, 60:20, 63:11, 68:6, 68:7, 68:17, 68:20
There [5] - 21:22, 25:20, 29:20, 33:7, 54:25
these [10] - 38:25, 39:3, 40:23, 43:22, 43:23, 43:24, 49:19, 50:3, 52:16, 62:25
These [2] - 9:9, 48:19
they [23] - 16:14, 16:15, 22:8, 26:2, 26:9, 27:7, 27:11, 32:22, 32:25, 33:24, 34:5, 37:4, 37:7, 37:10, 40:24, 42:13, 49:5, 49:12, 57:16, 62:10, 63:2
They [2] - 37:22, 39:5
thing [8] - 6:13, 22:19, 28:23, 45:21, 46:3, 46:23, 47:2, 51:24
things [3] - 31:23, 40:16, 67:2
think [6] - 9:5, 14:7, 16:17, 32:2, 43:22
this [40] - 6:10, 13:7, 15:11, 16:19, 16:22, 16:25, 17:6, 21:8, 23:13, 25:7, 26:3, 27:5, 27:12, 27:25, 29:6, 30:19, 31:12, 32:14, 36:15, 36:20, 37:14, 46:2, 47:10, 47:11, 47:25, 48:14, 49:21, 50:4, 50:23, 51:24, 52:12, 54:22, 62:5, 65:16, 65:18, 69:9, 70:19, 72:15, 72:18, 72:20
This [5] - 28:22, 35:15, 46:23, 53:10, 57:4, 65:10

A. CILIBRASI, JR.                              83

Those [1] - 11:19
those [14] - 5:6, 7:17, 11:11, 24:5, 25:19, 30:23, 36:24, 40:20, 41:4, 42:16, 45:6, 48:5, 55:2, 66:12
Three [3] - 8:6, 29:3, 59:2
three [4] - 8:7, 9:8, 28:25, 56:25
through [6] - 6:8, 15:22, 16:5, 25:7, 26:14, 30:17
throughout [4] - 22:24, 26:10, 26:11, 27:25
Thursday [1] - 12:3
tile [5] - 42:24, 43:13, 44:23, 45:12, 45:24
TIME [1] - 1:13
time [23] - 3:22, 6:2, 6:20, 7:6, 7:11, 7:13, 10:18, 10:23, 13:11, 13:24, 15:16, 23:19, 26:5, 53:14, 53:23, 54:22, 56:3, 63:2, 63:6, 63:10, 65:10, 65:20, 70:10
times [8] - 7:18, 28:14, 28:16, 28:21, 29:5, 29:12, 29:25
tips [1] - 33:21
title [4] - 8:20, 9:24, 12:22, 66:11
To [7] - 14:11, 21:10, 21:25, 24:17, 40:22, 53:3, 63:8
to [175] - 1:19, 3:10, 3:11, 3:21, 3:22, 5:5, 5:7, 5:9, 5:12, 5:22, 6:14, 7:9, 7:15, 8:25, 9:3, 9:25, 10:15, 11:8, 11:12, 12:15, 12:16, 12:25, 13:9, 14:8, 14:14, 14:23, 15:2, 15:3, 17:10, 17:14, 18:6, 18:7, 18:9, 18:10, 18:13, 18:15, 18:17, 21:6, 22:25, 23:3, 23:6, 23:9, 23:14, 24:2, 24:4, 24:9, 24:15, 24:18, 24:20, 24:23, 24:25, 25:4, 25:21, 25:22, 26:3, 26:4, 26:6, 26:7, 26:21, 27:3, 27:22, 28:3, 28:18, 29:6, 29:16, 29:23, 30:7, 30:20, 30:24, 31:11, 31:23, 32:13, 32:16, 33:4, 33:8, 33:19, 33:22, 33:23, 34:5, 34:11, 34:13, 35:3, 35:21, 36:3, 36:11, 36:14, 37:19, 37:22, 38:2, 38:4, 40:2, 40:25, 41:11, 42:16, 43:9, 43:14, 43:15, 43:25, 44:14, 44:17, 44:19, 44:20, 44:23, 45:2, 45:3, 45:22, 45:23, 46:7, 46:15, 47:7, 47:8, 47:21, 47:23,

47:24, 47:25, 48:4, 48:5, 48:9, 49:3, 50:8, 50:11, 50:17, 50:23, 51:3, 51:10, 51:11, 51:20, 51:25, 52:4, 52:10, 52:17, 52:18, 52:23, 52:24, 53:10, 55:22, 56:15, 56:23, 57:17, 57:25, 60:10, 61:15, 61:22, 62:7, 62:18, 63:2, 63:7, 63:18, 63:19, 63:22, 64:4, 64:6, 65:6, 65:8, 65:11, 65:17, 66:11, 66:16, 66:19, 66:20, 67:14, 68:3, 68:23, 70:5, 70:18, 71:8, 72:15
today [22] - 5:13, 5:20, 5:23, 6:3, 6:7, 12:18, 13:4, 14:15, 14:24, 16:9, 17:17, 18:23, 19:11, 20:7, 20:14, 21:19, 23:17, 42:5, 42:16, 58:12, 67:4, 69:4
today's [1] - 44:8
together [1] - 43:24
told [4] - 16:18, 32:10, 32:18, 68:16
took [3] - 28:10, 44:5, 46:19
top [9] - 46:25, 47:15, 48:16, 50:19, 50:21, 51:4, 51:17, 51:22, 65:22
topic [5] - 28:11, 29:25, 33:5, 37:8, 38:14
topics [2] - 38:10, 40:15
Towards [1] - 50:19
towards [5] - 48:16, 50:20, 52:12, 54:20, 55:17
towels [1] - 24:24
tracked [1] - 30:16
trained [1] - 31:8
training [7] - 31:16, 31:18, 31:25, 32:7, 32:14, 33:6, 33:19
trainings [5] - 31:20, 32:21, 34:10, 36:25, 39:10
transcript [2] - 70:9
transferred [2] - 14:10, 36:19
transitioning [1] - 44:22
Trash [1] - 23:4
trial [1] - 3:22
triangle [1] - 46:2
tried [1] - 66:19
trip [1] - 40:11
trips [1] - 40:15
true [2] - 70:9, 72:12
truth [1] - 70:5
truthful [1] - 5:10
truthfully [1] - 5:13
Tuesdays [1] - 12:5
Twice [1] - 5:4
Two [3] - 23:21, 59:10, 62:6

two [11] - 7:17, 11:2, 20:16, 21:2, 34:16, 43:23, 45:15, 49:3, 52:17, 55:11, 65:21
type [3] - 19:7, 23:2, 30:18
types [1] - 33:20
Typically [2] - 11:21, 12:15
typically [5] - 11:24, 12:4, 12:11, 12:14, 20:17

**U**

U [1] - 3:2
unable [2] - 5:12, 66:10
unclear [1] - 21:7
under [3] - 4:24, 6:3, 24:2
understand [2] - 5:16, 26:12
understanding [3] - 22:2, 36:12, 49:11
unfamiliar [1] - 22:20
Unfortunately [1] - 63:14
uniforms [1] - 63:4
UNITED [1] - 1:2
Unrelated [1] - 7:15
unrelated [1] - 36:14
unsigned [1] - 3:14
until [1] - 23:6
up [6] - 23:4, 24:25, 33:12, 34:5, 43:9, 43:24
upon [1] - 3:17
use [3] - 5:15, 32:6, 46:11
used [1] - 3:14

**V**

Van [2] - 19:17, 19:19
vary [1] - 11:22
vertical [1] - 51:21
via [1] - 23:3
vicinity [1] - 61:14
Video [1] - 1:22
video [14] - 15:16, 15:19, 15:22, 15:25, 16:19, 18:8, 18:12, 18:16, 18:21, 18:22, 47:24, 48:3, 54:3, 65:18
Visible [1] - 64:13
visible [11] - 50:8, 54:17, 55:13, 58:25, 61:19, 62:16, 63:13, 63:25, 64:16, 65:14, 66:12
Vision [22] - 41:19, 41:20, 41:21, 42:7, 42:12, 42:20, 42:22, 44:22, 45:7, 49:18, 53:5, 54:20, 55:22, 57:18, 59:14, 59:23, 60:17, 61:15, 61:22, 62:8, 62:19, 65:9
vision [5] - 45:22, 50:7, 50:8, 51:20, 52:2

visually [1] - 33:25

**W**

waived [1] - 3:9
Wal [76] - 4:22, 4:23, 6:18, 7:15, 7:23, 8:5, 8:10, 8:14, 8:23, 9:18, 10:8, 10:10, 10:18, 10:22, 13:6, 13:22, 14:9, 15:2, 16:2, 21:8, 23:18, 24:7, 24:13, 24:15, 25:2, 25:6, 25:14, 25:25, 26:11, 26:15, 35:24, 37:15, 41:22, 42:8, 42:9, 42:12, 43:12, 46:11, 49:18, 52:25, 53:4, 53:17, 54:16, 54:19, 55:13, 55:16, 55:20, 56:11, 56:15, 56:24, 57:10, 57:13, 58:3, 58:24, 59:8, 59:19, 60:11, 60:14, 60:16, 61:11, 61:19, 62:4, 62:16, 62:24, 63:3, 63:4, 63:12, 63:20, 63:25, 64:10, 64:15, 65:14, 66:2, 66:24, 67:8, 67:11
WAL [3] - 1:8, 1:8, 1:17
Wal-Mart [74] - 4:22, 4:23, 6:18, 7:15, 7:23, 8:5, 8:10, 8:14, 8:23, 9:18, 10:8, 10:10, 10:18, 10:22, 13:6, 13:22, 14:9, 15:2, 16:2, 21:8, 23:18, 24:7, 24:13, 24:15, 25:2, 25:6, 25:14, 25:25, 26:11, 26:15, 35:24, 41:22, 42:8, 42:12, 43:12, 46:11, 49:18, 52:25, 53:4, 53:17, 54:16, 54:19, 55:13, 55:16, 55:20, 56:11, 56:15, 56:24, 57:10, 57:13, 58:3, 58:24, 59:8, 59:19, 60:11, 60:14, 60:16, 61:11, 61:19, 62:4, 62:16, 62:24, 63:3, 63:4, 63:12, 63:20, 63:25, 64:10, 64:15, 65:14, 66:2, 66:24, 67:8, 67:11
WAL-MART [3] - 1:8, 1:8, 1:17
Wal-Mart's [2] - 37:15, 42:9
walk [1] - 42:22
walked [2] - 55:20, 55:21
walkie [2] - 23:3, 24:23
walkie-talkie [1] - 23:3
walkie-talkies [1] - 24:23
walking [8] - 52:22, 53:4, 54:20, 55:17, 59:13, 59:22, 60:17, 61:13
Walking [1] - 61:21
wall [1] - 47:18

A. CILIBRASI, JR.                                      84

want [5] - 30:24, 36:3, 37:22, 43:8, 43:15
was [45] - 4:8, 8:2, 6:19, 6:20, 6:25, 7:2, 8:19, 9:24, 10:6, 13:10, 13:13, 13:22, 14:2, 14:5, 14:25, 16:9, 18:17, 19:25, 20:4, 20:5, 21:8, 28:3, 34:2, 34:15, 36:7, 36:19, 41:3, 42:3, 43:2, 43:5, 43:18, 46:8, 48:25, 56:7, 58:14, 58:17, 58:18, 58:20, 66:7, 66:10, 68:7, 68:17, 68:20, 69:9, 72:11
Was [6] - 6:6, 7:8, 20:10, 34:24, 35:10, 35:18
water [2] - 48:20, 48:21
way [4] - 17:17, 30:3, 30:11, 72:17
we [10] - 10:3, 20:20, 23:3, 23:14, 28:11, 29:7, 30:25, 31:20, 35:25, 67:2
We [4] - 6:15, 31:20, 36:8, 49:2
we'll [1] - 55:8
We'll [1] - 63:6
Wednesday [1] - 12:2
week [3] - 11:17, 31:12, 35:15
Weekly [1] - 31:10
weekly [3] - 31:15, 33:12, 33:15
Weldon [3] - 12:20, 13:10, 14:18
Weldon's [1] - 12:21
well [5] - 7:13, 13:11, 35:16, 44:20, 53:8
Were [1] - 10:10
were [16] - 7:5, 8:16, 8:19, 10:7, 10:18, 10:21, 13:9, 34:6, 34:7, 34:10, 34:17, 39:25, 40:23, 40:24, 65:17, 67:12
What [18] - 6:11, 6:25, 9:24, 12:13, 12:21, 14:5, 14:8, 17:14, 24:14, 26:19, 34:18, 35:3, 35:21, 39:17, 43:7, 47:4, 47:25, 51:2
what [40] - 8:16, 8:19, 9:3, 11:10, 11:13, 11:24, 12:18, 14:11, 17:9, 22:15, 22:22, 24:4, 25:23, 26:22, 28:4, 31:9, 31:16, 33:20, 34:2, 34:5, 42:21, 42:22, 43:10, 44:18, 46:5, 47:2, 47:11, 47:17, 48:4, 48:12, 50:16, 52:4, 52:17, 54:10, 56:14, 58:6, 58:9, 62:10, 62:25, 64:7
whatever [5] - 19:2, 32:22,

36:13, 38:5, 54:2
when [9] - 9:24, 18:15, 26:6, 33:18, 34:8, 35:7, 35:13, 48:9, 58:18
When [14] - 6:2, 6:16, 8:16, 8:19, 9:21, 12:10, 13:9, 25:6, 25:19, 28:10, 30:10, 31:15, 53:22, 56:14
Where [2] - 4:15, 35:21
where [8] - 6:13, 6:17, 7:25, 8:25, 17:20, 25:14, 25:20, 65:7
WHEREOF [1] - 72:19
Whereupon [9] - 4:2, 10:5, 36:6, 43:17, 43:19, 48:24, 56:6, 66:6, 69:8
wherever [1] - 43:7
whether [4] - 18:19, 23:22, 33:11, 34:9
which [7] - 10:14, 14:14, 20:17, 20:21, 37:12, 45:6, 68:3
Which [2] - 24:11, 45:9
White [1] - 1:22
white [7] - 46:25, 49:8, 49:9, 51:16, 51:22, 52:23
whiter [1] - 52:13
who [15] - 7:5, 13:21, 18:15, 22:6, 34:14, 38:18, 46:19, 56:21, 60:8, 65:7, 66:23, 67:12, 67:18, 67:23
Who [3] - 13:13, 14:2, 19:10
whole [1] - 65:17
whom [1] - 7:22
whose [1] - 72:10
why [1] - 52:7
will [10] - 18:9, 21:6, 32:16, 43:25, 44:2, 47:23, 48:5, 48:6, 55:2, 62:24
Will [1] - 63:6
With [1] - 31:9
with [33] - 3:12, 3:15, 4:20, 5:24, 6:12, 7:2, 7:9, 8:5, 10:25, 14:15, 14:17, 14:21, 15:12, 15:23, 15:25, 16:4, 17:12, 24:15, 25:22, 31:12, 32:21, 33:22, 35:24, 36:15, 36:20, 37:11, 41:6, 46:12, 51:22, 55:2, 56:15, 68:13
within [4] - 3:8, 6:24, 26:5, 72:8
without [1] - 15:8
witness [13] - 1:17, 3:10, 3:16, 3:18, 4:6, 21:7, 21:8, 50:14, 63:17, 66:9, 69:9, 72:10, 72:13
WITNESS [3] - 32:4, 36:5, 72:19
witnessed [1] - 66:23

wood [2] - 42:24, 45:10
word [1] - 5:15
work [15] - 8:2, 8:10, 8:17, 11:15, 11:17, 11:20, 11:21, 11:25, 12:11, 13:5, 14:9, 20:7, 20:13, 22:6, 42:12
worked [3] - 6:10, 8:13, 17:17
worker [1] - 68:15
workers [1] - 38:5
working [7] - 7:5, 9:18, 10:10, 10:18, 10:21, 12:10, 35:14
works [1] - 19:6
would [17] - 9:10, 9:12, 11:13, 14:24, 21:20, 23:9, 23:18, 27:22, 30:4, 30:15, 33:5, 37:25, 45:11, 47:11, 55:21, 65:19, 67:8
Would [2] - 20:25, 33:14
written [7] - 22:8, 39:20, 40:5, 40:13, 40:14, 41:6, 41:9

| X |

X [4] - 1:3, 1:10, 71:2, 71:14

| Y |

Y [1] - 4:5
year [7] - 8:24, 9:8, 26:20, 26:25, 27:2, 29:6
yearly [1] - 30:4
years [11] - 6:5, 6:21, 6:24, 8:6, 8:7, 9:8, 11:2, 26:10, 26:21, 29:2, 29:3
yellow [4] - 45:11, 49:15, 49:18, 49:22
yellowish [1] - 45:3
yes [3] - 7:16, 16:11, 18:7
Yes [198] - 5:2, 5:18, 6:8, 6:22, 7:4, 7:10, 7:19, 7:21, 8:9, 8:12, 11:18, 12:9, 12:12, 13:3, 13:18, 13:20, 13:25, 15:10, 15:14, 15:18, 15:24, 16:3, 16:7, 17:7, 17:13, 17:19, 18:4, 19:14, 19:16, 19:21, 20:3, 20:4, 20:5, 20:9, 20:12, 20:19, 21:16, 22:5, 22:10, 25:18, 27:21, 28:5, 28:9, 28:13, 28:24, 30:9, 30:13, 31:8, 31:14, 32:9, 32:11, 32:20, 32:24, 33:3, 33:13, 35:12, 35:17, 35:25, 36:5, 36:17, 37:3, 37:6, 37:9, 37:13, 37:21, 37:24, 38:3, 38:6, 38:9, 38:13, 38:17, 38:23, 39:2, 39:9, 39:12,

39:19, 39:23, 40:7, 40:21, 41:2, 41:8, 41:23, 42:2, 42:6, 43:4, 43:5, 43:6, 44:9, 44:11, 44:13, 44:16, 44:21, 45:5, 45:8, 45:14, 45:17, 45:20, 45:25, 46:4, 46:13, 46:18, 47:3, 47:9, 47:16, 47:20, 48:15, 49:4, 49:7, 49:10, 49:13, 49:16, 49:25, 50:6, 50:10, 50:22, 50:25, 51:6, 51:9, 51:12, 51:15, 51:18, 51:23, 52:3, 52:15, 52:21, 53:2, 53:6, 53:9, 53:13, 53:15, 53:21, 53:24, 54:4, 54:8, 54:12, 54:15, 54:18, 54:21, 54:24, 55:3, 55:10, 55:12, 55:15, 55:18, 55:23, 56:2, 56:10, 56:13, 56:20, 57:6, 57:9, 57:12, 57:15, 57:19, 57:22, 58:5, 58:23, 59:4, 59:7, 59:12, 59:15, 59:18, 59:24, 60:2, 60:4, 60:7, 60:15, 60:19, 60:21, 60:24, 61:3, 61:5, 61:8, 61:10, 61:12, 61:16, 61:18, 61:20, 61:23, 61:25, 62:3, 62:9, 62:15, 62:17, 62:20, 62:22, 63:21, 63:22, 63:23, 64:3, 64:5, 64:12, 64:14, 64:20, 64:23, 65:2, 65:13, 65:15
Yesterday [1] - 35:9
YORK [2] - 1:2, 72:4
York [10] - 1:23, 1:25, 2:5, 2:10, 4:8, 4:17, 8:18, 8:23, 35:6, 72:8
You [20] - 7:12, 9:7, 9:14, 10:17, 10:21, 10:25, 13:19, 16:18, 28:25, 31:22, 32:6, 32:10, 32:18, 36:3, 37:4, 38:7, 40:19, 58:3, 59:19, 60:10
you [290] - 4:15, 4:24, 5:5, 5:7, 5:9, 5:11, 5:16, 5:17, 5:19, 5:22, 6:2, 6:4, 6:16, 6:17, 6:20, 7:5, 7:11, 7:12, 7:20, 7:24, 8:2, 8:4, 8:10, 8:11, 8:13, 8:16, 8:17, 8:19, 8:22, 8:25, 9:3, 9:17, 9:21, 9:24, 10:7, 10:9, 10:10, 10:14, 10:17, 11:15, 11:17, 11:19, 11:25, 12:4, 12:8, 12:10, 12:18, 12:24, 13:4, 13:9, 13:15, 13:21, 14:13, 14:14, 14:17, 14:21, 14:23, 14:24, 15:3, 15:7, 15:10, 15:15, 15:17, 15:19, 15:21, 15:25, 16:4,

A. CILIBRASI, JR.                85

16:8, 16:17, 16:18, 16:21, 16:24, 17:8, 17:9, 17:11, 17:16, 17:21, 17:23, 18:5, 18:9, 18:12, 18:15, 18:19, 18:25, 19:5, 19:11, 19:22, 19:25, 20:7, 21:14, 22:3, 22:16, 22:21, 23:17, 23:22, 23:25, 24:5, 24:23, 25:3, 25:16, 25:23, 26:6, 26:13, 26:24, 27:12, 27:16, 27:19, 28:7, 28:10, 28:14, 29:4, 29:6, 29:13, 29:14, 29:18, 29:24, 30:5, 30:10, 30:14, 30:23, 30:24, 31:5, 31:6, 31:11, 31:12, 31:15, 31:16, 31:23, 31:24, 33:4, 33:10, 33:14, 33:18, 33:21, 34:3, 34:7, 34:9, 34:14, 34:15, 34:20, 34:25, 35:7, 35:11, 36:9, 36:18, 36:24, 37:2, 37:7, 37:10, 37:12, 37:14, 38:19, 39:24, 39:25, 40:4, 40:8, 40:24, 41:3, 41:9, 41:14, 41:21, 41:24, 42:3, 42:9, 42:11, 42:15, 42:16, 42:21, 43:2, 43:8, 43:10, 43:15, 43:16, 43:25, 44:2, 44:7, 44:10, 44:12, 44:14, 44:17, 44:19, 44:20, 44:25, 45:4, 45:6, 45:12, 45:15, 45:21, 46:2, 46:5, 46:7, 46:12, 46:19, 47:2, 47:10, 47:15, 47:21, 47:23, 47:25, 48:4, 48:5, 48:7, 48:9, 48:12, 49:3, 49:5, 49:21, 50:3, 50:11, 50:20, 50:24, 51:5, 51:19, 51:24, 52:4, 52:7, 52:12, 52:19, 52:24, 53:11, 53:16, 53:22, 53:25, 54:6, 54:9, 54:10, 54:13, 55:2, 55:8, 55:19, 56:8, 56:11, 56:14, 56:17, 56:21, 56:23, 56:25, 57:7, 57:13, 57:20, 57:23, 58:14, 58:17, 58:18, 58:21, 58:25, 59:5, 59:9, 59:16, 60:5, 60:8, 60:13, 60:22, 61:6, 62:10, 63:6, 63:19, 64:18, 64:24, 65:3, 65:6, 65:17, 65:21, 65:25, 66:14, 66:16, 66:20, 66:22, 67:4, 67:11, 67:17, 67:20, 67:23, 68:2, 68:6, 68:10, 68:12, 68:17, 68:20, 68:23, 69:3
**Your** [2] - 19:19, 47:24
**your** [40] - 4:12, 5:20, 5:23, 7:2, 7:9, 7:25, 8:20, 9:24, 11:6, 11:7, 12:13, 12:19,

13:24, 14:20, 15:5, 15:12, 15:23, 16:5, 21:10, 21:25, 22:2, 24:17, 26:14, 26:21, 29:14, 29:16, 31:12, 31:15, 33:6, 33:22, 36:4, 36:12, 39:8, 40:11, 40:22, 47:13, 49:11, 53:3, 68:13, 68:16
**yourself** [2] - 28:10, 30:7

°

° [4] - 69:12

**Diamond Errata Sheet**

Plaintiff(s): _____

_____

_____

Defendant(s): _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|-----------------------|
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |

Date: _____

**Name of Witness:**

Signature: _____

Subscribed and sworn to before me

This _____ of _____ 20____.

_____

Notary Public