# Exhibit





PLAINTIFF HAS COPY OF DISC