UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X  Docket No. 17-cv-05293

CINDY GISSER,

                                        Plaintiff,                    **ATTORNEY AFFIDAVIT
                                                                     IN OPPOSITION TO
          -against-                                                  DEFENDANTS' MOTION
                                                                     FOR SUMMARY JUDGMENT**

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,

                                        Defendants.

----------------------------------------------------------------X

COURTNEY J. CAMPBELL, ESQ., an attorney duly admitted to practice law in the State of

New York, does hereby affirm under penalties of perjury:

1. I am an associate of the law firm Sobo & Sobo, LLP, attorneys for plaintiff CINDY
   GISSER.

2. I make this affirmation in opposition to the Motion for Summary Judgment of the
   Defendants, WAL-MART STORES EAST, LP and WAL-MART STORES, INC.
   (hereinafter referred to as "the defendants") based upon review of the files maintained in
   the offices of Sobo & Sobo, LLP.

3. The within action arises from an accident on the defendants' premises wherein a "glob"
   of an opaque "white substance" roughly the "size of an apple" caused CINDY GISSER to
   slip, fall and sustain serious personal injuries to her right foot and ankle. The testimony
   of the plaintiff and the defendant, in addition to the video evidence, raise issues of fact as
   to whether the defendant had constructive notice of the defective condition.

4.  Also enclosed is the Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, and Plaintiff's Response to Defendants' Rule 56.1 Statement of Material Facts.

WHEREFORE, plaintiff CINDY GISSER request respectfully an order denying in all respects the motion for summary judgment of the defendants, together with such other and further relief as this Court deems just and proper.

DATED:    April 23, 2018
          Middletown, New York

Respectfully Submitted,

SOBO & SOBO, LLP
*Attorneys for Plaintiff*

By: Courtney Campbell, Esq.
Bar No. CC4179
One Dolson Avenue
Middletown, New York 10940
ccampbell@sobolaw.com
T:  (845) 343-7626
F:  (845) 343-0929

TO:

BRODY, O'CONNOR & O'CONNOR, ESQS.
*Attorneys for Defendants*
7 Bayview Avenue
Northport, New York 11768
(631) 261-7778