UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CINDY GISSER,

                          Plaintiff,

          -against-

WAL-MART STORES EAST, LP and
WAL-MART STORES, INC.,
                          Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12|10|18

17 **CIVIL** 5293 (JCM)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 7, 2018, Defendant's motion for summary judgment is granted and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
         December 10, 2018

                                        RUBY J. KRAJICK
                                  _____
                                        Clerk of Court
                          BY:
                                  _____
                                        Deputy Clerk